# Exhibit A

# The New York Times

right © 2001 The New York Times

**SUNDAY, JUNE 16, 2002**

## The Bad Old Days at the F.B.I.

Clark Kerr, who was president of the University of California from 1958 to 1967, had a witty send-off when the state's board of regents — upset by the rising tide of protests on campus — removed him from office. He was leaving as he came, he declared, "fired with enthusiasm!" What Mr. Kerr did not know at the time was that he was also fired, at least in part, by the Federal Bureau of Investigation.

According to newly released documents, the F.B.I. waged a defamation campaign against Mr. Kerr, whom J. Edgar Hoover, the F.B.I. director, regarded as too liberal, passing on false information about him to conservative regents. The F.B.I. also spied on Berkeley faculty members, staff and students whose politics it despised. And it sabotaged Mr. Kerr's attempt to join the Johnson administration.

These revelations, first reported this month in The San Francisco Chronicle, came to light as a result of a 17-year campaign by a reporter there to obtain the records under the Freedom of Information Act. The documents provide disturbing new details of the F.B.I.'s abuse of power in the 1960's, and they are a cautionary tale for today, as the Bush administration aggressively expands the role of domestic intelligence operations.

The F.B.I. was drawn into University of California politics, remarkably, by a question on a 1959 English aptitude test. It asked high school students applying to the university what the dangers were to a democracy when a "national police organization, like the F.B.I., . . . operates secretly and is unresponsive to public criticism." Mr. Hoover was enraged and engaged in a covert campaign to make the university repudiate the question. Under pressure

from Gov. Edmund G. (Pat) Brown, the school retracted the question and professed its "highest respect" for the F.B.I.

Throughout the 1960's, according to The Chronicle, the F.B.I. investigated not only students active in Berkeley's Free Speech Movement, but also their family members, a CBS reporter who covered them and a company that produced an album of Free Speech Movement Christmas carols. It also prepared a 60-page report on the school's political makeup, including a list of faculty whose politics the bureau found questionable, who were to be detained in case of a national emergency, without a judicial warrant.

Among the faculty members under F.B.I. watch were 54 professors whose families subscribed or contributed, in the bureau's view, to "subversive publications," and others who were involved in "illicit love affairs, homosexuality, sexual perversion, excessive drinking or other instances of conduct reflecting mental instability." The records also detail how the F.B.I., when called on to conduct a routine background check on Mr. Kerr in 1964 to clear him to be appointed secretary of Health, Education and Welfare, falsely portrayed him as "pro-Communist." President Lyndon Johnson ultimately decided not to appoint Mr. Kerr to the post.

The documents should be required reading for the Bush administration and Congress as they consider how to reconfigure domestic intelligence. These accounts of the F.B.I.'s malfeasance are a powerful reminder of how easily intelligence organizations deployed to protect freedom can become its worst enemy.

**See The Campus Files Story – and once secret FBI records - at:**
**www.sfgate.com/campus**

Reagan, Hoover and the UC R? ' Scare



SFGate.com

Quick Search

[ GO ]

Advanced Search

▸SFGate Home
▸Today's Chronicle

▸Sports
▸Business
▸Entertainment
▸Food&Dining
▸Travel

News & Features
▸Opinion
▸Politics
▸Technology
▸Crime
▸Science
▸Cars
▸Small Business
▸Weird News
▸Polls
▸Photo Gallery
▸Video Reports
▸Audio Slideshows
▸Columnists
▸Travel
▸Lottery
▸Obituaries
▸Blogs

Community Blogs
By our readers for
our readers  BETA

▸Newspaper Ads

Classifieds
▸Jobs
▸Personals
▸Real Estate
▸Rentals
▸Cars

Regional
▸Traffic
▸Weather
▸Live Views
▸Maps
▸Bay Area Traveler
▸Wine Country
▸Reno & Tahoe
▸Ski & Snow
▸Outdoors
▸Earthquakes
▸Education
▸Chronicle Watch
▸Public Notices

Entertainment
▸Food & Dining
▸Wine
▸96 Hours
▸Movies
▸Music & Nightlife
▸Events
▸Performance
▸Art
▸Books
▸Comics
▸TV & Radio
▸Search Listings

## the campus files

A Chronicle Special Report

### Reagan, Hoover and the UC Red Scare

Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002

San Francisco Chronicle

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
   A Note On Sources

The FBI Files
Censored and
uncensored docs

Timeline
1945-1960
1961-1965
1966-1973

Galleries
Decade of Student Protest
An Era of Secrecy

On the gray Monday morning of Jan. 16, 1967, two senior FBI agents were ushered into the governor's Victorian mansion in Sacramento, then led up to a second-floor suite, where a flu-stricken Ronald Reagan was propped up in a bed piled with working papers.

Gov. Reagan had just been elected after campaigning to restore order at UC Berkeley, where "beatniks, radicals and filthy speech advocates" were proof of what he called the "morality and decency gap in Sacramento." Now he was "damned mad" at campus officials, one agent recalled, and he was asking the FBI to tell him "what he was up against."

Back in Washington, D.C., FBI Director J. Edgar Hoover saw Reagan's request for confidential information as a chance to finally quell the protests at Berkeley, which were sparking demonstrations at schools across the country.

"This presents the bureau with an opportunity to . . . thwart the ever increasing agitation by subversive elements on the campuses," he noted in a memo.

Hoover had long been concerned about the University of California, the nation's largest public university and operator of top-secret federal nuclear laboratories. In 1960, he warned Congress of an international communist conspiracy plotting to "control for its own evil purposes the explosive force which youth represents."

But as the Cold War waned, the FBI departed from its mission of protecting national security and engaged in sprawling covert intelligence operations that involved thousands of UC students and faculty participating in legitimate debate about public policy.

For years the FBI has denied engaging in such activities at the university. But a 17-year legal challenge brought by a Chronicle reporter under the Freedom of Information Act forced the FBI to release more than 200,000 pages of confidential records covering the 1940s to the 1970s.

Those documents describe the sweeping nature of the FBI's activities and show they ranged far beyond the campus and into state politics.

The FBI records -- in addition to other official papers and scores of interviews with current and former FBI agents and university officials -- reveal that the FBI:

- conspired with the head of the CIA and a senior member of the university's Board of Regents to pressure the board to "harass" faculty and students involved in protests,
- misled the White House by sending the president information the bureau knew to be false,
- and mounted covert public relations efforts to manipulate public opinion about campus events and embarrass university officials.

Along the way, the FBI campaigned to destroy the career of UC President Clark Kerr -- even though the bureau's own investigations repeatedly found him to be loyal.

At the same time, the FBI forged a close relationship with Reagan -- a

Reagan, Hoover and the UC Re' Scare

**Living**
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

**Resources**
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

**Advertising**
▸Advertise Online
▸Advertise In Print
▸Place a Classified
▸SF Gate Media Kit

**Newspaper**
▸Advertise
▸Chronicle
  In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
  the Chronicle
▸Submissions

**Subscriber Service**
▸Get Home Delivery
▸Manage Account,
  Missed Delivery,
  Vacation Hold

more aggressive informer than previously disclosed -- catalyzing his transformation from liberal movie star to the staunch conservative who became one of the 20th century's most powerful figures.

The office of Ronald Reagan declined to comment and referred questions to former U.S. Attorney General Edwin Meese III.

Meese, who was Gov. Reagan's chief of staff, said Reagan had a "longtime relationship with the bureau" and that the FBI's assistance to the governor in handling campus unrest was "strictly appropriate and lawful." Meese said that, to his knowledge, the FBI did not give political assistance to Reagan.

Bill Carter, an FBI spokesman in Washington, D.C., declined to comment on the bureau's campus files. "Things are done a lot differently today," he said, adding, "The files speak for themselves."

Cartha "Deke" DeLoach, who was Hoover's third in command, said the FBI gave Reagan no special help and responded properly to domestic unrest that posed a "considerable threat to the country."

In court papers, the bureau has maintained that its activities were lawful and intended to protect civil order and national security.

But in ordering the release of the FBI's files in 1995, a federal appeals court concluded that some of the bureau's activities extended far beyond its law enforcement mandate and "came to focus on political rather than law enforcement aims."

And as U.S. District Judge Marilyn Hall Patel earlier ruled, "The records in this case go (to) the very essence of what the government was up to during a turbulent, historic period of time."

The FBI's secret history at UC begins at the dawn of the Cold War, when the bureau's intelligence-gathering authority was expanded in response to threats at home and abroad -- and civil liberties collided with concerns about national security.

™ © 2007 Hearst Communications Inc.

The FBI's secret UC files



**SFGate.com**

**the campus files**                    A Chronicle Special Report

**Quick Search**

GO

Advanced Search

▸**SFGate Home**
▸Today's Chronicle

▸**Sports**
▸**Business**
▸**Entertainment**
▸**Food&Dining**
▸Travel

**News & Features**
▸Opinion
▸Politics
▸Technology
▸Crime
▸Science
▸Cars
▸Small Business
▸Weird News
▸Polls
▸Photo Gallery
▸Video Reports
▸Audio Slideshows
▸Columnists
▸Travel
▸Lottery
▸Obituaries
▸Blogs

**Community Blogs**
By our readers for
our readers **BETA**

▸**Newspaper Ads**

**Classifieds**
▸Jobs
▸Personals
▸Real Estate
▸Rentals
▸Cars

**Regional**
▸Traffic
▸Weather
▸Live Views
▸Maps
▸Bay Area Traveler
▸Wine Country
▸Reno & Tahoe
▸Ski & Snow
▸Outdoors
▸Earthquakes
▸Education
▸Chronicle Watch
▸Public Notices

**Entertainment**
▸Food & Dining
▸Wine
▸96 Hours
▸Movies
▸Music & Nightlife
▸Events
▸Performance
▸Art
▸Books
▸Comics
▸TV & Radio
▸Search Listings

## The FBI's secret UC files

Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002

*San Francisco Chronicle*

On the night of Nov. 9, 1945, FBI counterespionage agents staked out a house on Keeler Street in the hills above the Campanile and gentle green slopes of the UC Berkeley campus.

As fog blew through the trees, the agents watched George Eltenton, a suspected spy for the Soviets, park his car and enter the house.

World War II had ended only three months earlier when the United States dropped on Japan two atomic bombs built with help from the university's radiation labs.

Allies during the war, America and the Soviet Union suddenly became adversaries as the Soviets imposed an "iron curtain" across Europe. Russia seemed bent on world domination, and fear of nuclear war spread.

U.S. officials saw the American Communist Party as a Soviet-controlled organization whose members infiltrated society, subverted government with propaganda and might engage in sabotage and espionage.

J. Edgar Hoover, the powerful FBI chief, led the nation's crusade against communism. He transformed the prewar FBI, which had focused on taking down gangsters like Machine Gun Kelley and Baby Face Nelson, into a formidable domestic intelligence agency.

Hoover's agents were closing in on Eltenton, a British citizen who had lived in the Soviet Union before the war. Eltenton was working as a chemical engineer at the Shell Development Laboratory in Emeryville.

In June 1946 three FBI agents picked up Eltenton for questioning. He admitted, according to FBI documents, that several years earlier, at the behest of the Soviet Consulate in San Francisco, he had tried to illegally obtain secret data about Berkeley's radiation lab.

In 1947, Eltenton moved back to Britain and never was prosecuted.

But in 1950, FBI counterespionage agents arrested Communist Party members Julius and Ethel Rosenberg for giving the Soviets classified information taken from the atomic bomb project. The Rosenbergs would later be executed for what Hoover called "the crime of the century."

The FBI's mission was nothing less than protecting the American way of life. But so sweeping were the presidential directives granting the FBI intelligence authority that bureau officials could investigate virtually any person or group they deemed "subversive."

Operating in a crisis atmosphere with little oversight, the FBI would soon begin misusing its vast intelligence files to get university employees fired.

**Secret accusations**

In his corner office at the FBI's granite headquarters in

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
   A Note On Sources

The FBI Files

Censored and
uncensored docs

Timeline
• 1945-1960
• 1961-1965
• 1966-1973

Galleries
Decade of Student Protest

An Era of Secrecy

The FBI's secret UC files

**Living**
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

**Resources**
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

**Advertising**
▸Advertise Online
▸Advertise in Print
▸Place a Classified
▸SF Gate Media Kit

**Newspaper**
▸Advertise
▸Chronicle
  In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
  the Chronicle
▸Submissions

**Subscriber Service**
▸Get Home Delivery
▸Manage Account,
  Missed Delivery,
  Vacation Hold



Washington, D.C., Hoover was growing increasingly concerned about the communist threat to the nation's colleges.

Communists were infiltrating the teaching corps, his top aides concluded, so they could "insidiously instill into the minds of children the communist party line."

On Feb. 17, 1951, the director initiated a secret nationwide program intended to remove politically suspect employees from their jobs with state and local agencies, public utilities and schools.

It was ostensibly aimed at members of the Communist Party and others whom FBI officials deemed "potentially dangerous . . . in the event of an emergency to the internal security of this country."

But the program relied on questionable evidence, according to a 1976 Congressional report.

Code-named the Responsibilities Program, it never was authorized by Congress or the White House. And according to Athan Theoharis, a Marquette University history professor and former U.S. Senate consultant who has studied the little-known operation, the FBI had no jurisdiction for it.

Under the four-year program, the FBI gave the governors of nearly every state verbal reports on the political backgrounds of 908 employees.

In California, FBI agents passed allegations about 206 employees -- more than in any other state -- to Gov. Earl Warren. At least 15 were on the UC staff, FBI memos show.

The accused employees never had a chance to confront their accusers. An FBI memo later estimated that more than 500 of those accused were fired, quit, or otherwise left their jobs.

Some UC officials privately complained that the FBI's allegations were "vague" and "unsubstantiated," but Hoover was pleased with the results.

**The Burns report**



The director's concern about subversives at UC was heightened by sensational hearings conducted by state Sen. Hugh M. Burns and his Fact-Finding Subcommittee on Un-American Activities.

A onetime funeral home proprietor, Burns was a Fresno Democrat devoted to fighting communism. His publicity-seeking committee was a California version of the House Committee on Un-American Activities (commonly known as HUAC), issuing biannual reports and cooperating closely with the FBI.

In June 1951, the Burns committee released a 291-page report that claimed UC had "wittingly or unwittingly . . . aided and abetted the international communist conspiracy in this country." The Berkeley campus, the report alleged, was a hotbed of Soviet spies seeking atomic secrets.

UC President Robert Gordon Sproul denied the charges. A faculty group noted Burns failed to identify a single communist faculty member or student group presently on campus.

But Bay Area newspapers ran stories headlined "California Warned Reds on Campus" and "Report Charges UC Chiefs Aided Conspiracy of Reds."

And in March 1952 Burns began his own program to bar alleged

The FBI's secret UC files

subversives from campus, arranging for every California college to appoint a "contact man" on its staff to help the committee screen faculty.

But one contact man refused to cooperate.

**Clark Kerr's first test**

In July 1952 Clark Kerr became the first chancellor of UC Berkeley, taking over the university's flagship campus.

The son of a Pennsylvania farmer and the descendant of Appalachian pioneers, Kerr had attended Swarthmore College, where he adopted the pacifist Quaker faith. He later earned a graduate degree in economics at UC Berkeley.

During World War II, Kerr served as a federal labor arbitrator, settling workplace disputes to keep Seattle's Boeing plant rolling out bombers to fight Germany. He returned to UC Berkeley in 1945 to teach labor economics and help found its Institute of Industrial Relations -- and soon found himself at the center of one of the Cold War's most bitter controversies over academic freedom.

In 1949, the university's Board of Regents voted to require all employees to sign a loyalty oath -- in addition to the oath of allegiance all state employees already signed -- swearing they did not belong to any group advocating violent revolution.

Kerr signed the loyalty oath. He also voted to support the university's policy declaring that Communist Party members were too biased to teach.

But he defended the professors who refused to sign the loyalty oath, characterizing them as some of "the most independent spirits in the university."

Those professors were fired. But Kerr's calm defense of academic independence won respect from both the faculty and the regents, who named him chancellor, partly in the hope that his appointment would heal wounds from the oath controversy. (The fired faculty members by then had sued and won reinstatement.)

As chancellor, Kerr would have access to the university's top-secret nuclear weapons labs, so the FBI thoroughly investigated his background. He was granted a "Q" security clearance -- the highest level.

The day before Kerr was officially introduced to the Berkeley campus, Sproul surprised Kerr by publicly naming him UC Berkeley's "contact man" for the Burns committee.

Kerr regarded the committee's reports as exaggerated and based on rumor and innuendo. Kerr made clear he would have nothing to do with Burns' system of contact men until he consulted students and faculty.

"I shall be eternally vigilant to preserve freedom of inquiry and freedom of expression for the students and for the faculty," Kerr said in an Oct. 1, 1952, campus speech.

"In a world increasingly hostile to independent minds, this should always be the foremost concern of a university administration. Freedom was bought at a high price. It must not be sold at any price."

**A plot against Kerr**

Kerr was inaugurated as UC's 12th president on Sept. 29, 1958, with an elaborate ceremony at Berkeley's Greek Theatre that drew dignitaries from colleges around the world.

The FBI's secret UC files

In six years as chancellor, Kerr had steered Berkeley toward top academic rankings, won approval for a dozen new dormitories and a student union, and become known for supporting the scholars "right of free choice, free study and free communication of ideas."

Now the 47-year-old Kerr was taking over the world's largest research university and a key defense contractor at a time of extreme Cold War tensions.

Kerr's rise worried some observers, including top FBI officials.

Two weeks after his inauguration, Richard Auerbach, special agent in charge of the FBI's San Francisco office, sent Hoover a dark memo.

"Dr. Kerr," he wrote, "has always given the impression that he is a 'liberal' in the educational field, that he is not in sympathy with loyalty oaths . . . not in complete accord with the fact that various branches of the state and local government must conduct security investigations of individuals on the various campuses . . . ."

"Dr. Kerr . . . at best is a highly controversial figure in California education."

Auerbach's memo went on to brief Hoover on a secret plan to oust Kerr. According to his Oct. 16, 1958, memo:

Richard Combs, the Burns committee's longtime counsel, chief investigator and driving force behind the contact man program, had just held a meeting at his home in the Central Valley.

Present was William Wadman, UC's security officer and a veteran FBI source on campus political activities, along with members of the Alameda County District Attorney's Office and the Berkeley Police Department.

At the meeting, Combs presented "a sinister picture." He claimed Kerr had associated with "persons of questionable loyalty" and helped "liberals and leftists get ahead." He theorized Kerr "might be an undercover Communist."

Combs vowed to investigate Kerr and wanted "assistance from a right-wing group of University officials who would be in a position to observe Kerr close at hand."

"The ultimate aim of this plan," Combs told the group, "would be to compile a documented and convincing history of Kerr, showing him to be a dangerous radical (and) to present this to the right people" -- such as sympathetic regents.

"The purpose would be to try to get Kerr neutralized in his present job or even removed."

UC security officer Wadman and the others pledged to help Combs, and one of them briefed an FBI agent on their plan.

In his memo to Hoover, Auerbach said he was reporting Combs' plot to headquarters "merely for its information and in the event that the Bureau may receive some inquiry concerning Dr. Kerr."

Hoover filed the memo in his expanding file on the university. His concern about the campus would soon turn to outrage -- all because of a simple essay question.

**The essay question**

It was optional question number 7 on UC's 1959 English aptitude test for

The FBI's secret UC files

high school applicants -- and Hoover was livid:

"What are the dangers to a democracy of a national police organization, like the FBI, which operates secretly and is unresponsive to public criticism?"

Hoover took any attack on the FBI personally. As soon as he learned about the essay question, he ordered Assistant FBI Director Cartha "Deke" DeLoach to start a covert public relations campaign to embarrass the university and pressure it to retract the question.

"We really should stir up as many protests re (sic) this as possible," Hoover ordered.

DeLoach, a high official in the American Legion, enlisted his fellow legionnaires to fire a barrage of irate letters at the university.

At the FBI's urging, the head of the International Association of Chiefs of Police and a "Bureau-minded" member of the Los Angeles Archdiocese each publicly condemned the question.

In San Francisco, Auerbach met with Gov. Edmund G. "Pat" Brown and made him aware of Hoover's "extreme displeasure regarding the aptitude test question."

Auerbach also called on "a few friendly sources" in the media, including the publishers of the San Francisco Examiner (then owned by the Hearst Corp.) and the San Francisco Chronicle (then owned by the DeYoung family and now owned by Hearst).

And Hoover personally complained to Brown, who was ex-officio president of the regents, and four other regents, calling the question a "gross error."

The campaign worked. Brown promptly chastised UC officials. On Feb. 19, 1960, the regents retracted the question, expressing their "regret" and affirming their "highest respect" for the FBI.

In an interview with The Chronicle, DeLoach said the FBI was merely trying to "set the record straight."

At the time, Hoover couldn't resist gloating. In a "Dear Dick" letter to Vice President Richard Nixon, the director described the "storm of protest" that arose in response to the "viciously misleading question."

And he was just getting started.

**The wrong man**

Hoover next ordered his agents to identify the author of the question, and they soon focused on UCLA English professor Everett Jones, combing their files for any derogatory information on him.

A few weeks later, UCLA chancellor Vern Knudsen received an anonymous letter attacking the loyalty of Jones and his wife. Copies also went to three Los Angeles newspapers.

The FBI's files don't say who wrote the letter. In an interview, DeLoach said he had no recollection of the episode.

The letter claimed that in the mid-1940s the Joneses were "fanatical adherents to communism." It said the couple were present at parties attended by communists in the 1950s. Everett Jones, it said, had "inherited" leftist sympathies from his father, a former Unitarian minister.

The FBI's secret UC files

The letter added that "it is indeed impossible to believe that UCLA or any other educational institution would knowingly place a person with Everett Jones' record in a position where he can so effectively poison the minds of American Youth."

Knudsen prepared a statement saying he normally ignored anonymous allegations, but he had questioned Jones about the letter. Jones denied ever being in the Communist Party and noted he had signed the university's loyalty oath.

In any event, the chancellor added, Jones had "no part" in preparing the essay question.

The FBI, it seems, had the wrong man.

### The Security Index

Hoover now set his sights on the entire university.

He ordered his agents to search the bureau's files for any derogatory information about UC's 6,000 faculty members and top administrators around the state.

On March 2, 1960, he received a 60-page report on UC's "political complexion." DeLoach, who prepared the report, told The Chronicle that the FBI was just sizing up the university that had come out with the controversial essay question.

The report said 72 faculty members, students and employees were listed in the bureau's "Security Index," a secret list of people whom the FBI considered potentially dangerous to national security during a crisis and would detain indefinitely without judicial warrant.

Bay Area detainees, a former FBI agent told The Chronicle, were to be held on Angel Island.

Hoover had started keeping the nationwide index in 1940, according to a 1976 study by the U.S. Senate Committee to Study Governmental Operations with Respect to Intelligence Activities.

He ignored an attorney general's 1943 order to destroy the list because it was "impractical, unwise and dangerous," said the committee, which was headed by Sen. Frank Church, D-Idaho.

At its height in 1954, the Security Index contained the names of 26,174 people. The index listed not only alleged communists, but suspected communists and individuals who had "shown sympathy" to communist objectives. It included people involved in labor unions, civil rights groups, the film industry and schools.

Congress was not told about the detention plan, according to the Church committee, which also found the plan failed to meet 1950 statutory requirements that there was "reasonable ground to believe" prospective detainees would engage in espionage or sabotage.

The FBI's report on UC also alleged that faculty members had engaged in a panoply of other misconduct:

· 141 professors had committed miscellaneous misdeeds such as "writing a play that glorified the Chinese Communist Army";

· 54 professors or their family members subscribed or contributed to publications the bureau deemed subversive;

The FBI's secret UC files

· 40 faculty members had protested the state's loyalty oath;

· 27 had close relatives who were former members or contributors to the Communist Party;

· 22 professors had been involved in "illicit love affairs, homosexuality, sexual perversion, excessive drinking or other instances of conduct reflecting mental instability."

But the FBI found nothing in its files about UC Berkeley English professor James Lynch who, the bureau finally learned, had written the offensive essay question.

Kerr had been in Argentina at a conference on education during the essay-question imbroglio.

On March 28, 1960, he wrote Hoover to express his regret about the question and to ask the director to raise any future concerns about the university "directly with me as president."

But Hoover snubbed Kerr's overture.

"If we have any further difficulties," Hoover told his aides, "we will deal with the regents as we recently did."

### The protest at City Hall



On May 13, 1960, hundreds of demonstrators -- many of them UC Berkeley students -- gathered at San Francisco's City Hall to protest hearings being conducted there by the House Committee on Un-American Activities.

When the demonstrators were barred from the hearing room, a loud scuffle broke out. The police turned on high-pressure fire hoses and blasted the crowd down the marble steps.

Officers arrested 64 people, including 31 Berkeley students, but instead of discouraging the protest, the confrontation became a call to arms. The next day 5,000 people protested the HUAC hearings at City Hall.

The incident marked not only HUAC's decline but the noisy arrival of a new generation of students, the first stirrings of a youth movement that, even then, seemed centered in Berkeley.

It took the FBI by surprise.

"Yesterday . . . we had a demonstration of Communist strength in San Francisco, the likes of which have not been seen since the infamous 1934 strike," Auerbach told Hoover. His memo compared the City Hall protest to the violent strike that was led by San Francisco labor leader Harry Bridges and shut down the West Coast maritime industry.

"What is particularly significant, and undoubtedly of special interest to you, is the fact that much of the manpower for this riotous situation was provided by students of the University of California at Berkeley.

"Since Clark Kerr has become President, the situation on all campuses has deteriorated to the point where the so-called academic freedom has become academic license.

"The attack on the FBI in the English 'A' examination was merely one example of the deterioration of the morality and patriotism at this great university, which soon will have fifty thousand students in its halls."

The FBI's secret UC files

In June 1960, a San Francisco judge dismissed all charges of disturbing the peace against 63 of the City Hall arrestees.

Several months later, in a widely publicized report entitled "Communist Target -- Youth: Communist Infiltration and Agitation Tactics," the FBI director blamed the melee on the students, claiming they had been duped by communists.

Hoover charged that UC Berkeley student Robert Meisenbach "provided the spark that touched off the flame of violence." He alleged that Meisenbach leaped over a barricade, grabbed a policeman's billy club and used it to beat the officer.

But in May 1961 a jury acquitted Meisenbach.

Hoover's "Communist Target -- Youth" may have been discredited. But it already had caught the eye of a politically ambitious actor named Ronald Reagan.

### 'The FBI Story'

On Aug. 26, 1960, Reagan had the Hollywood operator place a call to FBI headquarters in Washington and asked to speak with Hoover. Told the director was out, he was connected to DeLoach, the assistant director.

Reagan introduced himself as the host of "General Electric Theater," a popular Sunday night television drama. He said he wanted to produce a special program based on the "Communist Target -- Youth" report. Hoover could appear at the end of the program to warn viewers about the communist threat, he added, which would be "a great public service."

Over the years, Reagan and the FBI had engaged each other through a series of contacts that catalyzed his political metamorphosis.

He had come to Hollywood in 1937 and three years later played George Gipp in his most acclaimed film, "Knute Rockne -- All American." He was a Democrat who gave his name and time to groups promoting liberal policies at home and abroad.

But as the Cold War began, the FBI suspected that some of those groups included Communist Party members trying to promote the Soviet cause. As Reagan recalled in his memoir, "An American Life," FBI agents approached him in 1946 and shared their insights about the communist effort to take over Hollywood.

Reagan's book suggests that this and other discussions with FBI agents inspired him to fight communism, which led him to run for president of the Screen Actors Guild and "indirectly . . . set me on the road that would lead me to politics."

In 1985, the FBI released some documents about Reagan. A spokesman for Reagan said at the time that the president played only a "very minor" involvement with the bureau. The spokesman claimed that the FBI was merely contacting people who had testified before HUAC.

Those documents described an April 10, 1947, meeting between FBI agents, Reagan, then SAG president, and his first wife, actress Jane Wyman at the Reagans' Hollywood home, where they identified colleagues "who they suspected were carrying on Communist Party work."

Newly released FBI records obtained by The Chronicle reveal that the actors named by Reagan and Wyman that day included Larry Parks ("The Jolson Story"), Howard Da Silva ("The Lost Weekend") and Alexander Knox ("Wilson"). Each was later called to testify before the House Committee on Un-American Activities and blacklisted from working in

Hollywood.

And over the years, the new documents show, Reagan's contacts with the bureau were far more extensive than he acknowledged or has been reported.

In May 1947, Reagan gave the FBI the name of another actor involved in liberal causes (the actor's name is deleted in the FBI documents).

That October, Reagan went to Washington, D.C., to testify as a friendly witness at a HUAC hearing on communism in the movie business. At a dinner attended by Hoover, Reagan remarked that Quentin Reynolds, a prominent journalist who had criticized the HUAC hearing, was "said to be a communist."

Reagan continued to periodically phone the FBI to report people he suspected were communists, based, apparently, on his brief encounters with them.

One was a young starlet who at a 1959 Hollywood soiree disagreed with blacklisting actors who had refused to testify against their colleagues. (The FBI deleted her name in the records.)

Another was an unnamed Los Angeles college student who questioned Reagan after he gave a 1960 speech on behalf of Democrats for Nixon. The student, Reagan told the FBI, asked questions "right down the commie line."

DeLoach told The Chronicle that Reagan was not an informant, saying, "He never was a close contact of ours. He was never a source of information. There was no unique relationship."

In an interview, Edwin Meese III said Reagan and the FBI had "back and forth" contact during this period. "He felt that the contacts with the bureau were very helpful to him during that period."

Wyman did not respond to a request for comment through her Hollywood representative, Jan Stern.

Reagan also saw the dramatic potential in fighting communism, new documents show.

In 1958, he sought to play the part of Special Agent George Crandall in a movie to be called "The FBI Story." So eager was he to play the valiant agent killed in the line of duty that he offered to take half of his normal $75,000 fee.

But the Los Angeles FBI chief checked the bureau's files and found that Reagan had been "associated with certain Communist front organizations" in the mid-1940s, before he "suddenly saw the light."

The FBI was wary of giving the bureau's imprimatur to the ex-liberal. "Sounds as though Reagan would consider this another stamp to block out the past," the agent wrote. "If it reaches an issue I am just going to say 'No.' "

The role of Crandall in the 1959 film went to Larry Pennell.

By the end of the decade, Reagan's film career had stalled -- he claimed Hollywood liberals were punishing him because of his anti-communist work -- and he was hired by General Electric, hosting its weekly television show and making speeches to GE employees.

At first his talks focused on fighting communism in Hollywood, but they increasingly embraced broader conservative concerns like "encroaching

government controls." Liberalism, he said at one point, was a disguise for "socialist revolution."

And he was inspired when he read Hoover's "Communist Target -- Youth" report on the protests against HUAC at San Francisco City Hall.

In September 1960, after he broached the idea for a television special with DeLoach, the bureau again checked its files on Reagan.

"He has been contacted on several occasions by agents of our Los Angeles Office and in every instance has been cooperative and helpful," the resulting memo said.

"He in turn has visited our Los Angeles office, and our relations with him have been cordial."

But on Sept. 8, 1960, Reagan again phoned Hoover only to be told the director was unavailable. Reagan declined to speak with anyone else.

The next day, he made one last pitch to do the show, but DeLoach said the answer was still no.

The FBI wasn't ready to take the stage with him -- not yet.

™ © 2007 Hearst Communications Inc.



## SFGate.com

**Quick Search**

[ GO ]

Advanced Search

▸SFGate Home
▸Today's Chronicle

▸Sports
▸Business
▸Entertainment
▸Food&Dining
▸Travel

**News & Features**
▸Opinion
▸Politics
▸Technology
▸Crime
▸Science
▸Cars
▸Small Business
▸Weird News
▸Polls
▸Photo Gallery
▸Video Reports
▸Audio Slideshows
▸Columnists
▸Travel
▸Lottery
▸Obituaries
▸Blogs

**Community Blogs**
By our readers for
our readers **BETA**

▸Newspaper Ads

**Classifieds**
▸Jobs
▸Personals
▸Real Estate
▸Rentals
▸Cars

**Regional**
▸Traffic
▸Weather
▸Live Views
▸Maps
▸Bay Area Traveler
▸Wine Country
▸Reno & Tahoe
▸Ski & Snow
▸Outdoors
▸Earthquakes
▸Education
▸Chronicle Watch
▸Public Notices

**Entertainment**
▸Food & Dining
▸Wine
▸96 Hours
▸Movies
▸Music & Nightlife
▸Events
▸Performance
▸Art
▸Books
▸Comics
▸TV & Radio
▸Search Listings

## the campus files                    A Chronicle Special Report

# Trouble on campus
Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002

### San Francisco Chronicle

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
• A Note On Sources

The FBI Files
• Censored and uncensored docs

Timeline
• 1945-1960
• 1961-1965
• 1966-1973

Galleries
• Decade of Student Protest
• An Era of Secrecy

Thousands of students were surrounding the white campus police car and sitting down, holding it captive in the middle of UC Berkeley's sun-bleached Sproul Plaza.

The Oct. 1, 1964, sit-in had begun spontaneously, moments after police arrested a former student who was soliciting donations for a civil rights group and loaded him into the car.

As the crowd clapped and chanted, "Let him go," FBI agents in the crowd of bystanders watched in amazement, snapping photographs and jotting down names they would rush back to Hoover at headquarters.

The confrontation had been building since students returned to UC Berkeley that fall and learned that school officials had begun enforcing a ban on all political activity on campus, even collecting quarters for causes and handing out leaflets.

It was a new generation of students. A good number of them had spent their vacation with the Mississippi Summer Project, registering black voters in the face of attacks from the Ku Klux Klan. They were willing not only to question authority but to defy it.

Instead of obeying the new campus rule, some of the activists had taunted university officials by setting up their card tables in front of Sproul Hall, the main administration building, and passing out flyers for groups ranging from the Congress on Racial Equality to the Young Republicans.

Finally, on that Thursday morning, the administration acted.

Campus police drove onto the plaza and arrested Jack Weinberg. For the rest of the day and into the night, students took turns mounting the soon-crushed car roof, using it as a platform from which they condemned the political ban as a violation of their constitutional right of free speech.

As the hours wore on -- and with Weinberg still in the back seat of the police car -- anxious administrators summoned hundreds of helmeted police officers from around the Bay Area, who lined up behind Sproul Hall in battle formation.

Fearing violence, Kerr urgently negotiated with the protesters, including philosophy student Mario Savio, whose impassioned speeches that day instantly made him a leader of the demonstration.

Thirty-two hours passed before Savio once again mounted the car roof and announced that Kerr and the protesters had reached an agreement: The students would stop their illegal protests, and the university would review its ban on political advocacy.



"I ask you to rise quietly and with dignity, and go home," Savio said.

Trouble on campus

**Living**
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

**Resources**
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

**Advertising**
▸Advertise Online
▸Advertise in Print
▸Place a Classified
▸SF Gate Media Kit

**Newspaper**
▸Advertise
▸Chronicle
  In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
  the Chronicle
▸Submissions

**Subscriber
Service**
▸Get Home Delivery
▸Manage Account,
  Missed Delivery,
  Vacation Hold

Disaster had been averted, but the students soon formed the Free Speech Movement. In the following months, they would stage the first major campus protests of the 1960s.

The FSM's use of sit-ins, pickets and other kinds of nonviolent civil disobedience tactics borrowed from Mahatma Gandhi by way of the civil rights movement would shock a public accustomed to campus conformity and make news around the world.

The protests would also create a crisis for Kerr -- and jolt the FBI into action.

### A leak to the press

In Washington, Hoover reviewed the reports and photographs his agents had taken on campus.

He was not pleased.

First came the university's suggestive essay question about the FBI in 1959. Then Berkeley students joined in the 1960 demonstrations against the House Un-American Activities Committee at San Francisco City Hall. Now they had captured a police car.

Hoover ordered agents around the country to determine whether the FSM was influenced by the Communist Party or other subversive groups, and whether the protest violated federal laws against civil disturbances.

But the bureau's investigation quickly expanded beyond the FSM's leaders to include their family members, faculty supporters, a CBS newsman who reported on them, even a company that produced an album of Free Speech Movement Christmas carols.

And Hoover soon went beyond gathering intelligence and began covertly manipulating public opinion about campus events.

At his direction, the San Francisco FBI office slipped information about some protesters' past political activities and arrests at civil rights demonstrations to Ed Montgomery of the San Francisco Examiner, a Pulitzer Prize-winning reporter who had developed an unusually close relationship with the bureau.

In late November 1964, the Examiner published his series depicting the Free Speech Movement as a "Marxist dominated" plot to disrupt colleges around the country.

Curtis Lynum, the new head of the FBI's San Francisco office, was pleased.

"These are excellent articles," Lynum reported to Hoover. "They deal with subversive affiliations on the part of some of the more prominent demonstrators and they have been the subject of considerable discussion among state administrators, university administrators, students, and the general public, on a state-wide basis. They were extremely timely . . . ."

In an interview with The Chronicle, Lynum said he helped Montgomery on some stories but did not recall giving him material for the series.

The stories had a broader political effect. Fred Dutton, a former regent who was Brown's 1960 campaign manager, told The Chronicle that they cast Kerr and Brown as failing to control not just unruly students, but a new threat to national security.

And the trouble on campus was just starting.

### Sit-in at Sproul Hall



The crowd in Sproul Plaza on Dec. 2, 1964, was unusually large and tense.

For weeks the FSM had been holding noon rallies on the plaza, demanding that the administration lift the ban on political activity.

Finally the FSM issued an ultimatum: The demonstrators would take "direct action" in 24 hours -- unless the administration dropped both the political ban and disciplinary charges against protest leaders, including Savio.

The administration had spurned the ultimatum. Now speakers were urging the tightly packed crowd of 4,000 to take over Sproul Hall.

Savio gave what would become his most famous speech. It was not only a fiery reply to Kerr's characterization of the modern university as part of a knowledge "industry" but a rebuke of bureaucratic society.

"There is a time when the operation of the machine becomes so odious, makes you so sick at heart, that you can't take part; you can't even passively take part, and you've got to put your bodies upon the gears and upon the wheels, upon the levers, upon all the apparatus and you've got to make it stop.

"And you've got to indicate to the people who run it, to the people who own it, that unless you're free, the machine will be prevented from working at all."

The speech electrified the crowd. And as a young folk singer named Joan Baez sang "We Shall Overcome," more than 1,000 people filed into the administration building and occupied all four floors.

As night fell and the sit-in continued, Kerr once again sought to avert violence, arguing against bringing in police. But this time Brown overruled him and ordered the police to clear the building.

Just after 3 a.m., more than 600 officers entered Sproul Hall. The demonstrators refused to leave. Instead they went limp, forcing the police to carry them out. It took 12 hours to remove nearly 800 protesters.

The arrests set off more protests. Nearly 10,000 people attended a Dec. 4 rally at Sproul Plaza, during which the featured speakers, San Francisco Assemblymen Willie Brown and John Burton, denounced the arrests. In the following days, 5,000 students picketed the campus and thousands more boycotted classes. Many of them wore IBM punch cards that read, "I am a student: Do Not Fold, Spindle or Mutilate."

Desperately trying to re-establish order, Kerr called an unprecedented campus-wide meeting at the Greek Theatre on Dec. 7.

### Incident at the Greek Theatre



Some 16,000 people jammed the amphitheater that Monday to hear Kerr propose a compromise that still fell short of granting students the constitutional right of free speech on campus.

Just as Kerr finished his address, Savio strode toward the podium. Two police officers grabbed him and dragged him away by his coat and tie. The audience was stunned by the sudden use of force. Many people began to chant, "Let him speak!" After a few minutes, Kerr relented. Savio tersely announced a counter-rally immediately afterward at Sproul Plaza.

The manhandling of Savio outraged many professors. On Dec. 8, the Berkeley faculty overwhelmingly voted to back the FSM's demand that UC rescind the rule against political advocacy on campus.

The next day, a worried Brown called Lynum from his home. Brown said he feared the Board of Regents was losing control of the university. He asked about Montgomery's Examiner stories, and Lynum said they were "very factual."

Then the governor asked for FBI information on the demonstrators that he could use in making "the proper suggestions" at the next regents meeting.

Lynum contacted Hoover, who agreed to Brown's request. On Dec. 14, Lynum met with Brown and confidentially gave him reports about the alleged "communist affiliations" of 14 students and five faculty who had been present during the demonstrations.

In an interview, Lynum said the FBI's cooperation with the governor was proper.

But on Dec. 18, the regents conceded the FSM's main point by affirming that university rules should follow U.S. Supreme Court decisions on free speech.

As far as Hoover was concerned, the university was tumbling into chaos. Even as the regents met, he ordered the San Francisco FBI to intensify its investigation of the FSM and "go beyond usual steps."

And then he got the request from the White House.

**Report to the White House**

President Lyndon Johnson summoned Kerr to the Oval Office in early December 1964 and said he wanted to name him Secretary for Health, Education and Welfare.

"I've looked from the Pacific to the Atlantic and from Mexico to Canada, and you're the man I want," Johnson said, according to Kerr.

Johnson had directed the FBI to conduct a routine background investigation into Kerr's character, reputation and loyalty.

But as a U.S. District Court would later rule in the Freedom of Information Act suit for the campus files, Hoover used the process as a "pretext" to sabotage Kerr's career.

On Dec. 31, 1964, the director sent Johnson a summary of the FBI's findings.

The report noted that over the years Kerr had been appointed to federal advisory boards by Presidents Eisenhower, Kennedy and Johnson.

The report said that most of the people interviewed by the FBI were overwhelmingly positive about Kerr. It said FBI informers inside the Communist Party had no information on Kerr.

But the FBI slanted the 12-page report by including damaging allegations against Kerr -- without telling Johnson that the bureau had investigated each of the charges and found them untrue.

Nearly three pages were devoted to allegations made by Richard Combs, the Burns committee legal counsel.

Combs repeated a claim allegedly made in 1953 by a man named Louis

Hicks who had worked with Kerr at the federal War Labor Board in San Francisco in the 1940s. Hicks, said Combs, had alleged that Kerr was "pro-communist."

The report failed to note that when the FBI later interviewed Hicks, he denied making the charge.

Combs also claimed that when Kerr worked for the War Labor Board, he was closely associated with Sam Kagel, a well-known labor arbitrator who was allegedly pro-communist.

That charge had been made in 1958 by Wadman, the UC security officer and FBI contact who had pledged to help Combs get Kerr fired.

The report failed to say that the FBI had found no evidence that Kerr and Kagel had more than a professional relationship, and that the communist charge against Kagel was itself not credible.

Kagel told The Chronicle he never was a communist.

Finally, Combs claimed that Kerr, while chancellor of UC Berkeley, had employed two women who were later dismissed as security risks. That charge also came from Wadman.

The report failed to say that the FBI found the women "have never been dismissed for security reasons."

Hoover's report to Johnson also included a page of comments from Don Mulford, an East Bay assemblyman who had sharply criticized Kerr for easing university policies on student political activity and letting communists and socialists speak on campus.

But Hoover also sent the White House a separate letter containing more ominous allegations that Mulford did not want attributed to him in the report -- allegations the FBI knew were unfounded.

Mulford portrayed Kerr as part of a communist conspiracy. He claimed that a source -- whose name he could not recall -- had told him Kerr had "some connections with the Communist Party during World War II."

And now, Mulford said, it seemed "someone has a hold over" Kerr, suggesting that this explained his appointment of "left wing" professors and his refusal to crack down on protesters.

In an interview, DeLoach denied that the FBI had tried to damage Kerr's reputation.

Kerr told The Chronicle he was unaware that Hoover had sent any falsehoods to the White House.

Johnson had meanwhile decided to withdraw the HEW offer to Kerr, Kerr said. Johnson complained that news of the possible appointment had leaked to the press.

**No evidence**

Hoover still was determined to turn public sentiment against the Free Speech Movement.

He wanted to publish a new report exposing communist influence on the Free Speech Movement, similar to the FBI's "Communist Target -- Youth" report about the 1960 City Hall protests against HUAC.

So Hoover ordered the San Francisco FBI office to prepare a memo

"pinpointing" the role communists played in the FSM protests.

There was only one problem: Lynum had found no evidence that communists and other subversives played a significant role in the Free Speech Movement.

"It is the opinion of this office that subversive participation in the demonstrations did not have any bearing on the measure of success achieved," Lynum wrote in a Jan. 8, 1965, memo to Hoover.

Some communists and socialists were among the tens of thousands of participants, Lynum wrote, but "the demonstrations would have taken place with or without any participation by subversives, because of basic grievances."

Eleven days later, Lynum sent headquarters another memo saying, "In the UC demonstrations there were over 22 different organizations involved, ranging in views from the far left to the far right, who were of the opinion that their constitutional rights of free speech were being regulated and opposed by the UC Administration.

"No information has been reported from any confidential informants indicating that the (Communist Party) played a direct role in the UC demonstrations," he added in the Jan. 19, 1965, memo.

It was at that point, the federal court of appeals would later rule in the FOIA suit, that the FBI's investigation of the Free Speech Movement ceased to have any legitimate purpose and "came to focus on political rather than law enforcement aims."

The FBI never published a report on the Free Speech Movement.

But Hoover wasn't going to let the lack of evidence deter him from pursuing the protesters and the university administrators -- "bleeding hearts," he had called them -- who had failed to do the job themselves.

Kerr, Hoover had concluded, was "no good."

### Enter the CIA

CIA Director John McCone arrived at Hoover's office in the Justice Department building at 3:30 p.m. on Thursday, Jan. 28, 1965, and the nation's two most powerful intelligence officials began to bluntly discuss taking "corrective action" at Berkeley.

McCone had made a fortune working with Stephen Bechtel, building refineries and power plants in the 1930s and hundreds of ships during World War II.

President Eisenhower named McCone head of the Atomic Energy Commission in 1958. President John F. Kennedy named him head of the CIA in 1961, and he guided the agency during the Cuban missile crisis the following year.

McCone had graduated from UC Berkeley in 1922, and he cared deeply about his alma mater.

He and Hoover agreed that much of the problem on campus was that Kerr -- and his key supporter Gov. Brown -- "have given in on everything these young punks causing the trouble have wanted."

But both McCone and Hoover were aware of the sensitive nature of their meeting. The National Security Act of 1947, which created the CIA, also prohibited it from engaging in domestic intelligence activities.

The CIA declined to comment about the meeting.

In an interview with The Chronicle, R. James Woolsey, CIA director from 1993 to 1995, said, "It's entirely inappropriate for a director of Central Intelligence to be involved in anything of this sort dealing with political views or investigations of Americans."

As McCone told Hoover, "Any action taken against subversive types must be handled in a very prudent manner" -- especially given "the general sensitivity of people in the academic world."

The meeting between Hoover and McCone was previously disclosed in an FBI document obtained by author Athan Theoharis.

But documents obtained by The Chronicle show McCone and Hoover proceeded to carry out a secret scheme involving senior regent Edwin Pauley.

Pauley had become a multimillionaire in the oil industry. He had been a part owner of the Los Angeles Rams football team, a director of Western Airlines and a U.S. ambassador.

Pauley had graduated from Berkeley in 1923, one class after his close friend McCone. He was a major donor to the university, which named UCLA's Pauley Pavilion after him. For more than a quarter of a century, Pauley had been a member of the Board of Regents. He was by far its harshest critic of both student protesters and Kerr's handling of them.

As McCone told Hoover, Pauley was very upset about the "situation at Berkeley."

Pauley was "anxious to get a line on any persons who are communists or have communist associations, either on the faculty or in the student body."

Hoover immediately agreed to give Pauley information from confidential FBI files -- in what the federal appeals court in the FOIA suit would later call the FBI's "campaign to have Kerr fired."

As soon as McCone left his office, Hoover phoned Los Angeles FBI chief Wesley Grapp, a trusted veteran agent.

He ordered Grapp to give Pauley anonymous memos on 19 students and faculty members who were "causing trouble at Berkeley."

Hoover said the memos would include only "public source" information. But all of the contents came from the FBI's confidential files.

Pauley could use the memos to discredit the demonstrators and persuade the regents to get tough on them -- and on Kerr.

Hoover admonished Grapp, "It must be impressed upon Mr. Pauley that this data is being furnished in strict confidence."

**Confidential reports**

Five days later, Grapp met with Pauley at his office in the Pauley Petroleum Building in Los Angeles for two hours.

Pauley began the Feb. 2 meeting by saying he was upset about the FSM and recalled that "obnoxious question . . . concerning the FBI being a secret police."

He told Grapp he had "no use for Kerr" and had accused the university president of being a "communist or a communist follower."

Pauley explained that the 24-member Board of Regents was divided and that his faction wanted "strong positive action taken immediately to clean up the mess."

The problem, he said, was that so far he'd been unable to muster the votes to fire Kerr. He blamed the impasse on three "ultra-liberal" regents who staunchly backed Kerr.

All were prominent Bay Area Democrats whom Brown had named to the board: William Coblentz, a San Francisco lawyer, was formerly special counsel to Gov. Brown; William M. Roth, a shipping executive, was a member of the ACLU executive committee; and Elinor Haas Heller, who had been a member of the Democratic National Committee.

Pauley told Grapp that he had heard that in the 1950s the FBI secretly gave the university reports on professors it was considering hiring.

He said he wanted to restore the procedure -- which the FBI had code-named the Responsibilities Program -- and offered to pay someone to check FBI files.

Grapp replied, "One of the reasons the FBI is the highly efficient organization it is today is because of the confidence the American public has in us, which is due in part to the fact that our files are confidential."

But after obtaining Pauley's promise not to reveal that the FBI was his source, Grapp handed him Hoover's memos.

Pauley quickly read one.

"This is perfect," he said. "This is just what I need."

It was a three-page report on UC Berkeley immunology professor Leon Wofsy that summarized news stories from 1945 to 1956, noting that Wofsy had been a self-avowed Communist Party official who tried to get young people involved with the party.

The report failed to note that since 1957 the FBI had found no evidence that Wofsy had been involved with the party, and, in any event, one of the FBI's most reliable campus informants had said that although Wofsy supported the FSM, "he exerted no more influence on final decisions than any other single faculty member."

Two days later, Grapp reported to Hoover that Pauley would be "an excellent source of information" about internal university affairs.

Pauley could also "use his influence to curtail, harass and at times eliminate communists and ultra-liberal members on the faculty" -- and on the Board of Regents.

About a week later, Grapp secretly gave Pauley verbal reports containing confidential information about regents Coblentz, Roth and Heller. It concerned their minor involvement with liberal groups in prior decades -- even though they had fully disclosed it to the bureau and held top-level security clearances.

Pauley, Grapp reported to Hoover, was "most appreciative" of the information on his opponents.

In an interview, DeLoach denied that the FBI had attempted to remove Kerr, professors or students from the university. Grapp, however, confirmed that he leaked the information to Pauley.

Pauley was determined to oust Kerr.

And as he saw it, according to Grapp's report, UC would remain in turmoil "as long as the current officials were in power at the university."

**A political impasse**

The situation at UC Berkeley seemed to be going from bad to worse.

No sooner had the Free Speech Movement quieted down than the Filthy Speech Movement erupted in early March 1965. Police arrested a young man for sitting on the Sproul Hall steps and displaying a sign whose sole content, as Hoover put it in a letter to President Johnson, was "a four letter word not utilized by people of good taste in mixed company."

The arrest led to more profanity, arrests and protests. Some angry regents demanded that Kerr immediately expel the students, but the president insisted on following established disciplinary procedures.

Under increasing pressure, Kerr suddenly announced his intent to resign on March 9, 1965. But Gov. Brown and the Berkeley faculty backed Kerr, and a divided Board of Regents persuaded him to stay.

Regents Roth and Dutton, a former assistant U.S. secretary of state and also a longtime supporter of Brown and Kerr, still wanted to know who was behind the continuing campus unrest.

On May 20 they requested an FBI briefing on "communist participation in the student riots." But DeLoach denied their request on the grounds that Dutton wanted to use it to brief the entire board and "was not authorized to receive information from our files." DeLoach added in a memo, "I told him of the confidential nature of our files."

In an interview, Dutton said he never asked the FBI for information on the protests.

Meanwhile, the Vietnam Day Committee (VDC) had begun using the Berkeley campus to organize some of the nation's largest anti-war protests.

Through the summer of 1965, VDC leader Jerry Rubin and other protesters tried to block troop trains passing through Berkeley to the Oakland Army base.

That fall, thousands of students joined the escalating protests.

To Pauley and the FBI, it was further proof that Kerr had lost control of the university.

Pauley confided to Grapp that two alumni were taking things into their own hands. They had recruited athletes to "beat up the demonstrators" and hired a barber to "forcibly 'shear' the students who need it."

In an interview, Grapp said he did not know if the alumni carried out their plan.

Grapp continued to slip Pauley anonymous memos about students and faculty -- at least two dozen more -- that he could use in persuading the regents to fire Kerr.

But in October, a frustrated Pauley told Grapp he was still "two votes short to fire Clark Kerr."

FBI headquarters had come to realize that the problem was Gov. Brown.

"Governor Pat Brown has injected himself into the move on the part of

some of the Regents to oust Kerr," one of Hoover's top aides wrote on Oct. 28, 1965. "He regards the issue as a political one and would do everything in his power to retain Kerr as President."

Kerr would remain in charge of the university, it seemed, as long as Brown remained governor.

™ © 2007 Hearst Communications Inc.



**SFGate.com**

**Quick Search**

[ GO ]

Advanced Search

▶ SFGate Home
▶ Today's Chronicle

▶ Sports
▶ Business
▶ Entertainment
▶ Food&Dining
▶ Travel

**News & Features**
▶ Opinion
▶ Politics
▶ Technology
▶ Crime
▶ Science
▶ Cars
▶ Small Business
▶ Weird News
▶ Polls
▶ Photo Gallery
▶ Video Reports
▶ Audio Slideshows
▶ Columnists
▶ Travel
▶ Lottery
▶ Obituaries
▶ Blogs

**Community Blogs**
By our readers for
our readers  BETA

▶ Newspaper Ads

**Classifieds**
▶ Jobs
▶ Personals
▶ Real Estate
▶ Rentals
▶ Cars

**Regional**
▶ Traffic
▶ Weather
▶ Live Views
▶ Maps
▶ Bay Area Traveler
▶ Wine Country
▶ Reno & Tahoe
▶ Ski & Snow
▶ Outdoors
▶ Earthquakes
▶ Education
▶ Chronicle Watch
▶ Public Notices

**Entertainment**
▶ Food & Dining
▶ Wine
▶ 96 Hours
▶ Movies
▶ Music & Nightlife
▶ Events
▶ Performance
▶ Art
▶ Books
▶ Comics
▶ TV & Radio
▶ Search Listings

**the campus files**                                        A Chronicle Special Report

## The governor's race
Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002

**San Francisco Chronicle**

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
• A Note On Sources

The FBI Files
• Censored and uncensored docs

Timeline
• 1945-1960
• 1961-1965
• 1966-1973

Galleries
• Decade of Student Protest
• An Era of Secrecy

With a fire crackling in the hearth behind him, Reagan faced the television camera and announced on Jan. 4, 1966, that he would run for governor of California.

To Hoover and other FBI officials who had been frustrated with Brown's and Kerr's failure to end the protests at UC, Reagan was a breath of fresh air.

Over the years, the bureau had taken note as the charismatic actor who wanted to star in "The FBI Story" transformed himself into a leading conservative spokesman.

Reagan had campaigned for Nixon against John F. Kennedy in 1960. The following year, Reagan told a conference of food executives in Chicago that the Communist Party "has ordered once again the infiltration" of the movie industry. "They are crawling out from under the rocks," he declared.

When Hoover saw a news story about Reagan's speech, he dispatched agents to question him. But the bureau's former informer backpedaled, admitting that he had no "first-hand information" about current subversives in Hollywood.

In 1962, Reagan raised money for a Southern California Republican congressman and John Birch Society member, John Rousselot.

That year, Reagan, as host of "General Electric Theater," produced a two-part television special about Marion Miller, who had infiltrated the Communist Party for the FBI and told all in a book, "I Was a Spy: The Story of a Brave Housewife."

Later in 1962, General Electric dropped Reagan from his $150,000 per year job as company representative, concluding his speeches had become too politically extreme. That year Reagan switched his voter registration to Republican.

But it was his hugely successful 1964 television fund-raising pitch on behalf of Sen. Barry Goldwater's presidential bid -- "A Time for Choosing" -- that thrust Reagan into the national spotlight.

When Goldwater lost to Johnson that November, Reagan became the darling of the nation's conservatives, some of whom were soon urging him to challenge Brown for the governorship.

And as the genial host of the "Death Valley Days" television show tested the political waters, giving talks around the state, it seemed someone always brought up UC Berkeley -- and Reagan quickly warmed to the issue. 

Appearing at the Greater Los Angeles Press Club in January 1965, Reagan said he approved of the arrests of the Free Speech Movement protesters.

**Living**
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

**Resources**
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

**Advertising**
▸Advertise Online
▸Advertise In Print
▸Place a Classified
▸SF Gate Media Kit

**Newspaper**
▸Advertise
▸Chronicle
  In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
  the Chronicle
▸Submissions

**Subscriber Service**
▸Get Home Delivery
▸Manage Account,
  Missed Delivery,
  Vacation Hold

"I'm sorry they did away with paddles in fraternities," he quipped.

Now, as Reagan formally entered the governor's race on Jan. 4, 1966, with his fireside chat, he made it clear that one of his major campaign issues would be the campus unrest at Berkeley.

"Will we allow a great university to be brought to its knees by a noisy, dissident minority? Will we meet their neurotic vulgarities with vacillation and weakness?" Reagan asked.

"Or will we tell those entrusted with administering the university we expect them to enforce a code based on decency, common sense and dedication to the high and noble purpose of the university?"

'Meet the Press'

Hoover's top aides took special note when Reagan appeared on Jan. 9, 1966, on NBC's "Meet the Press."

Reagan was asked why he hadn't disavowed the John Birch Society, a group known for its far-reaching conspiracy theories.

Robert Welch, the society's founder, contended President Eisenhower and other leading U.S. officials had been communists and traitors. The group claimed to have thousands of members nationally and chapters throughout Southern California.

Under pressure to clarify his stand on the society for months, Reagan had issued a press release saying he never was a member of the group and disagreed with Welch's "reckless and imprudent statements."

On "Meet the Press," Reagan said he had not condemned the society itself because the Burns committee had looked into the group and found "nothing of a subversive nature."

The FBI, Reagan added, "has found nothing requiring an investigation of the John Birch Society."

But FBI officials knew the bureau's files contained a potentially explosive memo.

In June 1960, an informer whom the FBI memo described as "reliable" reported that Reagan secretly belonged to the organization's Beverly Hills chapter. The chapter included actors John Wayne, Adolphe Menjou and Zasu Pitts, columnist Hedda Hopper and screenwriter Morrie Ryskind, the informer told the bureau.

FBI files obtained by The Chronicle do not show whether the bureau investigated the claim or whether it is true, and DeLoach said in an interview that he had "no idea" about its veracity.

John McManus, the current president of the John Birch Society, said Reagan never was a member of the group. Wayne, Menjou and Ryskind were involved with the society, he said, adding he did not know whether Hopper and Pitts were.

Lyn Nofziger, Reagan's press secretary during the 1966 campaign, said Reagan had no relationship with the society and avoided any appearance of a connection because "I thought it would have cost us votes."

But the bureau kept the informer's report safely locked away.

Overall, FBI officials noted of the "Meet the Press" show, "Reagan made a good appearance and was quite quick and witty in answering the

numerous questions put to him which could have been considerably embarrassing to his future political ambitions."

**'A leadership gap'**

Reagan took the stage at San Francisco's Cow Palace on May 12, 1966. Standing beneath a huge American flag, he told the cheering crowd, the biggest of his campaign so far, that the latest report from the Burns committee was further proof that Kerr and Brown had to go.

The 153-page report accused Kerr of fostering an "anything goes" atmosphere that had turned the university into a haven for protesters and sex deviants.

The May 6 study, prepared by Combs, blamed the litany of campus problems on Kerr's long-standing refusal to cooperate with the Burns committee's "contact man" program to screen out "subversive" faculty.

Once again the Burns committee report ignited inflammatory headlines in Bay Area papers, such as "Report Says U.C. 'Base for Reds' " and "Senators Zero In on 'Filth.' "

Kerr hastily held a press conference and blasted the study as riddled with "distortions, half-truths and statements and situations taken out of context."

But Reagan seized on the thin red report to bolster his own charges of campus misconduct.

At the Cow Palace, he declared, "There is a leadership gap, and a morality and decency gap, in Sacramento. And there is no better illustration of that than what has been perpetrated . . . at the University of California at Berkeley, where a small minority of beatniks, radicals and filthy speech advocates have brought such shame to . . . a great university."

Claiming his sources had verified allegations in the report, Reagan demanded the dismissal of those responsible for "the degradation" of the University of California.

And he called for legislative hearings, saying, "This report cannot be swept under the rug."

**Sources on campus**

Reagan's car pulled up at the Piedmont home of Republican Assemblyman Don Mulford later that summer, and the candidate was ushered inside for a secret meeting.

Reagan had easily defeated San Francisco Mayor George Christopher in the June 7 GOP primary and was running all out against Brown.

But he broke from his intense campaign schedule for a two-hour meeting with Mulford, a longtime critic of Kerr and "special contact" of the San Francisco FBI.

Mulford had summoned to his home several university officials who despised Kerr and had been secretly feeding the FBI internal university information that, they believed, showed Kerr not only had tolerated campus dissent but might be subversive himself.

Among those at the August meeting were Alex Sherriffs, former vice chancellor at Berkeley; Hardin Jones, assistant director of UC's radiation lab; and John Sparrow, associate general counsel to the regents.

The governor's race

Sherriffs, who had bitterly opposed Kerr's handling of the Free Speech Movement, had steadily supplied the FBI with information from personnel files about students and professors involved in campus protests.

Jones had been a paid FBI informant and had helped the FBI set up a network of campus sources to gather allegations that went into FBI reports about campus demonstrations and Kerr. He had told the FBI he was working with the Burns committee "towards removing President Kerr." But Jones' claims about campus communism eventually became so exaggerated that the bureau began to doubt his credibility and stopped paying him.

Sparrow had contacted the FBI at Jones' suggestion after becoming disgusted with Kerr's handling of campus unrest. Sparrow confidentially gave information to the FBI -- as well as the Burns committee -- about campus unrest.

In an interview, Sparrow confirmed the meeting and acknowledged he was engaging in partisan activity against Kerr. He said he took the "extraordinary" actions against a member of the board he represented because he was concerned about the "welfare" of the university.

During their meeting at Mulford's, the three men briefed Reagan about "communist efforts to influence the students" at Berkeley. And they told Reagan that Kerr's removal was "vital" to the university's future.

Afterward, Reagan thanked Mulford for "a most interesting meeting.

"I very much appreciate the help of yourself and your associates in providing the true facts on this matter," Reagan wrote in an Aug. 17 letter.

**A letter from Hoover**

A week later, Hoover gave Reagan's campaign a boost when he endorsed the candidate's proposal to set up a new police training academy.

On Aug. 20, 1966, Reagan had announced his plan for a new anti-crime academy that would teach "police, sheriffs' deputies and other law officers the newest methods in crime prevention and solution."

The academy would be located in Berkeley. And "with Mr. Hoover's help," Reagan said, "such a school could become a sort of FBI academy of California."

Reagan already had written the director to solicit his help.

"Because of your long record, not only of successfully fighting crime, but also of developing new techniques and methods, and because you have given the United States a crime-fighting force second to none in the world, we are eager to have your aid and advice in this project."

But there was a problem: Hoover had previously made clear that he did not support candidates for elective office.

"It is and always has been my firm policy to refrain from lending support to any candidate in campaigns for political office," he had said only a few months before.

But in Reagan's case, the director was making an exception.

"I can assure you that this Bureau is always willing to extend its cooperative services to any and all local, state and federal agencies in order to more effectively combat crime," the director replied in an Aug. 24, 1966, letter.

"I hope you will not hesitate to call upon the FBI for assistance in all matters of mutual interest."

DeLoach denied the FBI helped Reagan's campaign.

"Heavens no," he said. "We stayed 10 miles away from political campaigns. Why should a fact-finding investigative agency involve themselves in political campaigns?"

### Ex-CIA leader joins campaign

Shortly after Labor Day, Reagan launched the final two months of his campaign with a new attack on Berkeley -- this time vowing to conduct a formal investigation of the campus protests with help from former CIA Director John McCone.

McCone had resigned from the CIA in April 1965 and joined Reagan's campaign in August 1966 as head of an executive policy advice committee.

In a major campaign address on Sept. 9, 1966, Reagan struck at both Kerr and Brown.

"I charge that there has been political interference, which has resulted in the appeasement of campus malcontents and filthy speech advocates under the pretense of preserving academic freedom.

"We must have a fair and open inquiry and we must maintain academic freedom for the university and keep it isolated from political influence.

"As governor, I will ask the most qualified man in California and the nation -- John McCone -- to conduct such an inquiry."

### The Reagan landslide



On Nov. 8, 1966, Reagan defeated Brown by nearly 1 million votes, leading a Republican sweep of the major state offices that instantly made him a national political figure.

The next day, Hoover wrote Reagan:

"Heartiest congratulations upon your election as Governor of California," he said. "Your many friends in this Bureau join me in the hope that your term in office will meet with every success, and we want you to feel free to let us know whenever we can be of service."

Lynum wrote Reagan on Nov. 14:

"May I convey my heartiest congratulations. . . . If we can be of any service in matters of mutual interest . . . please feel free to call on me."

Three days later, Grapp also wrote him:

"My associates in the Los Angeles Division of the FBI join me in extending to you best wishes for continued success and want you to know of our desire to assist you in any way possible."

In interviews, Lynum and Grapp said their letters were merely pro forma.

### A message from Mulford

The same day, Mulford arrived at FBI headquarters in Washington, D.C., with a proposal.

Mulford, who was helping the governor-elect select members of his administration, urged FBI officials to take advantage of Reagan's election and "exploit the opportunity . . . to have Governor Reagan clean out the left-wing elements" at the University of California.

Reagan was setting up a committee under Phil Battaglia, who had been his campaign chairman and was now his chief of staff, and Mulford wanted to know if the bureau could give Battaglia information "to assist Governor Reagan in identifying communists and other left-wing extremists.

"The purpose will be either to eliminate them from the state government or to prevent their receiving an appointment to a state position," Mulford told a senior agent on Nov. 17, 1966. "Reagan is planning to clean up the University of California at Berkeley."

Battaglia, now a Southern California lawyer whose clients include the Hearst Corp., said he did not recall the matter.

The agent concluded his meeting with Mulford by giving him the FBI's stock reply: "The FBI could not be placed in the position of 'clearing' appointees to state positions."

But within a week, the director alerted all California FBI offices to Mulford's proposal:

"In the event that you, or another of the California offices is contacted by Reagan or one of his assistants regarding this matter," Hoover wrote, "the Bureau should be immediately advised of the details and no commitments should be made until instructions are received from the Bureau."

**Reagan's denial**

But the FBI had a problem.

As governor, Reagan would have access to UC's atomic research data. The Atomic Energy Act required the FBI to conduct a comprehensive background investigation of him.

The process started on Dec. 18, 1966, when Reagan filled out a Personnel Security Questionnaire that asked, among other questions:

"Are you now, or have you ever been, a member of any organization which has been designated by the United States Attorney General as required under the provisions of Executive Order 10450?

"Are you now, or have you ever been, a member of any foreign or domestic organization, association, movement, group, or combination of persons which is totalitarian, fascist, communist, or subversive . . . ?"

Applicants were required to list any such groups and the dates they were involved with them.

Reagan answered "no" to both questions on the form, which contained a warning that "any false statement herein may be punished as a felony."

Reagan received shining recommendations from everyone the FBI interviewed.

But files of the Los Angeles FBI office showed that in 1946 Reagan had been a sponsor and director of the Committee for a Democratic Far East Policy, which had been designated as subversive by the U.S. Attorney General under Executive Order 10450.

The records also showed that also in 1946 Reagan had been a member of

The governor's race

the American Veterans Committee, the California section of which had been cited in a report by the predecessor of the Burns committee as "communist dominated and (as) a vociferous, decadent minority in national AVC affairs."

But Grapp, head of the L.A. office, approved a report that conformed to Reagan's Personnel Security Questionnaire -- omitting Reagan's association with the two groups officially deemed subversive.

When FBI officials in the bureau's headquarters read Grapp's report, they ordered him to amend the document to include Reagan's role in the groups.

The bureau could not risk the omission. Hundreds of people in the late 1940s and early 1950s had faced hearings and sometimes dismissals from federal employment for failing to disclose memberships in groups deemed subversive.

But the final report to the Atomic Energy Commission, prepared by FBI headquarters, did not mention Reagan's false statement that he had never belonged to a subversive organization, which by law could itself be reason to deny a security clearance.

Battaglia said he did not recall Reagan's security clearance application.

Meese, who joined the administration after Reagan signed the form, said he did not know why Reagan denied his past association with the groups.

DeLoach denied that the FBI gave Reagan special treatment in preparing the report.

But Grapp and another former agent told The Chronicle it was standard procedure for the FBI to point out discrepancies between an applicant's sworn statement and the bureau's findings.

"Yeah, sure, they'd put that in," Grapp said.

**Inauguration warning**

On Jan. 5, 1967, Reagan was sworn in as governor of California. In an inaugural address delivered on the steps of the state Capitol, he warned UC students to obey the rules or get out.

Nine days later, Reagan's office phoned Lynum and said Reagan was scheduled to meet with Kerr about "the Berkeley situation" in two days. Reagan wanted to meet with FBI officials beforehand.

The new governor was furious with Kerr, according to an FBI memo. Reagan's plan to cut the budget for higher education and impose tuition for the first time had leaked to the press. In response, Kerr had announced he would freeze early admissions to the university. New campus protests erupted and students burned Reagan in effigy.

Lynum hung up the phone after speaking with Lt. Gov. Robert Finch and immediately called FBI headquarters.

He urged the bureau to be cautious and not to meet with Reagan at that time. He suggested instead referring the new governor to "former university officials and others who are fully aware of the Berkeley situation."

An hour later, headquarters called Lynum back.

He was to meet with Reagan.

The governor's race

### A bedside meeting

Lynum and Glenn Harter, his top domestic security agent, were led into Reagan's master bedroom in the governor's mansion in Sacramento on Jan. 16, 1967.

The flu-stricken Reagan had canceled the meeting he had scheduled with Kerr for that afternoon, but he still wanted to speak with the FBI about Berkeley.

Reagan's top aides were gathered around his king-size bed. But after perfunctory introductions, Lynum reminded the governor that Hoover had authorized only a private meeting.

Reagan looked around the room.

"Well, you heard him, boys," he said, Lynum told The Chronicle.

After agreeing that their conversation would be held in strict confidence, Lynum and Harter gave Reagan a 45-minute briefing about the turmoil at UC. "I told him what I knew," Lynum said.

But Reagan also wanted a wide range of intelligence from the bureau.

"Governor Reagan specifically requested any information on University President Clark Kerr, any subversive information on any of the University Regents and any information the FBI developed indicating a demonstration was to be held on the campus or at press conferences," an FBI memo said.

Some of his press conferences, the governor explained, could be "stacked with 'left wingers' who might make an attempt to embarrass him and the state government."

Reagan also asked for advance information on "any demonstrations against him or the university administrations."

As Hoover had instructed, Lynum made no commitments. He told Reagan the bureau had not investigated the university and referred Reagan to the Burns committee's most recent report about subversive activities on campus.

Then he and Harter returned to San Francisco and sent an urgent report to the director.

### Hoover plan

Hoover seized the chance to help Reagan clean up Berkeley.

"This presents the Bureau with an opportunity to take positive steps to thwart the ever increasing agitation by subversive elements on the campuses," he noted on a memo to his aides.

"Agitators on other campuses take their lead from activities which occur at Berkeley.

"If agitational activity at Berkeley can be effectively curtailed, this could set up a chain reaction which will result in the curtailment of such activities on other campuses throughout the United States," Hoover noted.

"Reagan is obviously determined to take appropriate action to quell the unrest on the Berkeley campus."

In an interview, DeLoach said, "Mr. Hoover obviously felt that Gov. Brown

was not putting up a strong stand" against the campus unrest because of his "being friendly with Kerr." DeLoach added, "Consequently later on, (Hoover) felt friendly towards Reagan and dealt with him -- but not with Brown and Kerr."

Hoover wanted to help Reagan, but was concerned that the FBI's role might be exposed. So in his customary blue ink, the director outlined a plan that would not leave a paper trail leading back to the bureau.

According to the plan, Lynum would warn Reagan about any future protests at Berkeley or at his press conferences. But officially, he would tell Reagan the FBI had "no pertinent information" about Kerr or the regents.

Instead, senior FBI official Charles Brennan, who "has the qualifications and ability to handle this sensitive matter," would confidentially brief Reagan.

"We cannot furnish the governor anything else," Hoover said. "We do not know him well enough and we would possibly be involved in an academic war."

### The showdown



Three days later, on Jan. 20, 1967, while Savio and others demonstrated outside University Hall against Reagan's proposal to impose tuition, Reagan arrived for his first regents meeting.

Reagan's election as governor had dramatically shifted the balance of power on the board. Three of Kerr's staunchest defenders, including Brown, were replaced by Reagan, Finch and Allan Grant, Reagan's new state Department of Agriculture chief.

The morning of the meeting, Kerr had met privately with board chairman Theodore Meyer, a San Francisco lawyer, and vice chair Dorothy Chandler, wife of Los Angeles Times publisher Otis Chandler, to clarify his future as university president.

If the regents were going to fire him, they should do it now, Kerr told them, since as a lame duck he would be ineffective in negotiating the budget with the state Legislature.

In a second meeting, Meyer and Chandler asked Kerr to resign, Kerr said in an interview, but he refused. The university was constitutionally independent, he told them, and he did not want to contribute to the idea that each new governor had the right to pick a president.

Reagan arrived after noon. During the campaign he had vowed to fire Kerr, but his former aides told The Chronicle that he planned to wait several months so the dismissal would not look purely political.

Kerr's refusal to resign, however, had forced a showdown. And after the governor joined the meeting, Kerr left the room.

For the next two hours, the regents discussed Kerr. Finally, Grant made a motion to fire Kerr. When other regents noted that Grant's motion might appear to be politically motivated, Laurence Kennedy Jr., a Redding attorney who had been appointed by Brown, moved to fire Kerr.

Thirteen votes were needed.

The vote was 14-8.

### An invitation

Soon after Kerr's firing, Reagan wrote Hoover saying he was pleased to learn the FBI was opening a Sacramento office.

"This will more ably assist all of us in our continuing fight against crime and subversion. . . . I am vitally interested in doing everything I can to combat the moral decay as shown by our rising crime rate in our country today, . . ." Reagan's Feb. 27, 1967, letter said. "Please accept my personal assurance that your agency will have the most complete cooperation possible from my office."

In a handwritten note, Reagan added, "P.S. I've just always felt better knowing your men are around."

On March 7, 1967, Hoover replied, "I do hope you will not hesitate to call on upon us whenever we can be of service . . . . I share your confidence that a great deal can be accomplished by working together."

**Crackdown on campus**

Reagan had made a campaign pledge to impose order on campus, and he meant to keep it.

The new governor quickly took a much more hands-on approach to the university than did Brown, scrutinizing not just the university's budget but course content and faculty appointments.

And the FBI began providing his administration with information about campus protests and background reports on prospective university employees.

On Jan. 18, 1968, Hoover met with Reagan and his legal affairs secretary, Edwin Meese III, at FBI headquarters. Afterward, Hoover wrote, "The Governor called to . . . renew his friendship. We discussed generally some of the problems which the Governor has had to face up to at the University of California and his determination to see that law and order are maintained there."

But protests at UC Berkeley and campuses across the nation intensified in opposition to the war in Vietnam and the draft.

And in May 1969, violence erupted over the university's plan to build dormitories on a vacant lot near the Berkeley campus known as People's Park.

Reagan placed the entire city under martial law and dispatched tear gas-spraying helicopters and riot police who shot and killed one man and wounded others. Several officers also were injured. Hundreds of people were arrested.

Two months later, Herbert E. Ellingwood, one of Reagan's top legal advisers, met with DeLoach at FBI headquarters.

In the July 17, 1969, meeting, Ellingwood bluntly expressed the Reagan administration's frustration with protests and the university officials handling them.

Still, he said, "Governor Reagan is dedicated to the destruction of disruptive elements on California campuses."

The Reagan administration "will attack these groups" through several methods, Ellingwood said. These included "hounding the groups as much as possible by bringing any form of violation available against them." For example, he said, "If any of these groups has a bookstore on campus they will bring building code violations against them."

Reagan officials also may refer "tax violations (of the dissenters) both to the Internal Revenue Service of the State of California and to the Federal Internal Revenue Service."

Finally, the administration would mount a "psychological warfare campaign," said Ellingwood, adding that he would "confer with Department of Defense officials today to get ideas from those individuals as to how to conduct campaigns of this nature."

Meese told The Chronicle, "I have no recollection at all of us planning to do these things. . . . There was never any concentrated strategy to do these things."

As Ellingwood ended his meeting with DeLoach, he asked if the FBI would give Reagan more intelligence reports.

Hoover swiftly agreed.

"This has been done in the past," the director noted, "and has worked quite successfully."

™ © 2007 Hearst Communications Inc.



**SFGate.com**

**the campus files**

A Chronicle Special Report

### The legacy of the FBI's UC activities

Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002

San Francisco Chronicle

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
- A Note On Sources

  The FBI Files
- Censored and uncensored docs

  Timeline
- 1945-1960
- 1961-1965
- 1966-1973

  Galleries
- Decade of Student Protest
- An Era of Secrecy

**Quick Search**

[ GO ]

Advanced Search

- SFGate Home
- Today's Chronicle

- Sports
- Business
- Entertainment
- Food&Dining
- Travel

**News & Features**
- Opinion
- Politics
- Technology
- Crime
- Science
- Cars
- Small Business
- Weird News
- Polls
- Photo Gallery
- Video Reports
- Audio Slideshows
- Columnists
- Travel
- Lottery
- Obituaries
- Blogs

**Community Blogs**
By our readers **BETA**

- Newspaper Ads

**Classifieds**
- Jobs
- Personals
- Real Estate
- Rentals
- Cars

**Regional**
- Traffic
- Weather
- Live Views
- Maps
- Bay Area Traveler
- Wine Country
- Reno & Tahoe
- Ski & Snow
- Outdoors
- Earthquakes
- Education
- Chronicle Watch
- Public Notices

**Entertainment**
- Food & Dining
- Wine
- 96 Hours
- Movies
- Music & Nightlife
- Events
- Performance
- Art
- Books
- Comics
- TV & Radio
- Search Listings

In spring 1970, anti-war protests peaked when President Nixon told the nation that U.S. troops had invaded Cambodia. More than 400 universities were shut on or strike.

On May 4, National Guardsmen called to quell protests at Kent State University in Ohio shot and killed four students. On May 15, two students protesting the war were shot and killed at Jackson State College in Mississippi.

Only as the United States began a complete withdrawal from Vietnam would the waves of campus protest recede.

On May 2, 1972, J. Edgar Hoover died of a heart attack at age 77, after 48 years as FBI director. In an internal memo the year before his death, he expressed profound fear of the Freedom of Information Act, which had gone into effect five years earlier.

"I sense utter fright as to the Freedom of Information Act," Hoover wrote, worried that the law would open bureau files to "every 'kook,' 'jackal' and 'coyote.' "

Reagan, 91, lives in Los Angeles. After mid-1970s congressional hearings exposed unlawful FBI spying on citizens, he came to the bureau's defense, charging in a June 1977 radio talk that the FBI was being treated "as if it were some kind of secret police." Elected president in 1980, Reagan narrowed the FOIA and broadened FBI intelligence operations. A few years later, the FBI was caught spying on more than 100 domestic groups that opposed Reagan's foreign policy.

Clark Kerr, 91, lives in El Cerrito. After his dismissal as UC president -- and the FBI's misleading background report about him -- he never received another White House appointment. He worked as an educational consultant, had the Clark Kerr Campus at UC Berkeley named for him and published a memoir.

In the late 1970s he requested his FBI files under the FOIA, but the bureau did not release them to him. Until he was contacted by The Chronicle, he said, Kerr was unaware of any of the FBI's unlawful campus activities or its campaign to fire him.

*E-mail Seth Rosenfeld at srosenfeld@sfchronicle.com.*

™ © 2007 Hearst Communications Inc.

The legacy of the FBI's UC activities

**Living**
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

**Resources**
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

**Advertising**
▸Advertise Online
▸Advertise in Print
▸Place a Classified
▸SF Gate Media Kit

**Newspaper**
▸Advertise
▸Chronicle
 In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
 the Chronicle
▸Submissions

**Subscriber
Service**
▸Get Home Delivery
▸Manage Account,
 Missed Delivery,
 Vacation Hold



**SFGate.com**

**the campus files**    A Chronicle Special Report

**Quick Search**

[ GO ]

Advanced Search

▸SFGate Home
▸Today's Chronicle

▸Sports
▸Business
▸Entertainment
▸Food&Dining
▸Travel

News & Features
▸Opinion
▸Politics
▸Technology
▸Crime
▸Science
▸Cars
▸Small Business
▸Weird News
▸Polls
▸Photo Gallery
▸Video Reports
▸Audio Slideshows
▸Columnists
▸Travel
▸Lottery
▸Obituaries
▸Blogs

**Community Blogs**
By our readers for
our readers  BETA

▸Newspaper Ads

Classifieds
▸Jobs
▸Personals
▸Real Estate
▸Rentals
▸Cars

Regional
▸Traffic
▸Weather
▸Live Views
▸Maps
▸Bay Area Traveler
▸Wine Country
▸Reno & Tahoe
▸Ski & Snow
▸Outdoors
▸Earthquakes
▸Education
▸Chronicle Watch
▸Public Notices

Entertainment
▸Food & Dining
▸Wine
▸96 Hours
▸Movies
▸Music & Nightlife
▸Events
▸Performance
▸Art
▸Books
▸Comics
▸TV & Radio
▸Search Listings

## The 17-year legal battle to get the campus files

Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002
San Francisco Chronicle

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
● A Note On Sources

The FBI Files
● Censored and
uncensored docs

Timeline
● 1945-1960
● 1961-1965
● 1966-1973

Galleries
Decade of Student Protest

An Era of Secrecy

The FBI spent more than 15 years and $1 million trying to suppress records revealing its unlawful covert activities at the University of California and its campaign to fire then-UC President Clark Kerr.

In 1981, Chronicle reporter Seth Rosenfeld, then a journalism student at UC Berkeley, sent the FBI a Freedom of Information Act request for "any and all" records on more than 100 people, events and groups involved in controversies at UC over academic freedom, civil rights and national policy.

The FOIA requires federal agencies to release public records in a timely way, so people know "what their government is up to." But the bureau refused to comply with the request. Only after a protracted legal fight that reached the U.S. Supreme Court did the FBI agree to release the withheld information.

Totaling more than 200,000 pages, those papers constitute one of the single largest releases of FBI records under the FOIA. In court, the bureau estimated it cost more than $900,000 to process the request.

Many of those documents are the basis for today's story.

The released documents provide dramatic before-and-after examples of the FBI's attempts to cover up unlawful intelligence activities:

· The FBI excised much of a July 17, 1969, memo titled "New Left and Extremist Movements," on law enforcement grounds. The uncensored memo reveals that a top Reagan aide was discussing the governor's plans for "the destruction of disruptive elements on California college campuses" through "psychological warfare" and other methods.

· The FBI at first deleted parts of a Jan. 16, 1967, teletype concerning a confidential request from Gov. Reagan for bureau information, claiming the deleted information concerned law enforcement. The fully released memo shows Reagan wanted political information on Kerr and UC regents.

· The FBI initially blacked out most of an Oct. 16, 1958, memo on the grounds that the deleted parts concerned a "law enforcement purpose." The fully released version shows the document actually concerned a plot to get Kerr fired because he was too liberal.

Other examples of once-secret FBI documents can be seen at sfgate.com/campus. Obstacles of fees, censorship.

Initially, the FBI refused to comply with Rosenfeld's 1981 request until he agreed to pay thousands of dollars for processing the records. Thomas Steel, the late San Francisco constitutional lawyer, agreed to take the case pro bono and in 1985 sued for a waiver of the fees.

The FBI still refused, claiming release of the records would be of little

The 17-year legal battle to get ⸀   campus files

**Living**
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

**Resources**
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

**Advertising**
▸Advertise Online
▸Advertise In Print
▸Place a Classified
▸SF Gate Media Kit

**Newspaper**
▸Advertise
▸Chronicle
  In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
  the Chronicle
▸Submissions

**Subscriber
Service**
▸Get Home Delivery
▸Manage Account,
  Missed Delivery,
  Vacation Hold

benefit to the public. But in 1985, U.S. District Judge Marilyn Hall Patel concluded that the FBI's denial of a fee waiver was "arbitrary and capricious."

Patel ordered the bureau to waive all processing costs, ruling that Rosenfeld had "persuasively demonstrated . . . that his research requires meticulous examination of record(s) that may not on their face indicate much to an untrained eye."

Patel also ordered the FBI to release about 5,000 pages on Kerr and several other subjects -- but the bureau redacted thousands more documents, sometimes blacking out whole pages. The FBI claimed it had censored the records to protect law enforcement operations, personal privacy and national security.

So Rosenfeld filed a second lawsuit in 1985, challenging the redactions.

In 1988, then-U.S. Magistrate Claudia Wilken concluded that many of the FBI's deletions "were not well taken" and the information should be released.

The FBI challenged the ruling. The bureau claimed it had legal ground to investigate the FSM to determine whether it was influenced by communists and posed a threat to civil order.

In 1991, Patel adopted the magistrate's report with only minor changes. Patel ruled that Rosenfeld had presented "highly persuasive" evidence -- including the FBI's own records -- showing that the bureau's initially lawful investigation of the FSM later turned into political spying.

Patel also ruled that the FBI's files showed the bureau had investigated Kerr unlawfully.

The FBI even fought to keep secret information that already was public, the judge said, noting "these circumstances raise serious doubt about the care and good faith in which defendants have processed these requests."

The FBI asked Patel to reconsider her decision. She said no.

FBI's many appeals

The bureau appealed to the U.S. Court of Appeals for the Ninth Circuit. The FBI argued that judges have no authority to question whether FBI records concern legitimate law enforcement and that courts must therefore defer to the bureau's decisions to keep information secret -- a position that would have gutted the FOIA.

But in a 1995 decision by Judge Melvin Brunetti, the appeals court affirmed virtually all of Patel's opinion.

In the Free Speech Movement case, the appeals court said FBI memos "strongly" suggested the bureau sought to "harass political opponents of the FBI's allies among the Regents, not to investigate subversion and civil disorder."

In Kerr's case, the court said the records showed that "the FBI waged a concerted effort in the late 1950s and 1960s to have Kerr fired from the presidency of UC."

Those documents, the court added, "strongly support the suspicion that the FBI was investigating Kerr to have him removed from the UC administration, because UC officials disagreed with his politics or his handling of administrative matters."

The FBI asked the court to reconsider the ruling. The court declined. The

FBI then asked the entire Ninth Circuit, which comprises appeals judges throughout the western states, to reconsider. No judge agreed.

By now, five federal judges had ruled that the FBI repeatedly violated the FOIA by withholding records related to its campus operations.

Nonetheless, in 1995, the FBI asked the U.S. Supreme Court to review the decision. Before the high court acted, however, the FBI and Rosenfeld settled the case.

To promote government accountability, the FOIA requires that federal agencies pay the legal fees of plaintiffs who prove information was wrongly withheld. So the FBI incurred not only its own legal costs for trying to keep the records secret, but also paid Steel more than $600,000 in legal expenses.

The 1996 settlement left the Ninth Circuit ruling on the books to help other requesters seeking public records.

More records remain unseen

The settlement also resolved a third suit filed by Rosenfeld in 1990 to force the FBI to release the rest of the records in a timely way.

The FBI claimed it was diligently handling the request, but Patel found that the FBI had engaged in "deliberate . . . delay." The court concluded, "At the FBI's current rate, processing of plaintiff's FOIA request will take 40 years."

The FBI has yet to finish turning over the last of the records, said James Wheaton, the Oakland lawyer now handling the case.

Meanwhile, Attorney General John Ashcroft has announced a new policy under which the U.S. Department of Justice will defend federal agencies that seek to withhold records under the FOIA.

Lucy Dalglish, executive director of the Reporters Committee for Freedom of the Press, said the policy will make it harder for citizens to get federal records, particularly when the government makes claims of national security.

™ © 2007 Hearst Communications Inc.

## SFGate.com

**Quick Search**

[ GO ]

Advanced Search

▸ **SFGate Home**
▸ **Today's Chronicle**

▸ **Sports**
▸ **Business**
▸ **Entertainment**
▸ **Food&Dining**
▸ **Travel**

**News & Features**
▸ Opinion
▸ Politics
▸ Technology
▸ Crime
▸ Science
▸ Cars
▸ Small Business
▸ Weird News
▸ Polls
▸ Photo Gallery
▸ Video Reports
▸ Audio Slideshows
▸ Columnists
▸ Travel
▸ Lottery
▸ Obituaries
▸ Blogs

**Community Blogs**
By our readers for
our readers BETA

▸ **Newspaper Ads**

**Classifieds**
▸ Jobs
▸ Personals
▸ Real Estate
▸ Rentals
▸ Cars

**Regional**
▸ Traffic
▸ Weather
▸ Live Views
▸ Maps
▸ Bay Area Traveler
▸ Wine Country
▸ Reno & Tahoe
▸ Ski & Snow
▸ Outdoors
▸ Earthquakes
▸ Education
▸ Chronicle Watch
▸ Public Notices

**Entertainment**
▸ Food & Dining
▸ Wine
▸ 96 Hours
▸ Movies
▸ Music & Nightlife
▸ Events
▸ Performance
▸ Art
▸ Books
▸ Comics
▸ TV & Radio
▸ Search Listings

### the campus files | A Chronicle Special Report

## Where are they now?
## Other key players

Sunday, June 9, 2002

**San Francisco Chronicle**

Seth Rosenfeld, Chronicle Staff Writer

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy -- Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
   A Note On Sources

The FBI Files
• Censored and
  uncensored docs

Timeline
• 1945-1960
• 1961-1965
• 1966-1973

Galleries
Decade of Student Protest
An Era of Secrecy

· **Richard Auerbach:** The special agent in charge of the FBI's San Francisco office from 1959 to 1961, Auerbach was alarmed when UC Berkeley students joined in the protest against HUAC at City Hall. He retired in 1961 and died at age 78 in 1989.

· **Charles Brennan:** The senior FBI official who was assigned to brief Reagan in 1967 on student protest at UC Berkeley became an assistant FBI director in charge of the domestic intelligence division. After retiring, he was a security consultant to the Mitre Corp. He died at age 77 in 2000.

· **Hugh Burns:** The chairman of the state Senate Fact-Finding Subcommittee on Un-American Activities retired from the Senate after 34 years in 1970, campaigned for Governor Reagan's re-election and was appointed by Reagan to the state Alcoholic Beverage Control Appeals Board. He died at age 86 in 1988.

· **Richard Combs:** The longtime chief counsel to Burns' subcommittee on un-American activities retired from legislative staff in 1970 and served as a federal magistrate in Tulare County. He died at age 91 in 1995.

· **Cartha "Deke" DeLoach:** Hoover's third in command retired in 1970 and became a vice president of Pepsico. He is now affiliated with a South Carolina financial firm.

· **Herbert Ellingwood:** The former Alameda County assistant district attorney became Gov. Reagan's legal affairs adviser in 1969 and met with the FBI to discuss plans to fight student campus protest groups. He died at age 67 in 1998.

· **Wesley Grapp:** The head of the Los Angeles FBI office who carried out Hoover's orders to give FBI information to senior regent Edwin Pauley, Grapp retired from the FBI in 1972 and headed security for Flying Tigers Airlines. He is retired.

· **Everett Jones:** The UCLA professor whom the FBI wrongly suspected of writing an offensive essay question about the FBI, Jones co-authored a 1966 book called "The Adventures of the Negro Cowboys." He retired in 1982 and died at age 74 in 1990.

· **Hardin Jones:** The UC Berkeley physiologist who bitterly opposed student protests and worked with the Burns committee and the FBI in the 1960s, Jones wrote a book on the dangers of marijuana in the 1970s. He died of a heart attack at age 73 in 1978.

· **Curtis Lynum:** The special agent in charge of the San Francisco FBI office from 1963 to 1967, Lynum told Hoover communists were not behind the Free Speech Movement. After leaving the FBI in 1967 he was named by Reagan to the state Parole Board and is now retired.

· **John McCone:** The CIA director who had arranged for the FBI to give Regent Edwin Pauley reports on the political backgrounds of students, faculty and other regents, McCone advised President Reagan's Commission on Strategic Forces in the 1980s. He died at age 89 in 1991.

· **Edwin Meese III:** The assistant Alameda County district attorney who prosecuted the Free Speech Movement protesters became Gov. Reagan's legal affairs secretary and helped handle campus unrest before serving as

Where are they now? / Other key players

Living
▸Health
▸Home & Garden
▸Gay & Lesbian
▸Horoscope

Resources
▸RSS Feeds
▸My Feeds
▸Search & Archives
▸Feedback/Contacts
▸Corrections
▸Newsletters
▸Promotions
▸Site Index

Advertising
▸Advertise Online
▸Advertise In Print
▸Place a Classified
▸SF Gate Media Kit

Newspaper
▸Advertise
▸Chronicle
  In Education
▸Contacts
▸Chronicle Events
▸FAQ
▸Jobs at
  the Chronicle
▸Submissions

Subscriber
Service
▸Get Home Delivery
▸Manage Account,
  Missed Delivery,
  Vacation Hold

President Reagan's attorney general. He is a fellow at the Heritage Foundation in Washington, D.C.

· **Ed Montgomery:** The Pulitzer Prize-winning San Francisco Examiner crime reporter, who wrote stories alleging that the Free Speech Movement was a Marxist plot, retired in 1975. He died in St. Helena at age 82 in 1992.

· **Don Mulford:** The six-term California assemblyman from the East Bay, who helped arrange for the FBI to supply Governor Reagan with information on UC Berkeley students, faculty and administrators, retired from the Legislature in 1970 and served as state protocol officer. He died at age 84 in 2000.

· **Edwin Pauley:** The millionaire oilman, regent and UC donor who worked with the FBI to oust Kerr, Pauley retired from the Board of Regents in 1972 after 32 years. He died at age 78 in 1981.

· **Mario Savio:** The fiery spokesman for the 1964 Free Speech Movement dropped from sight for much of the 1970s, earned his bachelor of science and master's degrees in physics at San Francisco State University and taught at Sonoma State University. He died of a heart attack at age 53 in 1996.

· **Alex Sherriffs:** The UC Berkeley psychology professor and vice chancellor for student affairs served as Gov. Reagan's chief educational adviser from 1967 to 1973 and then as vice chancellor of the California State University and Colleges system. He is retired.

· **John Sparrow:** The associate general counsel to the UC regents during the early 1960s gave information about campus events to the FBI, the Reagan administration and the Burns committee. He is retired.

· **William Wadman:** The former UC security chief was the first university police officer to attend the FBI national academy and was a campus source for the bureau. He died at age 97 in 2000.

· **Jack Weinberg:** The former student whose arrest for distributing civil rights literature on campus ignited the Free Speech Movement, Weinberg also coined the slogan "Don't trust anyone over 30" and became a labor organizer and environmental activist. He is 62.

™ © 2007 Hearst Communications Inc.

A note on sources                                                                Page 1 of 2



**Quick Search**

[ GO ]

Advanced Search

▸**SFGate Home**
▸**Today's Chronicle**

▸**Sports**
▸**Business**
▸**Entertainment**
▸**Food&Dining**
▸**Travel**

**News & Features**
▸Opinion
▸Politics
▸Technology
▸Crime
▸Science
▸Cars
▸Small Business
▸Weird News
▸Polls
▸Photo Gallery
▸Video Reports
▸Audio Slideshows
▸Columnists
▸Travel
▸Lottery
▸Obituaries
▸Blogs

**Community Blogs**
By our readers for
our readers BETA

▸**Newspaper Ads**

**Classifieds**
▸Jobs
▸Personals
▸Real Estate
▸Rentals
▸Cars

**Regional**
▸Traffic
▸Weather
▸Live Views
▸Maps
▸Bay Area Traveler
▸Wine Country
▸Reno & Tahoe
▸Ski & Snow
▸Outdoors
▸Earthquakes
▸Education
▸Chronicle Watch
▸Public Notices

**Entertainment**
▸Food & Dining
▸Wine
▸96 Hours
▸Movies
▸Music & Nightlife
▸Events
▸Performance
▸Art
▸Books
▸Comics
▸TV & Radio
▸Search Listings

**the campus files**    **A Chronicle Special Report**

## A note on sources

Seth Rosenfeld, Chronicle Staff Writer

Sunday, June 9, 2002

**San Francisco Chronicle**

"The Campus Files" special report is based on previously secret FBI records. All dialogue quoted in the story is taken from FBI memos, unless noted otherwise. The story is also based on:

Extensive interviews with current and former FBI agents, university officials, scholars and congressional investigators;

Material from official University of California records at the Bancroft Archives, Gov. Reagan's papers at the Ronald Reagan Presidential Library, papers of other Reagan staff and associates at the Hoover Institution at Stanford University, and oral histories of various regents and officials of the Brown and Reagan administrations that were conducted by the University of California oral history project;

"Final Report, Intelligence Activities and the Rights of the Americans, 1976, by the U.S. Senate Select Committee to Study Governmental Operations with Respect to Intelligence Activities," also known as the Church committee report.

The following books were especially useful in providing context for the FBI activities disclosed in the bureau's files:

On Reagan: "Nofziger," by Lyn Nofziger; "With Reagan: The Inside Story," by Edwin Meese III; "Reagan," by Lou Cannon; "Reagan's America: Innocents at Home," by Garry Wills; "Ronald Reagan, His Life and Rise to the Presidency," by Bill Boyarsky.

On UC Berkeley: "Berkeley at War: The 1960s," by W. J. Rorabaugh; "The Free Speech Movement: Coming of Age in the 1960s," by David Lance Goines; "The Beginning: Berkeley, 1964," by Max Heirich; and "The Gold and the Blue: A Personal Memoir of the University of California, 1949-1967," by Clark Kerr.

On the FBI: "From the Secret Files of J. Edgar Hoover" and "Chasing Spies," both by Athan Theoharis; "Hoover's FBI: The Inside Story," by Cartha DeLoach; "FBI and I: One Family's Life in the FBI During the Hoover Years," by Curtis Lynum; "The Life and Times of an FBI Agent," by Donald Kuno; "J. Edgar Hoover: The Man and the Secrets," by Curt Gentry; and "Secrecy and Power: The Life of J. Edgar Hoover," by Richard Powers; "The Age of McCarthyism: A Brief History With Documents," by Ellen Schrecker; and "Compromised Campus: The Collaboration of Universities with the Intelligence Community, 1945-1955," by Sigmund Diamond.

Two nonprofit foundations, the Deer Creek Foundation and the Stern Family Fund, provided grants that supported the early reporting of this project.

Campus Files Home

1. Introduction
2. FBI's Secret UC files
3. Trouble On Campus
4. Governor's Race
5. The Legacy – Epilogue
6. The 17-Year Legal Battle
7. Where Are They Now?
  ● A Note On Sources

The FBI Files
  ● Censored and uncensored docs

Timeline
  ● 1945-1960
  ● 1961-1965
  ● 1966-1973

Galleries
  ● Decade of Student Protest
  ● An Era of Secrecy

™ © 2007 Hearst Communications Inc.

A note on sources                                                    Page 2 of 2

**Living**
‣ Health
‣ Home & Garden
‣ Gay & Lesbian
‣ Horoscope

**Resources**
‣ RSS Feeds
‣ My Feeds
‣ Search & Archives
‣ Feedback/Contacts
‣ Corrections
‣ Newsletters
‣ Promotions
‣ Site Index

**Advertising**
‣ Advertise Online
‣ Advertise in Print
‣ Place a Classified
‣ SF Gate Media Kit

**Newspaper**
‣ Advertise
‣ Chronicle
  In Education
‣ Contacts
‣ Chronicle Events
‣ FAQ
‣ Jobs at
  the Chronicle
‣ Submissions

**Subscriber
Service**
‣ Get Home Delivery
‣ Manage Account,
  Missed Delivery,
  Vacation Hold