# Exhibit N

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006        Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

    Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear Mr. Hardy,

    This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

    Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

    Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

    If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

    As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you

proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail

FBI – FOIA OFFICE
Federal Office Building
9797 Aero Drive
San Diego, California 92123-1800

  Re: FOIA Request – Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

  This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

  Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

  Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

  If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

  As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail

FBI San Francisco, Att: FOIA OFFICE
450 Golden Gate Avenue, 13th. Floor
San Francisco, California 94102-9523

  Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

  This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

  Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

  Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

  If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

  As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

  Please understand that I want any and all records,
including but not limited to all main files, all see

references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government

operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006                               Via Certified Mail


FBI Sacramento – FOIA Office
4500 Orange Grove Avenue
Sacramento, California 95841-4205


        Re: FOIA Request – Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

        Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

        Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

        If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

        As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the
general public by shedding light on important government
operations, and I reserve my right to pursue a fee waiver
at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail

FBI - FOIA OFFICE
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002

        Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

        Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

        Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

        If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

        As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the
general public by shedding light on important government
operations, and I reserve my right to pursue a fee waiver
at a later date.

    I look forward to your prompt response.

    Thank you for your help.

    Sincerely,


    Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006                                   Via Certified Mail


FBI - FOIA OFFICE
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

      Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning the late Herbert E. Ellingwood, also known
as Herb Ellingwood. I have enclosed documentation of his
death for your reference.

     Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

     Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

     If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

     As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the
general public by shedding light on important government
operations, and I reserve my right to pursue a fee waiver
at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

7005 1820 0001 1062 9624

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE — LOS ANGELES CA 90024

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here: EIGHTEEN ST STA SAN FRANCISCO CA 94114 0056 30 MAY 8 2006 05/08/2006

Ellingwood

Sent To: FBI FOIA
Street, Apt. No.; or PO Box No.: LA CA 90024
City, State, ZIP+4:

PS Form 3800, June 2002 — See Reverse for Instructions

7005 1820 0001 1062 9601

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE — WASHINGTON DC 20535

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here: EIGHTEEN ST STA SAN FRANCISCO CA 94114 0056 30 MAY 8 2006 05/08/2006

Ellingwood

Sent To: FBI FOIA
Street, Apt. No.; or PO Box No.: Wash. Field Office
City, State, ZIP+4: Wash DC

PS Form 3800, June 2002 — See Reverse for Instructions

7005 1820 0001 1062 9617

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE — SAN FRANCISCO CA 94102

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here: EIGHTEEN ST STA SAN FRANCISCO CA 94114 MAY 8 2006

Ellingwood

Sent To: FBI FOIA
Street, Apt. No.; or PO Box No.: SF CA
City, State, ZIP+4: 94102

PS Form 3800, June 2002 — See Reverse for Instructions

7005 1820 0001 1062 9563

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE — SAN DIEGO CA 92123

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here: EIGHTEEN ST STA SAN FRANCISCO CA 94114 0056 30 MAY 8 2006 05/08/2006

Ellingwood

Sent To: FBI FOIA
Street, Apt. No.; or PO Box No.: San Diego CA
City, State, ZIP+4:

PS Form 3800, June 2002 — See Reverse for Instructions

7005 1820 0001 1062 9570

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE — SACRAMENTO CA 95841

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Postmark Here: EIGHTEEN ST STA SAN FRANCISCO CA 94114 0056 30 MAY 8 2006 05/08/2006

Ellingwood

Sent To: FBI
Street, Apt. No.; or PO Box No.: Sacto ~~San Diego~~ CA
City, State, ZIP+4:

PS Form 3800, June 2002 — See Reverse for Instructions

7005 1820 0001 1062 9587

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE — WASHINGTON DC 20535

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here: EIGHTEEN ST STA SAN FRANCISCO CA 94114 0056 MAY 8 2006 05/08/2006

Ellingwood

Sent To: David Hardy
Street, Apt. No.; or PO Box No.: FBI HQ
City, State, ZIP+4: Wash DC

PS Form 3800, June 2002 — See Reverse for Instructions

# Exhibit O

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

May 18, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1049408- 000
Subject: ELLINGWOOD, HERBERT E

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

Processing delays have been caused by the large number of requests received by the
FBI. Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

MR SETH ROSENFELD                                         JUNE 30, 2006
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA   94142-1892

Request No.: 1049408-000
Subject:     ELLINGWOOD, HERBERT E

Dear Mr. Rosenfeld:

    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request

to the Sacramento Field Office.  This request was forwarded to FBI Headquarters for handling.

The FOIPA number listed above has been assigned to your request.

                                Sincerely yours,

                                David M. Hardy
                                Section Chief
                                Record/Information
                                  Dissemination Section
                                Records Management Division



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-SD-C60287-C

9797 Aero Drive
San Diego, California   92123
May 11, 2006

Seth Rosenfeld
P.O. Box 421,892
San Francisco, California 94142-1892

Dear Mr. Rosenfeld:

    This is in response to your Freedom of Information Act
("FOIA")/Privacy Act request received by this office on
May 10, 2006.

    We have referred your request to FBI Headquarters
("FBIHQ") for processing.  The Record/Information Dissemination
Section ("RIDS") at FBIHQ will maintain your request in the order
it was received and will assign it for processing and response in
turn.  In addition, RIDS will assign your request an FOIPA Number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to FBI
Headquarters, RID Section, 935 Pennsylvania Avenue, NW,
Washington, D.C. 20535-0001.

                              Sincerely,

                              Leonard J. Davey, Jr.
                              Chief Division Counsel



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 23, 2006

Ms. Seth Rosenfeld
Post Office Box 421,892
San Francisco, CA 94142-1892

Request No.1049408
Subject: Herbert E. Ellingwood

Dear Ms. Rosenfed:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request 1049408 to the San Diego Field Office. This request was forwarded to FBI Headquarters for handling.

The FOIPA number listed above has been assigned to your request.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

# Exhibit P



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 19, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.: 1049408- 000
Subject:  ELLINGWOOD, HERBERT E

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately 530 pages which appear to relate to your request.  Under Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page for every page released over 100.  These regulations require us to notify requesters when anticipated charges exceed $25, and if all the pages are released, you will owe $ 43.00 in duplication costs.  Please remember this is only an estimate; and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request.  This would allow you both to lower your costs and hasten the receipt of your information.   To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed:  small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing.  To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less.  Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph.  Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. to 5:00 p.m., EST.  You may fax your response to the following number:202-324-3752, Attention: Request Management Unit.  You must include the FOIPA request number in any communication regarding this subject.

As stated previously, the cost indicated is only an estimate: therefore, no payment should be made at this time.  Unless advised to the contrary, we are assuming that you are willing to pay fees.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit Q

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

Oct. 16, 2006          By mail and fax to 202-514-1009

Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

        Re:  Herbert Ellingwood, deceased, 1049408-000

     This is an appeal of the above referenced FOIA
request.

     On April 20, 2006, I submitted this request to the Los
Angeles, Sacramento, San Francisco, San Diego, Washington
Field, and HQ offices of the FBI. I stated that I wanted
"any and all" records concerning this subject.

     My request properly specified the records I am
seeking, including but not limited to main files, see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits."

     I stated that I want all records, including but not
limited to those listed in the General Index, and any and
all other indexes.

     In addition, I advised the FBI that it was likely that
the names of and information concerning deceased
individuals, including Ronald Reagan and Alex Sherriffs,
were likely to appear in the responsive records.

     However, the FBI has failed to release the requested
records.

     I am hereby appealing the FBI's action. As you know,
the FOIA requires agencies to search for reasonably
specified records and to release them in a timely way. The

FOIA does not permit agencies to engage in open-ended delays and to disregard a specific request.

Furthermore, the FBI's action has created an unnecessary and avoidable burden on me and on your office. Rather than conduct a reasonable search for properly specified records and release them, the FBI has instead required me to file this appeal and your office to act on it.

In effect, the FBI has constructively denied my request in an improper manner that appears calculated to discourage, delay or deny my request.

Accordingly, I ask that your office take the following steps:

1) Make a finding that FBI's denial of my specific request was improper.

2) Instruct the FBI to process my request pursuant to the FOIA and release the responsive records from each specified FBI office immediately, including all information on deceased individuals such as Alex Sherriffs and Ronald Reagan.

Thank you very much for your prompt attention to this matter.

Sincerely,

Seth Rosenfeld

# Exhibit R



U.S. Department of Justice

Office of Information and Privacy

_Telephone: (202) 514-3642_          _Washington, D.C. 20530_

DEC 1 8 2006

Mr. Seth Rosenfeld                Re:    Appeal No. 07-0120
Post Office Box 421, 892                 Request No. 1049408
San Francisco, CA  94142-1892            ADW:MJS

Dear Mr. Rosenfeld:

        You attempted to appeal from the failure of the San Francisco Field Office of the Federal Bureau of Investigation to respond to your request for access to records pertaining to Herbert Ellingwood.  I note that you have previously agreed to pay any applicable fees associated with the processing of this request.

        Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component.  See 28 C.F.R. § 16.9 (2006).  A member of my staff has looked into this and has determined that the FBI has not yet responded to your request.  As no adverse determination has yet been made, there is no action for this Office to consider on appeal.  In particular, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits.  See 5 U.S.C. § 552(a)(6)(C)(i).

        I have forwarded your letter to the FBI.  You may also wish to contact the FBI directly to inquire about the status of your request.  You may appeal any future adverse determination made by the FBI.

                                Sincerely,

                                Daniel J. Metcalfe
                                Director

# Exhibit S

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Jan. 31, 2007  By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information
 Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001


     Re: FOIAPA No. 1049408, Herbert E. Ellingwood,
deceased


Dear Mr. Hardy,

     Please advise me as the status of this request, which
as you know was sent to FBI HQ and the Los Angeles, San
Francisco, San Diego, Sacramento and Washington Field
Offices.

     Please advise me as to the status of my request at
each specified field office.

     Thank you very much for your assistance.

Sincerely,


Seth Rosenfeld

# Exhibit T



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 7, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.:  1049408- 000
Subject: Ellingwood, Herbert E

Dear Mr. Rosenfeld:

This is in response to your status letter to the Federal Bureau of Investigation concerning your Freedom of Information Privacy Acts (FOIPA) request noted above.

The responsive documents pertaining to your request are currently being prepared for processing. Such preparation can be time consuming.  Once this preparation is completed your request will be assigned for processing, in the order in which it was received.

We solicit your patience and assure you that your request is being handled.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

# Exhibit U

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ▪ tel:510.208.7744 ▪ fax: 510.208.4562 ▪ www.thefirstamendment.org
James Wheaton, Senior Counsel      Pondra Perkins, Fellow & Staff Attorney      David Greene, Executive Director
wheaton@thefirstamendment.org        pondra@thefirstamendment.org          dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

By mail and fax to 202-514-1009

Re:   Herbert Ellingwood, deceased, 1049408-000
Appeal No. 07-0120

Dear Mr. Metcalfe,

I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

On April 20, 2006, Mr. Rosenfeld submitted this request to the Los Angeles, Sacramento, San Francisco, San Diego, Washington Field, and HQ offices of the FBI. He stated that I wanted "any and all" records concerning this subject.

However, the FBI failed to release the requested records.

By letter dated October 16, 2006, Mr. Rosenfeld appealed the FBI's failure to release the requested records. However, by letter dated December 18, 2006, your office declined to take action on the ground that the FBI "has not yet responded to your request."

The FBI still did not release the records. Accordingly, by letter dated January 31, 2007 Mr. Rosenfeld wrote the FBI inquiring as to the status of this request.

By letter dated February 7, 2007, the FBI informed Mr. Rosenfeld that the requested records were "being prepared for processing. Such preparation can be time consuming."

To date the FBI has not released the records, and it has provided no date, month or season as to when it reasonably expects to do so. Such open ended delays are contrary to the spirit and letter of the FOIA.

Moreover, the FBI has not replied to Mr. Rosenfeld's specific requests about the processing of these records, including that they be processed in light of the deceased and/or public figure status of people who may be referenced in the records.

The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit V

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892


July 8, 2004


FOIAPA Officer
FBI
450 Golden Gate Ave.
S.F., CA 94102
Dear FOIA Officer,


Dear FOIA Officer,

Pursuant to the FOIAPA, 5 U.S.C., as amended, I hereby request any and all records in any way concerning Alexander C. Sherriffs, who died on April 29, 2002. A copy of an official letter from the Social Security Administration affirming his death is enclosed for your reference.

As you know, an individual's death mitigates their privacy rights and requires that additional personal information be released.

I am requesting any and all records, in each and every record system maintained by the FBI, on or off site, including but not limited to main files, see references, ELSUR, Official and Confidential files, Official and Personal Files, JUNE Files and Do Not File files. This includes any public source information that may be contained in responsive records, as well as any and all administrative markings and handwritten notations that may appear on responsive records.

In addition, I am requesting that you process the requested records in accord with the settlement entered into between the FBI and myself in Ninth Circuit U.S. Court of Appeals Case No. 91-16538.

I also specifically request that process these records in light of the privacy waivers and lists of deceased individuals and exposed FBI sources and informants (with supporting documentation) that were submitted in the above litigation and incorporated into the above referenced court opinion and settlement agreement.

Please note that it is likely that names of people who have provided the submitted waivers, or have died, will appear in Mr. Sherriff's records. These people include but are not limited to Clark Kerr, Mario Savio and others.

As I am a professional journalist seeking the information for news purposes, I hereby request that you waive all applicable fees as the release of the requested information will primarily benefit the general public about important government operations. In this regard, I note that the requested information relates to the material released under the above referenced litigation, in which the courts ordered the FBI to waive all processing fees. Likewise, all fees should be waived here.

However, in the interest of expediting this request and avoiding a delay in processing pending your fee waiver decision, I hereby commit to pay up to $200.00 for the requested information. I reserve my right to pursue a fee waiver at a later date.

Thus, I ask that you promptly commence processing of this request without undue delay and that you release the requested information within the statutory period. If you are unable to do so, please provide a specific reason and basis in fact as to why you cannot do so.

Please feel free to contact me at my work phone (415-777-7909) if I may be of any assistance.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892


July 8, 2004


FOIAPA Officer
RID Section
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

Dear FOIA Officer,

Pursuant to the FOIAPA, 5 U.S.C., as amended, I hereby request any and all records in any way concerning Alexander C. Sherriffs, who died on April 29, 2002. A copy of an official letter from the Social Security Administration affirming his death is enclosed for your reference.

As you know, an individual's death mitigates their privacy rights and requires that additional personal information be released.

I am requesting any and all records, in each and every record system maintained by the FBI, on or off site, including but not limited to main files, see references, ELSUR, Official and Confidential files, Official and Personal Files, JUNE Files and Do Not File files. This includes any public source information that may be contained in responsive records, as well as any and all administrative markings and handwritten notations that may appear on responsive records.

In addition, I am requesting that you process the requested records in accord with the settlement entered into between the FBI and myself in Ninth Circuit U.S. Court of Appeals Case No. 91-16538.

I also specifically request that process these records in light of the privacy waivers and lists of deceased individuals and exposed FBI sources and informants (with supporting documentation) that were submitted in the above litigation and incorporated into the above referenced court opinion and settlement agreement.

Please note that it is likely that names of people who have provided the submitted waivers, or have died, will appear in Mr. Sherriff's records. These people include but are not limited to Clark Kerr, Mario Savio and others.

As I am a professional journalist seeking the information for news purposes, I hereby request that you waive all applicable fees as the release of the requested information will primarily benefit the general public about important government operations. In this regard, I note that the requested information relates to the material released under the above referenced litigation, in which the courts ordered the FBI to waive all processing fees. Likewise, all fees should be waived here.

However, in the interest of expediting this request and avoiding a delay in processing pending your fee waiver decision, I hereby commit to pay up to $200.00 for the requested information. I reserve my right to pursue a fee waiver at a later date.

Thus, I ask that you promptly commence processing of this request without undue delay and that you release the requested information within the statutory period. If you are unable to do so, please provide a specific reason and basis in fact as to why you cannot do so.

Please feel free to contact me at my work phone (415-777-7909) if I may be of any assistance.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit W

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


February 19, 2005


Mr. David M. Hardy
Section Chief — Record/Information
        Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

        Re:  HQ FOIAPA No. 1001628-000
             SF FOIAPA No Number Assigned
             (Alexander C. Sherriffs, deceased)

This letter concerns the above referenced requests, which
were sent to your respective offices by certified mail on
July 8, 2004.

Concerning the San Francisco request:

To date I have had no response of any kind from the FBI
concerning this request.

Concerning the HQ request:

By letter dated July 22, 2004, your office acknowledged
receipt of my request to HQ.

By letter dated August 11, 2004, your office stated that
you had searched only "main files in the Central Records
System at FBI Headquarters. No records pertinent to your
FOIPA request were located by a search of the automated and
manual indices."

Please note that I did not limit my request to "main files
in the Central Records System at FBI Headquarters." I
specifically requested "any and all" records concerning Mr.
Sherriffs, including but not limited to main files, see
references, Do Not File records and other materials.

To date, the FBI has released none of the requested records.

In addition, and as you know, I requested that the FBI process the material pursuant to the settlement agreement in the litigation between the FBI and myself.

For your reference, I note the following:

On July 8, 2004, I sent the above referenced requests to Headquarters and the San Francisco FBI office, seeking "any and all records," specifically including but not limited to all main files, see references and other files.

I asked that you process the records in accord with the settlement agreement in the litigation between the FBI and me in Ninth Circuit U.S. Court of Appeals Case No. 91-16538, also known as Rosenfeld v. U.S. Department of Justice, U.S. District Court, Northern District of California, Case No. 90-3576 MHP; Case No. 85-1709 MHP; Case No. 85-2247 MHP

I also asked that you process the records in light of the lists of deceased individuals and disclosed FBI sources and informants (with supporting documentation) that were submitted in the above litigation and incorporated into the above referenced court opinion and settlement agreement.

The purpose of my requesting that you process the material in the above-referenced manner was to ensure that all non-exempt material was released, to save time and resources of both the government and myself, and to avoid unnecessary future litigation over these issues.

I respectfully reiterate my request that you process my instant requests for records as set forth in my initial request letters and herein, including the terms set forth in the litigation and settlement.

For your further reference, the settlement incorporated Judge Marilyn Hall Patel's order of February 18, 1992, in C-90-3576.

Judge Patel's order specifically required the FBI to produce any and all categories of records responsive to the request subject, including but not limited to: all index

cards; all search slips, including search slips used to process the instant requests; and all see references.

For see references of less than five pages, Judge Patel's order required the FBI to process and release all non-exempt portions of the entire see reference document.

For see references of more than five pages, the order required the FBI to process and release all non-exempt portions of the first two pages of the see reference document, the page(s) bearing any reference to the request subject, one page on either side of any such reference, and any other pages necessary to understand the context of the reference.

I wish to make clear that I am requesting that you process the above referenced requests according to the terms listed on page 14 of Judge Patel's order.

For your convenience, I have attached page 14 to this letter, and again incorporate its terms into this request.

For your further convenience, I have also enclosed Judge Patel's entire ruling. Please see pages 14 and 17 at lines 2-5.

In addition, I have enclosed the Ninth Circuit's ruling and the aforementioned settlement agreement.

Please include all search slips, including search slips used to process these requests.

As these requests are now seven months old, I ask that you immediately release the requested records, processed as requested. If you cannot release the requested records now, then please provide a specific reason why you cannot, and please specify a date when you reasonably expect to release them as required by law.

Thank you very much for your timely assistance.

Sincerely,

Seth Rosenfeld

Enc.(three items):

1) Judge Patel's Order in C-90-3576, U.S. District Court, Northern District of California

2) Ninth Circuit U.S. Court of Appeals Order, No. 91-16538

3) Settlement Agreement in Rosenfeld v. U.S. Department of Justice, U.S. District Court, Northern District of California, Case No. 90-3576 MHP; Case No. 85-1709 MHP; Case No. 85-2247 MHP

# Exhibit X

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 12, 2005


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

              Re:   FOIA APPEAL
                    FBI HQ REQUEST 1001628-000
                    FBI SF REQUEST No number has been assigned
                    Alexander C. Sherriffs, Deceased

Dear Co-Director,

This is an appeal pursuant to the Freedom of Information
Act in the above referenced requests.

By letter dated July 8, 2004 to FBI Headquarters, I
requested any and all records concerning the above
individual.

By letter dated July 8, 2004 to the San Francisco FBI, I
requested any and all records concerning the above
individual.

By letter dated August 11, 2004, FBI Headquarters stated
that it had searched only "main files in the Central
Records System at FBI Headquarters. No records pertinent to
your FOIPA request were located by a search of the
automated and manual indices."

By letter dated February 19, 2005, I replied to FBI
Headquarters, stating that my request was not limited to
"main files in the Central Records System at FBI
Headquarters." I noted that I specifically requested "any
and all" records concerning Mr. Sherriffs, including but
not limited to main files, see references, Do Not File
records and other materials.

My February 19, 2005 letter also stated that I wanted this request processed in accord with the settlement agreement between myself and the U.S. Department of Justice in the Ninth Circuit case No. 91-16538, Rosenfeld v. U.S. Department of Justice. I also asked that the FBI process this request in light of the lists of deceased individuals and disclosed FBI sources and informants, and supporting documentation thereof, which were submitted in the above litigation and incorporated in the settlement agreement.

My February 19, 2005 letter also noted that to date I have had no response of any kind to my request to the San Francisco FBI.

To date, I have had no response from FBI Headquarters to my February 19, 2004 letter. Moreover, I have had no response to the FBI to date of any kind to my request to the San Francisco FBI.

In addition, and as you know, I requested that the FBI process the material pursuant to the settlement agreement in the litigation between the FBI and myself.

I believe the record shows that the FBI has not complied with my specific requests under the Freedom of Information Act.

I respectfully request that you direct the FBI to immediately release any and all records as requested above and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit Y

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005      By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division - FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

     Re:  FBI Headquarters No. 1001628-00
          SF No Number Assigned
          Alexander C. Sherriffs, deceased

Dear Mr. Hardy:

This letter concerns the above referenced FOIA requests,
which were set to the respective offices on July 8, 2004.

I wrote your concerning this request on February 19, 2005.
To date, I have had no response from you to this letter,
and you have released no records in response to this
request.

Accordingly, I ask (1) that you promptly reply to my letter
and (2) that you release the requested records. If you
cannot release the records now, please provide a date when
you reasonably expect to release the records.

As this request is now 16 months old, I would appreciate
your timely response.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit Z

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

Nov. 8, 2005                    By Certified Mail

Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

                Re:   Appeal: Number 05-1852
                      FBI Headquarters: Number 1001628-00
                      SF: No Number Assigned
                      Alexander C. Sherriffs, deceased

Dear Co-Director,

This is in further appeal pursuant to the Freedom of
Information Act in the above referenced requests. This
letter incorporates my appeal to you dated May 12, 2005.

To date, the FBI has released no records in response to
these requests. Further, by letter dated February 19, 2005,
I wrote the FBI inquiring as the status of this request,
but the FBI never replied to my letter.

Thus, the record shows that the FBI has not complied with
my specific requests under the FOIA.

I renew my request that you promptly instruct the FBI to
release the records immediately, in light of the fact that
this request is now 16 months old. If the FBI cannot
release the records now, I ask that you provide me with a
specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit AA

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 30, 2006    By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division - FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

     Re:    FBI Headquarters No. 1001628-00
            SF No Number Assigned
            Alexander C. Sherriffs, deceased

Dear Mr. Hardy:

This letter is in further regard to the above referenced
FOIA requests, which were sent to the respective offices on
July 8, 2004.

I wrote you concerning this request on February 19, 2005
and again on Nov. 8, 2005. To date, I have had no response
from you to my letters, and the FBI has released no records
in response to this request.

Accordingly, I ask (1) that you promptly reply to my
letters and (2) that you release the requested records.

If you cannot release the records now, please advise me as
to the specific cause of the delay, the status of my
request in the processing system, and a date when you
reasonably expect to release the records.

As this request is now 20 months old, I would appreciate
your timely response.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit BB

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


January 31, 2007          By Mail and Fax to 202-514-1009


Mr. Daniel Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

          Re:  Appeal: Number 05-1852
               FBI Headquarters: Number 1001628-00
               SF: No Number Assigned
               Alexander C. Sherriffs, deceased

Dear Mr. Metcalfe,

This is in further appeal pursuant to the Freedom of
Information Act in the above referenced requests. This
letter incorporates my appeal to you dated May 12, 2005 and
Nov. 8, 2006.

To date, the FBI has released no records in response to
these requests, despite the fact that I have made several
inquiries with the bureau about this. The FBI has provided
no date, month or even a season when it reasonably expect
to comply with this request. As you know, the FOIA does not
allow such open-ended delays.

Thus, the record shows that the FBI has not complied with
my specific requests under the FOIA.

I renew my request that you promptly instruct the FBI to
release the records immediately, in light of the fact that
this request is now more than 30 months old. If the FBI
cannot release the records now, I ask that you provide me a
specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit CC

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel        Pondra Perkins, Fellow & Staff Attorney        David Greene, Executive Director
wheaton@thefirstamendment.org        pondra@thefirstamendment.org        dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

   By mail and fax to 202-514-1009

  Re: Appeal: Number 05-1852
    FBI Headquarters: Number 1001628-00
    SF: No Number Assigned
    Alexander C. Sherriffs, deceased

Dear Mr. Metcalfe,

  I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

  This letter concerns the above referenced FOIA requests, which were set to the respective offices on July 8, 2004. Mr. Rosenfeld has sent several letters to the FBI inquiring as to the status of this request. Nearly three years have passed. However, to date the FBI has released no records and has provided no date, month or season when it reasonably expects to do so.

  Moreover, Mr. Rosenfeld has submitted at least three appeal letters to your office, dated May 12, 2005, November 8, 2005 and January 31, 2007. Your office has thus far declined to take action in this case. Such open-ended delays are contrary to the spirit and letter of the FOIA.

  The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

  I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately, in light of the fact that this request is now more than two and half years old. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

  Thank you very much for your help.

        Cordially,

        James Wheaton,
        Senior Counsel

PRINTED ON RECYCLED PAPER
\\Oldfaithful\users\FAP\Fap 060\doj sheriffs ltr.wpd

# Exhibit DD

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006


                Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

                Re: Roy M. Brewer, deceased

Dear Mr. Hardy,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

     For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

     Mr. Brewer was active in several organizations,
including but not limited to:

     1) Motion Picture Industry Council, aka MPIC
     2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
     3) Labor League of Hollywood Voters
     4) Screen Actors Guild, aka SAG
     5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
     6) American Federation of Labor Film Council

7) Council Against Communist Agression

Please be sure to check all records concerning the above organizations for all references to Mr. Brewer, and please release each document that contains any reference to Mr. Brewer.

In addition, please be advised that Mr. Brewer was involved with several other prominent people who are now deceased, including:

1) Ronald Reagan, SAG and MPIC official
2) Willie Bioff, IATSE official
3) George Browne, IATSE official
4) Sidney Buchman, actor
5) Howard Da Silva, actor
6) John Garfield, actor
7) Elia Kazan, writer
8) Alexander Knox, actor
9) John Howard Lawson
10 Arthur Miller, writer
11) Larry Parks, actor
12) Herb Sorrell, union official
13) Dalton Trumbo, writer
14) Jack Warner, studio executive

Thus, if information concerning the above deceased people appears in records concerning Mr. Brewer, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

In addition, please be sure to search in all records concerning Mr. Reagan for any references to Mr. Brewer. Please release each document that contains a reference to Mr. Brewer.

(I have enclosed death notices for each of the above people, except Ronald Reagan, for whom I already have submitted an obituary.)

As a preliminary matter, please advise me as soon as possible as to what previously processed records are available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he

was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006


                                    Via Certified Mail

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

            Re: Roy M. Brewer, deceased

Dear Mr. Hardy This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

     For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

     Mr. Brewer was active in several organizations,
including but not limited to:

     1) Motion Picture Industry Council, aka MPIC
     2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
     3) Labor League of Hollywood Voters
     4) Screen Actors Guild, aka SAG
     5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
     6) American Federation of Labor Film Council
     7) Council Against Communist Agression

Please be sure to check all records concerning the above organizations for all references to Mr. Brewer, and please release each document that contains any reference to Mr. Brewer.

In addition, please be advised that Mr. Brewer was involved with several other prominent people who are now deceased, including:

1) Ronald Reagan, SAG and MPIC official
2) Willie Bioff, IATSE official
3) George Browne, IATSE official
4) Sidney Buchman, actor
5) Howard Da Silva, actor
6) John Garfield, actor
7) Elia Kazan, writer
8) Alexander Knox, actor
9) John Howard Lawson
10 Arthur Miller, writer
11) Larry Parks, actor
12) Herb Sorrell, union official
13) Dalton Trumbo, writer
14) Jack Warner, studio executive

Thus, if information concerning the above deceased people appears in records concerning Mr. Brewer, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

In addition, please be sure to search in all records concerning Mr. Reagan for any references to Mr. Brewer. Please release each document that contains a reference to Mr. Brewer.

(I have enclosed death notices for each of the above people, except Ronald Reagan, for whom I already have submitted an obituary.)

As a preliminary matter, please advise me as soon as possible as to what previously processed records are available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006


                              Via Certified Mail

FBI
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002
Att: FOIA Officer

          Re: Roy M. Brewer, deceased

Dear FOIA Officer,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

     For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

     Mr. Brewer was active in several organizations,
including but not limited to:

     1) Motion Picture Industry Council, aka MPIC
     2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
     3) Labor League of Hollywood Voters
     4) Screen Actors Guild, aka SAG

    5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
    6) American Federation of Labor Film Council
    7) Council Against Communist Agression

    Please be sure to check all records concerning the
above organizations for all references to Mr. Brewer, and
please release each document that contains any reference to
Mr. Brewer.

    In addition, please be advised that Mr. Brewer was
involved with several other prominent people who are now
deceased, including:

    1) Ronald Reagan, SAG and MPIC official
    2) Willie Bioff, IATSE official
    3) George Browne, IATSE official
    4) Sidney Buchman, actor
    5) Howard Da Silva, actor
    6) John Garfield, actor
    7) Elia Kazan, writer
    8) Alexander Knox, actor
    9) John Howard Lawson
    10 Arthur Miller, writer
    11) Larry Parks, actor
    12) Herb Sorrell, union official
    13) Dalton Trumbo, writer
    14) Jack Warner, studio executive

    Thus, if information concerning the above deceased
people appears in records concerning Mr. Brewer, that
information should be released, as their deceased status
and public figure status weighs in favor of greater
disclosure.

    In addition, please be sure to search in all records
concerning Mr. Reagan for any references to Mr. Brewer.
Please release each document that contains a reference to
Mr. Brewer.

    (I have enclosed death notices for each of the above
people, except Ronald Reagan, for whom I already have
submitted an obituary.)

    As a preliminary matter, please advise me as soon as
possible as to what previously processed records are

available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

3

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

# Exhibit EE



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Washington Field Office
601 4th Street, NW
Washington, D.C. 20535-0002
October 25, 2006

Mr. Seth Rosenfeld
P. O. Box 421,892
San Francisco, CA 94142-1892

Dear Mr. Rosenfeld:

        This is in response to your Freedom of Information Act
request to this office dated October 13, 2006, for records pertaining
to Roy M. Brewer.  Your letter was received in this office on October
25, 2006.

        In accordance with current FBI policy, your letter is being
referred to FBI Headquarters (FBIHQ), also located in Washington, D.C.,
for appropriate handling.  The Record/Information Dissemination Section
(RIDS) at FBIHQ will respond to you.  Any future correspondence
concerning this matter should be directed to FBI Headquarters, RID
Section, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

                        Sincerely,

                        Joseph Persichini, Jr.
                        Acting Assistant Director in Charge

                        By:
                        Thomas J. Herbst
                        Associate Division Counsel



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-C2-2838

11000 Wilshire Blvd, #1700
Los Angeles, California 90024
October 17, 2006

Seth Rosenfeld
P. O. Box 421892
San Francisco, CA 94142-1892

Dear Mr. Rosenfeld:

This is in response to your Freedom of Information ("FOIA") / Privacy Act request dated 10/13/2006, concerning Roy M. Brewer.

We have referred your request to FBI Headquarters ("FBIHQ") for processing. The Record/Information Dissemination Section ("RIDS") at FBIHQ will maintain your request in the order it was received and will assign it for processing and response in turn. In addition, RIDS will assign your request a FOIPA Number and advise you of that number as soon as possible. Any future correspondence concerning this request should be directed to FBI Headquarters, RID Section, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

Sincerely yours,

J. STEPHEN TIDWELL
Assistant Director in Charge

By: *Patrick B Hayes*
Patrick B. Hayes
Chief Division Counsel



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 17, 2006

MR. SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142-1892

Request No.: 1063060- 000
Subject: BREWER, ROY MARTIN

Dear Requester:

☒  This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to FBI Headquarters and our Washington and Los Angeles Field Offices. The FOIPA number listed above has been assigned to your request.

☐  For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐  To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐  If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒  We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐  Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit FF

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

January 31, 2007  By Certified Mail and Fax to 202-514-1009

Mr. Daniel Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

             Re:   FOIA APPEAL re: Roy M. Brewer (deceased)
                   FBI Headquarters - No. 1063060-000
                   Los Angeles Field Office No. 190-C2-2838
                   Washington Field Office (No number assigned)

Dear Mr. Metcalfe,

This is an appeal pursuant to the Freedom of Information
Act in the above referenced requests.

By three separate and identical letters dated Oct. 31,
2006, sent by certified mail and fax to the FBI Washington
Field Office, the Los Angeles Field Office, and FBI
Headquarters, I requested any and all records concerning
the above individual.

By letter dated Oct. 25, 2006, the Washington Field Office
acknowledged receipt of my request. By letter dated Oct.
17, 2006, the Los Angeles Field Office acknowledged receipt
of my request. Both field offices stated they were
referring my request to headquarters. Headquarters
acknowledged receipt of my request by letter Nov. 17, 2006.

The FBI has released no records and has provided no date
when it reasonably expects to do so.

I respectfully request that you direct the FBI to
immediately release any and all records as requested above
and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit GG

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

FEB 0 8 2007

Mr. Seth Rosenfeld                                  *Roy Brown HR*
P.O. Box 421, 892
San Francisco, CA 94142-1892

     Re: Request No. 1063060

Dear Mr. Rosenfeld:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on February 1, 2007.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-0573**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                Sincerely,

                Priscilla Jones
                Supervisory Administrative Specialist