# Exhibit HH

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ▪ tel:510.208.7744 ▪ fax: 510.208.4562 ▪ www.thefirstamendment.org
James Wheaton, Senior Counsel      Pondra Perkins, Fellow & Staff Attorney      David Greene, Executive Director
wheaton@thefirstamendment.org           pondra@thefirstamendment.org           dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

By mail and fax to 202-514-1009

Re:    APPEAL No. 07-573 - Roy M. Brewer (deceased)
FBI Headquarters – No. 1063060-000
Los Angeles Field Office No. 190-C2-2838
Washington Field Office (No number assigned)

Dear Mr. Metcalfe,

I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

By three separate and identical letters dated Oct. 31, 2006, Mr. Rosenfeld submitted these requests to the FBI Washington Field Office, the Los Angeles Field Office, and FBI Headquarters.

By letter dated Oct. 25, 2006, the Washington Field Office acknowledged receipt of the request. By letter dated Oct. 17, 2006, the Los Angeles Field Office acknowledged receipt of the request. Both field offices stated they were referring the requests to headquarters. Headquarters acknowledged receipt of the request by letter Nov. 17, 2006.

Please note that these requests sought any and all records concerning Mr. Brewer, and specified many kinds of records. These requests also provided the names of organizations that Mr. Brewer was involved in, to aid the FBI's search for all responsive records. In addition, the requests provided the names of deceased people who be referenced in the responsive records.

However, the FBI released no records.

By letter dated January 31, 2007, Mr. Rosenfeld appealed the FBI's failure to release the requested records. Your office acknowledged receipt of this appeal by letter dated February 8, 2007. However, your response said that your office has a "substantial backlog" of appeals and provided no date when you reasonably expected to address this matter.

The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA. As you also know, the FOIA does not permit open-ended

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

delays that constructively deny access to public records.

I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit II



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

April 26, 2007

Subject: BREWER, ROY MARTIN

FOIPA No.  1063060- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  Section 552 |  |  Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) |  | ☐(k)(7) |

281  **page(s)** were reviewed and 231  **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA].  This information has been:

☐  referred to the OGA for review and direct response to you.

☐  referred to the OGA for consultation、 The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release.  Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001 within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s)

The enclosed records are responsive to your request to the Washington Field Office.

Due to the age and condition of the original documents, we have found that some of the copies reproduced therefrom have been extremely difficult to read. While we realize the quality of some of the documents is poor, every effort has been made to obtain the best copies possible.

To minimize costs to both you and the FBI, extra file copies of the same document were not processed.

# Exhibit JJ



Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005                              By Certified Mail


FBI Washington
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR
records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.



Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

March 23, 2005                                    <u>By Certified Mail</u>

FBI Los Angeles
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
<u>Rosenfeld v. U.S. Department of Justice</u>.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR
records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005  By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001


Dear Mr. Hardy,

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR

records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

I want all records, including but not limited to those listed in the General Index, and any and all other indexes.

I want all records identifiable with my request, even though reports based on those records may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

I want all records to be produced with their administrative markings intact, and all reports, memos and documents to include any and all administrative pages.

I want all pages released regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

I expect that, as required by the FOIA, if you withhold any information, that all reasonably segregable portions of the records that are not exempt shall be released. I expect all records to be fully legible.

As I am a professional journalist seeking the requested records for news purposes, I hereby request that you waive all applicable fees, as releasing the information will primarily benefit the general public by shedding light on important government operations.

However, in the interest of expediting this request and avoiding a delay in processing pending your fee waiver decision, I hereby commit to pay up to $200 for these records. I reserve my right to pursue a fee waiver at a later date.

I ask that you promptly begin processing of this request and that you release the records within the statutory period. If you are unable to do so, please provide a specific reason and basis in fact as to why you cannot do so.

In any event, as requested above, please advise me right away as to whether any of these records have been previously processed.

Thank you for your help. I look forward to your prompt response.

Sincerely,


Seth Rosenfeld

Copyright 1996 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

December 13, 1996, Friday, FIVE STAR LIFT Edition

**SECTION:** NEWS; Pg. 9C

**LENGTH:** 190 words

**HEADLINE: NEIL REAGAN,** 88; BROTHER OF EX-PRESIDENT

**DATELINE:** LOS ANGELES

**BODY:**
**Neil Reagan,** the older brother of former President Ronald Reagan, **died** Wednesday (Dec. 11, 1996) of heart failure at age 88.

Mr. Reagan, a former radio broadcaster and advertising executive, **died** at Scripps Memorial Hospital in San Diego, according to a statement issued Thursday by the former president's office.

Known to friends and family by the nickname "Moon," Mr. Reagan was said to have been close to his younger brother and served as a delegate to the 1980 Republican National Convention, which propelled Ronald Reagan to the presidency.

"We will miss him terribly," Reagan and his wife, Nancy, said. "We have been in constant contact with his wife, Bess, in the last few days and have expressed our sympathy and love. We hope all Americans will join us in our prayers for Moon and Bess."

They have no children.

When Ronald Reagan became an announcer at WHO Radio in Des Moines, Iowa, his brother followed him, becoming program director at a sister station in Davenport, Iowa.

He later worked for the McCann-Erickson Advertising Agency, where he became senior vice president and head of the Los Angeles office.

**GRAPHIC:** PHOTO; Photo headshot - **(Neil) Reagan** - 1982 photo

**LOAD-DATE:** December 13, 1996

◀ prev  Document 39 of 54  next ▶

About LexisNexis™  |  Terms and Conditions  |  Privacy Policy  |  Support Identifier
Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# Exhibit KK



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD                                        March 30, 2005
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1017395- 000
Subject: REAGAN, NEIL

Dear Mr. Rosenfeld:

☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.
     The FOIA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date
     and place of birth for the subject of your request. Any other specific data you could
     provide such as prior addresses, or employment information would also be helpful. If
     your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
     notarized signature or, in place of a notarized signature, a declaration pursuant to Title
     28, United States Code 1746. For your convenience, the reverse side of this letter
     contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
     your arrest record, please follow the enclosed instructions in Attorney General Order
     556-73. You must submit fingerprint impressions so a comparison can be made with
     the records kept by CJIS. This is to make sure your information is not released to an
     unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
     information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
     FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

April 13, 2005

Mr. Seth Rosenfeld
Post Office Box 421,892
San Francisco, CA 94142 1892

Request No.: 1017395
Subject: Reagan, Neil

Dear Mr. Rosenfeld:

This acknowledges receipt of your Freedom of Information Act (FOIA) request

to the Los Angeles Field Office.

Your Field Office request will be handled simultaneously with your FBI Headquarters

request, under FOIA number 1017395.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

# Exhibit LL

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 12, 2005


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

                Re:   FOIA APPEAL
                     FBI Headquarters and
                     Los Angeles Field Office No. 1017395
                     Washington Field Office (no number assigned)
                     Neil Reagan (deceased)

Dear Co-Director,

This is an appeal pursuant to the Freedom of Information Act in the above referenced requests.

By three separate and identical letters dated March 23, 2005, sent by certified mail to the FBI Washington Field Office and the Los Angeles Field Office, and by certified mail and fax to FBI Headquarters, I requested any and all records concerning the above individual.

By letter dated April 13, 2005, FBI Headquarters advised me that it would "simultaneously" handle my requests to FBI Headquarters and the Los Angeles Field Office.

The April 13 letter made no reference to my Washington Field Office request, and to date I have had no reply from the FBI to that request.

My March 23 request letter asked the FBI to release the records within the statutory period, and if it could not do so, to please tell me a specific reason and basis in fact as to why not.

However, the FBI's April 13 letter provide no reason of any kind, and provided no date when the FBI reasonably expects to release the records.

I hereby appeal the FBI's failure to release the records requested from FBI Headquarters, the Los Angeles Field Office and the Washington Field Office within the statutory period.

I believe the record shows that the FBI has not complied with my specific requests under the Freedom of Information Act.

I respectfully request that you direct the FBI to immediately release any and all records as requested above and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit MM



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_
                                               MAY 2 6 2005

Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

     Re:  Request No. 1017395 - Neil Reagan

Dear Mr. Rosenfeld:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on May 18, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-1850**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

               Sincerely,

               Priscilla Jones
               Chief, Administrative Staff

# Exhibit NN



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*May 26, 2005*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1017395- 000
Subject: REAGAN, NEIL

Dear Mr. Rosenfeld:

This is in further response to your Freedom of Information (FOIA) request on the above subject.

A search of the indices to our central records system files, manual and ELSUR indices at FBI Headquarters, Los Angeles Field Office and Washington Field Office revealed no record responsive to your FOIA request.

Although no record responsive to your request was located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit OO



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 0 6 2005

Mr. Seth Rosenfeld                    Re:     Appeal No. 05-1850
P.O. Box 421, 892                             Request No. 1017395
San Francisco, CA  94142-1892                 RLH:PAJ:CIH

Dear Mr. Rosenfeld:

     This responds to your letter dated May 12, 2005, in which you sought to appeal from the failure of the Federal Bureau of Investigation to respond to your request for records.

     It is my understanding that the FBI responded to your request by letter dated May 26, 2005.  If you are dissatisfied with the FBI's action on your request, you may appeal again to this Office.

     If you consider my action to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552 (a) (4) (B).

                    Sincerely,

                    Richard L. Huff
                    Co-Director

# Exhibit PP

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

       Re:   FOIA APPEAL No. 05-1850
              FBI HQ, WFO & LA REQUEST 1017395-000
              Neil Reagan, Deceased

Dear Co-Director,

This letter is in further appeal of the above referenced
requests to the FBI, and incorporates my prior letter to
you dated May 12, 2005. This letter also responds to your
letter to me dated Sept. 6, 2005.

To date, the FBI has released no records in this case. For
your reference, I note the following:

By letter dated May 26, 2005, the FBI informed me that it
had been unable to locate any responsive record at any of
the specified FBI offices concerning my request for "any
and all" records concerning Neil Reagan, the late brother
of the late President Ronald Reagan.

In my June 10, 2005 reply, I reiterated that my request
sought any and all records. I specifically requested that
the FBI release all see references and all search slips,
including search slips used to process this request.

However, to date the FBI has not replied at all to my June
10, 2005 letter, and has not released any records in
response to this request from any FBI office.

It seems to me highly unlikely that the FBI, which is
charged with conducting full background investigations
pertaining to U.S. Presidents, would have no record of any
kind concerning Neil Reagan, President Reagan's brother.

I thus ask that you promptly instruct the FBI to release
any and all records concerning the late Neil Reagan,
including any and all search slips, including all search
slips used to process this request at each of the FBI HQ
and the WFO and L.A. Field Offices.

The record in this case clearly shows that the FBI has not
complied with this request. As this request is now nine
months old, I ask that ensure that the FBI releases all
records as requested and as required by law.

If the FBI cannot release these records now, please provide
me a specific date when you reasonably expect that the FBI
will release the records.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld

# Exhibit QQ



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 28, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: REAGAN, NEIL

FOIPA No. 1017395- 001

Dear Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) |  | ☐(k)(7) |

3 page(s) were reviewed and 3 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.

   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

# Exhibit RR

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


January 31, 2007

                    By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief – Record/Information
      Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

          Re:   FBI Headquarters, WFO and Los Angeles Request
                No. 1017395-000
                Neil Reagan (deceased)

This letter concerns the above referenced requests, and
your letter to me dated May 26, 2005, my reply to you dated
June 10, 2005, and your letter to me of February 28, 2006.

In your May 26, 2005 letter, you stated that the FBI had
been unable to locate any responsive record concerning my
request for "any and all" records concerning Neil Reagan,
the late brother of the late President Ronald Reagan.

In my June 10, 2005 reply, I reiterated that my request
sought any and all records. I specifically requested that
you release all see references and all search slips,
including search slips used to process this request.

However, to date you still have not replied to my June 10,
2005 letter, and you have not released any records in
response to this request from any FBI office.

By your letter of February 28, 2006, you released 3 (three)
pages from headquarters, concerning his deceased niece,
Maureen Reagan.

It seems to me highly unlikely that the FBI, which is
charged with conducting full background investigations

pertaining to U.S. Presidents, would have no additional records concerning Neil Reagan, President Reagan's brother.

I thus reiterate my request that you release any and all records concerning the late Neil Reagan, including any and all search slips, including all search slips used to process this request at each of the FBI HQ and the WFO and L.A. Field Offices.

As this request is now nearly two years old, I ask that you immediately release all records as requested and as required by law.

If you cannot release these records now, please provide me a specific date when you reasonably expect to release the records.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 12, 2005   By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief — Record/Information
    Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

        Re:  FBI Headquarters and Los Angeles Request
             No. 1017395
             Neil Reagan (deceased)

This letter concerns the above referenced requests, and
your letter to me dated April 13, 2005.

Thank you very much for your letter acknowledging my
request of March 23, 2005.

My request asked that you please advise me whether any of
the requested records have been previously processed. Your
letter did not address that question. I therefore request
again that you advise me as to whether any of these records
have been previously processed.

In addition, please provide me a specific date when you
reasonably expect to release the records, if you cannot do
so now.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005    By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information
    Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

    Re:  FBI Headquarters, WFO and Los Angeles Request
         No. 1017395-000
         Neil Reagan (deceased)

This letter concerns the above referenced requests, and
your letter to me dated May 26, 2005 and my reply to your
letter dated June 10, 2005.

In your May 26, 2005 letter, you stated that the FBI had
been unable to locate any responsive record concerning my
request for "any and all" records concerning Neil Reagan,
the late brother of the late President Ronald Reagan.

In my June 10, 2005 reply, I reiterated that my request
sought any and all records. I specifically requested that
you release all see references and all search slips,
including search slips used to process this request.

However, to date you have not replied at all to my June 10,
2005 letter, and you have not released any records in
response to this request from any FBI office.

It seems to me highly unlikely that the FBI, which is
charged with conducting full background investigations
pertaining to U.S. Presidents, would have no record of any
kind concerning Neil Reagan, President Reagan's brother.

I thus reiterate my request that you release any and all records concerning the late Neil Reagan, including any and all search slips, including all search slips used to process this request at each of the FBI HQ and the WFO and L.A. Field Offices.

As this request is now nine months old, I ask that you immediately release all records as requested and as required by law.

If you cannot release these records now, please provide me a specific date when you reasonably expect to release the records.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld

# Exhibit SS

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ▪ tel:510.208.7744 ▪ fax: 510.208.4562 ▪ www.thefirstamendment.org
James Wheaton, Senior Counsel     Pondra Perkins, Fellow & Staff Attorney     David Greene, Executive Director
wheaton@thefirstamendment.org     pondra@thefirstamendment.org     dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

By mail and fax to 202-514-1009

Re:     FOIA APPEAL 05-1850
FBI Headquarters and
Los Angeles Field Office No. 1017395
Washington Field Office (no number assigned)
Neil Reagan (deceased)

Dear Mr. Metcalfe,

I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

By three separate and identical letters dated March 23, 2005, sent by certified mail to the FBI Washington Field Office and the Los Angeles Field Office, and by certified mail and fax to FBI Headquarters, Mr. Rosenfeld requested any and all records concerning the above individual.

To date the FBI has released only three pages concerning Neil Reagan, who is the deceased brother of President Ronald Reagan. Mr. Rosenfeld has written several letters to the FBI requesting the release of additional non-exempt information from each of the above-named FBI offices.
However, the FBI did not release that information and it has provided no date, month or season when it reasonably expects to do so.

Mr. Rosenfeld sent an appeal letter dated May 12, 2005 to your office. By letter dated September 6, 2005, your office acknowledged said appeal and declined to take action.

The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately, in light of the fact that this request is now approximately nearly two years old. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

PRINTED ON RECYCLED PAPER
\\Oldfaithful\users\FAP\fap 080\doj reagan ltr.wpd

# Exhibit TT

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


April 28, 2006      Via Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001


        Re: FOIA Request for "80" Classification Files

Dear Mr. Hardy,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all main
files (and other records) at FBI Headquarters that are the
corresponding main files (and other records) to the
following Sacramento Field Office main files:

        1) Sacramento Main File 80-130

        2) Sacramento Main File 80-131

        3) Sacramento Main File 80-132

        4) Sacramento Main File 80-133

        5) Sacramento Main File 80-134

        6) Sacramento Main File 80-135

        7) Sacramento Main File 80—136

        8) Sacramento Main File 80-137

        9) Sacramento Main File 80-138

        10) Sacramento Main File 80-139

        11) Sacramento Main File 80-140

I am requesting each of the above files in its entirety, along with all of their sub-files, attachments, enclosures, exhibits and bulky exhibits.

Please also include all abstracts and index cards for each of these files.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, and records that are or were maintained in SAC safes.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

Please take note that these records may contain references to various public officials and public figures. As you know, the public status of such figures weighs in favor of greater disclosure of information that may appear in reference to them, as it bears on important government operations of public interest.

In addition, some of the people who may appear in the files are deceased. As you also know, the fact that a

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006                              Via Certified Mail


FBI Sacramento - FOIA Office
4500 Orange Grove Avenue
Sacramento, California 95841-4205


                    Re: FOIA Request


Dear FOIA Officer,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following records:

     1) Sacramento Main File 80-130

     2) Sacramento Main File 80-131

     3) Sacramento Main File 80-132

     4) Sacramento Main File 80-133

     5) Sacramento Main File 80-134

     6) Sacramento Main File 80-135

     7) Sacramento Main File 80-136

     8) Sacramento Main File 80-137

     9) Sacramento Main File 80-138

     10) Sacramento Main File 80-139

     11) Sacramento Main File 80-140

I am requesting each of the above files in its entirety, along with all of their sub-files, attachments, enclosures, exhibits and bulky exhibits.

Please also include all abstracts and index cards for each of these files.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, and records that are or were maintained in SAC safes.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

Please take note that these records may contain references to various public officials and public figures. As you know, the public status of such figures weighs in favor of greater disclosure of information that may appear in reference to them, as it bears on important government operations of public interest.

In addition, some of the people who may appear in the files are deceased. As you also know, the fact that a

person is deceased also requires a greater release of information.

For your reference, deceased person who may appear in the requested records include:

Herbert E. Ellingwood, aka Herb Ellingwood
Clark Kerr
Lyn Nofziger, aka Franklyn Curran Nofziger
Ronald Reagan
Alex C. Sherriffs, aka Alexander C. Sherriffs

I have enclosed documentation of their deaths for your reference.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference.

This letter constitutes my commitment to pay fees of up to $100.00 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

# Exhibit UU

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Oct. 15, 2006          By mail and fax to 202-514-1009


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

          Re:  "80 files"
          FBI HQ FOIA 1049330-000

     This is an appeal of the above referenced FOIA
request.

     On May 8, 2006 I submitted this request to the
Sacramento and HQ offices of the FBI. I stated that I
wanted "any and all" records concerning this subject.

     My request properly specified the records I am
seeking, including but not limited to main files, see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits."

     I stated that I want all records, including but not
limited to those listed in the General Index, and any and
all other indexes.

     To date the FBI has released no records in response to
this request and has failed to specify a day, month or
season when it reasonably expects to release the records.

     I am hereby appealing the FBI's action. As you know,
the FOIA requires agencies to search for reasonably
specified records and to release them in a timely way. The
FOIA does not permit agencies to engage in open-ended
delays and to disregard a specific request.

     Furthermore, the FBI's action has created an
unnecessary and avoidable burden on me and on your office.

1

Rather than conduct a reasonable search for properly specified records and release them, the FBI has instead required me to file this appeal and your office to act on it.

In effect, the FBI has constructively denied my request in an improper manner that appears calculated to discourage, delay or deny my request.

Accordingly, I ask that your office take the following steps:

1) Make a finding that FBI's denial of my specific request was improper.

2) Instruct the FBI to process my request pursuant to the FOIA and release the responsive records from each specified FBI office immediately.

Thank you very much for your prompt attention to this matter.

Sincerely,

Seth Rosenfeld

# Exhibit VV

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

Oct. 24, 2006            Via Mail and Fax to 202-324-3752

Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division – FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

          Re: Request for "80" Files, FOIAPA No. 1049330-000

Dear Mr. Hardy,

     This letter concerns the above referenced FOIAPA
request, which was sent to your office and to the
Sacramento Field Office.

     By letter dated Sept. 25, 2006, you released 94 pages
you stated were in response to my request. In fact, these
records are completely non-responsive as set forth below.

     The records you released are headquarters main files
80-130 through 80-140. I did not request these records.

     My request letters clearly stated that I wanted
Sacramento main files 80-130 through 80-140, and the
corresponding headquarters files.

     The files you released are not the corresponding
headquarters files. They are unrelated headquarters files
from the 1930s. As you may know, the Sacramento Field
Office was not opened until the 1960s.

     Further, I note that to date you have released none of
the requested Sacramento Field Office files.

     I ask that you immediately release the headquarters
and Sacramento Field Office files as requested.

     Thank you very much for your assistance.

     Sincerely,

     Seth Rosenfeld

# Exhibit WW

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

## DEC 1 8 2006

Mr. Seth Rosenfeld                    Re:    Appeal No. 07-0124
Post Office Box 421, 892                    Request No. 1049330
San Francisco, CA  94142-1892            ADW:MJS          '80 File'

Dear Mr. Rosenfeld:

   You attempted to appeal from the failure of the Sacramento Field Office of the Federal Bureau of Investigation to respond to your request for access to certain records.

   A member of my staff has looked into this and found that the Sacramento Field Office located and processed records responsive to your request and by letter dated September 25, 2006, released all disclosable parts of ninety-four pages of records to you.

   Because the Headquarters Office has acted on your request for records, which renders moot your pending administrative appeal, I am administratively closing your file in this Office.

                    Sincerely,

                    Daniel J. Metcalfe
                    Director