# Exhibit XX



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

December 21, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421892
SAN FRANCISCO, CA 94142 1892

Request No.:  1049330- 001
Subject:  SACRAMENTO/FBIHQ CORRESPONDING 80 FILES

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request.  Any other specific data you could  provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Pursuant to FOIA guidelines and regulations, the requester must mail his/her request to the FBI Office that houses the records they are requesting.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit YY

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892

January 18, 2007                    By fax to 202-514-1009

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      Re: Appeal No. 07-0124; FBI Request 1049330 "80 Files"

Dear Mr. Metcalfe,

      Thank you very much for your letter dated December 18,
2006 concerning the above referenced matter.

      Your letter stated that your office determined the
requested records were released by letter dated September
25, 2006.  Alas, this is not so. The FBI erroneously
released some other records which I did not request.

      I wrote Mr. Hardy concerning this error on October 24,
2006. (Copy enclosed.) However, I received no reply to my
letter. Instead, the FBI sent me a letter indicating that
it opened a whole new request for the records I had
originally requested. (Copy enclosed.)

      This is not equitable. I properly identified the
records I sought in my original request. The FBI mistakenly
released some other non-responsive records. Now the FBI
would send me back to the beginning of the request line and
- because of its error - require me to wait for an
additional and unspecified period of time. As you know, the
FOIA does not contemplate such untoward delays.

      Accordingly, I respectfully renew my appeal to you. I
ask that you please direct the FBI to promptly release the
records I actually requested as required under the FOIA.

      Thank you very much for your consideration.

      Sincerely,

      Seth Rosenfeld

1

# Exhibit ZZ

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel     Pondra Perkins, Fellow & Staff Attorney     David Greene, Executive Director
wheaton@thefirstamendment.org         pondra@thefirstamendment.org         dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

    By mail and fax to 202-514-1009

    Re: Appeal No. 07-0124; FBI Request 1049330 "80 Files"

Dear Mr. Metcalfe,

    I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

    Mr. Rosenfeld submitted the above referenced requests to FBI headquarters by letter dated April 28, 2006 and the FBI Sacramento office by letter dated May 6, 2006.

    By letter dated September 25, 2006, the FBI released some records that Mr. Rosenfeld did not request and which were non-responsive to his request.

    By letter dated October 24, 2006 Mr. Rosenfeld wrote the FBI about this problem. The FBI still did not release the records. It released none of the requested records.

    By letter to your office dated October 15, 2006, Mr. Rosenfeld appealed the FBI's failure to release the requested records. Your office declined to direct the FBI to release the requested records on the ground that they had been released.

    Mr. Rosenfeld then sent your office a second appeal letter dated January 18, 2007, explaining once again that the FBI had not released the requested records. Mr. Rosenfeld has not received a reply to this letter, and to date the FBI has not released the requested records.

    Thus, the record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

    I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

    Thank you very much for your help.

            Cordially,

            James Wheaton,
            Senior Counsel

# Exhibit AAA

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


June 14, 2006      Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief — Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

                    Re: FOIA Request

Dear Mr. Hardy,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following organizations:

     1) Motion Picture Industry Council, also known as
MPIC.

     2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA

     3) Labor League of Hollywood Voters

     For your reference, these organizations were prominent
in the film industry in the 1940s and 1950s. Among the
people prominently involved with these groups was Ronald
Reagan, who later became president.

     Please bear in mind that Mr. Reagan was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
information concerning him that may appear in responsive
records.

     If other public figures are referenced in the
responsive pages, please release that information as well,
as required under the FOIA. For your reference, some of the
other deceased people whose names may appear in the records

are Walt Disney, John Wayne, Gary Cooper, King Vidor, Sam Wood, Walter Wanger and Leo McCarey.

As a preliminary matter, please advise me as to whether any of the requested records have been previously processed. Please advise me as to this as soon as possible, as the availability of preprocessed records may help me narrow the scope of this request and thus save both the FBI and this requester time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on the name of each organization and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning these organizations in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization.

Please process all records identifiable with my request, even though reports based on those records may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


June 14, 2006                Via Certified Mail


FBI - FOIA OFFICE
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

           Re: FOIA Request

Dear FOIA Officer,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following organizations:

     1) Motion Picture Industry Council, also known as
MPIC.

     2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA

     3) Labor League of Hollywood Voters

     For your reference, these organizations were prominent
in the film industry in the 1940s and 1950s. Among the
people prominently involved with them was Ronald Reagan,
who later became president.

     Please bear in mind that Mr. Reagan was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
information concerning him that may appear in the
responsive records.

     If other public figures are referenced in the
responsive pages, please release that information as well,
as required under the FOIA. For your reference, some of the
other deceased people whose names may appear in the records

are Walt Disney, John Wayne, Gary Cooper, King Vidor, Sam
Wood, Walter Wanger and Leo McCarey.

As a preliminary matter, please advise me as to
whether any of the requested records have been previously
processed. Please advise me as to this as soon as possible,
as the availability of preprocessed records may help me
narrow this request and thus save both the FBI and this
requester time and expense in processing of records.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on
the name of each organization and an "all references" check
of all indices, both automated and manual, active and
inactive, for any and all records concerning this
organization in any way.

Please be sure to release all responsive see
references. For see references of five pages or less, I am
requesting the entire see reference document. For see
references of more than five pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to this organization.

Please process all records identifiable with my
request, even though reports based on those records may
have been sent to other FBI offices, and even though there
may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.
Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

# Exhibit BBB



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*June 22, 2006*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050646- 000
Subject: MOTION PICTURE INDUSTRY
COUNCIL

Dear Mr. Rosenfeld:

☒ This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*June 22, 2006*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050648- 000
Subject: MOTION PICTURE ALLIANCE
FOR THE PRESERVATION OF
AMERICAN IDEALS

Dear Mr. Rosenfeld:

☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*June 22, 2006*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050649- 000
Subject: LABOR LEAGUE OF
HOLLYWOOD VOTERS

Dear Mr. Rosenfeld:

☒     This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and  place of  birth for the subject of your request.  Any other specific data you could provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

# Exhibit CCC



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 21, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.:  1050646- 000
Subject: MOTION PICTURE INDUSTRY COUNCIL

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters and our Los Angeles Field Office.  No records responsive to your FOIPA request were located by a search of the automated and manual indices, as well as electronic surveillance indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# Exhibit DDD



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 21, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.: 1050648- 000
Subject: MOTION PICTURE ALLIANCE FOR THE
PRESERVATION OF AMERICAN IDEALS

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately <u>820</u> pages which appear to relate to your request. Under Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page for every page released over 100. These regulations require us to notify requesters when anticipated charges exceed $25, and if all the pages are released, you will owe $<u>72.00</u> in duplication costs. Please remember this is only an estimate; and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you both to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. to 5:00 p.m., EST. You may fax your response to the following number:202-324-3752, Attention: Request Management Unit. You must include the FOIPA request number in any communication regarding this subject.

As stated previously, the cost indicated is only an estimate: therefore, no payment should be made at this time. Unless advised to the contrary, we are assuming that you are willing to pay fees.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit EEE



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 28, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.: 1050649- 000
Subject: LABOR LEAGUE OF HOLLYWOOD
VOTERS

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters and Los Angeles Field Office.  No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States**.

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

# Exhibit FFF

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Oct. 16, 2006          By mail and fax to 202-514-1009


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      Re:   FBI REQUEST 1050646-000, Motion Picture Industry
Council

      This is an appeal of the above referenced FOIA matter.

      On June 13, 2006, I sent copies of this request to the
Los Angeles and HQ offices of the FBI. I stated that I
wanted "any and all" records concerning this subject.

      My request properly specified the records I am
seeking, including but not limited to main files, see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits."

      I stated that I want all records, including but not
limited to those listed in the General Index, and any and
all other indexes.

      However, the FBI chose to disregard the specifics of
my request. Instead of searching for the properly specified
records, as above, the FBI instead conducted a much
narrower search and stated by letter to me dated August 28,
2006 that it had found no responsive records.

      I am hereby appealing the FBI's action. As you know,
the FOIA requires agencies to search for reasonably
specified records and to release them in a timely way. The
FOIA does not permit agencies to disregard a specific
request that has been properly submitted as was mine.

Furthermore, the FBI's action has created an unnecessary and avoidable burden on me and on your office. Rather than conduct a reasonable search for properly specified records and release them, the FBI has instead required me to file this appeal and your office to act on it.

In effect, the FBI has constructively denied my request in an improper manner that appears calculated to discourage, delay or deny my request.

Accordingly, I ask that your office take the following steps:

1) Make a finding that FBI's denial of my specific request was improper.

2) Instruct the FBI to process my request pursuant to the FOIA and release the records immediately.

Thank you very much for your prompt attention to this matter.

Sincerely,

Seth Rosenfeld

# Exhibit GGG

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

October 16, 2006

                    Via Certified Mail & Fax to 202-324-3752

Mr. David M. Hardy
Section Chief — Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

                    Re: Motion Picture Alliance
                        FOIAPA No. 1050648-000
                        Labor League of Hollywood Voters,
                        FOIAPA No. 1050649-000
                        Motion Picture Industry Council
                        FOIAPA No. 1050646-000

Dear Mr. Hardy,

     This letter concerns the above referenced FOIAPA
request, which was dated June 14, 2006, for records
concerning:

     1) Motion Picture Industry Council, also known as
MPIC.
     2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA
     3) Labor League of Hollywood Voters

     Please be advised that the following deceased
individuals may appear in records concerning these
organizations. As you know, a person's deceased status, and
their public figure status, requires a greater disclosure
of information.

     Accordingly, if the names of the below individuals, or
information concerning them, appear in responsive records,
then that information should be released.

     (Please note that for your convenience this
alphabetical list incorporates the names of the deceased

individuals noted in my initial FOIA request letter,
including that of Ronald Reagan.)

    1) Roy M. Brewer, an official of the Motion Picture
Industry Council, aka MPIC; and of the International
Alliance of Theatrical Stage Employees and Motion Picture
Machine Operators, aka IATSE; of the Motion Picture
Alliance for the Preservation of American Ideals, aka MPA;
and of other organizations.
    2) Willie Bioff, IATSE official
    3) George Browne, IATSE official
    4) Sidney Buchman, actor
    5) Gary Cooper
    6) Howard Da Silva, actor
    7) Walt Disney
    8) John Garfield, actor
    9) Elia Kazan, writer
    10) Alexander Knox, actor
    11) John Howard Lawson, writer
    12) Leo McCarey
    13) Arthur Miller, writer
    14) Larry Parks, actor
    15) Ronald Reagan
    16) Herb Sorrell, union official
    17) Dalton Trumbo, writer
    18) King Vidor
    19) Walter Wanger
    20) Jack Warner, studio executive
    21) John Wayne
    22) Sam Wood

    Thus, if information concerning the above deceased
people appears in the responsive records, that information
should be released, as their deceased status and public
figure status weighs in favor of greater disclosure.

    Thank you for your help.

    Sincerely,


    Seth Rosenfeld

Enc.

# Exhibit HHH



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                              *Washington, D.C. 20530*

NOV 1 3 2006

Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

      Re:  Request No. 1050649 – Labor League of Hollywood Voters

Dear Mr. Rosenfeld:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on October 16, 2006.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-0125**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                        Sincerely,

                        Priscilla Jones
                        Chief, Administrative Staff

# Exhibit III



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                _Washington, D.C. 20530_

DEC 1 9 2006

Mr. Seth Rosenfeld                    Re:    Appeal No. 07-0126
Post Office Box 421, 892                     Request No. 1050646
San Francisco, CA  94142-1892                ADW:MJS

Dear Mr. Rosenfeld:

  You appealed from the actions of the Headquarters Office and Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Motion Picture Industry Council.

  After carefully considering your appeal, I am remanding your request to the FBI for further searches for responsive records, including for cross-references.  If the FBI locates responsive records through these searches, it will send any and all releasable portions of them to you directly, subject to any applicable fees.  You may appeal any future adverse determination made by the FBI.

  If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                          *Washington, D.C. 20530*

DEC 1 9 2006

Mr. Seth Rosenfeld                          Re:    Appeal No. 07-0125
Post Office Box 421, 892                             Request No. 1050649
San Francisco, CA  94142-1892                       ADW:MJS

Dear Mr. Rosenfeld:

        You appealed from the actions of the Headquarters Office and Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Labor League of Hollywood Voters.

        After carefully considering your appeal, I am remanding your request to the FBI for further searches for records responsive to your request, including for cross-references.  If the FBI locates responsive records through these searches, it will send any and all releasable portions of them to you directly, subject to any applicable fees.  You may appeal any future adverse determination made by the FBI.

        If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                Sincerely,

                                Daniel J. Metcalfe
                                Director

# Exhibit JJJ





U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 8, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.:  1050646- 001
Subject:  MOTION PICTURE INDUSTRY
          COUNCIL

Dear Requester:

☐    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
     to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
     place of birth for the subject of your request.  Any other specific data you could  provide
     such as prior  addresses, or employment information would also be helpful.  If your
     subject is deceased, please  include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
     notarized  signature or, in place of a notarized signature, a declaration pursuant to Title
     28, United States Code 1746.  For your convenience, the reverse side of this letter
     contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
     your arrest  record, please follow the enclosed instructions in Attorney General Order
     556-73.  You must submit fingerprint impressions so a comparison can be made  with the
     records kept by CJIS.  This is to make sure your information is not released to an
     unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
     information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
     FOIPA.  We will process your request(s) as soon as possible.

     Your request has been assigned the number indicated above.  Please use this number in all
correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 8, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050649- 001
Subject: LABOR LEAGUE OF
HOLLYWOOD VOTERS

Dear Requester:

☐    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit KKK



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

March 13, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050646- 001
Subject: MOTION PICTURE INDUSTRY
COUNCIL

Dear Requester:

This is in reference to your Freedom of Information Act (FOIA) request.

The records you requested have been previously processed under the provisions of the FOIA and placed on two CD's for your convenience. There is no charge for these CD's.

In the event you are in the Washington, D.C. area, you may (at no charge) review this material in our FOIA Reading Room at FBI Headquarters. Appointment should be made at least 48 hours in advance by calling (202) 324-8057.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit LLL

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel        Pondra Perkins, Fellow & Staff Attorney        David Greene, Executive Director
wheaton@thefirstamendment.org            pondra@thefirstamendment.org            dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

By mail and fax to 202-514-1009

Re:    FOIA APPEALS
Appeal No. 07-0126; Request 1050646-000, Motion Picture Industry Council
Appeal No. 07-0125; Request 1050649-001, Labor League of Hollywood
Voters
Appeal No. Not Assigned; Request 1050648-000, Motion Picture Alliance for
the Preservation of American Ideals

Dear Mr. Metcalfe,

I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant
to the Freedom of Information Act in the above referenced requests.

On June 13, 2006, Mr. Rosenfeld sent copies of this request to the Los Angeles
and HQ offices of the FBI. He stated that he wanted "any and all" records concerning
these subjects.

His request properly specified the records he is seeking, including but not limited
to main files, see references, Do Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR records, index cards,
records that are or were maintained in SAC safes, and bulky exhibits.

The request specified all records, including but not limited to those listed in the
General Index, and any and all other indexes.

However, the FBI chose to disregard the specifics of this request. Instead of
searching for the properly specified records, as above, the FBI instead conducted a
much narrower search and stated by letter dated August 28, 2006 that it had found no
responsive records on the Labor League of Hollywood Voters and the Motion Picture
Industry Council.

Mr. Rosenfeld then appealed these matters to your office. By letters dated
December 19, 2006, your office remanded the Motion Picture Industry Council and the
Labor League of Hollywood Voters request to the FBI.

Subsequently, a member of the FBI's FOIA staff has informed Mr. Rosenfeld that
these requests are being processed, and we very much appreciate the efforts of the
FOIA staff.

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

Thank you very much for taking action on the above two requests.

However, to date no records have been released in response to the above requests and the FBI has not provided a date when it reasonably expects to release the records. As you know, the FOIA does not permit open-ended delays.

We are therefore appealing all three of the above referenced requests in the hope that your office will ensure the records are released in a timely way as required by law and the specifics of his requests.

If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit MMM



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 25, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142-1892

Request No.: 1050648- 001
Subject: MOTION PICTURE ALLIANCE FOR THE
PRESERVATION OF AMERICAN IDEALS

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately <u>1041</u> pages which are potentially responsive to your request. Pursuant to Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page. The first 100 pages will be provided to you free of charge. Regulations require us to notify requesters when anticipated charges exceed $25, and if all of the pages are released, you will owe <u>$94.10</u> in duplication fees. Please remember this is only an estimate, and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. *Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph.* Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. and 5:00 p.m., EST. You may also fax your response to the following number: 540-868-4996, Attention: Work Processing Unit. You must include the FOIPA request number in any communication regarding this matter.

As stated previously, the cost indicated is only an estimate, therefore, no payment should be made at this time.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

# Exhibit NNN

U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

May 1, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142 1892

Request No.: 1076785- 000
Subject: MOTION PICTURE INDUSTRY
COUNCIL (sections 40-46 of File
Number 100-HQ-138754)

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately 1100 pages which are potentially responsive to your request. Pursuant to Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page. The first 100 pages will be provided to you free of charge. Regulations require us to notify requesters when anticipated charges exceed $25, and if all of the pages are released, you will owe $100.00 in duplication fees. Please remember this is only an estimate, and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. and 5:00 p.m., EST. You may also fax your response to the following number: 540-868-4996, Attention: Work Processing Unit. You must include the FOIPA request number in any communication regarding this matter.

As stated previously, the cost indicated is only an estimate, therefore, no payment should be made at this time.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division