# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Seth Rosenfeld

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Federal Bureau of Investigation, and United States Department of Justice

C07-03240 CW

TO: (Name and address of defendant)

United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 30 (60 crossed out) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: JUN 19 2007

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER  NICOLE FEUCIANO | TITLE  LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CERTIFIED MAIL TO THE ADDRESSES LISTED IN THE SUMMONS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/19/07
             Date

Signature of Server

1330 FRANKLIN ST., 9TH FL, OAKLAND, CA 94612
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure