UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,

        Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION et al,

        Defendant.

Case Number: CV07-03240 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A Greene
The First Amendment Project
1736 Franklin Street, 9th Floor
Oakland, CA 94612

James Russell Wheaton
The First Amendment Project
1736 Franklin Street, 9th Floor
Oakland, CA 94612

Peter T. Wechsler
US Department of Justice
Civil Division, Federal Programs Branch
P O Box 883
Washington, DC 20044

Dated: July 12, 2007

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk