SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>                 Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>               Defendants. | No. C 07-3240 MHP<br>(Related: Nos. C 90-3576 MHP, C 85-1709 MHP, and C 85-2247 MHP)<br><br>**E-FILING CASE**<br><br>**DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF: REQUEST FOR LEAVE TO FILE EARLY MOTION TO DISMISS**<br><br>**Local Rule 7-11, Standing Order** |

      Defendant the United States Department of Justice brings this Motion for Administrative Relief for leave to file a motion to dismiss before the case management conference. The reason for the early motion to dismiss is that several of plaintiff Rosenfeld's claims are subject to dismissal for jurisdictional defects. Because this case was recently related to Rosenfeld's older lawsuits, this Court has not yet issued a scheduling order or initial case management conference date.

      The motion to dismiss and supporting papers are attached hereto as Exhibit A. The Department of Justice believes that early resolution of this motion to dismiss will narrow and focus the issues in this case.

1  Counsel for Rosenfeld has informed the undersigned counsel that he does not take a
2 position on this motion for administrative relief.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                  /s/
Dated: July 20, 2007                      _____
                                                OWEN P. MARTIKAN
                                                Assistant United States Attorney