SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:  (415) 436-6748
    Email:  owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | No. C 07-3240 MHP<br>(Related: Nos. C 90-3576 MHP, C 85-1709 MHP, and C 85-2247 MHP)<br><br>**E-FILING CASE**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**Local Rule 7-11, Standing Order** |

    This case comes before the Court on defendant's motion for administrative relief requesting leave to file an early motion to dismiss. For good cause shown, the Court GRANTS defendant's motion. Defendant must file its motion by Monday, ~~July 30, 2007~~ *October 1, 2007*, and the Court will hear the motion on Monday, ~~September 17, 2007~~ *November 5, 2007*, at 2:00pm.

SO ORDERED.

Dated: 9/25/07

HON. MARILYN HALL PATEL
United States District Judge