James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seth Rosenfeld | Case No. 3:07-cv-03240-MHP |
| Plaintiff, | FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF |
| vs. | |
| Federal Bureau of Investigation, and United States Department of Justice | |
| Defendant. | |

Plaintiff, Seth Rosenfeld, in support of his Complaint for Injunctive Relief, alleges the following facts:

**JURISDICTION AND VENUE**

1.   This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiff Seth Rosenfeld by Defendant Department of Justice (hereinafter, "DOJ") and its component Federal Bureau of Investigation (hereinafter, "FBI") (collectively, "Defendants").  This Court has both subject matter

FIRST AMENDED COMPLAINT

1  jurisdiction over this action and personal jurisdiction over the
2  parties pursuant to 5 U.S.C. § 552(a)(4)(B).  This Court also has
3  subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331,
4  1346(a)(2), and 1361.

5  2.  Venue is appropriate in this district pursuant to 28 U.S.C.
6  §§ 1391(e) and 1402(a)(1), and 5 U.S.C. § 552(a)(4)(B).

7  **INTRADISTRICT ASSIGNMENT**

8  3.  This court has Intradistrict Assignment jurisdiction
9  pursuant to L.R. §§ 3-2(c) and (d).

10  **FACTUAL BACKGROUND**

11  4.  Plaintiff Seth Rosenfeld (hereinafter, "Rosenfeld") is a
12  professional journalist based in San Francisco, California and
13  has been so for more than 23 years.  Rosenfeld seeks the records
14  described below in his capacity as a professional journalist.

15  5.  The DOJ is a Department of the Executive Branch of the
16  United States Government, and includes the component entity FBI.
17  The DOJ is an agency within the meaning of 5 U.S.C. § 552(f).

18  6.  Rosenfeld is a staff reporter for the San Francisco
19  Chronicle, employed since 2000.  Prior to the that Rosenfeld was
20  a reporter for the San Francisco Examiner from 1984 until 2000.
21  Rosenfeld has won numerous national, state and local journalism
22  awards, particularly for his articles about the FBI's activities
23  in regard to the University of California that were based on FBI
24  records obtained under the Freedom of Information Act.

25  7.  Over the course of his career Rosenfeld has researched the
26  FBI's operations with respect to the University of California,
27  especially its flagship Berkeley campus, and in particular the
28  FBI's activities as they relate to academic freedom, civil

FIRST AMENDED COMPLAINT

1  liberties and national security.  Rosenfeld has focused on

2  nationally prominent events in and around the campus community,

3  including but not limited to the loyalty oath of the 1950s, the

4  civil rights movement of the early 1960s, the Free Speech

5  Movement of 1964, the anti-war movement of the latter 1960s, the

6  development of ethnic studies, and other social and political

7  movements.  Rosenfeld has also examined the FBI's activities with

8  respect to prominent people involved in these events, including

9  for example the late renowned educator and University of

10 California President Clark Kerr, the late United States President

11 and Governor of California Ronald Reagan, and the late Free

12 Speech Movement leader Mario Savio.

13 8.   Rosenfeld has published numerous articles based on his

14 research in FBI records concerning the above subjects in the

15 Daily Californian, the San Francisco Chronicle, the Los Angeles

16 Times and other publications.  These include Rosenfeld's June

17 2002 series in the San Francisco Chronicle, entitled "The Campus

18 Files."  Attached hereto as Exhibit A are true and correct copies

19 of the June 2002 Campus Files articles.  The Campus Files series

20 detailed the FBI's unconstitutional and unlawful activities at

21 the University of California, including the FBI's efforts to have

22 Clark Kerr fired as president of the university because FBI

23 officials disagreed with Mr. Kerr's personal political views and

24 his campus policies.

25 9.   The significance of Rosenfeld's writing and research about

26 the FBI activities with respect to the University of California

27 have been recognized in the national press.  The Associated Press

28 carried reports based on The Campus Files series, which appeared

FIRST AMENDED COMPLAINT

1  in the Washington Post, the Los Angeles Times, and numerous other

2  newspapers.  CNN and ABC carried news articles about The Campus

3  Files series, as did many other local television and radio

4  stations.  More than a dozen newspapers wrote editorials about

5  the series.  The New York Times said in a June 16, 2002 editorial

6  about Rosenfeld's series, "These accounts of the F.B.I.'s

7  malfeasance are a powerful reminder of how easily intelligence

8  organizations deployed to protect freedom can become its worst

9  enemy."  Attached hereto as Exhibit A is a true and correct copy

10  of the June 16, 2002 editorial.

11  10.  The significance of Rosenfeld's research and writings based

12  on his research has been further recognized by professional

13  journalism and educational associations.  Rosenfeld's series won

14  several national awards, including the Edward Willis Scripps

15  Award for Distinguished Service to the First Amendment, from the

16  Scripps Howard Foundation; the Eugene S. Pulliam First Amendment

17  Award from the Society of Professional Journalists; the Freedom

18  of Information Award, from Investigative Reporters and Editors

19  (IRE); the Joseph L. Brechner Freedom of Information Award from

20  the University of Florida; and a special citation from Harvard

21  University's Goldsmith Award for Investigative Reporting.

22  11.  The Campus Files series also won the Freedom of Information

23  Award from the Californian Newspaper Publishers Association, for

24  "dedication and outstanding work to protect and enhance the First

25  Amendment, freedom of expression, and a free press."  In 2002,

26  the Society of Professional Journalists of Northern California

27  named Rosenfeld Outstanding Journalist of the Year.

28  / / /

FIRST AMENDED COMPLAINT

12.  Rosenfeld's research has been based largely on FBI records released to him pursuant to requests and complaints filed under the FOIA in the United States District Court for the Northern District of California in cases C 90-3576 MHP, C 85-1709, and C 85-2247 MHP.  Rosenfeld substantially prevailed in these cases, and pursuant to a settlement agreement entered by the Court in 1996 the Defendants have released numerous records, albeit not all.

13.  The details of Rosenfeld's aforementioned FOIA requests and the litigation that arose from them are set forth in published decisions in consolidated actions C 85-2246 MHP, C 85-1709 MHP, and C 90-3576 MHP.  In particular, pertinent details are set forth in decision at Rosenfeld v. United States Dep't of Justice, 761 F.Supp. 1440, 1441-43 (N.D. Cal. 1991), and Rosenfeld v. United States Dep't of Justice, 57 F.3d 803, 806-07 (9th Cir. 1995).  Most recently, United States Magistrate Judge Elizabeth D. Laporte issued an unpublished order dated February 6, 2007, requiring the FBI to expeditiously comply with previously issued orders in these cases.

Rosenfeld's Subsequent FOIA Requests

14.  Since the date of the settlement agreement, Rosenfeld has continued his research in FBI files in order to write additional articles and a book.  Rosenfeld has thus submitted additional separate requests related to his continuing research about the FBI's activities with respect to the University of California. Despite the previous extensive litigation brought by Rosenfeld, Defendants have once again failed to comply with his FOIA requests.  In some of these cases, more than three years have

FIRST AMENDED COMPLAINT

passed since Rosenfeld submitted his requests and Defendants have
released no records at all.  In other cases, Defendants have
released some records but failed to release others.  Further, in
some cases Defendants failed to conduct an adequate search for
records that they still have not released.  In sum, in each case
set forth below, Defendants have failed to release non-exempt
records and engaged in open-ended delays without providing any
reasonable estimate of when they expect to release the records,
all in violation of the FOIA.

15.  Each of the following FOIA requests set forth below are at
issue in the instant complaint.  Rosenfeld has made other FOIA
requests that the Defendants have similarly failed to comply
with, and Rosenfeld may amend this complaint to add these other
requests as necessary.

16.  Rosenfeld is informed and believes and alleges that the FBI
has adopted a deliberate policy of ignoring specific requests
lawfully made under the FOIA with the purpose of discouraging,
delaying and otherwise denying citizens lawful access to public
records.  As part of this policy, the FBI fails to conduct
adequate searches for requested records, and on that basis
falsely represents to the public that it has been unable to
locate responsive records.

17.  Although Defendants have received enormous budgetary
increases to gather information for the purposes of protecting
and serving the public, Defendants have allocated a smaller and
smaller proportion of these funds toward complying with the FOIA
to let citizens know what their government is up to.  This
perennial and deliberate underfunding of the FOIA staff is partly

FIRST AMENDED COMPLAINT

1  responsible for the FBI's failure to comply with the FOIA in

2  these cases.

3  **FIRST CAUSE OF ACTION**

4  RECORDS PERTAINING TO RONALD W. REAGAN

5  (FOIA 405, 193, Appeal No. 97-3116, Appeal No. 07-0563)

6  18.  The aforementioned 1996 settlement agreement provided that

7  the FBI would release certain records concerning Ronald Reagan.

8  The agreement specified which records were to be processed, and

9  the deadline for releasing all non-exempt portions.  It further

10  specified that the Ronald Reagan request was to be treated as a

11  "new" request and any issues arising from its processing were to

12  be treated separately from the previous litigation.  Plaintiff at

13  the aforementioned hearing on December 5, 2006 before Magistrate

14  Judge Laporte initially sought to resolve issues regarding the

15  Ronald Reagan records within the context of the prior litigation

16  as a potentially more efficient process, but Defendants asserted

17  that Plaintiff should bring separate litigation to do so, a

18  position Plaintiff has acquiesced to.

19  19.  Specifically, the settlement agreement specified that the

20  FBI was to release the following Ronald Reagan records:

21      "Any and all records at FBI HQ, San Francisco, Los Angeles,

22  Sacramento, San Diego, Washington Field Office, and all offices

23  of origin on Ronald W. Reagan (date of birth 2/06/11; UC Regent

24  ex officio c. 1966-1978), from the earliest records through

25  January 1, 1979."

26  20.  The settlement agreement in regard to the Ronald Reagan

27  records further stated:

28      "The FBI agrees to process this new FOIA request as a

FIRST AMENDED COMPLAINT

7

1    priority matter as specified in Subparagraphs (a) and (b).  The
2    processing of this request and any disputes arising under this
3    new FOIA request shall be deemed a separate matter not covered by
4    this agreement and shall be considered part of the Rosenfeld I or
5    Rosenfeld II cases.

6         "(a) Defendants agree to process (in accordance with FOIA
7    standards in effect as of the date of this agreement) all of the
8    records responsive to this new request that are dated prior to
9    July 1, 1975, and release all non-exempt records, within two
10   months after completing reprocessing of the Rosenfeld I records
11   (pursuant to Paragraph 5 of this agreement).

12        "(b) Defendants agree to process (in accordance with FOIA
13   standards in effect as of the date of this agreement) all of the
14   records responsive to this new request that are dated from July
15   1, 1975 through January 1, 1979, and release all non-exempt
16   records, at a rate of at least 1,000 pages per month beginning
17   after completion of the reprocessing of the Rosenfeld II records
18   (pursuant to Paragraph 5 of this agreement)."  Attached hereto as
19   Exhibit B is a true and correct copy of the 1996 settlement
20   agreement.

21   21.  Thus, the settlement agreement required the FBI to release
22   all non-exempt Ronald Reagan records no later than 14 months from
23   the date of the settlement agreement, which the parties signed in
24   January 1996 and which was entered by the Court on May 22, 1996.
25   Thus, the FBI was required to have completed releasing these
26   records in no case later than July 22, 1997.

27   22.  By letter dated May 2, 1996, the FBI released 1,935 pages.
28   By letter dated February 27, 1997, the FBI released an additional

FIRST AMENDED COMPLAINT

851 pages and stated "The enclosed documents represent the final
scheduled release pursuant to the Settlement Agreement..."
Attached hereto as Exhibits C and D, respectively, is a true and
correct copy of the May 2, 1996 letter and a true and correct
copy of the February 27, 1997 letter.

23.  By letters dated July 28, 1997, and September 25, 1997,
Rosenfeld, by his then counsel, the late Thomas Steel, appealed
the FBI's withholding of information from the Ronald Reagan
records to the DOJ.  Attached hereto as Exhibits E and F,
respectively, is a true and correct copy of the July 28, 1997
letter and a true and correct copy of the September 25, 1997
letter.

24.  In response to Rosenfeld's appeal, the DOJ stated in an
undated letter to Mr. Steel that it was releasing one additional
page but had decided to release no additional Ronald Reagan
records.  Attached hereto as Exhibit G is a true and correct copy
of the undated letter from the DOJ to Mr. Steel.

25.  The DOJ's letter further stated that it was referring
certain classified records to the Department Review Committee to
determine whether the classified information warrants remaining
classified.  The DOJ stated it would notify Rosenfeld if the
committee decided to declassify any information.  The DOJ has not
notified Rosenfeld.

26.  The DOJ letter further stated that all redacted information
had been properly redacted, and declined to provide any itemized
justification for the redacted information.  The DOJ letter
advised Rosenfeld that he could seek judicial review.

27. In a letter received on April 17, 1998, the FBI informed

FIRST AMENDED COMPLAINT

9

1   Rosenfeld that his request for search slips and inventories
2   pertaining to his request were still under review by the Document
3   Classification Unit. Attached hereto as Exhibit H is a true and
4   correct copy of the April 17, 1998 letter.
5   28. In a letter dated March 2, 1998 Rosenfeld requested the
6   accompanying search slips used to process the Reagan request.
7   Attached hereto as Exhibit I is a true and correct copy of the
8   March 2 letter.
9   29. In a letter dated February 26, 1999 the FBI announced
10  completion of 25% of the search slip request.  The letter further
11  claimed that the remaining search slips would be sent by March,
12  1999. The letter also claimed that the processing of the Reagan
13  index cards was complete, and that the remaining cards would be
14  sent by March 5, 1999. By cover letter dated March 12, 1999, the
15  FBI provided a copy of the index cards from FBI Headquarters
16  only. Attached hereto as Exhibit J are true and correct copies of
17  the February 26 and March 12, 1999 letters.
18  30.  The FBI announced the release of 108 pages of index cards in
19  letters dated June 24, and July 2, 1999. Attached hereto as
20  Exhibits K and L respectively are true and correct copies of the
21  June 24, and July 2, 1999 letters.
22  31. On February 28, 2006 the DOJ sent to Rosenfeld what it
23  characterized as the "Final Release" of records pursuant to it's
24  obligations under the settlement agreement.  This marked the
25  first time DOJ had asserted that it would produce no more records
26  pursuant to it's obligations.  Attached hereto as Exhibit M is a
27  true and correct copy of the cover letter to the February 28,
28  2006 release.

                                    FIRST AMENDED COMPLAINT

32.  By letters dated March 31, 2006 and May 4, 2006, new counsel
for Rosenfeld wrote Mark Quinlivan, the DOJ attorney of record in
the above referenced settlement agreement, setting forth numerous
instances in which Rosenfeld believed the FBI had failed to
release the Ronald Reagan records.  Attached hereto as Exhibits N
and O, respectively, is a true and correct copy of the March 31,
2006 letter and a true and correct copy of the May 4, 2006
letter.

33.  Rosenfeld's May 4, 2006 letter, in summary, advised the DOJ
that the FBI failed to conduct adequate searches for the records
and therefore did not process responsive records; the FBI did not
search in places it had identified as likely to contain
responsive records, including records concerning Ronald Reagan;
and that the FBI did not release all non-exempt responsive
records it had located.  (See Exhibit O.)

34.  In addition, Rosenfeld's May 4, 2006, letter asked the DOJ
to advise him as the status of apparently pending parts of the
Ronald Reagan request, including the status of documents that FBI
had referred to other agencies and documents that the FBI had
identified as responsive but could not find at the time.

35.  Rosenfeld's May 4, 2006 letter also identified specific
categories of records that the FBI had not released, including
"cross reference" documents.

36.  However, Rosenfeld never received a substantive reply to
this letter and the DOJ and the FBI have not released the
outstanding Ronald Reagan records.

37.  By letter dated January 29, 2007, Rosenfeld through this
office again appealed the FBI's failure to release all required

FIRST AMENDED COMPLAINT

1  Ronald Reagan records to the DOJ.  Attached hereto as Exhibit P

2  is a true and correct copy of the January 29, 2007 letter.

3  38.  By letter dated February 8, 2007, DOJ stated it had placed

4  the Ronald Reagan appeal into its "substantial" backlog. The DOJ

5  assigned the appeal #07-0563. Attached hereto as Exhibit Q is a

6  true and correct copy of the February 8, 2007 letter.

7  39.  On March 1, 2007, after DOJ had still made no substantive

8  response to his January 29, 2007 appeal, Rosenfeld again wrote

9  the DOJ again setting forth reasons why additional Ronald Reagan

10 records should be released and complaining of the DOJ's

11 open-ended delay in responding to this appeal.  This letter asked

12 DOJ to instruct the FBI to release the requested information

13 within 90 days.  This letter stated that if the DOJ and Rosenfeld

14 could not agree on a firm date for the release of outstanding

15 Ronald Reagan records, Rosenfeld would have no choice but to seek

16 relief in court. Attached hereto as Exhibit R is a true and

17 correct copy of the March 1, 2007 letter.

18 40.  On or about April 13, 2007, Rosenfeld again wrote DOJ

19 regarding this.  Attached hereto as Exhibit S is a true and

20 correct copy of the April 13, 2007 letter.

21 41.  The DOJ has made no substantive reply to Rosenfeld's January

22 29, 2007 appeal or any of his several letters concerning the

23 Ronald Reagan records, and the FBI has released no additional

24 records.

25 42.  To date, Defendants have failed to provide Rosenfeld all

26 records concerning Ronald Reagan as required under the settlement

27 agreement and the FOIA.

28 43.  Rosenfeld has exhausted the applicable administrative

FIRST AMENDED COMPLAINT

1  remedies with respect to this request.

2  44.  The Defendants have wrongfully withheld the requested

3  records from Rosenfeld.

4

5                    **SECOND CAUSE OF ACTION**

6      RECORDS PERTAINING TO HERBERT ELLINGWOOD, DECEASED

7           (FOIA 1049408-000, Appeal No. 07-0120)

8  45.  On May 8, 2006, Rosenfeld submitted this request to the Los

9  Angeles, Sacramento, San Francisco, San Diego, Washington Field,

10 and HQ offices of the FBI, seeking "any and all" records

11 concerning Herbert Ellingwood, deceased.  However, the FBI failed

12 to release the requested records.  Attached hereto as Exhibit T

13 are true and correct copies of the May 8, 2006 requests.

14 46.  By letter dated May 18, 2006, FBI Headquarters acknowledged

15 receipt of this request. By letter dated June 30, 2006, the FBI

16 acknowledged receipt of the Sacramento FBI request. By letters

17 dated May 11, 2006 and May 23, 2006, the FBI acknowledged receipt

18 of the San Diego FBI request.  Attached hereto as Exhibit U are

19 true and correct copies of the acknowledgment letters.

20 47.  By letter dated July 19, 2006, the FBI notified Rosenfeld

21 that the FBI had located approximately 530 pages responsive to

22 Rosenfeld's request.  The letter provided an estimated cost which

23 the FBI would assume Rosenfeld was willing to pay unless he

24 advised otherwise.  Rosenfeld did not object to the cost.

25 Attached hereto as Exhibit V is a true and correct copy of the

26 July 19, 2006 letter.

27 48.  By letter dated October 16, 2006, Rosenfeld appealed the

28 FBI's failure to release the requested records.  Attached hereto

                                              FIRST AMENDED COMPLAINT

                             13

1   as Exhibit W is a true and correct copy of the October 16, 2006

2   letter.

3   49.  Rosenfeld's letter dated October 16, 2006 also asked that

4   the records be processed in light of the deceased and/or public

5   figure status of people who may be referenced in the records to

6   ensure that all non-exempt information was released.  However, by

7   letter dated December 18, 2006, DOJ declined to take action on

8   the ground that the FBI "has not yet responded to your request."

9   Attached hereto as Exhibit X is a true and correct copy of the

10  December 18, 2006 letter.

11  50.  The FBI still did not release the records, and by letter

12  dated January 31, 2007 Plaintiff wrote the FBI inquiring as to

13  the status of this request.  Attached hereto as Exhibit Y is a

14  true and correct copy of the January 31, 2007 letter.

15  51.  By letter dated February 7, 2007, the FBI informed Rosenfeld

16  that the requested records were "being prepared for processing.

17  Such preparation can be time consuming."  Defendants did not

18  respond to Rosenfeld's request that the records be processed in

19  light of deceased and/or public figure status of persons who may

20  appear in the records.  Attached hereto as Exhibit Z is a true

21  and correct copy of the February 7, 2007 letter.

22  52.  By letter dated March 1, 2007, Rosenfeld through his counsel

23  appealed again. This appeal asked DOJ to instruct the FBI to

24  release the records immediately. The appeal asked DOJ to provide

25  a specific date as to when the FBI reasonably expected to release

26  the records. The FBI did not state when it would complete

27  releasing the records, and has not so stated to this date.

28  Attached hereto as Exhibit AA is a true and correct copy of the

FIRST AMENDED COMPLAINT

14

1  March 1, 2007 letter.

2  53.  By Letter Dated June 6, 2007 the FBI confirmed that it was

3  searching for records responsive to Rosenfeld's request. Attached

4  hereto as Exhibit BB are true and correct copies of the June 6

5  letter. Despite this interim release, the FBI has not released

6  all requested records.

7  54. By letter dated June 27, 2007 the FBI produced an interim

8  release of 46 pages. Attached hereto as Exhibit CC are true and

9  correct copies of the June 27 letter.

10  55.  Rosenfeld has exhausted the applicable administrative

11  remedies with respect to this request.

12  56.  The Defendants have wrongfully withheld requested records

13  from Rosenfeld.

14  **THIRD CAUSE OF ACTION**

15  RECORDS PERTAINING TO ALEX SHERRIFFS, DECEASED

16  (Appeal No. 05-1852, FBI Headquarters No. 1001628-00, SF: No

17  Number Assigned)

18  57.  By letters dated July 8, 2004, Rosenfeld sent a request to

19  the FBI Headquarters and the FBI San Francisco office requesting

20  records relating to Alex Sherriffs, deceased.  Attached hereto as

21  Exhibit DD are true and correct copies of the July 8, 2004

22  letters.

23  58.  By letter dated February 19, 2005, Rosenfeld wrote the FBI

24  noting no records had been released and inquiring as to to when

25  they would be released.  Rosenfeld has sent several letters to

26  the FBI inquiring as to the status of this request.  Attached

27  hereto as Exhibit EE is a true and correct copy of the February

28  19, 2005 letter.

FIRST AMENDED COMPLAINT

59.  By letter dated May 12, 2005, Rosenfeld appealed to DOJ the FBI's failure to release any records pursuant to this request. Attached hereto as Exhibit FF is a true and correct copy of the May 12, 2005 letter.

60.  By letter dated November 8, 2005, Rosenfeld again wrote the FBI noting the request was now 16 months old and no records had been released.  Rosenfeld again asked the FBI to immediately release the records or state a reasonable estimate of when it would release them.  Attached hereto as Exhibit GG is a true and correct copy of the November 8, 2005 letter to the FBI.

61.  By letter dated November 8, 2005, Rosenfeld again appealed to DOJ the FBI's failure to release any records pursuant to this request.  Attached hereto as Exhibit HH is a true and correct copy of the November 8, 2005 letter to the DOJ.

62.  By letter dated March 30, 2006, Rosenfeld again wrote the FBI, noting the request was now 20 months old.  Rosenfeld again asked the FBI to promptly release the records or provide a reasonable estimate of when it would release them.  Attached hereto as Exhibit II is a true and correct copy of the March 30, 2006 letter.

63.  By letter dated January 31, 2007, Rosenfeld again appealed to DOJ the FBI's failure to release any records pursuant to this request, noting the request was now 30 months old.  Attached hereto as Exhibit JJ is a true and correct copy of the January 31, 2007.

64.  Rosenfeld again appealed the FBI's failure to release any records by letter to DOJ dated January 31, 2007.

65.  DOJ replied by letter declining to take any action.

FIRST AMENDED COMPLAINT

66.  By letter dated March 1, 2007, Rosenfeld through his counsel appealed again.  This appeal asked DOJ to instruct the FBI to release the records immediately.  If the FBI cannot release the records now, the appeal asked DOJ to provide a specific date as to when the FBI reasonably expects to.  Attached hereto as Exhibit KK is a true and correct copy of the March 1, 2007 letter.

67.  To date, Rosenfeld has received no substantive reply and the records have not been released.

68.  Rosenfeld has exhausted the applicable administrative remedies with respect to this request.

69.  Although nearly three years have passed since he submitted his request, Defendants have released no records and have wrongfully withheld the requested records from Rosenfeld.

### FOURTH CAUSE OF ACTION

RECORDS PERTAINING TO ROY M. BREWER, DECEASED

(FBI Headquarters No. 1063060-000, Los Angeles Field Office No. 190-C2-2838, Washington Field Office: No number assigned, Appeal No. 07-573)

70.  By three separate and identical letters dated October 13, 2006, Rosenfeld submitted requests to the FBI Washington Field Office, the Los Angeles Field Office, and FBI Headquarters for records relating to Roy M. Brewer, deceased.  Attached hereto as Exhibit LL are true and correct copies of the October 13, 2006 letters.

71.  These requests sought any and all records concerning Mr. Brewer, and specified records in "all main files, all see references, Do Not File Files, channelized records, search slips,

FIRST AMENDED COMPLAINT

17

1  including search slips used to process this request, ELSUR
2  records, index cards, records that are or were maintained in SAC
3  safes, and bulky exhibits." These requests also provided the
4  names of organizations that Mr. Brewer was involved in, to aid
5  the FBI's search for all responsive records. In addition, the
6  requests provided the names of deceased people who be referenced
7  in the responsive records.

8  72. By letter dated October 25, 2006, the Washington Field
9  Office acknowledged receipt of the request. By letter dated
10 October 17, 2006, the Los Angeles Field Office acknowledged
11 receipt of the request. Both field offices stated they were
12 referring the requests to headquarters. Headquarters
13 acknowledged receipt of the request by letter November 17, 2006.
14 Attached hereto as Exhibit MM are true and correct copies of the
15 acknowledgment letters.

16 73. When the FBI had released no records, Rosenfeld by letter
17 dated January 31, 2007, appealed to DOJ the FBI's failure to
18 release the requested records. Attached hereto as Exhibit NN is
19 a true and correct copy of the January 31, 2007 letter.

20 74. The DOJ acknowledged receipt of this appeal by letter dated
21 February 8, 2007. However, DOJ's said that it had a "substantial
22 backlog" of appeals and provided no date when it reasonably
23 expected to address this matter. Attached hereto as Exhibit OO
24 is a true and correct copy of the February 8, 2007 letter.

25 75. By letter dated March 1, 2007, Rosenfeld through his counsel
26 appealed again. This appeal asked DOJ to instruct the FBI to
27 release the records immediately. If the FBI cannot release the
28 records now, the appeal asked DOJ to provide a specific date as

FIRST AMENDED COMPLAINT

1  to when the FBI reasonably expects to.  Attached hereto as

2  Exhibit PP is a true and correct copy of the March 1, 2007

3  letter.

4  76.  By letter dated April 26, 2007, the FBI released 231 pages

5  of records from the Washington Field Office. However, Rosenfeld's

6  review of these records show that they contained no FBI records

7  dated prior to approximately 1988.  In addition, the FBI released

8  no records from the other requested FBI offices, and gave no

9  indicated as to when or if it would release those records.

10  Attached hereto as Exhibit QQ is a true and correct copy of the

11  April 26, 2007 letter.

12  77.  To date, Rosenfeld has received no further substantive reply

13  to this appeal and the FBI has continued to fail to release all

14  requested records.

15  78.  Rosenfeld has exhausted the applicable administrative

16  remedies with respect to this request.

17  79.  The Defendants have wrongfully withheld the requested

18  records from Rosenfeld.

19  **FIFTH CAUSE OF ACTION**

20  RECORDS PERTAINING TO NEIL REAGAN, DECEASED

21  (FBI Headquarters and Los Angeles Field Office No. 1017395,

22  Washington Field Office (no number assigned), FOIA Appeal No.

23  05-1850)

24  80.  By three separate and identical letters dated March 23,

25  2005, sent by certified mail to the FBI Washington Field Office

26  and the Los Angeles Field Office, and by certified mail and fax

27  to FBI Headquarters, Rosenfeld requested any and all records

28  concerning Neil Reagan, the deceased brother of President Ronald

FIRST AMENDED COMPLAINT

Reagan.  Attached hereto as Exhibit RR are true and correct copies of the March 23, 2005 letters.

81.  By letter dated March 30, 2005, FBI headquarters acknowledged receipt of this request. By letter dated April 13, 2005, the FBI Los Angeles office acknowledged receipt of this request.  Attached hereto as Exhibit SS are true and correct copies of the acknowledgment letters.

82.  By letter dated May 12, 2005, Rosenfeld appealed to DOJ the FBI's failure to release the requested records.  Attached hereto as Exhibit TT is a true and correct copy of the May 12, 2005 letter.

83.  By letter dated May 26, 2005, DOJ advised Rosenfeld that his appeal was pending.  Attached hereto as Exhibit UU is a true and correct copy of the May 26, 2005 letter.

84.  By letter dated May 26, 2005, the FBI stated that a search of some of its records at FBI HQ and the Los Angeles and Washington Field Offices "revealed no records responsive to your FOIA request."  Attached hereto as Exhibit VV is a true and correct copy of the May 26, 2005 letter.

85.  By letter dated September 6, 2005, DOJ further responded to Rosenfeld's appeal, declining to take action and stating that the FBI had replied to his request by letter dated May 26, 2005, and that if Rosenfeld was dissatisfied with the FBI's response he could appeal again to DOJ or, alternatively, could consider the DOJ letter a denial of his appeal and seek judicial review. Attached hereto as Exhibit WW is a true and correct copy of the September 6, 2005 letter.

86.  By letter dated November 8, 2005, Rosenfeld again appealed

FIRST AMENDED COMPLAINT

1  to DOJ the FBI's failure to release the requested records.
2  Attached hereto as Exhibit XX is a true and correct copy of the
3  November 8, 2005.
4  87.  By letter dated February 28, 2006, the FBI released three
5  pages concerning Neil Reagan.  Attached hereto as Exhibit YY is a
6  true and correct copy of the February 28, 2006 letter.
7  88.  By letter dated January 31, 2007, Rosenfeld again wrote the
8  FBI requesting the release of additional non-exempt information
9  from each of the above-named FBI offices.  Attached hereto as
10 Exhibit ZZ is a true and correct copy of the January 31, 2007
11 letter.
12 89.  By letter dated March 1, 2007, Rosenfeld through his counsel
13 appealed again.  This appeal asked DOJ to instruct the FBI to
14 release the records immediately.  The appeal asked DOJ to provide
15 a specific date as to when the FBI reasonably expects to release
16 the records.  Attached hereto as Exhibit AAA is a true and
17 correct copy of the March 1, 2007.
18 90.  By Letter dated May 9, 2007 the Washington FBI office sent
19 Rosenfeld a letter confirming that the office was searching for
20 files responsive to request # 1017395-002.  Attached hereto as
21 Exhibit BBB is a true and correct copy of the May 9 letter.
22 91. By letter dated September 4, 2007 the FBI released 88 pages
23 related to the Neil Reagan request # 1017395. Notwithstanding
24 this release, Rosenfeld maintains that additional requested
25 records are being withheld.  The letter does not state whether
26 the release is interim or final. Attached hereto as Exhibit CCC
27 is a true and correct copy of the September 4 letter.
28 92.  Rosenfeld has exhausted the applicable administrative

FIRST AMENDED COMPLAINT

1  remedies with respect to this request.

2  93.  The Defendants have wrongfully withheld the requested

3  records from Rosenfeld.

### SIXTH CAUSE OF ACTION

RECORDS PERTAINING TO "80 FILES"

(FBI Request 1049330, Appeal No. 07-0124)

7  94.  Rosenfeld submitted requests for certain files containing

8  the "80" designation to FBI headquarters by letter dated April

9  28, 2006 and the FBI Sacramento office by letter dated May 6,

10  2006.  Attached hereto as Exhibit DDD is a true and correct copy

11  of the April 28, 2006 letter and a true and correct copy of the

12  May 6, 2006 letter.

13  95.  By letter dated September 25, 2006, the FBI released some

14  records that Rosenfeld did not request and which were

15  non-responsive to his request.

16  96.  By letter dated October 15, 2006, Rosenfeld appealed to DOJ

17  the FBI's failure to release the requested records, explaining

18  that the FBI had released wholly non-responsive records that he

19  never requested.  Attached hereto as Exhibit EEE is a true and

20  correct copy of the October 15, 2006 letter.

21  97.  By letter dated October 24, 2006 Rosenfeld wrote the FBI

22  about this problem.  Attached hereto as Exhibit FFF is a true and

23  correct copy of the October 24, 2006 letter.

24  98.  By letter dated December 18, 2006, DOJ replied to

25  Rosenfeld's appeal, declining to direct the FBI to release the

26  requested records on the ground that they had been released.

27  Attached hereto as Exhibit GGG is a true and correct copy of the

28  December 18, 2006 letter.

FIRST AMENDED COMPLAINT

22

99.  By letter dated December 21, 2006, the FBI told Rosenfeld that it had acknowledged this request, apparently treating it as a new request but releasing no records.  Attached hereto as Exhibit HHH is a true and correct copy of the December 21, 2006 letter.

100. By letter dated January 18, 2007, Rosenfeld appealed again to DOJ, explaining once again that the FBI had not released the requested records.   Attached hereto as Exhibit III is a true and correct copy of the January 18, 2007 letter.

101. By letter dated March 1, 2007, Rosenfeld through his counsel appealed again.  This appeal asked DOJ to instruct the FBI to release the records immediately.  If the FBI cannot release the records now, the appeal asked DOJ to provide a specific date as to when the FBI reasonably expects to.  Attached hereto as Exhibit JJJ is a true and correct copy of the March 1, 2007 letter.

102. By letter dated May 9, 2007 the Washington FBI office sent Rosenfeld a letter confirming that the office was searching for files responsive to request # 1049330. The letter does not state whether the release is interim or final. Attached hereto as Exhibit KKK is a  true and correct copy of the May 9 letter.

103.  By letter dated July 30, 2007 the FBI produced an interim release of 967 of 1040 pages reviewed related to the corresponding 80 files, request # 1049330.  Attached Hereto as Exhibit LLL is a true and correct copy of the July 30 letter. Despite this interim release, the FBI has not yet released all requested records.

104. Rosenfeld has exhausted the applicable administrative

FIRST AMENDED COMPLAINT

1   remedies with respect to this request.

2   105. The Defendants have wrongfully withheld the requested

3   records from Rosenfeld.

**SEVENTH CAUSE OF ACTION**

RECORDS PERTAINING TO MOTION PICTURE INDUSTRY COUNCIL

(Appeal No. 07-0126, Request 1050646-000)

RECORDS PERTAINING TO LABOR LEAGUE OF HOLLYWOOD VOTERS

(Appeal No. 07-0125, Request 1050649-001)

RECORDS PERTAINING TO MOTION PICTURE ALLIANCE FOR THE

PRESERVATION OF AMERICAN IDEALS

(Appeal No. Not Assigned, Request 1050648-000)

12  106. By letters dated June 14, 2006, Rosenfeld sent copies of

13  this request to the Los Angeles and HQ offices of the FBI. He

14  stated that he wanted "any and all" records concerning three

15  subjects, the Motion Picture Industry Council, the Labor League

16  of Hollywood Voters, and the Motion Picture Alliance for the

17  Preservation of American Ideals.  Attached hereto as Exhibit MMM

18  are true and correct copies of the June 14, 2006 letters.

19  107. Rosenfeld's request properly specified the records he is

20  seeking, including but not limited to main files, see references,

21  Do Not File Files, channelized records, search slips, including

22  search slips used to process this request, ELSUR records, index

23  cards, records that are or were maintained in SAC safes, and

24  bulky exhibits.

25  108. The request further specified all records, including but not

26  limited to those listed in the General Index, and any and all

27  other indexes.

28  109. By letters dated June 22, 2006, FBI Headquarters

FIRST AMENDED COMPLAINT

1   acknowledged receipt of this request and assigned separate FOIA
2   request numbers to each subject.  Attached hereto as Exhibit NNN
3   are true and correct copies of the June 22, 2006 letters.
4   110. By letter dated August 21, 2006, the FBI stated it had found
5   no records concerning the Motion Picture Industry Council as a
6   result of searching some of its records at FBI headquarters and
7   the FBI Los Angeles Field Office.  Attached hereto as Exhibit OOO
8   is a true and correct copy of the August 21, 2006 letter stating
9   no records were found.
10  111. By another letter dated August 21, 2006, the FBI stated it
11  had found approximately 820 pages concerning the Motion Picture
12  Alliance for the Preservation of American Ideals. The FBI did not
13  state which FBI office or offices these records were located at.
14  The FBI did not release the records, and did not say when it
15  would.  Attached hereto as Exhibit PPP is a true and correct copy
16  of the August 21, 2006 letter stating records were located.
17  112. By letter dated August 28, 2006, the FBI stated it had found
18  no responsive records on the Labor League of Hollywood Voters and
19  the Motion Picture Industry Council at FBI headquarters and the
20  Los Angeles Field Office.  Attached hereto as Exhibit QQQ is a
21  true and correct copy of the August 28, 2006 letter.
22  113. By letter dated October 16, 2006, Rosenfeld appealed to DOJ
23  the FBI's failure to release the requested records on the Motion
24  Picture Industry Council.  Rosenfeld informed DOJ that the FBI
25  apparently chose to disregard the specifics of his request, and
26  instead of searching for the properly specified records, the FBI
27  conducted a much narrower search that failed to locate the
28  records.  Attached hereto as Exhibit RRR is a true and correct

FIRST AMENDED COMPLAINT

1    copy of the October 16, 2006 letter to the DOJ.

2    114. By a separate letter dated October 16, 2006, Rosenfeld

3    informed the FBI that the names of and information concerning

4    certain deceased and/or public figures may appear in the

5    requested records on each of the three organizations, and that

6    the FBI should consider this as it weighs in favor of greater

7    disclosure of all non-exempt information.  Attached hereto as

8    Exhibit SSS is a true and correct copy of the October 16, 2006

9    letter to the FBI.

10   115. By letter dated November 13, 2006, DOJ acknowledged receipt

11   of Rosenfeld's October 16, 2006 appeal of the FBI's failure to

12   release records in response to his request on the Labor League of

13   Hollywood Voters and the Motion Picture Industry Council.

14   Attached hereto as Exhibit TTT is a true and correct copy of the

15   November 13, 2006 letter.

16   116. By letters dated December 19, 2006, DOJ informed Rosenfeld

17   it had remanded the Motion Picture Industry Council and the Labor

18   League of Hollywood Voters request to the FBI.  Attached hereto

19   as Exhibit UUU are true and correct copies of the December 19,

20   2006 letters.

21   117. By letters dated February 8, 2007, the FBI informed

22   Rosenfeld that it was once again searching for the records he had

23   requested on the Motion Picture Industry Council and the Labor

24   League of Hollywood Voters.  Attached hereto as Exhibit VVV are

25   true and correct copies of the February 8, 2007 letters.

26   118. Subsequently, a member of the FBI's FOIA staff informed

27   Rosenfeld in a telephone conversation that these requests were

28   being processed. In addition, this member of the FBI's FOIA staff

FIRST AMENDED COMPLAINT

26

by letter dated March 13, 2007 provided Rosenfeld with two
CD-ROMs of some records available at the FBI's reading room for
Rosenfeld's reference.  However, after Rosenfeld examined the CDs
he discovered that they do not contain the requested records.
After another telephone conversation with Rosenfeld, the FOIA
staff member agreed that the CD-ROM did not contain the records
requested by Rosenfeld.  The FBI staff person could not say when
the FBI would release the records.  Attached hereto as Exhibit
WWW is a true and correct copy of the March 13, 2007 letter.

119. By letter dated March 1, 2007, Rosenfeld through his counsel
appealed again.  This appeal asked DOJ to instruct the FBI to
release the records immediately.  If the FBI cannot release the
records now, the appeal asked DOJ to provide a specific date as
to when the FBI reasonably expects to.  To date, the FBI has
failed to release all of the requested records.  Attached hereto
as Exhibit XXX is a true and correct copy of the March 1, 2007
letter.

120. By letter dated April 25, 2007, the FBI advised Rosenfeld
that it had located 1,041 pages on the Motion Picture Alliance
for the Preservation of American Ideals.  The FBI did not state
which FBI office(s) the records were from or whether there were
other outstanding records.  The FBI did not state whether it
would apply Rosenfeld's list of deceased and/or public figures
mentioned above. The FBI did not say when it would release the
records.  Attached hereto as Exhibit YYY is a true and correct
copy of the April 25, 2007 letter.

121.  By letter dated May 9, 2007 the FBI confirmed that they
were searching for records responsive to the Motion Picture

FIRST AMENDED COMPLAINT

1  alliance for the Preservation of American Ideals, request #

2  1050648-001. Attached hereto as Exhibit XXX is a true and correct

3  copy of the May 9 letter.

4  122. By letter dated August 7, 2007 the FBI sent another letter

5  confirming they were searching for records responsive to the

6  Motion Picture alliance for the Preservation of American Ideals,

7  request # 1050648-001. Attached hereto as Exhibit ZZZ is a true

8  and correct copy of the August 7 letter.

9  123. By letter dated September 28, 2007 the FBI stated they were

10 releasing 991 of 1006 pages relating to the Motion Picture

11 alliance for the Preservation of American Ideals, request #

12 1050648-001.  This letter did not state whether the release was

13 interim or final. Attached hereto as Exhibit AAAA is a true and

14 correct copy of the  September 28 letter.

15 124. By letter dated May 1, 2007, the FBI advised Rosenfeld that

16 it had located 1,100 pages on the Motion Picture Industry

17 Council.  (By letter dated March 27, 2007, the FBI released two

18 pages of search slips.)  The FBI did not state which FBI

19 office(s) the records were from or whether there were other

20 outstanding records.  The FBI did not state whether it would

21 apply Rosenfeld's list of deceased and/or public figures

22 mentioned above.  The FBI did not say when it would release the

23 records.  Attached hereto as Exhibit BBBB is a true and correct

24 copy of the May 1, 2007 letter.

25 125.  By letter dated July 31, 2007 the FBI confirmed it was

26 searching for records responsive to the request for information

27 regarding the Motion Picture Industry Council, request # 1076785.

28 Attached hereto as Exhibit CCCC is a true and correct copy of the

FIRST AMENDED COMPLAINT

28

1    July 31 letter.

2    126. By letter dated April 25, 2007 the FBI released from FBI

3    Headquarters 49 pages concerning the Labor League of Hollywood

4    Voters.  However, the FBI did not release all non-exempt

5    Headquarters records and it released no Los Angeles records.

6    127. By letter dated June 29, 2007 the Department of Justice

7    responded to three appeals pertaining to the Motion Picture

8    Industry Council (Appeal #07-1195), The Labor League of Hollywood

9    Voters (Appeal # 07-1195) and The Motion Picture Alliance for the

10   Preservation of American Ideals (Appeal # 07-1015).  This letter

11   claimed that since the FBI had since responded to requests

12   regarding the Motion Picture Industry Council (#1050646-002),

13   appeals for failure to respond were moot.  The letter further

14   claimed that since the FBI had responded to requests regarding

15   the Labor League of Hollywood Voters (#1050649) the requests were

16   moot. The letter further claimed that since there had been no

17   adverse determination regarding the Motion Picture Alliance for

18   American Ideals (#1050648), there was no action for the DOJ to

19   consider on appeal.  The departments letter was non-responsive to

20   plaintiffs appeal. Attached hereto as Exhibit DDDD is a true and

21   correct copy of the June 29 letter.

22   128. To date the FBI has failed to release all the requested

23   records on each of these three subjects from each of the

24   specified field offices, and has provided no date when it

25   reasonably expects to release the records.

26   129. Rosenfeld has exhausted the applicable administrative

27   remedies with respect to this request.

28   130. The Defendants have wrongfully withheld the requested

FIRST AMENDED COMPLAINT

1  records from Rosenfeld.

2  ///

### EIGHTH CAUSE OF ACTION

4        ADDITIONAL RECORDS PERTAINING TO RONALD W. REAGAN

5  131. By letters dated August 6, 2007 Rosenfeld submitted six FOIA

6  requests with the FBI field offices in San Diego, San Francisco,

7  Sacramento, Los Angeles, and the Washington DC field office as

8  well as to Washington Headquarters.  Attached hereto as Exhibit

9  EEEE are true and correct copies of the six August 6 requests.

10  132. These requests seek the production of records Rosenfeld

11  previously requested under FOIAPA No. 405,193 regarding Ronald W.

12  Reagan, as set forth in the First Cause of Action in this

13  Complaint, excluding those that have already been produced to

14  him.

15  133. By law, these requests should have been processed or either

16  denied, or records released, prior to September 3, 2007. Neither

17  has occurred.  On August 14, 2007 Rosenfeld received notices of

18  referral to FBI headquarters for the requests sent to the

19  Washington and San Diego field offices. True and correct copies

20  of these letters are attached hereto as exhibit FFFF. Rosenfeld

21  has not received any substantive reply from Headquarters.

22  Rosenfeld has received no response of any kind to the other

23  requests.  No records have been released in response to any of

24  the requests.

### PRAYER FOR RELIEF

27        WHEREFORE, Plaintiff Seth Rosenfeld prays that this Court:

28  A)   Order Defendants to conduct complete and thorough searches

FIRST AMENDED COMPLAINT

1  for all requested records, and produce all requested records so

2  located;

3  B)    Apply the lists of deceased people and other information

4  provided by Rosenfeld and otherwise readily available to the FBI,

5  including the Social Security Death records, to the responsive

6  records to ensure that all information is properly released, and

7  produce all requested records so located;

8  C)    Order Defendants to promptly release to Rosenfeld all non-

9  exempt requested records on each subject in the manner and order

10 specified by Rosenfeld, including search slips, etc.;

11 D)    As to the Ronald Reagan records, process them in accord with

12 Rosenfeld's letters to Defendants dated March 31, 2006, May 4,

13 2006, January 29, 2007, March 1, 2007, and April 13, 2007, and

14 Rosenfeld's new FOIA requests of August 6, 2007.

15 E)    Award Plaintiff costs and reasonably attorneys fees incurred

16 in this action; and

17 F)    Grant such other relief as the Court may deem just and

18 proper.

19 DATED: 19 October 2007              Respectfully submitted,

20                                     James R. Wheaton
                                       David A. Greene
21                                     FIRST AMENDMENT PROJECT

22

23

24                                     By: _____
                                          Attorneys for Plaintiff
25                                        SETH ROSENFELD

26

27

28

                                       FIRST AMENDED COMPLAINT
                            31