# Exhibit AA

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ▪ tel:510.208.7744 ▪ fax: 510.208.4562 ▪ www.thefirstamendment.org
James Wheaton, Senior Counsel         Pondra Perkins, Fellow & Staff Attorney         David Greene, Executive Director
wheaton@thefirstamendment.org            pondra@thefirstamendment.org            dgreene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

        By mail and fax to 202-514-1009

        Re:    Herbert Ellingwood, deceased, 1049408-000
               Appeal No. 07-0120

Dear Mr. Metcalfe,

        I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant
to the Freedom of Information Act in the above referenced requests.

        On April 20, 2006, Mr. Rosenfeld submitted this request to the Los Angeles,
Sacramento, San Francisco, San Diego, Washington Field, and HQ offices of the FBI.
He stated that I wanted "any and all" records concerning this subject.

        However, the FBI failed to release the requested records.

        By letter dated October 16, 2006, Mr. Rosenfeld appealed the FBI's failure to
release the requested records. However, by letter dated December 18, 2006, your
office declined to take action on the ground that the FBI "has not yet responded to your
request."

        The FBI still did not release the records. Accordingly, by letter dated January 31,
2007 Mr. Rosenfeld wrote the FBI inquiring as to the status of this request.

        By letter dated February 7, 2007, the FBI informed Mr. Rosenfeld that the
requested records were "being prepared for processing. Such preparation can be time
consuming."

        To date the FBI has not released the records, and it has provided no date, month
or season as to when it reasonably expects to do so. Such open ended delays are
contrary to the spirit and letter of the FOIA.

        Moreover, the FBI has not replied to Mr. Rosenfeld's specific requests about the
processing of these records, including that they be processed in light of the deceased
and/or public figure status of people who may be referenced in the records.

        The record shows that the FBI has not complied with Mr. Rosenfeld's specific
requests under the FOIA.

PRINTED ON RECYCLED PAPER

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit BB



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 06, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142

Request No:  1049408-000
Subject:  ELLINGWOOD, HERBERT E

Dear Mr. Rosenfeld:

 The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

 You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

# Exhibit CC



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

June 27, 2007

Subject: ELLINGWOOD, HERBERT E

FOIPA No. 1049408- 000

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| □(b)(1) | ☐(b)(7)(A) | □(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | □(j)(2) |
| □(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | □(b)(7)(F) | □(k)(4) |
| □(b)(4) | ☐(b)(8) | □(k)(5) |
| ☐(b)(5) | □(b)(9) | □(k)(6) |
| ☒(b)(6) | | □(k)(7) |

46  page(s) were reviewed and 46  page(s) are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s):

    To avoid further delays in responding to this FOIPA request, interim releases of the responsive material will be made. Additional releases will be made until the processing is complete. Material from 161B-LA-5224 and SD 161B-R-93 are now available for release.

    Third party information is not subject to access under the Privacy Act, 552 (a)(b). Accordingly, your access rights are limited to those provided by the Freedom of Information Act. This material was withheld from you pursuant to 552 (b)(7)(C) and/or (b)(6) which pertains to material in which the release would constitute an unwarranted invasion of the personal privacy of third parties. This material is not appropriate for discretionary release.

# Exhibit DD

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892


July 8, 2004


FOIAPA Officer
FBI
450 Golden Gate Ave.
S.F., CA 94102
Dear FOIA Officer,


Dear FOIA Officer,

Pursuant to the FOIAPA, 5 U.S.C., as amended, I hereby request any and all records in any way concerning Alexander C. Sherriffs, who died on April 29, 2002. A copy of an official letter from the Social Security Administration affirming his death is enclosed for your reference.

As you know, an individual's death mitigates their privacy rights and requires that additional personal information be released.

I am requesting any and all records, in each and every record system maintained by the FBI, on or off site, including but not limited to main files, see references, ELSUR, Official and Confidential files, Official and Personal Files, JUNE Files and Do Not File files. This includes any public source information that may be contained in responsive records, as well as any and all administrative markings and handwritten notations that may appear on responsive records.

In addition, I am requesting that you process the requested records in accord with the settlement entered into between the FBI and myself in Ninth Circuit U.S. Court of Appeals Case No. 91-16538.

I also specifically request that process these records in light of the privacy waivers and lists of deceased individuals and exposed FBI sources and informants (with supporting documentation) that were submitted in the above litigation and incorporated into the above referenced court opinion and settlement agreement.

Please note that it is likely that names of people who have provided the submitted waivers, or have died, will appear in Mr. Sherriff's records. These people include but are not limited to Clark Kerr, Mario Savio and others.

As I am a professional journalist seeking the information for news purposes, I hereby request that you waive all applicable fees as the release of the requested information will primarily benefit the general public about important government operations. In this regard, I note that the requested information relates to the material released under the above referenced litigation, in which the courts ordered the FBI to waive all processing fees. Likewise, all fees should be waived here.

However, in the interest of expediting this request and avoiding a delay in processing pending your fee waiver decision, I hereby commit to pay up to $200.00 for the requested information. I reserve my right to pursue a fee waiver at a later date.

Thus, I ask that you promptly commence processing of this request without undue delay and that you release the requested information within the statutory period. If you are unable to do so, please provide a specific reason and basis in fact as to why you cannot do so.

Please feel free to contact me at my work phone (415-777-7909) if I may be of any assistance.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892


July 8, 2004


FOIAPA Officer
RID Section
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

Dear FOIA Officer,

Pursuant to the FOIAPA, 5 U.S.C., as amended, I hereby request any and all records in
any way concerning Alexander C. Sherriffs, who died on April 29, 2002. A copy of an
official letter from the Social Security Administration affirming his death is enclosed for
your reference.

As you know, an individual's death mitigates their privacy rights and requires that
additional personal information be released.

I am requesting any and all records, in each and every record system maintained by the
FBI, on or off site, including but not limited to main files, see references, ELSUR,
Official and Confidential files, Official and Personal Files, JUNE Files and Do Not File
files. This includes any public source information that may be contained in responsive
records, as well as any and all administrative markings and handwritten notations that
may appear on responsive records.

In addition, I am requesting that you process the requested records in accord with the
settlement entered into between the FBI and myself in Ninth Circuit U.S. Court of
Appeals Case No. 91-16538.

I also specifically request that process these records in light of the privacy waivers and
lists of deceased individuals and exposed FBI sources and informants (with supporting
documentation) that were submitted in the above litigation and incorporated into the
above referenced court opinion and settlement agreement.

Please note that it is likely that names of people who have provided the submitted
waivers, or have died, will appear in Mr. Sherriff's records. These people include but are
not limited to Clark Kerr, Mario Savio and others.

As I am a professional journalist seeking the information for news purposes, I hereby request that you waive all applicable fees as the release of the requested information will primarily benefit the general public about important government operations. In this regard, I note that the requested information relates to the material released under the above referenced litigation, in which the courts ordered the FBI to waive all processing fees. Likewise, all fees should be waived here.

However, in the interest of expediting this request and avoiding a delay in processing pending your fee waiver decision, I hereby commit to pay up to $200.00 for the requested information. I reserve my right to pursue a fee waiver at a later date.

Thus, I ask that you promptly commence processing of this request without undue delay and that you release the requested information within the statutory period. If you are unable to do so, please provide a specific reason and basis in fact as to why you cannot do so.

Please feel free to contact me at my work phone (415-777-7909) if I may be of any assistance.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit EE

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


February 19, 2005


Mr. David M. Hardy
Section Chief — Record/Information
    Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

        Re:  HQ FOIAPA No. 1001628-000
             SF FOIAPA No Number Assigned
             (Alexander C. Sherriffs, deceased)

This letter concerns the above referenced requests, which
were sent to your respective offices by certified mail on
July 8, 2004.

Concerning the San Francisco request:

To date I have had no response of any kind from the FBI
concerning this request.

Concerning the HQ request:

By letter dated July 22, 2004, your office acknowledged
receipt of my request to HQ.

By letter dated August 11, 2004, your office stated that
you had searched only "main files in the Central Records
System at FBI Headquarters. No records pertinent to your
FOIPA request were located by a search of the automated and
manual indices."

Please note that I did not limit my request to "main files
in the Central Records System at FBI Headquarters." I
specifically requested "any and all" records concerning Mr.
Sherriffs, including but not limited to main files, see
references, Do Not File records and other materials.

To date, the FBI has released none of the requested records.

In addition, and as you know, I requested that the FBI process the material pursuant to the settlement agreement in the litigation between the FBI and myself.

For your reference, I note the following:

On July 8, 2004, I sent the above referenced requests to Headquarters and the San Francisco FBI office, seeking "any and all records," specifically including but not limited to all main files, see references and other files.

I asked that you process the records in accord with the settlement agreement in the litigation between the FBI and me in Ninth Circuit U.S. Court of Appeals Case No. 91-16538, also known as Rosenfeld v. U.S. Department of Justice, U.S. District Court, Northern District of California, Case No. 90-3576 MHP; Case No. 85-1709 MHP; Case No. 85-2247 MHP

I also asked that you process the records in light of the lists of deceased individuals and disclosed FBI sources and informants (with supporting documentation) that were submitted in the above litigation and incorporated into the above referenced court opinion and settlement agreement.

The purpose of my requesting that you process the material in the above-referenced manner was to ensure that all non-exempt material was released, to save time and resources of both the government and myself, and to avoid unnecessary future litigation over these issues.

I respectfully reiterate my request that you process my instant requests for records as set forth in my initial request letters and herein, including the terms set forth in the litigation and settlement.

For your further reference, the settlement incorporated Judge Marilyn Hall Patel's order of February 18, 1992, in C-90-3576.

Judge Patel's order specifically required the FBI to produce any and all categories of records responsive to the request subject, including but not limited to: all index

cards; all search slips, including search slips used to
process the instant requests; and all see references.

For see references of less than five pages, Judge Patel's
order required the FBI to process and release all non-
exempt portions of the entire see reference document.

For see references of more than five pages, the order
required the FBI to process and release all non-exempt
portions of the first two pages of the see reference
document, the page(s) bearing any reference to the request
subject, one page on either side of any such reference, and
any other pages necessary to understand the context of the
reference.

I wish to make clear that I am requesting that you process
the above referenced requests according to the terms listed
on page 14 of Judge Patel's order.

For your convenience, I have attached page 14 to this
letter, and again incorporate its terms into this request.

For your further convenience, I have also enclosed Judge
Patel's entire ruling. Please see pages 14 and 17 at lines
2-5.

In addition, I have enclosed the Ninth Circuit's ruling and
the aforementioned settlement agreement.

Please include all search slips, including search slips
used to process these requests.

As these requests are now seven months old, I ask that you
immediately release the requested records, processed as
requested. If you cannot release the requested records now,
then please provide a specific reason why you cannot, and
please specify a date when you reasonably expect to release
them as required by law.

Thank you very much for your timely assistance.

Sincerely,

Seth Rosenfeld

Enc.(three items):

1) Judge Patel's Order in C-90-3576, U.S. District Court, Northern District of California

2) Ninth Circuit U.S. Court of Appeals Order, No. 91-16538

3) Settlement Agreement in Rosenfeld v. U.S. Department of Justice, U.S. District Court, Northern District of California, Case No. 90-3576 MHP; Case No. 85-1709 MHP; Case No. 85-2247 MHP

# Exhibit FF

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 12, 2005


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

              Re:  FOIA APPEAL
                   FBI HQ REQUEST 1001628-000
                   FBI SF REQUEST No number has been assigned
                   Alexander C. Sherriffs, Deceased

Dear Co-Director,

This is an appeal pursuant to the Freedom of Information
Act in the above referenced requests.

By letter dated July 8, 2004 to FBI Headquarters, I
requested any and all records concerning the above
individual.

By letter dated July 8, 2004 to the San Francisco FBI, I
requested any and all records concerning the above
individual.

By letter dated August 11, 2004, FBI Headquarters stated
that it had searched only "main files in the Central
Records System at FBI Headquarters. No records pertinent to
your FOIPA request were located by a search of the
automated and manual indices."

By letter dated February 19, 2005, I replied to FBI
Headquarters, stating that my request was not limited to
"main files in the Central Records System at FBI
Headquarters." I noted that I specifically requested "any
and all" records concerning Mr. Sherriffs, including but
not limited to main files, see references, Do Not File
records and other materials.

My February 19, 2005 letter also stated that I wanted this request processed in accord with the settlement agreement between myself and the U.S. Department of Justice in the Ninth Circuit case No. 91-16538, Rosenfeld v. U.S. Department of Justice. I also asked that the FBI process this request in light of the lists of deceased individuals and disclosed FBI sources and informants, and supporting documentation thereof, which were submitted in the above litigation and incorporated in the settlement agreement.

My February 19, 2005 letter also noted that to date I have had no response of any kind to my request to the San Francisco FBI.

To date, I have had no response from FBI Headquarters to my February 19, 2004 letter. Moreover, I have had no response to the FBI to date of any kind to my request to the San Francisco FBI.

In addition, and as you know, I requested that the FBI process the material pursuant to the settlement agreement in the litigation between the FBI and myself.

I believe the record shows that the FBI has not complied with my specific requests under the Freedom of Information Act.

I respectfully request that you direct the FBI to immediately release any and all records as requested above and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit GG

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

Nov. 8, 2005        By Certified Mail and Fax to 202-324-3752

Mr. David M. Hardy
Section Chief — Record/Information Dissemination Section
Records Management Division — FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

     Re:  FBI Headquarters No. 1001628-00
          SF No Number Assigned
          Alexander C. Sherriffs, deceased

Dear Mr. Hardy:

This letter concerns the above referenced FOIA requests,
which were set to the respective offices on July 8, 2004.

I wrote your concerning this request on February 19, 2005.
To date, I have had no response from you to this letter,
and you have released no records in response to this
request.

Accordingly, I ask (1) that you promptly reply to my letter
and (2) that you release the requested records. If you
cannot release the records now, please provide a date when
you reasonably expect to release the records.

As this request is now 16 months old, I would appreciate
your timely response.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit HH

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005                          By Certified Mail


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

              Re:  Appeal: Number 05-1852
                   FBI Headquarters: Number 1001628-00
                   SF: No Number Assigned
                   Alexander C. Sherriffs, deceased

Dear Co-Director,

This is in further appeal pursuant to the Freedom of
Information Act in the above referenced requests. This
letter incorporates my appeal to you dated May 12, 2005.

To date, the FBI has released no records in response to
these requests. Further, by letter dated February 19, 2005,
I wrote the FBI inquiring as the status of this request,
but the FBI never replied to my letter.

Thus, the record shows that the FBI has not complied with
my specific requests under the FOIA.

I renew my request that you promptly instruct the FBI to
release the records immediately, in light of the fact that
this request is now 16 months old. If the FBI cannot
release the records now, I ask that you provide me with a
specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit II

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 30, 2006    By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division - FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

          Re:  FBI Headquarters No. 1001628-00
               SF No Number Assigned
               Alexander C. Sherriffs, deceased

Dear Mr. Hardy:

This letter is in further regard to the above referenced
FOIA requests, which were sent to the respective offices on
July 8, 2004.

I wrote you concerning this request on February 19, 2005
and again on Nov. 8, 2005. To date, I have had no response
from you to my letters, and the FBI has released no records
in response to this request.

Accordingly, I ask (1) that you promptly reply to my
letters and (2) that you release the requested records.

If you cannot release the records now, please advise me as
to the specific cause of the delay, the status of my
request in the processing system, and a date when you
reasonably expect to release the records.

As this request is now 20 months old, I would appreciate
your timely response.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit JJ

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

January 31, 2007          By Mail and Fax to 202-514-1009

Mr. Daniel Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

> Re:   Appeal: Number 05-1852
>        FBI Headquarters: Number 1001628-00
>        SF: No Number Assigned
>        Alexander C. Sherriffs, deceased

Dear Mr. Metcalfe,

This is in further appeal pursuant to the Freedom of
Information Act in the above referenced requests. This
letter incorporates my appeal to you dated May 12, 2005 and
Nov. 8, 2006.

To date, the FBI has released no records in response to
these requests, despite the fact that I have made several
inquiries with the bureau about this. The FBI has provided
no date, month or even a season when it reasonably expect
to comply with this request. As you know, the FOIA does not
allow such open-ended delays.

Thus, the record shows that the FBI has not complied with
my specific requests under the FOIA.

I renew my request that you promptly instruct the FBI to
release the records immediately, in light of the fact that
this request is now more than 30 months old. If the FBI
cannot release the records now, I ask that you provide me a
specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit KK

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel      Pondra Perkins, Fellow & Staff Attorney      David Greene, Executive Director
wheaton@thefirstamendment.org      pondra@thefirstamendment.org      dgreene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

     By mail and fax to 202-514-1009

     Re:    Appeal: Number 05-1852
             FBI Headquarters: Number 1001628-00
             SF: No Number Assigned
             Alexander C. Sherriffs, deceased

Dear Mr. Metcalfe,

     I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

     This letter concerns the above referenced FOIA requests, which were set to the respective offices on July 8, 2004. Mr. Rosenfeld has sent several letters to the FBI inquiring as to the status of this request. Nearly three years have passed. However, to date the FBI has released no records and has provided no date, month or season when it reasonably expects to do so.

     Moreover, Mr. Rosenfeld has submitted at least three appeal letters to your office, dated May 12, 2005, November 8, 2005 and January 31, 2007. Your office has thus far declined to take action in this case. Such open-ended delays are contrary to the spirit and letter of the FOIA.

     The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

     I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately, in light of the fact that this request is now more than two and half years old. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

     Thank you very much for your help.

                     Cordially,

                     James Wheaton,
                     Senior Counsel

# Exhibit LL

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006

                    Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

            Re: Roy M. Brewer, deceased

Dear Mr. Hardy,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

        For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

        Mr. Brewer was active in several organizations,
including but not limited to:

        1) Motion Picture Industry Council, aka MPIC
        2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
        3) Labor League of Hollywood Voters
        4) Screen Actors Guild, aka SAG
        5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
        6) American Federation of Labor Film Council

7) Council Against Communist Agression

Please be sure to check all records concerning the above organizations for all references to Mr. Brewer, and please release each document that contains any reference to Mr. Brewer.

In addition, please be advised that Mr. Brewer was involved with several other prominent people who are now deceased, including:

1) Ronald Reagan, SAG and MPIC official
2) Willie Bioff, IATSE official
3) George Browne, IATSE official
4) Sidney Buchman, actor
5) Howard Da Silva, actor
6) John Garfield, actor
7) Elia Kazan, writer
8) Alexander Knox, actor
9) John Howard Lawson
10 Arthur Miller, writer
11) Larry Parks, actor
12) Herb Sorrell, union official
13) Dalton Trumbo, writer
14) Jack Warner, studio executive

Thus, if information concerning the above deceased people appears in records concerning Mr. Brewer, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

In addition, please be sure to search in all records concerning Mr. Reagan for any references to Mr. Brewer. Please release each document that contains a reference to Mr. Brewer.

(I have enclosed death notices for each of the above people, except Ronald Reagan, for whom I already have submitted an obituary.)

As a preliminary matter, please advise me as soon as possible as to what previously processed records are available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he

was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

4

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006

                              Via Certified Mail

Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

          Re: Roy M. Brewer, deceased

Dear Mr. Hardy This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

     For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

     Mr. Brewer was active in several organizations,
including but not limited to:

     1) Motion Picture Industry Council, aka MPIC
     2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
     3) Labor League of Hollywood Voters
     4) Screen Actors Guild, aka SAG
     5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
     6) American Federation of Labor Film Council
     7) Council Against Communist Agression

Please be sure to check all records concerning the above organizations for all references to Mr. Brewer, and please release each document that contains any reference to Mr. Brewer.

In addition, please be advised that Mr. Brewer was involved with several other prominent people who are now deceased, including:

1) Ronald Reagan, SAG and MPIC official
2) Willie Bioff, IATSE official
3) George Browne, IATSE official
4) Sidney Buchman, actor
5) Howard Da Silva, actor
6) John Garfield, actor
7) Elia Kazan, writer
8) Alexander Knox, actor
9) John Howard Lawson
10 Arthur Miller, writer
11) Larry Parks, actor
12) Herb Sorrell, union official
13) Dalton Trumbo, writer
14) Jack Warner, studio executive

Thus, if information concerning the above deceased people appears in records concerning Mr. Brewer, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

In addition, please be sure to search in all records concerning Mr. Reagan for any references to Mr. Brewer. Please release each document that contains a reference to Mr. Brewer.

(I have enclosed death notices for each of the above people, except Ronald Reagan, for whom I already have submitted an obituary.)

As a preliminary matter, please advise me as soon as possible as to what previously processed records are available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

2

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,

Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006

                              Via Certified Mail

FBI
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002
Att: FOIA Officer

          Re: Roy M. Brewer, deceased

Dear FOIA Officer,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

     For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

     Mr. Brewer was active in several organizations,
including but not limited to:

     1) Motion Picture Industry Council, aka MPIC
     2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
     3) Labor League of Hollywood Voters
     4) Screen Actors Guild, aka SAG

    5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
    6) American Federation of Labor Film Council
    7) Council Against Communist Agression


    Please be sure to check all records concerning the
above organizations for all references to Mr. Brewer, and
please release each document that contains any reference to
Mr. Brewer.

    In addition, please be advised that Mr. Brewer was
involved with several other prominent people who are now
deceased, including:

    1) Ronald Reagan, SAG and MPIC official
    2) Willie Bioff, IATSE official
    3) George Browne, IATSE official
    4) Sidney Buchman, actor
    5) Howard Da Silva, actor
    6) John Garfield, actor
    7) Elia Kazan, writer
    8) Alexander Knox, actor
    9) John Howard Lawson
    10 Arthur Miller, writer
    11) Larry Parks, actor
    12) Herb Sorrell, union official
    13) Dalton Trumbo, writer
    14) Jack Warner, studio executive

    Thus, if information concerning the above deceased
people appears in records concerning Mr. Brewer, that
information should be released, as their deceased status
and public figure status weighs in favor of greater
disclosure.

    In addition, please be sure to search in all records
concerning Mr. Reagan for any references to Mr. Brewer.
Please release each document that contains a reference to
Mr. Brewer.

    (I have enclosed death notices for each of the above
people, except Ronald Reagan, for whom I already have
submitted an obituary.)

    As a preliminary matter, please advise me as soon as
possible as to what previously processed records are

available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

# Exhibit MM



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-C2-2838

11000 Wilshire Blvd, #1700
Los Angeles, California 90024
October 17, 2006

Seth Rosenfeld
P. O. Box 421892
San Francisco, CA  94142-1892

Dear Mr. Rosenfeld:

This is in response to your Freedom of Information ("FOIA") / Privacy Act  request dated 10/13/2006, concerning Roy M. Brewer.

We have referred your request to FBI Headquarters ("FBIHQ") for processing. The Record/Information Dissemination Section ("RIDS") at FBIHQ will maintain your request in the order it was received and will assign it for processing and response in turn. In addition, RIDS will assign your request a FOIPA Number and advise you of that number as soon as possible. Any future correspondence concerning this request should be directed to FBI Headquarters, RID Section, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

Sincerely yours,

J. STEPHEN TIDWELL
Assistant Director in Charge

By: *Patrick B Hayes*
Patrick B. Hayes
Chief Division Counsel

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Washington Field Office
601 4th Street, NW
Washington, D.C. 20535-0002
October 25, 2006

Mr. Seth Rosenfeld
P. O. Box 421,892
San Francisco, CA 94142-1892

Dear Mr. Rosenfeld:

This is in response to your Freedom of Information Act request to this office dated October 13, 2006, for records pertaining to Roy M. Brewer. Your letter was received in this office on October 25, 2006.

In accordance with current FBI policy, your letter is being referred to FBI Headquarters (FBIHQ), also located in Washington, D.C., for appropriate handling. The Record/Information Dissemination Section (RIDS) at FBIHQ will respond to you. Any future correspondence concerning this matter should be directed to FBI Headquarters, RID Section, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

Sincerely,

Joseph Persichini, Jr.
Acting Assistant Director in Charge

By:
Thomas J. Herbst
Associate Division Counsel



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

November 17, 2006

MR. SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142-1892

Request No.: 1053060- 000
Subject: BREWER, ROY MARTIN

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to FBI Headquarters and our Washington and Los Angeles Field Offices. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit NN

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

January 31, 2007  By Certified Mail and Fax to 202-514-1009

Mr. Daniel Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

> Re:  FOIA APPEAL re: Roy M. Brewer (deceased)
>       FBI Headquarters - No. 1063060-000
>       Los Angeles Field Office No. 190-C2-2838
>       Washington Field Office (No number assigned)

Dear Mr. Metcalfe,

This is an appeal pursuant to the Freedom of Information
Act in the above referenced requests.

By three separate and identical letters dated Oct. 31,
2006, sent by certified mail and fax to the FBI Washington
Field Office, the Los Angeles Field Office, and FBI
Headquarters, I requested any and all records concerning
the above individual.

By letter dated Oct. 25, 2006, the Washington Field Office
acknowledged receipt of my request. By letter dated Oct.
17, 2006, the Los Angeles Field Office acknowledged receipt
of my request. Both field offices stated they were
referring my request to headquarters. Headquarters
acknowledged receipt of my request by letter Nov. 17, 2006.

The FBI has released no records and has provided no date
when it reasonably expects to do so.

I respectfully request that you direct the FBI to
immediately release any and all records as requested above
and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit OO



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

FEB 0 8 2007

Mr. Seth Rosenfeld                              *Roy Cooter HR*
P.O. Box 421, 892
San Francisco, CA 94142-1892

      Re:  Request No. 1063060

Dear Mr. Rosenfeld:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on February 1, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-0573. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                        Sincerely,

                        Priscilla Jones
                        Supervisory Administrative Specialist

# Exhibit PP

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel          Pondra Perkins, Fellow & Staff Attorney          David Greene, Executive Director
wheaton@thefirstamendment.org          pondra@thefirstamendment.org          dgreene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      By mail and fax to 202-514-1009

      Re:   APPEAL No. 07-573 - Roy M. Brewer (deceased)
           FBI Headquarters – No. 1063060-000
           Los Angeles Field Office No. 190-C2-2838
           Washington Field Office (No number assigned)

Dear Mr. Metcalfe,

      I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

      By three separate and identical letters dated Oct. 31, 2006, Mr. Rosenfeld submitted these requests to the FBI Washington Field Office, the Los Angeles Field Office, and FBI Headquarters.

      By letter dated Oct. 25, 2006, the Washington Field Office acknowledged receipt of the request. By letter dated Oct. 17, 2006, the Los Angeles Field Office acknowledged receipt of the request. Both field offices stated they were referring the requests to headquarters. Headquarters acknowledged receipt of the request by letter Nov. 17, 2006.

      Please note that these requests sought any and all records concerning Mr. Brewer, and specified many kinds of records. These requests also provided the names of organizations that Mr. Brewer was involved in, to aid the FBI's search for all responsive records. In addition, the requests provided the names of deceased people who be referenced in the responsive records.

      However, the FBI released no records.

      By letter dated January 31, 2007, Mr. Rosenfeld appealed the FBI's failure to release the requested records. Your office acknowledged receipt of this appeal by letter dated February 8, 2007. However, your response said that your office has a "substantial backlog" of appeals and provided no date when you reasonably expected to address this matter.

      The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA. As you also know, the FOIA does not permit open-ended

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

delays that constructively deny access to public records.

I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit QQ



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

April 26, 2007

Subject: BREWER, ROY MARTIN

FOIPA No. 1063060- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

281 page(s) were reviewed and 231 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

The enclosed records are responsive to your request to the Washington Field Office.

Due to the age and condition of the original documents, we have found that some of the copies reproduced therefrom have been extremely difficult to read. While we realize the quality of some of the documents is poor, every effort has been made to obtain the best copies possible.

To minimize costs to both you and the FBI, extra file copies of the same document were not processed.

# Exhibit RR

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005                                    By Certified Mail


FBI Washington
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR
records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.



Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005                          By Certified Mail


FBI Los Angeles
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR
records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005  By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001


Dear Mr. Hardy,

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR

records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.

I want all records, including but not limited to those
listed in the General Index, and any and all other indexes.

I want all records identifiable with my request, even
though reports based on those records may have been sent to
FBI headquarters or other FBI offices, and even though
there may be duplication between sets of files.

I want all records to be produced with their administrative
markings intact, and all reports, memos and documents to
include any and all administrative pages.

I want all pages released regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than white
out or cut out material.

I expect that, as required by the FOIA, if you withhold any
information, that all reasonably segregable portions of the
records that are not exempt shall be released. I expect all
records to be fully legible.

As I am a professional journalist seeking the requested
records for news purposes, I hereby request that you waive
all applicable fees, as releasing the information will
primarily benefit the general public by shedding light on
important government operations.

However, in the interest of expediting this request and
avoiding a delay in processing pending your fee waiver
decision, I hereby commit to pay up to $200 for these
records. I reserve my right to pursue a fee waiver at a
later date.

I ask that you promptly begin processing of this request
and that you release the records within the statutory
period. If you are unable to do so, please provide a
specific reason and basis in fact as to why you cannot do
so.

In any event, as requested above, please advise me right away as to whether any of these records have been previously processed.

Thank you for your help. I look forward to your prompt response.

Sincerely,


Seth Rosenfeld

Copyright 1996 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

December 13, 1996, Friday, FIVE STAR LIFT Edition

SECTION: NEWS; Pg. 9C

LENGTH: 190 words

# HEADLINE: NEIL REAGAN, 88; BROTHER OF EX-PRESIDENT

DATELINE: LOS ANGELES

BODY:
**Neil Reagan,** the older brother of former President Ronald Reagan, **died** Wednesday (Dec. 11, 1996) of heart failure at age 88.

Mr. Reagan, a former radio broadcaster and advertising executive, **died** at Scripps Memorial Hospital in San Diego, according to a statement issued Thursday by the former president's office.

Known to friends and family by the nickname "Moon," Mr. Reagan was said to have been close to his younger brother and served as a delegate to the 1980 Republican National Convention, which propelled Ronald Reagan to the presidency.

"We will miss him terribly," Reagan and his wife, Nancy, said. "We have been in constant contact with his wife, Bess, in the last few days and have expressed our sympathy and love. We hope all Americans will join us in our prayers for Moon and Bess."

They have no children.

When Ronald Reagan became an announcer at WHO Radio in Des Moines, Iowa, his brother followed him, becoming program director at a sister station in Davenport, Iowa.

He later worked for the McCann-Erickson Advertising Agency, where he became senior vice president and head of the Los Angeles office.

GRAPHIC: PHOTO; Photo headshot - **(Neil) Reagan** - 1982 photo

LOAD-DATE: December 13, 1996

◀ prev  Document 39 of 54  next ▶

About LexisNexis™ | Terms and Conditions | Privacy Policy | Support Identifier
Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# Exhibit SS



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

March 30, 2005

Request No.: 1017395- 000
Subject: REAGAN, NEIL

Dear Mr. Rosenfeld:

☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed Instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

· U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

April 13, 2005

Mr. Seth Rosenfeld
Post Office Box 421,892
San Francisco, CA 94142 1892

Request No.: 1017395
Subject: Reagan, Neil

Dear Mr. Rosenfeld:

This acknowledges receipt of your Freedom of Information Act (FOIA) request

to the Los Angeles Field Office.

Your Field Office request will be handled simultaneously with your FBI Headquarters

request, under FOIA number 1017395.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division