# Exhibit TT

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 12, 2005


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

Re:  FOIA APPEAL
     FBI Headquarters and
     Los Angeles Field Office No. 1017395
     Washington Field Office (no number assigned)
     Neil Reagan (deceased)

Dear Co-Director,

This is an appeal pursuant to the Freedom of Information
Act in the above referenced requests.

By three separate and identical letters dated March 23,
2005, sent by certified mail to the FBI Washington Field
Office and the Los Angeles Field Office, and by certified
mail and fax to FBI Headquarters, I requested any and all
records concerning the above individual.

By letter dated April 13, 2005, FBI Headquarters advised me
that it would "simultaneously" handle my requests to FBI
Headquarters and the Los Angeles Field Office.

The April 13 letter made no reference to my Washington
Field Office request, and to date I have had no reply from
the FBI to that request.

My March 23 request letter asked the FBI to release the
records within the statutory period, and if it could not do
so, to please tell me a specific reason and basis in fact
as to why not.

However, the FBI's April 13 letter provide no reason of any
kind, and provided no date when the FBI reasonably expects
to release the records.

I hereby appeal the FBI's failure to release the records requested from FBI Headquarters, the Los Angeles Field Office and the Washington Field Office within the statutory period.

I believe the record shows that the FBI has not complied with my specific requests under the Freedom of Information Act.

I respectfully request that you direct the FBI to immediately release any and all records as requested above and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit UU



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642

*Washington, D.C. 20530*
**MAY 2 6 2005**


Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

      Re: Request No. 1017395 - Neil Reagan

Dear Mr. Rosenfeld:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on May 18, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1850**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                  Sincerely,

                  Priscilla Jones
                  Chief, Administrative Staff

# Exhibit VV



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*May 26, 2005*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1017395- 000
Subject: REAGAN, NEIL

Dear Mr. Rosenfeld:

This is in further response to your Freedom of Information (FOIA) request on the above subject.

A search of the indices to our central records system files, manual and ELSUR indices at FBI Headquarters, Los Angeles Field Office and Washington Field Office revealed no record responsive to your FOIA request.

Although no record responsive to your request was located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

# Exhibit WW



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 0 6 2005

Mr. Seth Rosenfeld                    Re:    Appeal No. 05-1850
P.O. Box 421, 892                            Request No. 1017395
San Francisco, CA  94142-1892                RLH:PAJ:CIH

Dear Mr. Rosenfeld:

    This responds to your letter dated May 12, 2005, in which you sought to appeal from the failure of the Federal Bureau of Investigation to respond to your request for records.

    It is my understanding that the FBI responded to your request by letter dated May 26, 2005.  If you are dissatisfied with the FBI's action on your request, you may appeal again to this Office.

    If you consider my action to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552 (a) (4) (B).

                        Sincerely,

                        Richard L. Huff
                        Co-Director

# Exhibit XX

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      Re:  FOIA APPEAL No. 05-1850
          FBI HQ, WFO & LA REQUEST 1017395-000
          Neil Reagan, Deceased

Dear Co-Director,

This letter is in further appeal of the above referenced
requests to the FBI, and incorporates my prior letter to
you dated May 12, 2005. This letter also responds to your
letter to me dated Sept. 6, 2005.

To date, the FBI has released no records in this case. For
your reference, I note the following:

By letter dated May 26, 2005, the FBI informed me that it
had been unable to locate any responsive record at any of
the specified FBI offices concerning my request for "any
and all" records concerning Neil Reagan, the late brother
of the late President Ronald Reagan.

In my June 10, 2005 reply, I reiterated that my request
sought any and all records. I specifically requested that
the FBI release all see references and all search slips,
including search slips used to process this request.

However, to date the FBI has not replied at all to my June
10, 2005 letter, and has not released any records in
response to this request from any FBI office.

It seems to me highly unlikely that the FBI, which is
charged with conducting full background investigations
pertaining to U.S. Presidents, would have no record of any
kind concerning Neil Reagan, President Reagan's brother.

I thus ask that you promptly instruct the FBI to release
any and all records concerning the late Neil Reagan,
including any and all search slips, including all search
slips used to process this request at each of the FBI HQ
and the WFO and L.A. Field Offices.

The record in this case clearly shows that the FBI has not
complied with this request. As this request is now nine
months old, I ask that ensure that the FBI releases all
records as requested and as required by law.

If the FBI cannot release these records now, please provide
me a specific date when you reasonably expect that the FBI
will release the records.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld

# Exhibit YY



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 28, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: REAGAN, NEIL

FOIPA No. 1017395- 001

Dear Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

3 page(s) were reviewed and 3 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

# Exhibit ZZ

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


January 31, 2007

                By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information
     Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

        Re:   FBI Headquarters, WFO and Los Angeles Request
              No. 1017395-000
              Neil Reagan (deceased)

This letter concerns the above referenced requests, and
your letter to me dated May 26, 2005, my reply to you dated
June 10, 2005, and your letter to me of February 28, 2006.

In your May 26, 2005 letter, you stated that the FBI had
been unable to locate any responsive record concerning my
request for "any and all" records concerning Neil Reagan,
the late brother of the late President Ronald Reagan.

In my June 10, 2005 reply, I reiterated that my request
sought any and all records. I specifically requested that
you release all see references and all search slips,
including search slips used to process this request.

However, to date you still have not replied to my June 10,
2005 letter, and you have not released any records in
response to this request from any FBI office.

By your letter of February 28, 2006, you released 3 (three)
pages from headquarters, concerning his deceased niece,
Maureen Reagan.

It seems to me highly unlikely that the FBI, which is
charged with conducting full background investigations

pertaining to U.S. Presidents, would have no additional records concerning Neil Reagan, President Reagan's brother.

I thus reiterate my request that you release any and all records concerning the late Neil Reagan, including any and all search slips, including all search slips used to process this request at each of the FBI HQ and the WFO and L.A. Field Offices.

As this request is now nearly two years old, I ask that you immediately release all records as requested and as required by law.

If you cannot release these records now, please provide me a specific date when you reasonably expect to release the records.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld

# Exhibit AAA

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel       Pondra Perkins, Fellow & Staff Attorney       David Greene, Executive Director
wheaton@thefirstamendment.org       pondra@thefirstamendment.org       dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

　　　　By mail and fax to 202-514-1009

　　　Re:　　FOIA APPEAL 05-1850
　　　　　　FBI Headquarters and
　　　　　　Los Angeles Field Office No. 1017395
　　　　　　Washington Field Office (no number assigned)
　　　　　　Neil Reagan (deceased)

Dear Mr. Metcalfe,

　　　　I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

　　　　By three separate and identical letters dated March 23, 2005, sent by certified mail to the FBI Washington Field Office and the Los Angeles Field Office, and by certified mail and fax to FBI Headquarters, Mr. Rosenfeld requested any and all records concerning the above individual.

　　　　To date the FBI has released only three pages concerning Neil Reagan, who is the deceased brother of President Ronald Reagan. Mr. Rosenfeld has written several letters to the FBI requesting the release of additional non-exempt information from each of the above-named FBI offices.
However, the FBI did not release that information and it has provided no date, month or season when it reasonably expects to do so.

　　　　Mr. Rosenfeld sent an appeal letter dated May 12, 2005 to your office. By letter dated September 6, 2005, your office acknowledged said appeal and declined to take action.

　　　　The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

　　　　I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately, in light of the fact that this request is now approximately nearly two years old. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

　　　　Thank you very much for your help.

　　　　　　　　　　Cordially,

　　　　　　　　　　James Wheaton,
　　　　　　　　　　Senior Counsel

# Exhibit BBB



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*
May 09, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142

Request No: 1017395-002
Subject: REAGAN, NEIL

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

# Exhibit CCC



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

September 4, 2007

Subject: REAGAN, NEIL

FOIPA No. 1017395- 002

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the exclusion. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

__88__ page(s) were reviewed and __88__ page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

This is in further response to your Freedom of Information Act (FOIA) request to FBI Headquarters (FBIHQ) for information regarding Neil Reagan.

Please be advised that six (6) cross references responsive to your request have now been located. These cross references are identified as follows:

Serials 9 (stamp dated April 10, 1981), 157, 169, 193 and 211 from the Sub D section of Washington Field Office (WFO) file 175-311. WFO file 175-311 is the investigation of the attempted assassination of President Ronald Wilson Reagan by John Hinckley. The Sub D section of this file is the newspaper clipping / public source section. Copies of these cross references are being released to you in their entirety.

Serial 16 of FBI Headquarters (FBIHQ) file 116-460320. FBIHQ file 116-460320 is the 1967 security background investigation of Ronald Wilson Reagan. This serial has been processed for release to you. All releasable information is enclosed with this letter.

No additional cross references were located in FBI files that were found to be responsive to your request.

# Exhibit DDD

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


April 28, 2006      Via Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief — Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001


    Re: FOIA Request for "80" Classification Files

Dear Mr. Hardy,

    This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all main
files (and other records) at FBI Headquarters that are the
corresponding main files (and other records) to the
following Sacramento Field Office main files:

    1) Sacramento Main File 80-130

    2) Sacramento Main File 80-131

    3) Sacramento Main File 80-132

    4) Sacramento Main File 80-133

    5) Sacramento Main File 80-134

    6) Sacramento Main File 80-135

    7) Sacramento Main File 80-136

    8) Sacramento Main File 80-137

    9) Sacramento Main File 80-138

    10) Sacramento Main File 80-139

    11) Sacramento Main File 80-140

I am requesting each of the above files in its entirety, along with all of their sub-files, attachments, enclosures, exhibits and bulky exhibits.

Please also include all abstracts and index cards for each of these files.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, and records that are or were maintained in SAC safes.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

Please take note that these records may contain references to various public officials and public figures. As you know, the public status of such figures weighs in favor of greater disclosure of information that may appear in reference to them, as it bears on important government operations of public interest.

In addition, some of the people who may appear in the files are deceased. As you also know, the fact that a

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006                                    Via Certified Mail


FBI Sacramento - FOIA Office
4500 Orange Grove Avenue
Sacramento, California 95841-4205


                    Re: FOIA Request


Dear FOIA Officer,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following records:

        1) Sacramento Main File 80-130

        2) Sacramento Main File 80-131

        3) Sacramento Main File 80-132

        4) Sacramento Main File 80-133

        5) Sacramento Main File 80-134

        6) Sacramento Main File 80-135

        7) Sacramento Main File 80-136

        8) Sacramento Main File 80-137

        9) Sacramento Main File 80-138

        10) Sacramento Main File 80-139

        11) Sacramento Main File 80-140

I am requesting each of the above files in its entirety, along with all of their sub-files, attachments, enclosures, exhibits and bulky exhibits.

Please also include all abstracts and index cards for each of these files.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, and records that are or were maintained in SAC safes.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

Please take note that these records may contain references to various public officials and public figures. As you know, the public status of such figures weighs in favor of greater disclosure of information that may appear in reference to them, as it bears on important government operations of public interest.

In addition, some of the people who may appear in the files are deceased. As you also know, the fact that a

person is deceased also requires a greater release of information.

For your reference, deceased person who may appear in the requested records include:

Herbert E. Ellingwood, aka Herb Ellingwood
Clark Kerr
Lyn Nofziger, aka Franklyn Curran Nofziger
Ronald Reagan
Alex C. Sherriffs, aka Alexander C. Sherriffs

I have enclosed documentation of their deaths for your reference.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference.

This letter constitutes my commitment to pay fees of up to $100.00 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

# Exhibit EEE

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Oct. 15, 2006        By mail and fax to 202-514-1009


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

        Re:  "80 files"
        FBI HQ FOIA 1049330-000

    This is an appeal of the above referenced FOIA request.

    On May 8, 2006 I submitted this request to the Sacramento and HQ offices of the FBI. I stated that I wanted "any and all" records concerning this subject.

    My request properly specified the records I am seeking, including but not limited to main files, see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits."

    I stated that I want all records, including but not limited to those listed in the General Index, and any and all other indexes.

    To date the FBI has released no records in response to this request and has failed to specify a day, month or season when it reasonably expects to release the records.

    I am hereby appealing the FBI's action. As you know, the FOIA requires agencies to search for reasonably specified records and to release them in a timely way. The FOIA does not permit agencies to engage in open-ended delays and to disregard a specific request.

    Furthermore, the FBI's action has created an unnecessary and avoidable burden on me and on your office.

Rather than conduct a reasonable search for properly specified records and release them, the FBI has instead required me to file this appeal and your office to act on it.

In effect, the FBI has constructively denied my request in an improper manner that appears calculated to discourage, delay or deny my request.

Accordingly, I ask that your office take the following steps:

1) Make a finding that FBI's denial of my specific request was improper.

2) Instruct the FBI to process my request pursuant to the FOIA and release the responsive records from each specified FBI office immediately.

Thank you very much for your prompt attention to this matter.

Sincerely,

Seth Rosenfeld

# Exhibit FFF

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

Oct. 24, 2006          Via Mail and Fax to 202-324-3752

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division - FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

     Re: Request for "80" Files, FOIAPA No. 1049330-000

Dear Mr. Hardy,

     This letter concerns the above referenced FOIAPA
request, which was sent to your office and to the
Sacramento Field Office.

     By letter dated Sept. 25, 2006, you released 94 pages
you stated were in response to my request. In fact, these
records are completely non-responsive as set forth below.

     The records you released are headquarters main files
80-130 through 80-140. I did not request these records.

     My request letters clearly stated that I wanted
Sacramento main files 80-130 through 80-140, and the
corresponding headquarters files.

     The files you released are not the corresponding
headquarters files. They are unrelated headquarters files
from the 1930s. As you may know, the Sacramento Field
Office was not opened until the 1960s.

     Further, I note that to date you have released none of
the requested Sacramento Field Office files.

     I ask that you immediately release the headquarters
and Sacramento Field Office files as requested.

     Thank you very much for your assistance.

     Sincerely,

     Seth Rosenfeld

# Exhibit GGG



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

## DEC 1 8 2006

Mr. Seth Rosenfeld                    Re:    Appeal No. 07-0124
Post Office Box 421, 892                     Request No. 1049330
San Francisco, CA  94142-1892                ADW:MJS        '80 file'

Dear Mr. Rosenfeld:

　　　You attempted to appeal from the failure of the Sacramento Field Office of the Federal Bureau of Investigation to respond to your request for access to certain records.

　　　A member of my staff has looked into this and found that the Sacramento Field Office located and processed records responsive to your request and by letter dated September 25, 2006, released all disclosable parts of ninety-four pages of records to you.

　　　Because the Headquarters Office has acted on your request for records, which renders moot your pending administrative appeal, I am administratively closing your file in this Office.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Daniel J. Metcalfe
　　　　　　　　　　　　　Director

# Exhibit HHH



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 21, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421892
SAN FRANCISCO, CA 94142 1892

Request No.: 1049330- 001
Subject: SACRAMENTO/FBIHQ CORRESPONDING 80 FILES

Dear Requester:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
to the FBI. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the
FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Pursuant to FOIA guidelines and regulations, the requester must mail his/her
request to the FBI Office that houses the records they are requesting.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit III

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892

January 18, 2007                    By fax to 202-514-1009

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

    Re: Appeal No. 07-0124; FBI Request 1049330 "80 Files"

Dear Mr. Metcalfe,

    Thank you very much for your letter dated December 18, 2006 concerning the above referenced matter.

    Your letter stated that your office determined the requested records were released by letter dated September 25, 2006.  Alas, this is not so. The FBI erroneously released some other records which I did not request.

    I wrote Mr. Hardy concerning this error on October 24, 2006. (Copy enclosed.) However, I received no reply to my letter. Instead, the FBI sent me a letter indicating that it opened a whole new request for the records I had originally requested. (Copy enclosed.)

    This is not equitable. I properly identified the records I sought in my original request. The FBI mistakenly released some other non-responsive records. Now the FBI would send me back to the beginning of the request line and – because of its error – require me to wait for an additional and unspecified period of time. As you know, the FOIA does not contemplate such untoward delays.

    Accordingly, I respectfully renew my appeal to you. I ask that you please direct the FBI to promptly release the records I actually requested as required under the FOIA.

    Thank you very much for your consideration.

    Sincerely,

    Seth Rosenfeld

1

# Exhibit JJJ

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel        Pondra Perkins, Fellow & Staff Attorney        David Greene, Executive Director
wheaton@thefirstamendment.org        pondra@thefirstamendment.org        dgreene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      By mail and fax to 202-514-1009

      Re: Appeal No. 07-0124; FBI Request 1049330 "80 Files"

Dear Mr. Metcalfe,

      I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

      Mr. Rosenfeld submitted the above referenced requests to FBI headquarters by letter dated April 28, 2006 and the FBI Sacramento office by letter dated May 6, 2006.

      By letter dated September 25, 2006, the FBI released some records that Mr. Rosenfeld did not request and which were non-responsive to his request.

      By letter dated October 24, 2006 Mr. Rosenfeld wrote the FBI about this problem. The FBI still did not release the records. It released none of the requested records.

      By letter to your office dated October 15, 2006, Mr. Rosenfeld appealed the FBI's failure to release the requested records. Your office declined to direct the FBI to release the requested records on the ground that they had been released.

      Mr. Rosenfeld then sent your office a second appeal letter dated January 18, 2007, explaining once again that the FBI had not released the requested records. Mr. Rosenfeld has not received a reply to this letter, and to date the FBI has not released the requested records.

      Thus, the record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA.

      I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

      Thank you very much for your help.

                    Cordially,

                    James Wheaton,
                    Senior Counsel

# Exhibit KKK



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 09, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421892
SAN FRANCISCO, CA 94142

Request No: 1049330-001
Subject: SACRAMENTO/FBIHQ
CORRESPONDING 80 FILES

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

# Exhibit LLL



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR SETH ROSENFELD
POST OFFICE BOX 421892
SAN FRANCISCO, CA 94142 1892

July 30, 2007

Subject: SACRAMENTO/FBIHQ CORRESPONDING 80
FILES
FOIPA No. 1049330-001

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

1040 page(s) were reviewed and 967 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☒ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when Ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
·Records Management Division

Enclosed is an interim release of documents responsive to your request concerning Sacramento/FBIHQ corresponding 80 files.

Documents responsive to this request continue to be processed and will be released to you upon completion.

Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of $86.70 for this release of 967 pages, payable to the Federal Bureau of Investigation. To ensure proper identification of your request, please return this letter or include FOIA 1049330-1 on your check or money order.

Enclosure(s)

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service, the release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

# Exhibit MMM

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


June 14, 2006    Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

                    Re: FOIA Request

Dear Mr. Hardy,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following organizations:

        1) Motion Picture Industry Council, also known as
MPIC.

        2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA

        3) Labor League of Hollywood Voters

        For your reference, these organizations were prominent
in the film industry in the 1940s and 1950s. Among the
people prominently involved with these groups was Ronald
Reagan, who later became president.

        Please bear in mind that Mr. Reagan was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
information concerning him that may appear in responsive
records.

        If other public figures are referenced in the
responsive pages, please release that information as well,
as required under the FOIA. For your reference, some of the
other deceased people whose names may appear in the records

are Walt Disney, John Wayne, Gary Cooper, King Vidor, Sam
Wood, Walter Wanger and Leo McCarey.

As a preliminary matter, please advise me as to
whether any of the requested records have been previously
processed. Please advise me as to this as soon as possible,
as the availability of preprocessed records may help me
narrow the scope of this request and thus save both the FBI
and this requester time and expense in processing of
records.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on
the name of each organization and an "all references" check
of all indices, both automated and manual, active and
inactive, for any and all records concerning these
organizations in any way.

Please be sure to release all responsive see
references. For see references of five pages or less, I am
requesting the entire see reference document. For see
references of more than five pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to this organization.

Please process all records identifiable with my
request, even though reports based on those records may
have been sent to other FBI offices, and even though there
may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

2

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


June 14, 2006                          Via Certified Mail


FBI - FOIA OFFICE
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

                    Re: FOIA Request

Dear FOIA Officer,

       This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following organizations:

       1) Motion Picture Industry Council, also known as
MPIC.

       2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA

       3) Labor League of Hollywood Voters

       For your reference, these organizations were prominent
in the film industry in the 1940s and 1950s. Among the
people prominently involved with them was Ronald Reagan,
who later became president.

       Please bear in mind that Mr. Reagan was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
information concerning him that may appear in the
responsive records.

       If other public figures are referenced in the
responsive pages, please release that information as well,
as required under the FOIA. For your reference, some of the
other deceased people whose names may appear in the records

are Walt Disney, John Wayne, Gary Cooper, King Vidor, Sam
Wood, Walter Wanger and Leo McCarey.

As a preliminary matter, please advise me as to
whether any of the requested records have been previously
processed. Please advise me as to this as soon as possible,
as the availability of preprocessed records may help me
narrow this request and thus save both the FBI and this
requester time and expense in processing of records.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on
the name of each organization and an "all references" check
of all indices, both automated and manual, active and
inactive, for any and all records concerning this
organization in any way.

Please be sure to release all responsive see
references. For see references of five pages or less, I am
requesting the entire see reference document. For see
references of more than five pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to this organization.

Please process all records identifiable with my
request, even though reports based on those records may
have been sent to other FBI offices, and even though there
may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

# Exhibit NNN

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*June 22, 2006*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050846- 000
Subject: MOTION PICTURE INDUSTRY
COUNCIL

Dear Mr. Rosenfeld:

☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.
     The FOIA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date
     and place of birth for the subject of your request. Any other specific data you could
     provide such as prior addresses, or employment information would also be helpful. If
     your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
     notarized signature or, in place of a notarized signature, a declaration pursuant to Title
     28, United States Code 1746. For your convenience, the reverse side of this letter
     contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
     your arrest record, please follow the enclosed instructions in Attorney General Order
     556-73. You must submit fingerprint impressions so a comparison can be made with
     the records kept by CJIS. This is to make sure your information is not released to an
     unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
     information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
     FOIA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 22, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050648-000
Subject: MOTION PICTURE ALLIANCE
FOR THE PRESERVATION OF
AMERICAN IDEALS

Dear Mr. Rosenfeld:

☒     This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

June 22, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050649- 000
Subject: LABOR LEAGUE OF
HOLLYWOOD VOTERS

Dear Mr. Rosenfeld:

    ☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

    ☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

    ☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

    ☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

    ☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

    ☐    Processing delays have been caused by the large number of requests received by the FOIA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit OOO



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 21, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142-1892

Request No.: 1050646- 000
Subject: MOTION PICTURE INDUSTRY COUNCIL

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters and our Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated and manual indices, as well as electronic surveillance indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# Exhibit PPP



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 21, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.: 1050648- 000
Subject: MOTION PICTURE ALLIANCE FOR THE
PRESERVATION OF AMERICAN IDEALS

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately 820 pages which appear to relate to your request. Under Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page for every page released over 100. These regulations require us to notify requesters when anticipated charges exceed $25, and if all the pages are released, you will owe $72.00 in duplication costs. Please remember this is only an estimate; and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you both to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. to 5:00 p.m., EST. You may fax your response to the following number:202-324-3752, Attention: Request Management Unit. You must include the FOIPA request number in any communication regarding this subject.

As stated previously, the cost indicated is only an estimate; therefore, no payment should be made at this time. Unless advised to the contrary, we are assuming that you are willing to pay fees.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

# Exhibit QQQ



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 28, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142-1892

Request No.: 1050649- 000
Subject: LABOR LEAGUE OF HOLLYWOOD
VOTERS

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters and Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- An FBI **identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04