# Exhibit RRR

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

Oct. 16, 2006          By mail and fax to 202-514-1009

Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

    Re:  FBI REQUEST 1050646-000, Motion Picture Industry
Council

    This is an appeal of the above referenced FOIA matter.

    On June 13, 2006, I sent copies of this request to the
Los Angeles and HQ offices of the FBI. I stated that I
wanted "any and all" records concerning this subject.

    My request properly specified the records I am
seeking, including but not limited to main files, see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits."

    I stated that I want all records, including but not
limited to those listed in the General Index, and any and
all other indexes.

    However, the FBI chose to disregard the specifics of
my request. Instead of searching for the properly specified
records, as above, the FBI instead conducted a much
narrower search and stated by letter to me dated August 28,
2006 that it had found no responsive records.

    I am hereby appealing the FBI's action. As you know,
the FOIA requires agencies to search for reasonably
specified records and to release them in a timely way. The
FOIA does not permit agencies to disregard a specific
request that has been properly submitted as was mine.

1

Furthermore, the FBI's action has created an unnecessary and avoidable burden on me and on your office. Rather than conduct a reasonable search for properly specified records and release them, the FBI has instead required me to file this appeal and your office to act on it.

In effect, the FBI has constructively denied my request in an improper manner that appears calculated to discourage, delay or deny my request.

Accordingly, I ask that your office take the following steps:

1) Make a finding that FBI's denial of my specific request was improper.

2) Instruct the FBI to process my request pursuant to the FOIA and release the records immediately.

Thank you very much for your prompt attention to this matter.

Sincerely,


Seth Rosenfeld

# Exhibit SSS

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

October 16, 2006

Via Certified Mail & Fax to 202-324-3752

Mr. David M. Hardy
Section Chief — Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

Re: Motion Picture Alliance
FOIAPA No. 1050648-000
Labor League of Hollywood Voters,
FOIAPA No. 1050649-000
Motion Picture Industry Council
FOIAPA No. 1050646-000

Dear Mr. Hardy,

This letter concerns the above referenced FOIAPA
request, which was dated June 14, 2006, for records
concerning:

1) Motion Picture Industry Council, also known as
MPIC.
2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA
3) Labor League of Hollywood Voters

Please be advised that the following deceased
individuals may appear in records concerning these
organizations. As you know, a person's deceased status, and
their public figure status, requires a greater disclosure
of information.

Accordingly, if the names of the below individuals, or
information concerning them, appear in responsive records,
then that information should be released.

(Please note that for your convenience this
alphabetical list incorporates the names of the deceased

individuals noted in my initial FOIA request letter, including that of Ronald Reagan.)

    1) Roy M. Brewer, an official of the Motion Picture Industry Council, aka MPIC; and of the International Alliance of Theatrical Stage Employees and Motion Picture Machine Operators, aka IATSE; of the Motion Picture Alliance for the Preservation of American Ideals, aka MPA; and of other organizations.
    2) Willie Bioff, IATSE official
    3) George Browne, IATSE official
    4) Sidney Buchman, actor
    5) Gary Cooper
    6) Howard Da Silva, actor
    7) Walt Disney
    8) John Garfield, actor
    9) Elia Kazan, writer
    10) Alexander Knox, actor
    11) John Howard Lawson, writer
    12) Leo McCarey
    13) Arthur Miller, writer
    14) Larry Parks, actor
    15) Ronald Reagan
    16) Herb Sorrell, union official
    17) Dalton Trumbo, writer
    18) King Vidor
    19) Walter Wanger
    20) Jack Warner, studio executive
    21) John Wayne
    22) Sam Wood

    Thus, if information concerning the above deceased people appears in the responsive records, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

    Thank you for your help.

    Sincerely,


    Seth Rosenfeld

Enc.

# Exhibit TTT



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

RUV 1 3 2006

Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

Re: Request No. 1050649 - Labor League of Hollywood Voters

Dear Mr. Rosenfeld:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on October 16, 2006.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-0125. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

# Exhibit UUU

**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

DEC 1 9 2006

Mr. Seth Rosenfeld                      Re:    Appeal No. 07-0126
Post Office Box 421, 892                       Request No. 1050646
San Francisco, CA 94142-1892                   ADW:MJS

Dear Mr. Rosenfeld:

        You appealed from the actions of the Headquarters Office and Los Angeles Field Office
of the Federal Bureau of Investigation on your request for access to records pertaining to the
Motion Picture Industry Council.

        After carefully considering your appeal, I am remanding your request to the FBI for
further searches for responsive records, including for cross-references. If the FBI locates
responsive records through these searches, it will send any and all releasable portions of them to
you directly, subject to any applicable fees. You may appeal any future adverse determination
made by the FBI.

        If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Daniel J. Metcalfe
                                        Director

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

DEC 19 2006

Mr. Seth Rosenfeld                    Re:    Appeal No. 07-0125
Post Office Box 421, 892                      Request No. 1050649
San Francisco, CA  94142-1892                 ADW:MJS

Dear Mr. Rosenfeld:

    You appealed from the actions of the Headquarters Office and Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Labor League of Hollywood Voters.

    After carefully considering your appeal, I am remanding your request to the FBI for further searches for records responsive to your request, including for cross-references. If the FBI locates responsive records through these searches, it will send any and all releasable portions of them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by the FBI.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

# Exhibit VVV





U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

February 8, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050546- 001
Subject: MOTION PICTURE INDUSTRY
COUNCIL

Dear Requester:

☐ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 8, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050649- 001
Subject: LABOR LEAGUE OF
    HOLLYWOOD VOTERS

Dear Requester:

☐    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
    to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
    place of birth for the subject of your request. Any other specific data you could provide
    such as prior addresses, or employment information would also be helpful. If your
    subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
    notarized signature or, in place of a notarized signature, a declaration pursuant to Title
    28, United States Code 1746. For your convenience, the reverse side of this letter
    contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
    your arrest record, please follow the enclosed instructions in Attorney General Order
    556-73. You must submit fingerprint impressions so a comparison can be made with the
    records kept by CJIS. This is to make sure your information is not released to an
    unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
    information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
    FOIPA. We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

# Exhibit WWW



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

March 13, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1050646- 001
Subject: MOTION PICTURE INDUSTRY
COUNCIL

Dear Requester:

This is in reference to your Freedom of Information Act (FOIA) request.

The records you requested have been previously processed under the provisions of the FOIA and placed on two CD's for your convenience. There is no charge for these CD's.

In the event you are in the Washington, D.C. area, you may (at no charge) review this material in our FOIA Reading Room at FBI Headquarters. Appointment should be made at least 48 hours in advance by calling (202) 324-8057.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

# Exhibit XXX

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel          Pondra Perkins, Fellow & Staff Attorney          David Greene, Executive Director
wheaton@thefirstamendment.org          pondra@thefirstamendment.org          dgreene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

   By mail and fax to 202-514-1009

  Re: FOIA APPEALS
    Appeal No. 07-0126; Request 1050646-000, Motion Picture Industry Council
    Appeal No. 07-0125; Request 1050649-001, Labor League of Hollywood
    Voters
    Appeal No. Not Assigned; Request 1050648-000, Motion Picture Alliance for
    the Preservation of American Ideals

Dear Mr. Metcalfe,

  I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

  On June 13, 2006, Mr. Rosenfeld sent copies of this request to the Los Angeles and HQ offices of the FBI. He stated that he wanted "any and all" records concerning these subjects.

  His request properly specified the records he is seeking, including but not limited to main files, see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

  The request specified all records, including but not limited to those listed in the General Index, and any and all other indexes.

  However, the FBI chose to disregard the specifics of this request. Instead of searching for the properly specified records, as above, the FBI instead conducted a much narrower search and stated by letter dated August 28, 2006 that it had found no responsive records on the Labor League of Hollywood Voters and the Motion Picture Industry Council.

  Mr. Rosenfeld then appealed these matters to your office. By letters dated December 19, 2006, your office remanded the Motion Picture Industry Council and the Labor League of Hollywood Voters request to the FBI.

  Subsequently, a member of the FBI's FOIA staff has informed Mr. Rosenfeld that these requests are being processed, and we very much appreciate the efforts of the FOIA staff.

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

Thank you very much for taking action on the above two requests.

However, to date no records have been released in response to the above requests and the FBI has not provided a date when it reasonably expects to release the records. As you know, the FOIA does not permit open-ended delays.

We are therefore appealing all three of the above referenced requests in the hope that your office will ensure the records are released in a timely way as required by law and the specifics of his requests.

If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit YYY



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 25, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.: 1050648- 001
Subject: MOTION PICTURE ALLIANCE FOR THE
PRESERVATION OF AMERICAN IDEALS

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately <u>1041</u> pages which are potentially responsive to your request. Pursuant to Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page. The first 100 pages will be provided to you free of charge. Regulations require us to notify requesters when anticipated charges exceed $25, and if all of the pages are released, you will owe $94.10 in duplication fees. Please remember this is only an estimate, and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. *Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph.* Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. and 5:00 p.m., EST. You may also fax your response to the following number: 540-868-4996, Attention: Work Processing Unit. You must include the FOIPA request number in any communication regarding this matter.

As stated previously, the cost indicated is only an estimate, therefore, no payment should be made at this time.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

# Exhibit XXX



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 09, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142

Request No: 1050648-001
Subject: MOTION PICTURE ALLIANCE
FOR THE PRESERVATION OF

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

# Exhibit ZZZ



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

August 07, 2007

MR SETH ROSENFIELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142

Request No: 1050648-001
Subject: MOTION PICTURE ALLIANCE
FOR THE PRESERVATION OF

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

# Exhibit AAAA



**U.S. Department of Justice**



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 28, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421892
SAN FRANCISCO, CA 94142-1892

Subject: MOTION PICTURE ALLIANCE FOR THE
PRESERVATION OF AMERICAN IDEALS

FOIPA No. 1050648- 001

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☒(b)(3)  Federal Rules of Criminal | ☒(b)(7)(C) | ☐(k)(1) |
| Procedure Rule 6(e) | ☒(b)(7)(D) | ☐(k)(2) |
| ................................ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

1006 **page(s)** were reviewed and 991 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

⊓ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Pursuant Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of $89.10 payable to the Federal Bureau of Investigation. To ensure proper identification of your request, please return this letter or include FOIA 1050648 on your check or money order.

# Exhibit BBBB



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 1, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142 1892

Request No.: 1076785- 000
Subject: MOTION PICTURE INDUSTRY
COUNCIL (sections 40-46 of File
Number 100-HQ-138754)

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately <u>1100</u> pages which are potentially responsive to your request. Pursuant to Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page. The first 100 pages will be provided to you free of charge. Regulations require us to notify requesters when anticipated charges exceed $25, and if all of the pages are released, you will owe <u>$100.00</u> in duplication fees. Please remember this is only an estimate, and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. and 5:00 p.m., EST. You may also fax your response to the following number: 540-868-4996, Attention: Work Processing Unit. You must include the FOIPA request number in any communication regarding this matter.

As stated previously, the cost indicated is only an estimate, therefore, no payment should be made at this time.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

# Exhibit CCCC



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*
July 31, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142

Request No: 1076785-000
Subject: MOTION PICTURE INDUSTRY
COUNCIL.

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is in the "perfected backlog", where your request is waiting assignment to an analyst. Requests in the backlog are divided into three groups, small (<500 pages), medium (501-2499 pages), and large (2500> pages). Large requests take the longest time to be assigned an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

# Exhibit DDDD

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                                    _Washington, D.C. 20530_

**JUN 2 9 2007**

James Wheaton, Esq.                                    Re:  Appeal Nos. 07-1015, 07-1194 and 07-1195
First Amendment Project                                    Request Nos. 1050646-002, 1050648 and
9th Floor                                                         1050649-001
1736 Franklin Street                                          JTR:CIH
Oakland, CA 94612

Dear Mr. Wheaton:

You attempted to appeal on behalf of your client, Seth Rosenfeld, from the failure of the Federal Bureau of Investigation to respond to your client's requests for access to records pertaining to the Motion Picture Industry Council (Appeal No. 07-1194), the Labor League of Hollywood Voters (Appeal No. 07-1195), and the Motion Picture Alliance for the Preservation of American Ideals (Appeal No. 07-1015).

The FBI responded to your client's requests with regard to the Motion Picture Industry Council and the Labor League of Hollywood Voters (Nos. 1050646-002 and 1050649-001) by letters dated March 28, 2007 and April 25, 2007 (copies enclosed). Because the FBI responded to these requests, your appeals from the FBI's failure to respond to them are moot. Accordingly, I am closing the corresponding appeal files in this Office (Appeal Nos. 07-1194 and 07-1195).

With regard to Appeal No. 07-1015 which concerns your client's request with regard to the Motion Picture Alliance for the Preservation of American Ideal (No. 1050648), Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. In particular, the Freedom of Information Act itself contemplates judicial review rather than an administrative appeal when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

I have forwarded your letter to the FBI. You may also wish to contact it directly and inquire about the status of your request. You may appeal any future adverse determination made by the FBI.

Sincerely,

Janice Galli McLeod
Associate Director

Enclosures



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 25, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: LABOR LEAGUE OF HOLLYWOOD VOTERS

FOIPA No. 1050649- 001

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

63  page(s) were reviewed and 49  page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.

   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.:  1050646- 002
Subject:  MOTION PICTURE INDUSTRY
COUNCIL

Dear Requester:

This is in response to your limited Freedom of Information Act request concerning the above
subject.

The enclosed material is being released in its entirety.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# Exhibit EEEE

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

August 6, 2007                          By Certified Mail

FBI - FOIA OFFICE
Federal Office Building
9797 Aero Drive
San Diego, California 92123-1800

            Re: Ronald Reagan FOIA Request

Dear FOIA Officer,

This is an FOIAPA request for certain records concerning
the late president Ronald Wilson Reagan as set forth below.

As you know, the FBI has previously released some records
concerning Mr. Reagan to me under FOIAPA Request No.
405,193.  This request, which was part of the settlement in
prior litigation, required the FBI to produce the
following:

"Any and all records at FBI HQ, San Francisco, Los Angeles,
Sacramento, San Diego, Washington Field Office, and all
offices of origin on Ronald W. Reagan (date of birth
2/06/11; UC Regent ex officio c. 1966-1978), from the
earliest records through January 1, 1979."

I subsequently appealed the FBI's failure to search for
and/or release certain responsive records to this request.
These non-released records were set forth in the May 4,
2006 letter to Assistant U.S. Attorney Mark Quinlivan from
my attorney David Greene. I have enclosed a copy of
relevant portions of this letter for your reference. Please
note in particular the list of requested items under
heading "H) Conclusion" at page 9.

In addition, and as set forth in my Oct. 16, 2006 letter to
you, I believe that pertinent information concerning
deceased and/or public figure individuals was withheld from
the records released to me pursuant to FOIAPA Request No.

405,193. In addition, I believe that pertinent information concerning these individuals may appear in the records the FBI failed to search for and/or produce pursuant to FOIA Request No. 405,193, as described in the preceding paragraph. A copy of this letter and its attached documentation of the deceased and public figure status of the listed individuals are already in your possession. I have attached for your reference a copy of the letter.

I hereby request the production of all the records and information as set forth in this instant letter and the two above-referenced letters.

Additionally, please note the following:

I am requesting all see references. In processing see references, please release the entire see reference document if the body of the document is less than 10 pages. If it is more than 10 pages, please release the first five pages of the body of the document, the last five pages of the body of the document, and the five pages on either side of each reference to Mr. Reagan. In addition to these pages in the body of the document, for each see reference please release all administrative pages at the beginning and at the end of the body of the document.

As noted above, I have previously provided the FBI with obituaries and other proof of death for individuals who may appear in the requested records. Please note that in addition to these persons, please note that Richard G. Hubler, who co-authored Mr. Reagan's autobiography, is deceased.

Please be sure to check the readily available on-line Social Security Death Index on other names that may appear in the requested records, since a person's deceased status weighs in favor of more complete disclosure of information to the public.

This request specifically includes all index cards and abstract records concerning Mr. Reagan.

Please release all search slips, including search slips used to process this request.

Please process and release copies of duplicate records that are distinguished by substantive administrative markings.



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBF
FOIA Officer
Fed Bldg
9757 Aero Drive
S.D. CA 92123-1800

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
9-6-07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0001 1064 2807

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

SAN DIEGO CA 92123    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.75 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

Postmark
Here
AUG 6 2007
08/06/2007

Sent To
FBF San Diego
Street, Apt. No.; or PO Box No.
9757 Aero Drive
City, State, ZIP+4
SD CA 92123-1800

7005 1820 0001 1064 2807

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


August 6, 2007                    By Certified Mail


FBI
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002
Att: FOIA Officer

              Re: Ronald Reagan FOIA Request

Dear FOIA Officer,

This is an FOIAPA request for certain records concerning
the late president Ronald Wilson Reagan as set forth below.

As you know, the FBI has previously released some records
concerning Mr. Reagan to me under FOIAPA Request No.
405,193.  This request, which was part of the settlement in
prior litigation, required the FBI to produce the
following:

"Any and all records at FBI HQ, San Francisco, Los Angeles,
Sacramento, San Diego, Washington Field Office, and all
offices of origin on Ronald W. Reagan (date of birth
2/06/11; UC Regent ex officio c. 1966-1978), from the
earliest records through January 1, 1979."

I subsequently appealed the FBI's failure to search for
and/or release certain responsive records to this request.
These non-released records were set forth in the May 4,
2006 letter to Assistant U.S. Attorney Mark Quinlivan from
my attorney David Greene. I have enclosed a copy of
relevant portions of this letter for your reference. Please
note in particular the list of requested items under
heading "H) Conclusion" at page 9.

In addition, and as set forth in my Oct. 16, 2006 letter to
you, I believe that pertinent information concerning
deceased and/or public figure individuals was withheld from

the records released to me pursuant to FOIAPA Request No.
405,193. In addition, I believe that pertinent information
concerning these individuals may appear in the records the
FBI failed to search for and/or produce pursuant to FOIA
Request No. 405,193, as described in the preceding
paragraph. A copy of this letter and its attached
documentation of the deceased and public figure status of
the listed individuals are already in your possession. I
have attached for your reference a copy of the letter.

I hereby request the production of all the records and
information as set forth in this instant letter and the two
above referenced letters.

Additionally, please note the following:

I am requesting all see references. In processing see
references, please release the entire see reference
document if the body of the document is less than 10 pages.
If it is more than 10 pages, please release the first five
pages of the body of the document, the last five pages of
the body of the document, and the five pages on either side
of each reference to Mr. Reagan. In addition to these pages
in the body of the document, for each see reference please
release all administrative pages at the beginning and at
the end of the body of the document.

As noted above, I have previously provided the FBI with
obituaries and other proof of death for individuals who may
appear in the requested records. Please note that in
addition to these persons, please note that Richard G.
Hubler, who co-authored Mr. Reagan's autobiography, is
deceased.

Please be sure to check the readily available on-line
Social Security Death Index on other names that may appear
in the requested records, since a person's deceased status
weighs in favor of more complete disclosure of information
to the public.

This request specifically includes all index cards and
abstract records concerning Mr. Reagan.

Please release all search slips, including search slips
used to process this request.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com™

WASHINGTON DC 20535
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $1.35 | |
| Return Receipt Fee (Endorsement Required) | $2.12 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.35 |

Sent To  PMF Vah FelDhole
Street, Apt. No.;  New Ad
or PO Box No.
City, State, ZIP+4

7005 1820 0001 0064 2838

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


August 6, 2007                          By Certified Mail


FBI San Francisco,
Att: FOIA OFFICE
450 Golden Gate Avenue, 13th. Floor
San Francisco, California 94102-9523

        Re: Ronald Reagan FOIA Request

Dear FOIA Officer,

This is an FOIAPA request for certain records concerning
the late president Ronald Wilson Reagan as set forth below.

As you know, the FBI has previously released some records
concerning Mr. Reagan to me under FOIAPA Request No.
405,193.  This request, which was part of the settlement in
prior litigation, required the FBI to produce the
following:

"Any and all records at FBI HQ, San Francisco, Los Angeles,
Sacramento, San Diego, Washington Field Office, and all
offices of origin on Ronald W. Reagan (date of birth
2/06/11; UC Regent ex officio c. 1966-1978), from the
earliest records through January 1, 1979."

I subsequently appealed the FBI's failure to search for
and/or release certain responsive records to this request.
These non-released records were set forth in the May 4,
2006 letter to Assistant U.S. Attorney Mark Quinlivan from
my attorney David Greene. I have enclosed a copy of
relevant portions of this letter for your reference. Please
note in particular the list of requested items under
heading "H) Conclusion" at page 9.

In addition, and as set forth in my Oct. 16, 2006 letter to
you, I believe that pertinent information concerning
deceased and/or public figure individuals was withheld from
the records released to me pursuant to FOIAPA Request No.

405,193. In addition, I believe that pertinent information concerning these individuals may appear in the records the FBI failed to search for and/or produce pursuant to FOIA Request No. 405,193, as described in the preceding paragraph. A copy of this letter and its attached documentation of the deceased and public figure status of the listed individuals are already in your possession. I have attached for your reference a copy of the letter.

I hereby request the production of all the records and information as set forth in this instant letter and the two above referenced letters.

Additionally, please note the following:

I am requesting all see references. In processing see references, please release the entire see reference document if the body of the document is less than 10 pages. If it is more than 10 pages, please release the first five pages of the body of the document, the last five pages of the body of the document, and the five pages on either side of each reference to Mr. Reagan. In addition to these pages in the body of the document, for each see reference please release all administrative pages at the beginning and at the end of the body of the document.

As noted above, I have previously provided the FBI with obituaries and other proof of death for individuals who may appear in the requested records. Please note that in addition to those persons, please note that Richard G. Hubler, who co-authored Mr. Reagan's autobiography, is deceased.

Please be sure to check the readily available on-line Social Security Death Index on other names that may appear in the requested records, since a person's deceased status weighs in favor of more complete disclosure of information to the public.

This request specifically includes all index cards and abstract records concerning Mr. Reagan.

Please release all search slips, including search slips used to process this request.

Please process and release copies of duplicate records that are distinguished by substantive administrative markings.

2

Substantive administrative markings for this purpose include but are not limited to any hand written notations on the document.

Please note that there is no need to release records that have been previously released to me, unless there is additional information in them that was withheld but can now be disclosed.

I ask that you promptly release the requested information within the time period specified by the FOIA. If you are unable to do so, please state the specific reason why not.

I hereby agree to pay reasonable costs for the production of these records, and I reserve my right to pursue a fee waiver at a later date.

Finally, please note that by submitting this request I am in no way waiving my rights or arguments as set forth in any pending litigation.

Please phone me at 415-861-5881 if I may be of any assistance.

Thank you very much.

Sincerely,


Seth Rosenfeld

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBF
450 Golden Gate
SF  94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tony XX Locus   8/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0001 1064 2845

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.75   0056 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

SAN FRANCISCO, CA
AUG 6 2007
Postmark Here
08/06/2007

Sent To  FBF  SF  Newm
Street, Apt. No.; or PO Box No.  450 Golden Gate
City, State, ZIP+4  SF  94102

PS Form 3800, June 2002   See Reverse for Instructions

7005 1820 0001 1064 2845

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


August 6, 2007                    By Certified Mail


FBI Sacramento - FOIA Office
4500 Orange Grove Avenue
Sacramento, California 95841-4205

              Re: Ronald Reagan FOIA Request

Dear FOIA Officer,

This is an FOIAPA request for certain records concerning
the late president Ronald Wilson Reagan as set forth below.

As you know, the FBI has previously released some records
concerning Mr. Reagan to me under FOIAPA Request No.
405,193.  This request, which was part of the settlement in
prior litigation, required the FBI to produce the
following:

"Any and all records at FBI HQ, San Francisco, Los Angeles,
Sacramento, San Diego, Washington Field Office, and all
offices of origin on Ronald W. Reagan (date of birth
2/06/11; UC Regent ex officio c. 1966-1978), from the
earliest records through January 1, 1979."

I subsequently appealed the FBI's failure to search for
and/or release certain responsive records to this request.
These non-released records were set forth in the May 4,
2006 letter to Assistant U.S. Attorney Mark Quinlivan from
my attorney David Greene. I have enclosed a copy of
relevant portions of this letter for your reference. Please
note in particular the list of requested items under
heading "E) Conclusion" at page 9.

In addition, and as set forth in my Oct. 16, 2006 letter to
you, I believe that pertinent information concerning
deceased and/or public figure individuals was withheld from
the records released to me pursuant to FOIAPA Request No.
405,193. In addition, I believe that pertinent information

                                                          1

concerning these individuals may appear in the records the
FBI failed to search for and/or produce pursuant to FOIA
Request No. 405,193, as described in the preceding
paragraph. A copy of this letter and its attached
documentation of the deceased and public figure status of
the listed individuals are already in your possession. I
have attached for your reference a copy of the letter.

I hereby request the production of all the records and
information as set forth in this instant letter and the two
above referenced letters.

Additionally, please note the following:

I am requesting all see references. In processing see
references, please release the entire see reference
document if the body of the document is less than 10 pages.
If it is more than 10 pages, please release the first five
pages of the body of the document, the last five pages of
the body of the document, and the five pages on either side
of each reference to Mr. Reagan. In addition to these pages
in the body of the document, for each see reference please
release all administrative pages at the beginning and at
the end of the body of the document.

As noted above, I have previously provided the FBI with
obituaries and other proof of death for individuals who may
appear in the requested records. Please note that in
addition to these persons, please note that Richard G.
Hubler, who co-authored Mr. Reagan's autobiography, is
deceased.

Please be sure to check the readily available on-line
Social Security Death Index on other names that may appear
in the requested records, since a person's deceased status
weighs in favor of more complete disclosure of information
to the public.

This request specifically includes all index cards and
abstract records concerning Mr. Reagan.

Please release all search slips, including search slips
used to process this request.

Please process and release copies of duplicate records that
are distinguished by substantive administrative markings.
Substantive administrative markings for this purpose

include but are not limited to any hand written notations on the document.

Please note that there is no need to release records that have been previously released to me, unless there is additional information in them that was withheld but can now be disclosed.

I ask that you promptly release the requested information within the time period specified by the FOIA. If you are unable to do so, please state the specific reason why not.

I hereby agree to pay reasonable costs for the production of these records, and I reserve my right to pursue a fee waiver at a later date.

Finally, please note that by submitting this request I am in no way waiving my rights or arguments as set forth in any pending litigation.

Please phone me at 415-861-5881 if I may be of any assistance.

Thank you very much.

Sincerely,


Seth Rosenfeld

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PBF
4500 Orange Grove Ave
Sacto, CA
95841-4205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
8/10/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0001 1064 2814

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SACRAMENTO CA 95841

|  |  |  |
|---|---|---|
| Postage | $ $0.75 | 0056 |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.55 | 08/06/2007 |

Sent To   PBF Sacto   new MA
Street, Apt. No.; or PO Box No.   4500 Orange Grove Ave
City, State, ZIP+4   Sacto CA 95841

7005 1820 0001 1064 2814

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


August 6, 2007     By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information
 Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001


          Re: FOIAPA Request re Ronald Reagan


Dear Mr. Hardy,

This is an FOIAPA request for certain records concerning
the late president Ronald Wilson Reagan as set forth below.

As you know, the FBI has previously released some records
concerning Mr. Reagan to me under FOIAPA Request No.
405,193.) This request, which was part of the settlement in
prior litigation, required the FBI to produce the
following:

"Any and all records at FBI HQ, San Francisco, Los Angeles,
Sacramento, San Diego, Washington Field Office, and all
offices of origin on Ronald W. Reagan (date of birth
2/06/11; UC Regent ex officio c. 1966-1978), from the
earliest records through January 1, 1979."

1 subsequently appealed the FBI's failure to search for
and/or release certain responsive records to this request.
These non-released records were set forth in the May 4,
2006 letter to Assistant U.S. Attorney Mark Quinlivan from
my attorney David Greene. I have enclosed a copy of
relevant portions of this letter for your reference. Please
note in particular the list of requested items under
heading "H) Conclusion" at page 9.

1

In addition, and as set forth in my Oct. 16, 2006 letter to you, I believe that pertinent information concerning deceased and/or public figure individuals was withheld from the records released to me pursuant to FOIAPA Request No. 405,193. In addition, I believe that pertinent information concerning these individuals may appear in the records the FBI failed to search for and/or produce pursuant to FOIA Request No. 405,193, as described in the preceding paragraph. A copy of this letter and its attached documentation of the deceased and public figure status of the listed individuals are already in your possession. I have attached for your reference a copy of the letter.

I hereby request the production of all the records and information as set forth in this instant letter and the two above referenced letters.

Additionally, please note the following:

I am requesting all see references. In processing see references, please release the entire see reference document if the body of the document is less than 10 pages. If it is more than 10 pages, please release the first five pages of the body of the document, the last five pages of the body of the document, and the five pages on either side of each reference to Mr. Reagan. In addition to these pages in the body of the document, for each see reference please release all administrative pages at the beginning and at the end of the body of the document.

As noted above, I have previously provided the FBI with obituaries and other proof of death for individuals who may appear in the requested records. Please note that in addition to these persons, please note that Richard G. Hubler, who co-authored Mr. Reagan's autobiography, is deceased.

Please be sure to check the readily available on-line Social Security Death Index on other names that may appear in the requested records, since a person's deceased status weighs in favor of more complete disclosure of information to the public.

This request specifically includes all index cards and abstract records concerning Mr. Reagan.

Please release all search slips, including search slips used to process this request.

Please process and release copies of duplicate records that are distinguished by substantive administrative markings. Substantive administrative markings for this purpose include but are not limited to any hand written notations on the document.

Please note that there is no need to release records that have been previously released to me, unless there is additional information in them that was withheld but can now be disclosed.

I ask that you promptly release the requested information within the time period specified by the FOIA. If you are unable to do so, please state the specific reason why not.

I hereby agree to pay reasonable costs for the production of these records, and I reserve my right to pursue a fee waiver at a later date.

Finally, please note that by submitting this request I am in no way waiving my rights or arguments as set forth in any pending litigation.

Please phone me at 415-861-5881 if I may be of any assistance.

Thank you very much.

Sincerely,


Seth Rosenfeld


Enc.


3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Hard
PBF TR
Wash DC
2053S

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Martin Burns_  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                    8 13 10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0001 1064 2968

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20535

| | | |
|---|---|---|
| Postage | $ | $0.75 | 0055 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.55 | 08/06/2007 |

Sent To   David Hard   Weiner
Street, Apt. No.;   Wash DC   2053S
or PO Box No.
City, State, ZIP+4   PBF TR

PS Form 3800, June 2002                See Reverse for Instructions

7005 1820 0001 1064 2968

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


August 6, 2007                    By Certified Mail


FBI - FOIA OFFICE
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

                Re: Ronald Reagan FOIA Request

Dear FOIA Officer,

This is an FOIAPA request for certain records concerning
the late president Ronald Wilson Reagan as set forth below.

As you know, the FBI has previously released some records
concerning Mr. Reagan to me under FOIAPA Request No.
405,193.  This request, which was part of the settlement in
prior litigation, required the FBI to produce the
following:

"Any and all records at FBI HQ, San Francisco, Los Angeles,
Sacramento, San Diego, Washington Field Office, and all
offices of origin on Ronald W. Reagan (date of birth
2/06/11; UC Regent ex officio c. 1966-1978), from the
earliest records through January 1, 1979."

I subsequently appealed the FBI's failure to search for
and/or release certain responsive records to this request.
These non-released records were set forth in the May 4,
2006 letter to Assistant U.S. Attorney Mark Quinlivan from
my attorney David Greene. I have enclosed a copy of
relevant portions of this letter for your reference. Please
note in particular the list of requested items under
heading "H) Conclusion" at page 9.

In addition, and as set forth in my Oct. 16, 2006 letter to
you, I believe that pertinent information concerning
deceased and/or public figure individuals was withheld from
the records released to me pursuant to FOIAPA Request No.

                                                    1

405,193. In addition, I believe that pertinent information concerning these individuals may appear in the records the FBI failed to search for and/or produce pursuant to FOIA Request No. 405,193, as described in the preceding paragraph. A copy of this letter and its attached documentation of the deceased and public figure status of the listed individuals are already in your possession. I have attached for your reference a copy of the letter.

I hereby request the production of all the records and information as set forth in this instant letter and the two above referenced letters.

Additionally, please note the following:

I am requesting all see references. In processing see references, please release the entire see reference document if the body of the document is less than 10 pages. If it is more than 10 pages, please release the first five pages of the body of the document, the last five pages of the body of the document, and the five pages on either side of each reference to Mr. Reagan. In addition to these pages in the body of the document, for each see reference please release all administrative pages at the beginning and at the end of the body of the document.

As noted above, I have previously provided the FBI with obituaries and other proof of death for individuals who may appear in the requested records. Please note that in addition to these persons, please note that Richard G. Hubler, who co-authored Mr. Reagan's autobiography, is deceased.

Please be sure to check the readily available on-line Social Security Death Index on other names that may appear in the requested records, since a person's deceased status weighs in favor of more complete disclosure of information to the public.

This request specifically includes all index cards and abstract records concerning Mr. Reagan.

Please release all search slips, including search slips used to process this request.

Please process and release copies of duplicate records that are distinguished by substantive administrative markings.



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

FBI - LA
11000 Wilshire Bld
L A CA 50024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Miguel Hernandez    8-9-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0001 1064 2821

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL₂ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.75 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

Sent To    FOF LA    Newark

Street, Apt. No.; or PO Box No.    11000 Wilshire

City, State, ZIP+4    L A CA 50024

# Exhibit FFFF



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-SD-C60287-C

9797 Aero Drive
San Diego, California  92123
August 14, 2007

Seth Rosenfeld
P.O. Box 421,892
San Francisco, California 94142-1892

Dear Mr. Rosenfeld:

This is in response to your Freedom of Information Act ("FOIA")/Privacy Act request dated August 6, 2007 and received by this office on August 9, 2007.

Your request has been referred to FBI Headquarters ("FBIHQ") for processing.  The Record/Information Dissemination Section ("RIDS") at FBIHQ will maintain your request and assign it for processing and response in the order it was received.  In addition, RIDS will assign your request a FOIPA Number and advise you of that number as soon as possible.

Any future correspondence concerning this request should be directed to FBI Headquarters, RID Section, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

Sincerely,

Daniel J. Poore
Chief Division Counsel



**U.S. Department of Justice**

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No.

Washington Field Office
601 4th Street, NW
Washington, D.C. 20535-0002
August 14, 2007

Mr. Seth Rosenfeld
P.O. Box 421892
San Francisco, CA 94142-1892

Dear Mr. Rosenfeld:

    This is in response to your Freedom of Information Act request to this office for records pertaining to Ronald Wilson Reagan.  Your letter was received in this office on August 14, 2007.

    In accordance with current FBI policy, your letter is being referred to FBI Headquarters (FBIHQ), also located in Washington, D.C., for appropriate handling.  The Record/Information Dissemination Section (RIDS) at FBIHQ will respond to you.  Any future correspondence concerning this matter should be directed to FBI Headquarters, RID Section, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

                        Sincerely,

                        Joseph Persichini, Jr.
                        Assistant Director in Charge

                        By: Thomas J. Herbst
                          Associate Division Counsel