James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seth Rosenfeld | Case No. 3:07-cv-03240-MHP |
| Plaintiff, | NOTICE OF FILING OF FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| Federal Bureau of Investigation, and United States Department of Justice | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Seth Rosenfeld has filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a) in lieu of filing an opposition to Defendants' pending Motion to Dismiss.

DATED: 22 October 2007         Respectfully submitted,
                               James R. Wheaton
                               David A. Greene
                               FIRST AMENDMENT PROJECT


                               By:
                                   Attorneys for Plaintiff
                                   SETH ROSENFELD
                                       NOTICE OF FILING OF FIRST
                                       AMENDED COMPLAINT