SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 240885)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:    (415) 436-7314
Facsimile:    (415) 436-6748
Email:        ellen.fitzgerald@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>            Defendants. | No. C 07-3240 MHP<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST, FOURTH AND, IN PART, PLAINTIFF'S SEVENTH CAUSES OF ACTION**<br><br>Date: Monday, November 5, 2007<br>Time: 2:00 pm<br>Ctrm: 15, 18th Floor |

PLEASE TAKE NOTICE that defendants, the United States Department of Justice and the United States Federal Bureau of Investigation, by and through their undersigned counsel, hereby withdraw their pending motion pursuant to Fed. R. Civ. Pro. 12(b)(1) to dismiss the first, fourth, and, in part, seventh causes of action in plaintiff's Complaint for Injunctive Relief.

This is an action arising under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq., to compel disclosure of agency records. On or about July 20, 2007, defendants' moved for leave to file an early motion to dismiss the first, fourth, and, in part, seventh causes of action in plaintiff's Complaint for Injunctive Relief. The court, by order dated September 26, 2007, granted defendants' motion for leave to file their motion to dismiss; defendants filed the motion

on or about October 1, 2007.

On or about October 22, 2007, plaintiff filed a First Amended Complaint for Injunctive Relief in lieu of opposition to defendants' motion to dismiss. Defendants therefore are withdrawing their pending motion to dismiss the first, fourth, and, in part, seventh causes of action in plaintiff's Complaint for Injunctive Relief. Defendants intend to seek leave to file another motion to dismiss the First Amended Complaint for, <u>inter alia</u>, lack of subject matter jurisdiction.

Dated: November 1, 2007

                              Respectfully submitted,

                              SCOTT N. SCHOOLS
                              United States Attorney

By:       /s/
        ELLEN M. FITZGERALD
        Assistant United States Attorney