1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 240885)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone:    (415) 436-7314
   Facsimile:    (415) 436-6748
6  Email:        ellen.fitzgerald@usdoj.gov

7  Attorneys for Federal Defendants

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11 SETH ROSENFELD,                       )   No. C 07-3240 MHP
                                         )
12                                       )
                     Plaintiff,          )
13                                       )   **NOTICE OF WITHDRAWAL OF**
                                         )   **DEFENDANTS' MOTION TO DISMISS**
14         v.                            )   **PLAINTIFF'S FIRST, FOURTH AND,**
                                         )   **IN PART, PLAINTIFF'S SEVENTH**
15                                       )   **CAUSES OF ACTION**
                                         )
16 UNITED STATES DEPARTMENT OF           )   Date: Monday, November 5, 2007
   JUSTICE, and UNITED STATES            )   Time: 2:00 pm
17 FEDERAL BUREAU OF                     )   Ctrm: 15, 18th Floor
   INVESTIGATION,                        )
18                                       )
                     Defendants.         )
19 _____)

20         PLEASE TAKE NOTICE that defendants, the United States Department of Justice and

21 the United States Federal Bureau of Investigation, by and through their undersigned counsel,

22 hereby withdraw their pending motion pursuant to Fed. R. Civ. Pro. 12(b)(1) to dismiss the first,

23 fourth, and, in part, seventh causes of action in plaintiff's Complaint for Injunctive Relief.

24         This is an action arising under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq.,

25 to compel disclosure of agency records. On or about July 20, 2007, defendants' moved for leave

26 to file an early motion to dismiss the first, fourth, and, in part, seventh causes of action in

27 plaintiff's Complaint for Injunctive Relief. The court, by order dated September 26, 2007,

28 granted defendants' motion for leave to file their motion to dismiss; defendants filed the motion

NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS
C 07-3240 MHP

on or about October 1, 2007.

On or about October 22, 2007, plaintiff filed a First Amended Complaint for Injunctive Relief in lieu of opposition to defendants' motion to dismiss. Defendants therefore are withdrawing their pending motion to dismiss the first, fourth, and, in part, seventh causes of action in plaintiff's Complaint for Injunctive Relief. Defendants intend to seek leave to file another motion to dismiss the First Amended Complaint for, <u>inter alia</u>, lack of subject matter jurisdiction.

Dated: November 1, 2007

                              Respectfully submitted,

                              SCOTT N. SCHOOLS
                              United States Attorney

By:        /s/
           ELLEN M. FITZGERALD
           Assistant United States Attorney