SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:    (415) 436-7314
Facsimile:    (415) 436-6748
Email:        ellen.fitzgerald@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | No. C 07-3240 MHP<br><br>(Related: Nos. C 90-3576 MHP, C 85-1709 MHP, and C 85-2247 MHP)<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT;[PROPOSED] ORDER** |

Subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate that defendants' time to answer or otherwise move with respect to plaintiff's First Amended Complaint is extended from November 13, 2007 to November 30, 2007.  The extension of time is needed because of the highly detailed allegations in the First Amended Complaint, a 387-page pleading with accompanying exhibits A through RRR.  It is not readily apparent how the First Amended Complaint differs from plaintiff's original Complaint, and, as a result, defendants will require additional time to review the new pleading line-by-line to prepare a comprehensive response.  The First Amended Complaint also includes an additional 30 exhibits pertaining to plaintiff's numerous FOIA requests which were not part of plaintiff's original Complaint.  Defendants will require additional time to verify the authenticity of each

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT
C 07-03240 MHP

new exhibit in order to properly respond to the claims presented in the First Amended Complaint.  Finally, defendants are continuing to process some of the FOIA requests included in the First Amended Complaint, and the status of these requests can change daily.  Defendants will use this additional time to ascertain the current status of each of plaintiff's pending FOIA requests and prepare an appropriate response.

IT IS SO STIPULATED.

DATED: November 12, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By:     /s/
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorneys for Defendants

DATED: November 12, 2007        FIRST AMENDMENT PROJECT

By:     /s/
DAVID A. GREENE
Attorneys for Plaintiff

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT
C 07-03240 MHP                                2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that defendant's time to answer or otherwise move with respect to plaintiff's First Amended Complaint is hereby extended until on or before November 30, 2007.

DATED _____, 2007   _____
HON. MARILYN HALL PATEL
United States District Judge