1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
4 | 450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
5 | Telephone:    (415) 436-7314
Facsimile:    (415) 436-6748
6 | Email:        ellen.fitzgerald@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SETH ROSENFELD,                       )   No. C 07-3240 MHP
                                      )
            Plaintiff,                )   (Related: Nos. C 90-3576 MHP, C 85-1709
                                      )   MHP, and C 85-2247 MHP)
     v.                               )
                                      )
UNITED STATES DEPARTMENT OF           )   **STIPULATION EXTENDING TIME TO**
JUSTICE, and UNITED STATES            )   **ANSWER OR OTHERWISE RESPOND**
FEDERAL BUREAU OF                     )   **TO PLAINTIFF'S FIRST AMENDED**
INVESTIGATION,                        )   **COMPLAINT; [PROPOSED] ORDER**
                                      )
            Defendants.               )
_____ )

Subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate that defendants' time to answer or otherwise move with respect to plaintiff's First Amended Complaint is extended from November 13, 2007 to November 30, 2007. The extension of time is needed because of the highly detailed allegations in the First Amended Complaint, a 387-page pleading with accompanying exhibits A through RRR. It is not readily apparent how the First Amended Complaint differs from plaintiff's original Complaint, and, as a result, defendants will require additional time to review the new pleading line-by-line to prepare a comprehensive response. The First Amended Complaint also includes an additional 30 exhibits pertaining to plaintiff's numerous FOIA requests which were not part of plaintiff's original Complaint. Defendants will require additional time to verify the authenticity of each

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT
C 07-03240 MHP

1  new exhibit in order to properly respond to the claims presented in the First Amended
2  Complaint. Finally, defendants are continuing to process some of the FOIA requests included in
3  the First Amended Complaint, and the status of these requests can change daily. Defendants will
4  use this additional time to ascertain the current status of each of plaintiff's pending FOIA
5  requests and prepare an appropriate response.

7  IT IS SO STIPULATED.

9  DATED:    November 12, 2007         Respectfully submitted,

11                                       SCOTT N. SCHOOLS
                                         United States Attorney

13                          By:          /s/
                                         ELLEN M. FITZGERALD
14                                       Assistant United States Attorney
                                         Attorneys for Defendants

16  DATED:    November 12, 2007         FIRST AMENDMENT PROJECT

18                          By:          /s/
                                         DAVID A. GREENE
19                                       Attorneys for Plaintiff

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT
C 07-03240 MHP                    2

1 **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS HEREBY ORDERED that defendant's time to answer or
3 otherwise move with respect to plaintiff's First Amended Complaint is hereby extended until on
4 or before November 30, 2007.

6 DATED __11/15_____, 2007    _____
7                                 HON. MARILYN HALL PATEL
                                  United States



STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT
C 07-03240 MHP                      3