James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seth Rosenfeld<br><br>         Plaintiff,<br><br>    vs.<br><br>Federal Bureau of Investigation, and United States Department of Justice<br><br>         Defendant. | Case No. 3:07-cv-03240-MHP<br><br>REQUEST FOR CASE MANAGEMENT CONFERENCE |

    On July 12, 2007, this case was related to previous actions dealing with similar matters between these parties. The order by its terms vacated the case management conference previously set.

    Since that order, the parties have resolved a motion to dismiss and an amended complaint has been filed. An answer was filed on November 30, 2007.

    There is no current date for a Case Management Conference. Plaintiff respectfully requests the Court set a date for a Case Management Conference at its earliest convenient date. Counsel for Defendant has indicated Defendant has no objection to this request.

REQUEST FOR CASE MANAGEMENT CONFERENCE                                    Page 1

DATED: 18 January 2008

Respectfully submitted,
James R. Wheaton
David A. Greene
FIRST AMENDMENT PROJECT

By:  __/s/_____
     Attorneys for Plaintiff
     SETH ROSENFELD