UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, | No. C 07-03240 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Case Management Conference)** |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION et al, | |
| Defendant(s). | |

This case is hereby scheduled for a further case management conference on **February 25, 2008, at 3:00 p.m.** A Joint Case Management Statement is due one week prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: January 24, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140