DAVID A. GREENE (CSBN 160107)
First Amendment Project
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Telephone:     (510) 208-7744
Facsimile:     (510) 208-4562
E-mail:        dgreene@thefirstamendment.org

Attorneys for Plaintiff


JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:     (415) 436-7314
Facsimile:     (415) 436-6748
E-mail:        ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>          Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>          Defendants. | No. C 07-3240 MHP<br>(Related: Nos. C 90-3576 MHP, C 85-1709 MHP, and C 85-2247 MHP)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  February 25, 2008<br>Time:  3 p.m. |

      Plaintiff, Seth Rosenfeld, and defendants, the United States Department of Justice and the Federal Bureau of Investigation ("defendants"), by and through their undersigned counsel, hereby submit the following Joint Case Management Conference Statement pursuant to Rule 16-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07-03240 MHP

1 | 9 of the Local Civil Rules for the Northern District of California:

2 | 1.    <u>Jurisdiction and Service</u>:   This is an action arising under the Freedom of Information

3 | Act, 5 U.S.C. § 552 ("FOIA"), over which this court has subject matter jurisdiction pursuant to

4 | 28 U.S.C. § 1331.  Personal jurisdiction, venue, and service are not at issue.

5 | 2.    <u>Facts</u>:  By his complaint, plaintiff, Seth Rosenfeld, alleges that defendants have

6 | improperly withheld records responsive to his FOIA requests.  Specifically, plaintiff seeks

7 | agency records pertaining to Ronald Reagan, Herbert Ellingwood, Alex Sherriffs, Roy M.

8 | Brewer, Neil Reagan, the "80" Files, the Motion Picture Industry Council, the Labor League of

9 | Hollywood Voters, and the Motion Picture Alliance for the Preservation of American Ideals.

10 |     Defendants deny that they have improperly withheld records responsive to plaintiff's

11 | FOIA requests.

12 | 3.    <u>Legal Issues</u>:   None are anticipated at this time.

13 | 4.    <u>Motions</u>:  None anticipated at this time. If the parties are unable to resolve their dispute,

14 | they anticipate filing cross-motions for summary judgment.

15 | 5.    <u>Amendment of Pleadings</u>:  Plaintiff filed a First Amended Complaint on or about October

16 | 22, 2007.  Defendants filed their Answer on or about November 30, 2007.

17 | 6.    <u>Evidence Preservation</u>:  Defendants have taken affirmative steps to preserve documents

18 | and evidence related to this action.

19 | 7.    <u>Disclosures</u>:  Defendants do not believe initial disclosures are necessary at this time.

20 | Defendants have communicated with plaintiff and his counsel and are making a good faith effort

21 | to respond to plaintiff's concerns regarding the handling of the FOIA requests which are the

22 | subject of this action.

23 | 8.    <u>Discovery</u>:  The parties do not anticipate having to engage in discovery.

24 | 9.    <u>Class Actions</u>:  Not applicable.

25 | 10.    <u>Related Cases</u>:  <u>Rosenfeld, et al v. United States, et al</u>., C 85-0179 MHP, <u>Rosenfeld, et al.

26 | v. U.S. Dept. of Justice</u>, C 85-02247 MHP, and <u>Rosenfeld v. DOJ, et al</u>., C 90-03576 MHP.

27 | 11.    <u>Relief</u>:  Plaintiff seeks an order directing defendants to produce all requested agency

28 | records and awarding costs and attorneys fees incurred in this action.

12. <u>Settlement and ADR</u>:  The parties are seeking to resolve their differences without engaging in the formal ADR process.

13. <u>Consent to Magistrate Judge for All Purposes</u>:  Defendants respectfully request that this action be assigned to Magistrate Judge Elizabeth D. Laporte for all purposes.  Judge Laporte is currently presiding over three other FOIA actions filed by plaintiff against defendants: <u>Rosenfeld, et al v. United States, et al.</u>, C 85-0179 MHP, <u>Rosenfeld, et al. v. U.S. Dept. of Justice</u>, C 85-02247 MHP, and <u>Rosenfeld v. DOJ, et al</u>., C 90-03576 MHP.  By order dated July 12, 2007, this Court determined that the instant FOIA action was related to the three earlier actions.  Judge Laporte is familiar with the parties and the legal and factual contentions on both sides.  Because of the similarity of the issues in all three cases, it will serve the interests of judicial economy for all of plaintiff's actions to be heard by Judge Laporte.

Plaintiff disagrees.  The cases cited all remain in this Court before Judge Patel.  The order of January 22, 1996 approving the settlement agreement expressly provided that this Court did in fact "retain jurisdiction over these cases in order to enforce and administer the terms of the agreement and to resolve any fee disputes."  See also Agreement at subparagraphs 6(a) and (c) [same language].

The only thing referred to the Magistrate Judge was the adjudication of challenges by Mr. Rosenfeld to any decision by defendants to withhold records.  Subparagraphs 6(d)-(h).  Even as to those, any challenges to withholding under certain exemptions of the FOIA remain subject to appellate review by this Court (they are sections(b)(1) [classified information]; (b)(3) [intelligence sources and methods]; (b)(7)(D) [identity of confidential sources].  Subparagraph 6(I).

Moreover, and beyond the issues involved in implementing the agreement, Plaintiff moved for related case status because of this Court's lengthy history and familiarity with the parties and the legal issues that arose over the many years of active litigation, matters that were solely before this Court before the agreement was reached.

14. <u>Other References</u>:  None.

15. <u>Narrowing of Issues</u>: None at this time.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07-03240 MHP                                          3

1  16.  Expedited Schedule: No.

2  17.  Scheduling: On or about December 19, 2007, the parties participated in a conference call to discuss defendants' responses to plaintiff's FOIA requests. The call was productive, and defendants agreed to review a number of matters plaintiff raised. By letter dated December 21, 2007, plaintiff's counsel memorialized plaintiff's specific concerns about defendants' processing of his requests. Defendants have been verifying and double-checking their responses to plaintiff's numerous requests, and they will provide a written response to plaintiff's counsel's letter on or before February 25, 2008. The parties intend to continue to communicate through counsel in a good faith effort to address the concerns expressed during the December 21, 2007 conference call.

18.  Trial: Not applicable.

19.  Disclosure of Non-party Interested Entities or Persons: None.

Dated: February 19, 2008

Respectfully submitted,

FIRST AMENDMENT PROJECT

By:     /s/
DAVID A. GREENE
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

By:     /s/
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorney for Defendants