**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 25, 2008

Case No.  C 07-3240 MHP            Judge: MARILYN H. PATEL

Title: SETH ROSENFELD -v- FBI et al

Attorneys:  Plf: David Green, James Wheaton
            Dft: Ellen Fitzgerald

Deputy Clerk: Anthony Bowser    Court Reporter: Sahar McVicker

**PROCEEDINGS**

1) Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Plaintiff to provide rule 26 disclosures not later than 4/11/2008; Vaughn index to be provided not later than 4/28/2008;

Cross motions for summary judgment to be filed not later than 6/2/2008;
Oppositions to be filed not later than 6/16/2008;
No replies to be filed;
Hearing on cross motions to be heard 2:00 pm on 6/30/2008;