IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>  INVESTIGATION and )<br>  U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-CV-03240 |

# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

November 13, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: ELLINGWOOD, HERBERT E

FOIPA No. 1049408- 000

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☒(b)(3) | ☒(b)(7)(C) | ☐(k)(1) |
| National Security Act of 1947 and | ☒(b)(7)(D) | ☐(k)(2) |
| The CIA Act of 1949 | ☐(b)(7)(E) | ☐(k)(3) |
| | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

1489 page(s) were reviewed and 1319 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

  ☐ referred to the OGA for review and direct response to you.

  ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

Enclosure(s):

In further response to your Freedom of Information Act request, a final release of responsive material is now ready for release to you. FBI Headquarters file 161-15392; San Francisco field file 161-3605; Alexandria field file 161-7785 and Washington Field file 161-14852, all which consist of one section each, were processed for this release.

Third party information is not subject to access under the Privacy Act, 552 (a)(b). Accordingly, your access rights are limited to those provided by the Freedom of Information Act. This material was withheld from you pursuant to 552 (b)(7)(C) and or (b)(6) which pertains to material in which the release would constitute an unwarranted invasion of the personal privacy of third parties. This material is nor appropriate for discretionary release.

Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication of the enclosed documents. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of $126.50, payable to the Federal Bureau of Investigation. To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment.

This concludes the processing of your request.