IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION and<br>  U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT C

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892

December 19, 2007

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

   Re: Payment for FOIA copies

Dear Mr. Hardy,

   Please find enclosed separate checks in payment for the following FOIA Request copies:

   1) FOIAPA 1049330-001 Sacramento/HQ Corresponding 80 Files - $86.70.

   2) FOIAPA 1049408-000 Ellingwood, Herbert (Deceased) - $126.50.

   3) FOIAPA 1050648-001 Motion Picture Alliance for the Preservation of American Ideals - $89.10.

           Thank you very much,

           *[signature]*
           Seth Rosenfeld

Enc.

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**PERSONAL MONEY ORDER**　　　　0017603159

00170　11-24
Office AU #　1210(8)

Operator I.D.　cu016890

PAY TO THE ORDER OF　***FBI***

***MEMO: FOIAPA 1049408-000***

***One hundred twenty-six dollars and 50 cents***

December 20, 2007

***$126.50**

VOID IF OVER US $ 126.50
Purchaser's Signature

WELLS FARGO BANK, N.A.
THE CASTRO
557 CASTRO ST
SAN FRANCISCO, CA 94114
FOR INQUIRIES CALL (480) 394-3122

⑆0017603159⑆ ⑈121000248⑈4861  505360⑉

Security Features Included · Details on Back