IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE, <br><br> Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT F



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD  
POST OFFICE BOX 421892  
SAN FRANCISCO, CA 94142 1892

August 11, 2004

Request No.: 1001628-000  
Subject: SHERRIFFS, ALEXANDER C

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to our requests, our focus is to identify records that are indexed as main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices as well as the Electronic Surveillance Indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy  
Section Chief,  
Record/Information  
 Dissemination Section  
Records Management Division

Enclosure