IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 07-CV-03240<br>) |
| FEDERAL BUREAU OF<br>INVESTIGATION and<br>U.S. DEPARTMENT OF JUSTICE, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

# EXHIBIT G



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*  *Washington, D.C. 20530*

**MAY 2 6 2005**

Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

    Re: Request No. 1001628 - Alexander C. Sherriffs

Dear Mr. Rosenfeld:

    This is to advise you that your administrative appeal from the action of the Federal Bureau Investigation on your request for information from the files of the Department of Justice was received by this Office on May 18, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1852**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                        Sincerely,

                                        Priscilla Jones
                                        Chief, Administrative Staff