IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,

    Plaintiff,

    v.    Civil Action No. 07-CV-03240

FEDERAL BUREAU OF
  INVESTIGATION and
  U.S. DEPARTMENT OF JUSTICE,

    Defendants.

# EXHIBIT H



U.S. Department of Justice

Office of Information and Privacy

---

*Telephone: (202) 514-3642*      *Washington, D.C. 20530*

**JUL 1 6 2007**

Re: Appeal Nos. 05-1852, 07-0563 and
    07-0573

Mr. Seth Rosenfield      Request Nos. 1001628, ####### and
Post Office Box 421, 892      1063060
San Francisco, CA 94142-1892      ADW:KM

Dear Mr. Rosenfeld:

    You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to Alexander C. Sherriffs, Ronald Reagan and Roy M. Brewer.

    I have been informed that you filed a Complaint for judicial review of the action of the FBI in the United States District Court for the Northern District of California. Inasmuch as this matter is now before the Court, I am closing your appeal files in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

Sincerely,

Janice Galli McLeod
Associate Director