IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-03240 |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION and ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT J



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*  *Washington, D.C. 20530*

**JUL 16 2007**

Re: Appeal Nos. 05-1852, 07-0563 and
    07-0573

Mr. Seth Rosenfield  
Post Office Box 421, 892  
San Francisco, CA 94142-1892  

Request Nos. 1001628, ▆▆▆▆▆ and
1063060  
ADW:KM

Dear Mr. Rosenfeld:

    You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to Alexander C. Sherriffs, Ronald Reagan and Roy M. Brewer.

    I have been informed that you filed a Complaint for judicial review of the action of the FBI in the United States District Court for the Northern District of California. Inasmuch as this matter is now before the Court, I am closing your appeal files in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

Sincerely,

Janice Galli McLeod  
Associate Director