IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-CV-03240 |
| FEDERAL BUREAU OF ) INVESTIGATION and ) U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendants. ) | |

# EXHIBIT M

05/17/05 TUE 11:45 FAX                                                                @001

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 12, 2005    By Certified Mail and Fax to 202-324-3752

Mr. David M. Hardy
Section Chief - Record/Information
    Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

    Re:  FBI Headquarters and Los Angeles Request
        No. 1017345
        Neil Reagan (deceased)

This letter concerns the above referenced requests, and your letter to me dated April 13, 2005.

Thank you very much for your letter acknowledging my request of March 23, 2005.

My request asked that you please advise me whether any of the requested records have been previously processed. Your letter did not address that question. I therefore request again that you advise me as to whether any of these records have been previously processed.

In addition, please provide me a specific date when you reasonably expect to release the records, if you cannot do so now.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld