IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-03240 |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION and ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT O



U.S. Department of Justice

Office of Information and Privacy

*Telephone: (202) 514-3642*  *Washington, D.C. 20530*

AUG 2 2 2005

Mr. Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

    Re:  Request Nos. 997262-001, 997928 and 1017395

Dear Mr. Rosenfeld:

    This responds to your letters dated May 12, 2005, in which you sought to appeal from the failure of the Federal Bureau of Investigation to respond to your requests for access to records.

    I have notified the FBI of your communication. It is my understanding that the FBI is still processing your requests. Although the Act authorizes you to treat the failure of the FBI to act on your requests within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the FBI. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the FBI completes its action on these particular requests if any of the material is denied. We will then open a new appeals and review the FBI's substantive action on your requests.

    In the event that the FBI still has not responded to your requests at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeals and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                                  Sincerely,

                                  Richard L. Huff
                                Co-Director

RLH:PAJ:CIH