IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF <br> INVESTIGATION and <br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT P

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005     By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

    RE: FOIA REQUESTS OF SETH ROSENFELD

Dear Mr. Hardy,

Please find enclosed letters concerning the following FOIA requests:

    1) Earl C. Bolton
    2) John A. McCone
    3) Robert L. Lamborn
    4) Alexander C. Sherriffs
    5) George Murphy
    6) Robert Montgomery
    7) Neil Reagan


Thank you for your help. I look forward to your prompt response to each of these.

Sincerely,
Seth Rosenfeld
Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Nov. 8, 2005      By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information
     Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

    Re:   FBI Headquarters, WFO and Los Angeles Request
         No. 1017395-000
         Neil Reagan (deceased)

This letter concerns the above referenced requests, and your letter to me dated May 26, 2005 and my reply to your letter dated June 10, 2005.

In your May 26, 2005 letter, you stated that the FBI had been unable to locate any responsive record concerning my request for "any and all" records concerning Neil Reagan, the late brother of the late President Ronald Reagan.

In my June 10, 2005 reply, I reiterated that my request sought any and all records. I specifically requested that you release all see references and all search slips, including search slips used to process this request.

However, to date you have not replied at all to my June 10, 2005 letter, and you have not released any records in response to this request from any FBI office.

It seems to me highly unlikely that the FBI, which is charged with conducting full background investigations pertaining to U.S. Presidents, would have no record of any kind concerning Neil Reagan, President Reagan's brother.

I thus reiterate my request that you release any and all records concerning the late Neil Reagan, including any and all search slips, including all search slips used to process this request at each of the FBI HQ and the WFO and L.A. Field Offices.

As this request is now nine months old, I ask that you immediately release all records as requested and as required by law.

If you cannot release these records now, please provide me a specific date when you reasonably expect to release the records.

Thank you very much for your help.

Very truly yours,

Seth Rosenfeld