IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-CV-03240 |
| FEDERAL BUREAU OF ) INVESTIGATION and ) U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendants. ) | |

# EXHIBIT S



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

March 27, 2008

Subject: REAGAN, NEIL

FOIPA No. 1017395- 003

Dear Mr. Rosenfeld:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**9** page(s) were reviewed and **9** page(s) are being released.

- ☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    - ☐ referred to the OGA for review and direct response to you.

    - ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.


Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division


Enclosure(s)

This is in further response to your Freedom of Information Act (FOIA) request to FBI Headquarters (FBIHQ) for information regarding Neil Reagan.

Please be advised that one (1) additional cross reference responsive to your request has now been located. This cross reference is identified as follows:

Serial 200 of FBI Headquarters (FBIHQ) file 100-340922. FBIHQ file 100-340922 is the 1940s -1950s internal security investigation entitled "Communist Infiltration of the Radio and Television Industries." This serial has been processed for release to you. All releasable information is enclosed with this letter.

FBIHQ file 100-340922 is a multiple subject file. In processing documents from multiple subject files for a Freedom of Information or Privacy Act release, it is the practice of the FBI to address only those pages which specifically mention the subject of the request. Therefore, only those pages which contained information pertaining to Neil Reagan were processed and any supplementary pages showing the context in which Neil Reagan was mentioned.

Please be advised that manual and automated indices were re-checked in an effort to find any additional record identifiable with Neil Reagan. Other than the enclosed document, no additional cross references were located in FBI files that were found to be responsive to your request.