IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE,

Defendants.

Civil Action No. 07-CV-03240

# EXHIBIT V

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel
wheaton@thefirstamendment.org
David Greene, Executive Director and Staff Counsel
dgreene@thefirstamendment.org

September 5, 2007

Via U.S. Mail and Facsimile

Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530
Fax: (202)514-1009

***Re: Appeal No. 07-0124; FBI Request 1049330 "80 Files"***

Dear Co-Director,

I am counsel for Seth Rosenfeld and hereby submit this appeal pursuant to the Freedom of Information Act in the above referenced requests.

By letter dated July 30, 2007, the FBI stated it had processed 1040 pages and released 967 pages. The FBI stated it had withheld 73 pages. In addition, it made numerous deletions in the released pages.

The FBI stated it was continuing to process responsive documents, but provided no date as to when it expected to release them.

I hereby appeal the FBI's withholdings from the 1040 pages that the FBI states were processed. Please note that this appeal in no way alters or waives our pending complaint in U.S. District seeking the processing and release of all responsive records, which, as noted the FBI has not even completed processing.

In regards to this appeal, we believe that at minimum additional information should be released in 80-136 and 80-138 files, particularly the names of the officials in Governor Reagan's office. These were high level officials carrying out routine public duties with little or no expectation of privacy. Moreover, they were themselves public figures. There is an overriding public interest in knowing how the state and federal government's operated. Further, this information is now 40 years old or so. In addition, please note that the FBI inconsistently processed the records, and did in fact release the names of some officials in some places but not others. There is no apparent reason for this inconsistency. Some of the withheld information was made public in press releases and reports at the time, as well. All of this weighs in favor of release.

Please note serial 10 of 80-136 is missing, without explanation.

The names to be released include those of Edwin Meese, the former U.S. Attorney General, who is clearly a public figure; Alex Sherriffs and Herbert Ellingwood, high state government officials who are deceased; Robert Finch, who was Lt. Governor, and is now deceased, and others who are likewise public figures and/or deceased.

Please note that proof of the public figure and/or deceased status of these individuals was made known to the FBI by Mr. Rosenfeld, and in any event was information that the FBI should have known and applied in processing the records.

As we hope to avoid further litigation on these issues, we would appreciate your promptly directing the FBI to review this matter and to release this obvious public information.

We expect that you will handle this matter within the time periods specified in the FOIA.

Thank you very much.

Sincerely,

David Greene
FIRST AMENDMENT PROJECT