IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-CV-03240 |
| FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendants. | ) |

# EXHIBIT W



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                *Washington, D.C. 20530*

SEP 1 7 2007

David Greene, Esq.
First Amendment Project
Ninth Floor
1736 Franklin Street
Oakland, CA 94612

    Re: Request No. 1049330 - Seth Rosenfeld

Dear Mr. Greene:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on September 12, 2007.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-2428**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                                       Sincerely,

                                       Priscilla Jones
                                       Supervisory Administrative Specialist

FBI