IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION and<br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT X



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*  *Washington, D.C. 20530*

OCT 0 9 2007

David Greene, Esq.
First Amendment Project
Ninth Floor
1736 Franklin Street
Oakland, CA 94612

Re:  Appeal No. 07-2428
     Request No. 1049330
     MJS:SRO

Dear Mr. Greene:

You appealed on behalf of your client, Seth Rosenfeld, from the action of the Sacramento Field Office of the Federal Bureau of Investigation on your client's request for access to main files 80-130 through 80-140.

I have been informed that on June 19, 2007, prior to the filing of your appeal with this Office, you filed a complaint seeking judicial review of your client's Freedom of Information Act request in the United States District Court for the Northern District of California. Inasmuch as this matter is now before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2007).

Sincerely,

Janice Galli McLeod
Associate Director