IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>  INVESTIGATION and )<br>  U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-CV-03240 |

# EXHIBIT Z

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892

December 19, 2007

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

    Re: Payment for FOIA copies

Dear Mr. Hardy,

    Please find enclosed separate checks in payment for the following FOIA Request copies:

    1) FOIAPA 1049330-001 Sacramento/HQ Corresponding 80 Files - $86.70.

    2) FOIAPA 1049408-000 Ellingwood, Herbert (Deceased) - $126.50.

    3) FOIAPA 1050648-001 Motion Picture Alliance for the Preservation of American Ideals - $89.10.

    Thank you very much,

*[signature]*
Seth Rosenfeld

Enc.

PERSONAL MONEY ORDER    0017603158

December 20, 2007

PAY TO THE ORDER OF  ***FBI***
***MEMO: FOIAPA 1049330-001***

***Eighty-six dollars and 70 cents***

**$86.70**

VOID IF OVER US $ 86.70

WELLS FARGO BANK, N.A.
THE CASTRO
557 CASTRO ST
SAN FRANCISCO, CA 94114
FOR INQUIRIES CALL (480) 394-3122