IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION and<br>  U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT AA



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
November 02, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142

Request No: 1076785-000
Subject: MOTION PICTURE INDUSTRY COUNCIL

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division