IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,                          )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )    Civil Action No. 07-CV-03240
                                         )
FEDERAL BUREAU OF                        )
INVESTIGATION and                        )
U.S. DEPARTMENT OF JUSTICE,              )
                                         )
        Defendants.                      )
                                         )

# EXHIBIT CC



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

February 28, 2008

Subject: MOTION PICTURE INDUSTRY COUNCIL

FOIPA No. 1076785- 000

Dear Requester:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☒(b)(3)  National Security Act of | ☒(b)(7)(C) | ☐(k)(1) |
|   1947 & CIA Act of 1949 | ☒(b)(7)(D) | ☐(k)(2) |
|   | ☒(b)(7)(E) | ☐(k)(3) |
|   | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

1024 page(s) were reviewed and 1018 page(s) are being released.

☒  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☒  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and/or 16.49, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. You have already received your 100 free pages with the release of FOIPA # 1050646. Upon receipt of these documents please make a check or money order payable to the Federal Bureau of Investigation in the amount of $101.80 for 1,018 released pages. To insure proper identification of your request, please return this letter or include the FOIPA request number(s) with your payment. Failure to pay for this release will close your current request as well as any pending FBI FOIA requests from you. Nonpayment will also cause an automatic denial of any future FOIA requests.

This is the final release concerning the Motion Picture Industry Council.