IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,                    )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )        Civil Action No. 07-CV-03240
                                   )
FEDERAL BUREAU OF                  )
   INVESTIGATION and               )
   U.S. DEPARTMENT OF JUSTICE,     )
                                   )
        Defendants.                )
                                   )

# EXHIBIT DD

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Jan. 31, 2007        Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

            Re: FOIA Request No. 1050649
            Labor League of Hollywood Voters

Dear Mr. Hardy,

        Please advise me as to the status of this request.

        As you know, the Mr. Daniel Metcalfe of the Office of
Information and Privacy advised me by letter dated Dec. 19,
2006 that he had remanded this request to the FBI for
further searches.

        However, I have had no further response from the FBI,
and no records have been released.

        Please release the records immediately, or if you
cannot, please provide a date when you reasonably expect to
release them.

        I look forward to your prompt response.

        Thank you for your help.

        Sincerely,

        Seth Rosenfeld
        Seth Rosenfeld