IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION and<br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT FF

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

January 31, 2007

Via Certified Mail & Fax to 202-324-3752

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

ATTENTION: REQUEST MANAGEMENT UNIT

Re: Motion Picture Alliance
FOIAPA No. 1050648-000

Dear Mr. Hardy,

On Oct. 16, 2006, I wrote you in response to your letter of August 21, 2006 in the above referenced matter asking the following questions. I never heard back from your office.

I would like to discuss the handling of this request by telephone. Some of my questions concern:

1) Is this a preprocessed file?
2) Is it available on line?
3) Is it available in the FBI's reading room?
4) Do you agree to process it to release information concerning deceased individuals for whom I have provided obituaries and death notices, including Ronald Reagan?

Please phone me at 415-861-5881 to discuss this.

Thank you very much for your assistance.

Sincerely,

Seth Rosenfeld