IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-03240 |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION and ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT GG

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892

December 19, 2007

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

    Re: Payment for FOIA copies

Dear Mr. Hardy,

    Please find enclosed separate checks in payment for the following FOIA Request copies:

    1) FOIAPA 1049330-001 Sacramento/HQ Corresponding 80 Files - $86.70.

    2) FOIAPA 1049408-000 Ellingwood, Herbert (Deceased) - $126.50.

    3) FOIAPA 1050648-001 Motion Picture Alliance for the Preservation of American Ideals - $89.10.

    Thank you very much,

    *Seth Rosenfeld* (signature)
    Seth Rosenfeld

Enc.

| | |
|---|---|
| 90176    11-24 / 1210(8) <br> Office AU # | PERSONAL MONEY ORDER     00176603160 |
| Operator I.D.: cu018890 | December 20, 2007 |
| PAY TO THE ORDER OF    ***FBI*** <br> ***MEMO: FOIAPA 1050648-001*** | **$89.10** |
| ***Eighty-nine dollars and 10 cents*** | |
| WELLS FARGO BANK, N.A. <br> THE CASTRO <br> 557 CASTRO ST <br> SAN FRANCISCO, CA 94114 <br> FOR INQUIRIES CALL (480) 394-3122 | [signature] <br> VOID IF OVER US $89.10 <br> Purchaser's Signature |

⑁00176031060⑁ ⑆121000248⑆4861 5053160⑈