IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>   Plaintiff,<br><br>       v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION and<br>  U.S. DEPARTMENT OF JUSTICE,<br><br>   Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT HH



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

August 24, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142 1892

                                Request No.: 1089424- 000
                                Subject: REAGAN, RONALD WILSON

Dear Requester:

- ☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI's San Francisco Field Office. The FOIPA number listed above has been assigned to your request.

- ☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

- ☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

- ☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

- ☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

- ☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

*[signature]*

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division