IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION and<br>  U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants. | Civil Action No. 07-CV-03240 |

# EXHIBIT II



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142 1892

April 11, 2008

Subject: REAGAN, RONALD WILSON

FOIPA No. 1089424- 000

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

**Section 552**

☐ (b)(1)
☒ (b)(2)
☐ (b)(3) _____
_____
_____
_____
☐ (b)(4)
☐ (b)(5)
☒ (b)(6)

☐ (b)(7)(A)
☐ (b)(7)(B)
☒ (b)(7)(C)
☒ (b)(7)(D)
☐ (b)(7)(E)
☐ (b)(7)(F)
☐ (b)(8)
☐ (b)(9)

**Section 552a**

☐ (d)(5)
☐ (j)(2)
☐ (k)(1)
☐ (k)(2)
☐ (k)(3)
☐ (k)(4)
☐ (k)(5)
☐ (k)(6)
☐ (k)(7)

<u>35</u> page(s) were reviewed and <u>35</u> page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

  ☐ referred to the OGA for review and direct response to you.

  ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

This is in further response to your Freedom of Information (FOIA) request to FBI Headquarters for information regarding Ronald Wilson Reagan. The status of the outstanding FBIHQ cross references mentioned in your letter dated May 4, 2006, is as follows: HQ file 66-6575 has been destroyed; HQ cross references 62-12188-7981, and 100-138754-A have previously been provided to you; HQ cross reference 58-11887-190 is dated after your time frame of 1/1/1979; HQ cross references 105-196603-5, 62-112228-A (date of article 6/29/69), and 62-112228-47-A (date of article 7/5/69) cannot be located at this time; HQ cross reference 91-01-1374 has been accessioned to the National Archives and Records Administration (NARA); and your subject, Ronald Reagan, does not appear in HQ cross reference 100-38280-384.

In addition, SC cross reference 194-4-1 has been accessioned to NARA . SF files 80-0-2602-A and 9-2094 have both destroyed.

FBIHQ main file 175-383 was provided to you in it's entirety with our pre-processed release dated 11/28/07.

Please be advised that the manual and automated indices at FBIHQ, and our San Francisco, Los Angeles, Sacramento, San Diego, and Washington Field Offices were re-checked in an effort to find any additional records identifiable with Ronald Reagan. Other than the enclosed documents, no additional records were located that were found to be responsive to your request.