JAMES R. WHEATON (Cal. Bar No. 115230)
DAVID A. GREENE (Cal. Bar No. 160107)
FIRST AMENDMENT PROJECT
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Tel:   (510) 208-7744
Fax:   (510) 208-4562

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, AND UNITED STATES DEPARTMENT OF JUSTICE<br><br>     Defendants. | Case No. 3:07-cv-03240-MHP<br><br>DECLARATION OF DAVID GREENE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE: June 30, 2008<br>TIME: 2:00 p.m.<br>DEPT: Judge: Hon. Marilyn Hall Patel |

I, DAVID GREENE, declare under penalty of perjury that, unless otherwise indicated, the following is true and correct of my own personal knowledge, that I can completely testify thereto:

1. I am the attorney of record for plaintiff Seth Rosenfeld in this matter. I have been primarily responsible for all communications with the defendants' and counsel since the inception of this case.

2. On February 22, 2008, I received a letter from Defendants' counsel setting forth the Defendants' position on several issues that had arisen since the filing of the

First Amended Complaint. A true and correct copy of that letter is attached as Exhibit B to Plaintiff's Exhibits in Support of Motion for Summary Judgment, filed herewith. In footnote 1 of that letter, the Defendants indicated that the FBI searched the manual indices for only "some of the subjects plaintiffs requested."

3. Following the February 25, 2008 case management conference in this matter, I communicated with Defendants' counsel Ellen M. FitzGerald several times with the goal of identifying disputed issues that the parties would address in their cross motions for summary judgment. I believed it was necessary to identify those issues because the FBI was still at that time producing responsive records to Mr. Rosenfeld. I therefore wanted to confirm the FBI's position on a number of issues so I could distinguish the records processing that was ongoing from that which the FBI was taking the position that it had no duty under FOIA to perform.

4. Attached to Plaintiff's Exhibits in Support of Motion for Summary Judgment, filed herewith, as **Exhibit C** are true and correct unsigned copies of my letters to Ms. FitzGerald dated March 4, 2008 and April 28, 2008. In these letters I sought to identify three issues about which I believed the parties had a fundamental disagreement that would need to be resolved by the court in considering the cross motions for summary judgment. Those issues, as set forth in the letters, were the FBI's apparent assertion that it did not have to search manual indices for all requested subjects, the FBI's apparent refusal to re-process previously processed records in light of changed circumstances, such as deaths, since the initial processing, and the FBI's refusal to process abstracts.

5. Ms. FitzGerald and I also spoke by telephone about these and other case management issues several times. In a telephonic conference on May 6, 2008, Ms. FitzGerald confirmed, as I had requested in my April 28, 2008 letter, that the FBI was taking the position that it did not have to search all manual indices for each FOIA request, that it did not have to re-process previously released records, and that it had not duty to search and produce abstracts in response to a FOIA request.

6. Several of the cover letters to record productions Mr. Rosenfeld had received since the filing of the First Amended Complaint had indicated that additional records would be processed. However, as of the end of April, Mr. Rosenfeld had not received additional records. I therefore asked Ms. FitzGerald to let me know when the FBI would complete processing any outstanding responsive records. In an email dated April 28, 2008, Ms. FitzGerald informed me that the FBI had completed all records processing as of April 11, 2008. She confirmed this in a telephone call on April 30, 2008.

7. On May 4, 2006, I wrote to Mark Quinlivan, who was at that time counsel of record for the FBI in Mr. Rosenfeld's other FOIA litigation against Defendants. In that letter I set forth the numerous ways in which Mr. Rosenfeld believed that the FBI had not properly and completely processed the Ronald Reagan request. A true and correct copy of that letter is attached as **Exhibit E** to Plaintiff's Exhibits in Support of Motion for Summary Judgment, filed.

Executed: June 2, 2008 at Oakland, California.

Respectfully submitted,

____/s/_____
David A. Greene