JAMES WHEATON (SBN 115230)
DAVID GREENE (SBN 160107)
FIRST AMENDMENT PROJECT
1736 Franklin St., 9th Floor
Oakland, CA 94612
Tel: (510) 208-7744
Fax: (510) 208-4562

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seth Rosenfeld | Case No. 3:07-cv-03240-MHP |
| Plaintiff, | PLAINTIFF'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| Federal Bureau of Investigation, and United States Department of Justice | Date:  June 30, 2008<br>Time:  2:00 p.m. |
| Defendant. | Judge Marilyn Hall Patel |

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFF SUBMITS the following exhibits as evidence in support of Motion for Summary Judgment:

| Exhibit | Date | Description |
| --- | --- | --- |
| A | May 16, 1996 | Settlement Agreement |
| B | February 22, 2008 | Letter to David Greene from DOJ |
| C | March 4, 2008; April 28, 2008 | Letters to DOJ from David Greene |
| D | May 2, 1996 | Letter to Seth Rosenfeld from DOJ Releasing 1,935 out of 2,199 pages |
| E | May 4, 2006 | Letter to DOJ from David Greene |
| F | February 28, 2006 | Letter to FAP from DOJ Re: Ronald Reagan Releasing 3,224 out of 3,273 pages |
| G | August 6, 2007 | Letter to FBI from Seth Rosenfeld Re: Ronald Reagan FOIA Request (includes 5/4/06 Letter from FAP to DOJ and 10/16/06 Letter from Rosenfeld to FBI) |
| H | November 28, 2007 | Letter to Rosenfeld from DOJ Re: Ronald ReaganReleasing 5,995 pages |
| I | April 11, 2008 | Letter to Rosenfeld from DOJ Ronald Reagan Releasing 35 out of 35 pages |
| J | September 10, 2007 | FBI Search Slip Re: Ronald Reagan |
| K | May 8, 2006 | Letter to FBI from Rosenfeld Re: FOIA Request - Ellingwood |
| L | July 19, 2006 | Letter to Rosenfeld from DOJ Re: Ellingwood Locating 530 pages |
| M | June 27, 2007 | Letter to Rosenfeld from DOJ Re: Ellingwood Releasing 46 out of 46 pages |
| N | November 13, 2007 | Letter to Rosenfeld from DOJ Re: Ellingwood Releasing 1,286 out 1,489 pages |
| O | April 4, 2008 | Letter to Resenfeld from DOJ Re: Ellingwood Releasing 14 out of 14 pages |
| P | July 17, 1969 | Memorandum to Mr. Tolson from C.D. De Loach Re: Ellingwood |
| Q | May 24, 2006 | FBI Search Slip Re: Ellingwood |
| R | February 11, 2008 | FBI Search Slip Re: Ellingwood |
| S | July 8, 2004 | Letter to FBI from Rosenfeld Re: Sherriffs |

| | | |
|---|---|---|
| T | February 19, 2005 | Letter to FBI from Rosenfeld Re: HQ FOIAPA No. 10001628-000; SF FOIAPA No Number Assigned; Sherriffs |
| U | April 1, 2008 | Letter to Rosenfeld from DOJ Re: Sherriffs Releasing 22 out of 22 pages |
| V | February 11, 2008 | FBI Search Slip Re: Sherriffs |
| W | October 13, 2006 | Letter to FBI from Rosenfeld Re: Roy M. Brewer |
| X | April 26, 2007 | Letter to Rosenfeld from DOJ Re: Brewer Releasing 231 out 281 pages |
| Y | April 2, 2008 | Letter to Rosenfeld from DOJ Re: Brewer Releasing 290 out 293 pages |
| Z | No Date | FBI Search Slip Re: Brewer |
| AA | March 23, 2005 | Letter to FBI from Rosenfeld Re: Neil Reagan |
| BB | May 26, 2005 | Letter to Rosenfeld from DOJ Re: Neil Reagan |
| CC | February 28, 2006 | Letter to Rosenfeld from DOJ Re: Neil Reagan Releasing 3 out of 3 pages |
| DD | September 4, 2007 | Letter to Rosenfeld from DOJ Re: Neil Reagan Releasing 88 out of 88 pages |
| EE | April 3, 2008 | Letter to Rosenfeld from DOJ Re: Neil Reagan Releasing 9 out of 9 pages |
| FF | 1981 | Governmental History Documentation Project Ronald Reagan Era |
| GG | February 11, 2008 | FBI Search Slip Re: Neil Reagan |
| HH | 1949 | FBI Document Re: Neil Reagan as Informant; Reference Number NY 100-80374 |
| II | June 14, 2006 | Letter to FBI from Rosenfeld Re: FOIA Request - MPIC, MPA, and LLHV |
| JJ | April 25, 2007 | Letter to Rosenfeld from DOJ Re: LLHV Releasing 49 out of 53 pages |
| KK | September 28, 2007 | Letter to Rosenfeld from DOJ Re: MPA Releasing 991 out of 1,006 pages |
| LL | February 28, 2008 | Letter to Rosenfeld from DOJ Re: MPIC Releasing 1,018 out of 1,024 pages |
| MM | February 8, 2007 | FBI Search Slip Re: MPIC |
| NN | August 11, 2006 | FBI Search Slip Re: LLHV |
| OO | August 11, 2006 | FBI Search Slip Re: MPA |

| PP | November 16, 2004 | Letter to DOJ from Rosenfeld RE: Policy on Why FBI Concentrates on Identifying Main Files |

Respectfully submitted,

DATED: June 2, 2008        BY:    _____/s/_____

David Greene
FIRST AMENDMENT PROJECT
Attorneys for Plaintiff