# Exhibit H



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 28, 2007

Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

Request No.: 1059424- 000
Subject: <u>REAGAN, RONALD WILSON</u>

Dear Mr. Rosenfeld:

Enclosed are approximately 5,995 pages of documents pertaining to your request for records from FBIHQ as well as a copy of the explanation of exemptions. Please be advised that these documents were previously processed under the provisions of the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for another requester. Information has been withheld in accordance with FOIA Exemptions 1, 2, 3, 6, 7(C), 7(D), and 7(E), 5 U.S.C. §§ (b)(1), (b)(2), (b)(3), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E).

In accordance with the DOJ FOIA regulations, 28 C.F.R. §16.11, there is a duplication fee of ten cents per page for every page released over 100 pages. In conjunction with this release, please send a check or money order, payable to the "Federal Bureau of Investigation," in the amount of $589.50. Please include the above-referenced FOIPA Request No. on your check or money order so that we may identify your request.

This release consists only of FBIHQ documents; it does not include documents you have requested from the San Diego, Los Angeles, Sacramento, San Francisco, and Washington Field Offices. The FBI will resume processing of the documents from these field offices upon receipt of the above-mentioned payment.

Please further note that this release is not in response to, nor in any way connected with, the prior settlement agreement between you and the FBI.

You may submit an appeal from any denial contained herein by writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty (60) days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA Request No. assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information Dissemination Section
Records Management Division

Enclosures

# Exhibit I



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142 1892

April 11, 2008

Subject: REAGAN, RONALD WILSON

FOIPA No. 1089424-000

Dear Mr. Rosenfeld:

     The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 6, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**35** page(s) were reviewed and **35** page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

This is in further response to your Freedom of Information (FOIA) request to FBI Headquarters for information regarding Ronald Wilson Reagan. The status of the outstanding FBIHQ cross references mentioned in your letter dated May 4, 2006, is as follows: HQ file 66-6575 has been destroyed; HQ cross references 62-12166-7981, and 100-138754-A have previously been provided to you; HQ cross reference 58-11887-180 is dated after your time frame of 1/1/1979; HQ cross references 105-196603-9, 62-112226-A (date of article 8/29/69), and 62-112226-47-A (date of article 7/5/69) cannot be located at this time; HQ cross reference 91-01-1374 has been accessioned to the National Archives and Records Administration (NARA); and your subject, Ronald Reagan, does not appear in HQ cross reference 100-38280-384.

In addition, SC cross reference 194-4-1 has been accessioned to NARA . SF files 80-0-2602-A and 9-2094 have both destroyed.

FBIHQ main file 176-383 was provided to you in it's entirety with our pre-processed release dated 11/28/07.

Please be advised that the manual and automated indices at FBIHQ, and our San Francisco, Los Angeles, Sacramento, San Diego, and Washington Field Offices were re-checked in an effort to find any additional records identifiable with Ronald Reagan. Other than the enclosed documents, no additional records were located that were found to be responsive to your request.

# Exhibit J

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

_____ Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main

LA

References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup   ☐ Variations
- ☐ Restricted to Locality of

Subject   Reagan, Ronald Wilson
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date _____ Searcher Initials _____
Prod.

| File Number | Serial | Ident | SDIS | ADB | Inactive |
|---|---|---|---|---|---|
| 190's NLL | | | | | |
| LA 175-0  Ser 1892, | 2081 p 5 | | | | |
| Reagan, Ronald W | | | | | |
| LA 89-0 Ser 309 | | | | | |
| 190's NLL | | | | | |
| (M) 185A-LA-130395 | | | | | |
| Reagan, Ronald | | | | | |
| 190's NLL | | | | | |
| (M) LA 94-7892 | | | | | |
| (M) LA 94-7938 | | | | | |
| (M) LA 89A-758 | | | | | |
| (M) LA 175-C-224 | | | | | |

FBI/

---

4-22a (12-3-92)

## Numerous Reference
## Search Slip

Date _____
Subject _____
R# _____
_____ Searcher Ini

| | File Number | Serial | Ident | SDIS | ADB (or similar) |
|---|---|---|---|---|---|
| (M) | LA 175C-217 | | | | |
| (M) | LA 175C-218 | | | | |
| | 190's NLL | | | | |
| | 1975 NLL | | | | |
| (M) | 300A-LA-233508 | | | | |
| (R) | 56C-LA-195816 | | | | |
| | Ser 12  P13 | | | | |
| (R) | 58C-PX-41605 (LA) | | | | |
| | Ser 148, 150 | | | | |
| (R) | 58A-LA-111204 | | | | |
| | Ser 13; 18 | | | | |
| (R) | 58A-HQ-1193317-LA | | | | |
| | Ser 30 | | | | |
| (R) | 58A-HQ-1193317-GANDHI | | | | |
| | Ser 14 p2 | | | | |
| (R) | 58A-HQ-1193317-302 | | | | |
| | Ser 2987 | | | | |
| (R) | LA 175-0  Ser 1634, 1953 | | | | |
| (R) | LA 183-924-E | | | | |
| | Ser. 231  239; 240 | | | | |
| (R) | 194B-LA-172824-W | | | | |
| | Ser 41 p 4 | | | | |
| (R) | 200A-LA-117276  Ser 9 p 7 | | | | |
| (R) | LA 211-0  Ser 14 | | | | |
| (R) | LA 247A-9-U | | | | |
| | Ser 197 | | | | |

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

_____
Supervisor, Room, Ext.

**Scope of Search:** (Check One)
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search       *SC*
- ☐ Criminal Search
- ☐ Main _____ References Only.

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup       ☐ Variations
- ☐ Restricted to Locality of _____

Subject
AKA (s)   *Reagan, Ronald Wilson*
_____

Birthdate & Place _____
SSAN _____
Localities _____

R #  _____ Date *9/10/07* Searcher Initials *____*
Prod. _____

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| *NR* | | | | | | |
| *Reagan, Ronald W* | | | | | | |
| (R) *SC 175-00* | *Ser 59* | | | | | |
| (R) *SC 211-00* | *Ser 17, 21* | | | | | |
| (R) *SC 100A-8101* | *Ser 98, A340* | | | | | |
| (R) *SC 194A-18050* | *Ser 76, 82* | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FBI/DOJ

4-22 (Rev. 7-28-80)

## FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention
- ☐ Return to _____
                    Supervisor, Room, Ext.

**Scope of Search:** (Check One)
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search          SD
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup      ☐ Variations
- ☐ Restricted to Locality of

Subject _Reagan, Ronald Wilson_
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date _9/10/07_ Searcher Initials _____
Prod. _____

| | File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|---|
| | 190's NL | | | | | | |
| AKA | Reagan, Ronald W. | | | | | | |
| | SD 911-00 Ser 6 P3 | | | | | | |
| | 190's NL | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FBI/DOJ

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

Supervisor, Room, Ext.

**Scope of Search:** (Check One)
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data-Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup   ☐ Variations
- ☐ Restricted to Locality of _____

*SF*

Subject  Reagan, Ronald Wilson
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 2/10/07 Searcher Initials MM/MM
Prod. _____

| File Number / Serial | Ident. | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|
| - SE FO - | | | | | |
| NR | | | | | |
| Reagan, Ronald W. | | | | | |
| (R) SF 117-361 ser 1 | | | | | |
| (R) SF 211-00 ser. B pl | | | | | |
| (R) Reagan SF 89-0 ser. 344  266 | | | | | |
| (R) SF 175-0 ser 8334  803 | | | | | |
| ?? (M) Reagan, Ronald 89 B-SF-87759 | | | | | |
| M0's N/L | | | | | |

PSI/DOJ

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____

☐ Name Searching Unit, Newington Annex
☐ Special File Room, Room 7361
☐ Forward to File Review, Pickett Street
☐ Attention _____
☐ Return to _____
                    Supervisor, Room, Ext.

**Scope of Search: (Check One)**
☐ Automated Data Base (ADB)
☐ Inactive Index-Pickett St.
☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
☐ All References (Security & Criminal)
☐ Security Search                    *WFO*
☐ Criminal Search
☐ Main _____
                    References Only

**Special Instructions:**
☐ Exact Name Only (On the Nose)
☐ Buildup        ☐ Variations
☐ Restricted to Locality of _____

Subject   *Reagan, Ronald Wilson*
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____  Date *9/10/07*  Searcher Initials *MM*
Prod. _____

| | File Number          Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| (m) | WF 175A-311 | | | | | |
| | 1908 M/L | | | | | |
| (R) | WF 175A-311-D  Ser 193 | | 193 | | | |
| (R) | AX 89-00  Ser 67 | | | | | |
| (R) | AX 117A-0  Ser 10 | | | | | |
| (R) | *WF 175A-311-A  Ser 493, 836; 1282 | | | | | |
| ←OVER | Ser 216; 481; 429; 402;  276; 875; | | | | | |
| | 48; 959 ; 364; 1001; 916; 1096; 348; 851 | | | | | |
| (R) | WF 175A-311-E | | | | | |
| | Ser 55 | | | | | |
| (R) | WF 175-0  Ser 577; 570; 647; 608; 622 | | | | | |
| (R) | 89A-WF-162501  688 | | | | | |
| (R) | 175C-WF-412 | | | | | |
| (R) | AX 2-623 | | | | | |

(R)   WF 175A-311-C   (A lot of Refs)   FBI/DOJ
(R)   WF 175A-311-D   (A lot of Refs)

1120; 313; 1547; 69; 152; 1116; 154, 247; 1;
4A; 1475; 339; 529; 1092; 1437; 1435; 1R1;
82; 342; 1342; 1521; 21J; 1461; 84; 1601; 181;
1094; 430; 1595; 588; 1501; 505; 1296;
1299; 732; 790; 579; 941; 939; 4D; 41;
488; 1169; 1246; 259; 1320; 320; 428;
1428; 15; 198; 239; 8; 215; 7; 241; 244;
162; 233; 208; 157; 180; 247; 256; 258;
173; 194; 212; 250; 237; 263; 115; 219; 207;
1M; 68; 627; 833; 187; 1168; 178; 65; 56; 21G; 991;
1R; 704; 1H; 1238; 342; 896; 1456; 153; 1167;
1242; 1596; 175; 821; 125; 326; 1538; 332;
1178; 683; 825; 1376; 716; 376; 881; 338; 446;
1470; 1205; 21I; 582; 3P; 727; 254;
1224; 298; 1525; 905; 375; 506; 1201; 1218;
578; 478; 453; 328; 1D; 932; 570; 335;
145; 28; 345; 1348; 1200; 583; 796; 4E;
334; 244; 48; 1F; 252; 314; 1458; 1275;
1251; 380; 499; 595; 131; 1204; 282; 172A;
526; 844; 233; 794; 1621; 395; 473A; 856;
702; 994; 1114; 884; 857; 1241; 1177; 54; 245;
118; 149; 327; 95; 458; 171; 126; 161; 1325;
1022; 1355; 1207; 29; 199; 1214; 1015; 1181;
1159; 828; 722; 80; 14; 324; 445; 603; 1179;
712; 230; 564; 769; 1113; 1052; 1505; 1487;
1219; 443; 1288; 367; 1279; 376; 322; 830;
562; 61; 172; 119; 41; 653; 501; 3H; 2C; 3C;
151; 309; 839; 421; 1117; 661; 1447; 329;
877; 710; 396; 557; 1366; 159; 1247; 150;
333; 1165; 223; 1146; 1622; 815; 401; 3D;
729; 612; 1292; 419; 1629; 146; 235; 167A;
32; 614; 184; 358; 698; 317; 594; 952; 42;
1600; 188; 94; 157; 818; 15; 1N2; 953; 76; 220; 1203;
1256; 1G; 1223; 337; 1369; 1220; 894; 709; 424;
457; 835; 1158; 1166; 567; 23A; 232; 1N1; 128;
166; 308; 471; 587; 249; 257; 1250; 234; 23B;
38; 12C; 21D; 1221; 1289; 2J; 164; 211; 1434;
325; 554; 795; 1013; 1044; 33A; 482; 1404;

Numerous Reference
Search Slip

Date _____
Subject _____
R# _____ Searcher

Numerous Reference
Search Slip

Date _____
Subject _____
R# _____ Searcher Initials _____

| | File Number    Serial | Ident |
|---|---|---|
| (M) | WF 9A-5719 | |
| (M) | WF 9A-5783 | |
| (M) | WF 9A-5620 | |
| (M) | WF 9A - 5440 | |
| (M) | WF 9A - 5303 | |
| (M) | WF 9A - 5887 | |
| (M) | WF 9A - 5844 | |
| (M) | 89A - WF-163278 | |
| (M) | 89B-WF-167279 | |
| (M) | 89A - WF - 1156 | |
| (M) | WF 89A - 1081 | |
| (M) | WF - 89C - 1082 | |
| (M) | WF 89A-1146 | |
| (M) | 175C - WF - 163899 | |
| (M) | AX 175A - 106 | |
| (M) | AX 175C -107 | |
| (M) | WF 175A - 429 | |
| (M) | WF 175C - 393 | |
| (M) | WF 175C-430 | |
| (M) | WF 175A - 410 | |
| (M) | WF 175A - 411 | |
| (M) | WF 175C - 420 | |
| (M) | WF 175C-413 | |
| (M) | WF 175C-316 | |
| (M) | WF 175C-434 | |
| (M) | WF 175C-441 | |
| (M) | WF 175C-418 | |
| (M) | WF 175C-417 | |
| (M) | WF 175A- 423 | |
| (M) | WF 175C - 401 | |

| | File Number    Serial | Ident | SDIS | ADB-HOGI | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| (M) | WF 175C -399 | | | | | |
| (M) | WF 175C - 400 | | | | | |
| (M) | WF 175C- 404 | | | | | |
| (M) | WF 175C - 439 | | | | | |
| (R) | AX 9-0 Ser 9-0-243-A | | | | | |
| (R) | WF 175-0 Ser 589 | | | | | |
| (R) | WF 9-0 Ser 2706A ; 2712 | | | | | |
| (R) | WF 58A-2151-UU Ser 72 p2 | | | | | |
| (R) | WF 72-169387 Ser 17 p4 | | | | | |
| (R) | 72-WF-183342 Ser 100x1 p13 | | | | | |
| (R) | 72-WF-196758 Ser 3 | | | | | |
| (R) | WF 89-0 Ser 429 ; 417 ; 425 | | | | | |
| (R) | WF 89E-1032 Ser 1 p3 | | | | | |
| (R) | 139A-DL-62403 (WF) Ser 42 p7 | | | | | |
| (R) | AX 175-0 Ser 84 | | | | | |
| (R) | WF 175-0 ser 650; 561; 564; | | | | | |
| (R) | 202B-WF-179060-57 Ser 239 | | | | | |
| (R) | WF 211-9 Ser 6 | | | | | |
| (R) | WF 225A-45-15 Ser 268 p4 | | | | | |

FBI/DOJ

# Exhibit K

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006        Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

        Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear Mr. Hardy,

    This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

    Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

    Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

    If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

    As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you

proceed with my request immediately. However, I believe
that releasing the records will primarily benefit the
general public by shedding light on important government
operations, and I reserve my right to pursue a fee waiver
at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,

Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail


FBI - FOIA OFFICE
Federal Office Building
9797 Aero Drive
San Diego, California 92123-1800

     Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

     Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

     Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

     If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

     As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

2

that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail

FBI San Francisco, Att: FOIA OFFICE
450 Golden Gate Avenue, 13th. Floor
San Francisco, California 94102-9523

    Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

    This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

    Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

    Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

    If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

    As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

    Please understand that I want any and all records,
including but not limited to all main files, all see

references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on
his name and an "all references" check of all indices, both
automated and manual, active and inactive, for any and all
records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see
references. For see references of five pages or less, I am
requesting the entire see reference document. For see
references of more than five pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to Mr. Ellingwood.

Please process all records identifiable with my
request, even though reports based on those record may have
been sent to FBI headquarters or other FBI offices, and
even though there may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents to include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all
reasonably segregable portions of the records that are not
exempt.

Please be sure that all records are fully legible,
including all administrative markings, file numbers, hand-
written notations and marginalia.

This letter constitutes my commitment to pay fees of
up to $200 for those records, and I therefore ask that you
proceed with my request immediately. However, I believe
that releasing the records will primarily benefit the
general public by shedding light on important government

operations, and I reserve my right to pursue a fee waiver
at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,

Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006                          Via Certified Mail


FBI Sacramento - FOIA Office
4500 Orange Grove Avenue
Sacramento, California 95841-4205


    Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

    This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

    Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

    Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

    If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

    As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,

Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail

FBI - FOIA OFFICE
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002

        Re: FOIA Request - Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Herbert E.
Ellingwood, also known as Herb Ellingwood. I have enclosed
documentation of his death for your reference.

        Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

        Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

        If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

        As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the
general public by shedding light on important government
operations, and I reserve my right to pursue a fee waiver
at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,

Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

May 8, 2006                                    Via Certified Mail

FBI – FOIA OFFICE
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

        Re: FOIA Request – Herbert E. Ellingwood (deceased)

Dear FOIA Officer,

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning the late Herbert E. Ellingwood, also known
as Herb Ellingwood. I have enclosed documentation of his
death for your reference.

        Mr. Ellingwood's SSN is 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. He was born on or
about March 5, 1931, in Colorado. He died on March 8, 1989.

        Please bear in mind that Mr. Ellingwood was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
responsive information concerning him.

        If other public figures are referenced in the
responsive pages, please release that information as well,
as it serves the public interest. For your reference, such
public figures may include Ronald Reagan, the late
president; Alex Sherriffs, a deceased California state
official; and other elected and appointed public officials.

        As a preliminary matter, please advise me as to
whether any of the records concerning Mr. Ellingwood have
been previously processed. Please advise me as to this as
soon as possible, as the availability of preprocessed
records may save both the FBI and me time and expense in
processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on his name and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning Mr. Ellingwood in any way.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to Mr. Ellingwood.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe

that releasing the records will primarily benefit the
general public by shedding light on important government
operations, and I reserve my right to pursue a fee waiver
at a later date.

    I look forward to your prompt response.

    Thank you for your help.

    Sincerely,


    Seth Rosenfeld

Enc.



# Exhibit L



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 19, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142-1892

Request No.: 1049408-000
Subject: ELLINGWOOD, HERBERT E

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately 530 pages which appear to relate to your request. Under Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page for every page released over 100. These regulations require us to notify requesters when anticipated charges exceed $25, and if all the pages are released, you will owe $ 43.00 in duplication costs. Please remember this is only an estimate; and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you both to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. to 5:00 p.m., EST. You may fax your response to the following number:202-324-3752, Attention: Request Management Unit. You must include the FOIPA request number in any communication regarding this subject.

As stated previously, the cost indicated is only an estimate; therefore, no payment should be made at this time. Unless advised to the contrary, we are assuming that you are willing to pay fees.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

# Exhibit M



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

June 27, 2007

Subject: ELLINGWOOD, HERBERT E

FOIPA No. 1049408- 000

Dear Mr. Rosenfeld:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| □(b)(1) | □(b)(7)(A) | □(d)(5) |
| ☒(b)(2) | □(b)(7)(B) | □(j)(2) |
| □(b)(3)_____ | ☒(b)(7)(C) | □(k)(1) |
| _____ | □(b)(7)(D) | □(k)(2) |
| _____ | □(b)(7)(E) | □(k)(3) |
| _____ | □(b)(7)(F) | □(k)(4) |
| □(b)(4) | □(b)(8) | □(k)(5) |
| □(b)(5) | □(b)(9) | □(k)(6) |
| ☒(b)(6) | | □(k)(7) |

46 page(s) were reviewed and 46 page(s) are being released.

□  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    □ referred to the OGA for review and direct response to you.

    □ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

□ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s):

To avoid further delays in responding to this FOIPA request, interim releases of the responsive material will be made. Additional releases will be made until the processing is complete. Material from 161B-LA-5224 and SD 161B-R-93 are now available for release.

Third party information is not subject to access under the Privacy Act, 552 (a)(b). Accordingly, your access rights are limited to those provided by the Freedom of Information Act. This material was withheld from you pursuant to 552 (b)(7)(C) and/or (b)(6) which pertains to material in which the release would constitute an unwarranted invasion of the personal privacy of third parties. This material is not appropriate for discretionary release.

# Exhibit N



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 13, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: ELLINGWOOD, HERBERT E

FOIPA No. 1049408- 000

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a | |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) | |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) | |
| ☒(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) | |
| National Security Act of 1947 and | ☒(b)(7)(D) | ☐(k)(2) | |
| The CIA Act of 1949 | ☐(b)(7)(E) | ☐(k)(3) | |
| _____ | ☐(b)(7)(F) | ☐(k)(4) | |
| ☐(b)(4) | ☐(b)(8) | ☒(k)(5) | |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) | |
| ☒(b)(6) | | ☐(k)(7) | |

1489 page(s) were reviewed and 1286 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.

   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

◻ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s):

        In further response to your Freedom of Information Act request, a final release of responsive material is now ready for release to you. FBI Headquarters file 161-15392; San Francisco field file 161-3605, Alexandria field file 161-7785 and Washington Field file 161-14852, all which consist of one section each, were processed for this release.

        Third party information is not subject to access under the Privacy Act, 552 (a)(b). Accordingly, your access rights are limited to those provided by the Freedom of Information Act. This material was withheld from you pursuant to 552 (b)(7)(C) and or (b)(6) which pertains to material in which the release would constitute an unwarranted invasion of the personal privacy of third parties. This material is not appropriate for discretionary release.

        Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication of the enclosed documents. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of $126.50, payable to the Federal Bureau of Investigation. To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment.

        This concludes the processing of your request.

# Exhibit O

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 4, 2008

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: ELLINGWOOD, HERBERT E

FOIPA No. 1049408- 001

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  Section 552 |  |  Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3) _____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) |  | ☐(k)(7) |

14 page(s) were reviewed and 14 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s):

A search of the inactive indices concerning "see references" revealed documents related to your request for documents on subject Mr. Herbert Ellingwood.

# Exhibit P

OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27

UNITED STATES GOVERNMENT

# *Memorandum*

1 - Mr. DeLoach
1 - Mr. Sullivan

TO : MR. TOLSON

DATE: 7/17/69

FROM : C. D. DE LOACH

SUBJECT: HERBERT ELLINGWOOD
THEODORE BAIER
REPRESENTATIVES OF GOVERNOR RONALD REAGAN'S
OFFICE OF CALIFORNIA
CALIFORNIA STATE GOVERNMENT ATTACK ON
NEW LEFT AND EXTREMIST MOVEMENTS

Mr. Herbert Ellingwood, who is a contact of our Sacramento Office, along with Mr. Theodore Baier, both representatives of Governor Reagan's office, State of California, came by my office at 9:15 a.m. this morning.

Mr. Ellingwood stated that Governor Reagan has no opportunity to outright dismiss eight chancellors of state educational institutions who are more or less palliative in their handling of the Students for a Democratic Society and extremist elements. The Governor merely sits as one member of a 24-man Board of Regents governing these institutions. Consideration has been given to requesting the state legislature to pass bills calling for the dismissal of the eight chancellors, however, this is deemed politically unwise.

Mr. Ellingwood also indicated that the California State Supreme Court has been worse than the U. S. Supreme Court insofar as favoritism towards these groups is concerned. He pointed out that Chief Justice Trainor will retire early next year and Governor Reagan plans to appoint a conservative. Later on other retirements will occur which will cause a better balance towards conservatism in the State Supreme Court.

Mr. Ellingwood stated that Governor Reagan is dedicated to the destruction of disruptive elements on California college campuses. The state government will attack these groups through several methods. (1) By hounding the groups as much as possible by bringing any form of violation available against them. He cited as an example that if any of these groups has a bookstore on campus they will bring building code violations against them. He also indicated that he hopes to bring to the attention of the Federal Government possible Federal violations. In this instance he cited the fact

Enc.

CDD:amr

Continued - over

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED DATE 10-6-75 BY SP4/bw

DeLoach to Mr. Tolson
Re: Herbert Ellingwood
    Theodore Baier

that U. S. Attorney Cecil Poole, San Francisco, is of no help whatsoever to
the state government and, as a matter of fact, refuses to be of any cooperation
in the fight against these groups. Mr. Ellingwood at this point also referred
to the fact that he and Governor Reagan planned to call on Department of Justice
officials today in the hope of having the Civil Rights Division move against
those elements which disrupted the peaceful pursuit of studies by right-thinking
students.    (2) Mr. Ellingwood spoke of the possibility of referring tax
violations both to the Internal Revenue Service of the State of California and
to the Federal Internal Revenue Service. He asked if the FBI had referred
such matters to Internal Revenue. I answered in the affirmative, stating that
each time violations or potential violations came to our attention we naturally
disseminated such information to the Internal Revenue Service.    (3) A psycho-
logical warfare campaign. In this connection Mr. Ellingwood indicated that he
plans to confer with Department of Defense officials today to get ideas from
those individuals as to how to conduct campaigns of this nature. I told him
that we were well aware of such potentials.

        I outlined briefly for Mr. Ellingwood the type of investigations
carried on by the FBI, the progress we had made in this field, and the
tremendous accumulation of evidence we had furnished the Department of Justice.

        Mr. Ellingwood told me he did not plan to confer with Secretary
Finch of Health, Education and Welfare or with any officials of Health, Education
and Welfare inasmuch as he considered this agency to be deplorable in its
favoritism towards the Students for a Democratic Society and extremist
elements. I told Mr. Ellingwood that we, of course, would have no comment
concerning the handling of such matters by any Federal agency, however, we
were dismayed last week when one of our officials who had accepted an invitation
to speak before the top-level executives of Health, Education and Welfare only
to find that there were approximately 20 disruptive individuals attempting to
break up this meeting. I stated these were summer employees of Health,
Education and Welfare.

        Mr. Ellingwood asked me regarding the possibility of Federal courts
placing travel restrictions on leaders of the Students for a Democratic Society
and extremist groups. I told him I would not be too encouraged in this regard
in view of the travels of Rap Brown and a number of other individuals who,
while under indictment, had been allowed to travel freely about the country.
I told him also of the individual under indictment who was being allowed by a
Federal judge to travel to Hanoi and participate in an exchange of prisoners.

                            -2-

Continued. . . . . . . . . . . . Over

[2]

DeLoach to Mr. Tolson
Re: Herbert Ellingwood
     Theodore Baier

        Mr. Ellingwood asked if the FBI could be of any assistance in
furnishing Governor Reagan items of intelligence so that assistance could be
offered in the California fight against these groups.  I told Mr. Ellingwood
that we of course were bound by Executive Order insofar as dissemination
of intelligence is concerned, however, in a number of instances Mr. Hoover
had permitted our Special Agent in Charge, John Williams, Sacramento, to
informally discuss matters with the Governor and his top assistants.  I stated
that we, of course, must consider each request on an individual basis and
that when SAC Williams received a request for assistance from Governor
Reagan, he would forward this request for consideration to FBI Headquarters
in Washington, D.C.  I told Mr. Ellingwood further that his request would
of course be made known to the Director and if the Director had any different
ideas, we would let him know.

        Mr. Ellingwood was most commendatory concerning the Director
and the FBI, and he spoke of Governor Reagan's admiration for the Director.
Mr. Ellingwood left with me a "white paper" prepared by his office and
submitted to Governor Reagan.  This concerns the confrontation at the "People's
Park" at Berkeley, California.

ACTION:

        SAC Williams, Sacramento, is being advised of the call paid to
us by Messrs. Ellingwood and Baier.  There appears to be no further action
unless a request is received from Governor Reagan for information.  As stated
above, it is suggested that each request be handled on an individual and
confidential basis.  This has been done in the past and has worked quite
successfully.

-3-

# Exhibit Q

4-22 (Rev. 7-28-93)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date 5/24/2006

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____
  Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main ONLY _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject ELLINGWOOD, HERBERT E
AKA (s) ELLINGWOOD, HERB
ELLINGWOOD, HERBERT EUGENE

Birthdate & Place 03/08/1931  COLORADO    DOD: 3/8/89
SSAN 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
Localities _____

R # _____ Date _____  Searcher Initials JLA
Prod.

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| HQ 116-15392 | | X | | X | | |
| | | | | | | |
| ELLINGWOOD, HERBERT EUGENE | | | | | | |
| BS 161B-6920 | | X | | X | | |
| CV 161B-R25 | | X | | X | | |
| LA 161B-5224 | | X | | X | | |
| PH 161B-4452 | | X | | X | | |
| SI | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WINCHESTER                    1049408        FBI/DOJ

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date 6/24/2006

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention
- ☐ Return to _____
  
  Supervisor, Room, Ext

**Scope of Search:** (Check One)
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main ONLY                    References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup     ☐ Variations
- ☐ Restricted to Locality of _____

Subject ELLINGWOOD, HERBERT E
AKA (s) ELLINGWOOD, HERB
  ELLINGWOOD, HERBERT EUGENE

Birthdate & Place 03/08/1931  COLORADO  DOD: 3/8/89
SSAN 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
Localities

R # ____  Date ____  Searcher Initials WA
Prod.

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| HQ 161-15792 | | X | | X | | |
| | NR | | | | | |
| ELLINGWOOD, HERBERT EUGENE | | | | | | |
| BS 161B-6920 | | X | | X | | |
| CV 161B-825 | | X | | X | | |
| LA 161B-5224 | | X | | X | | |
| PH 161B-4452 | | X | | X | | |
| SI | NR | | | | | |
| | | | | | | |
| Ellingwood, Herb | | | | | | |
| | NR | | | | | |
| | | | | | | |
| | | | | | | |
| WINCHESTER ▮▮▮▮ | 104408 | | | | FBI/DOJ | |

# Exhibit R

4-22 (Rev. 7-28-99)

## FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date _2-11-2008_

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- ☒ Return to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup   ☐ Variations
- ☐ Restricted to Locality of _____

Subject _Ellingwood, Herbert Eugene_
AKA (s)

Birthdate & Place _3-5-1931  CO  DOD 3-8-1989_
SSAN _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_
Localities

R # _____ Date _____ Searcher Initials _____
Prod.

| CD HQ WPD SC SF | | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| | File Number      Serial | | | | | |
| | BS 161B-6920 | x | | x | | |
| | CV 161B-R25 | x | | x | | |
| ✱ | LA 161B-5224 | x | | x | | |
| | PH 161B-4452 | x | | x | | |
| ✱ | HQ 161-15392 | x | | x | | |
| ✱ | SD 161B-R-93 | | | | | |
| R | BA 161B-C6770 (650) | c | | | | |
| R | DE 161B-C2625 (5) | x | | | | |
| Ⓟ R | NK 161B-C3455 (50.) | | | x | | |
| | Ellingwood, Herbert E. | | | | | |
| Ⓟ R | HQ 77-106049 (118) | | | | | F-20 T-Dim requested |
| R | WF 77-00 (249) | | | | | |
| R | NK 211-00 (2) | | | | | |
| R | BA 211-00 (8) | | | | | |

_1049408_

FBI/DOJ

4-22a (12-3-92)

## Numerous Reference
## Search Slip

Page __2__

Date _____

Subject _Ellingwood, Herbert Eugene_

R# _____ Searcher Initials_____

| | File Number | Serial | Ident | SDIS | ADB-HQGI | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|---|
| • R | SA 211-00 | (10) | | | x | | |
| | Ellingwood, Herbert | | | | | | |
| • R | HN 2-35 | (2109) | | | x | | |
| R | HQ 66-A65 | (2607, 2611, 2604) | | | x | | charged out |
| R | HQ 100-439048-67 | (33) | | | x | | ordered ✓ |
| | | page 1 (230) year - 1979 | | | | | |
| • R | HN 203A-77-G | (1120, 1124) | | | x | | |
| • X | HN 203A-77-H | (848) | | | x | | |
| • R | HQ 211-19 | (77) (38-encls) | | | x | | charged out |
| | | p.21 | | | | | |
| | ALL NR ARC | | | | | X | |
| | LA Manual Search - NR | | | | | ✓ | |
| ✱ | ~~AX~~ plus's F-D-me | | | | | | R |
| ✱ | 161B-SF-3605 ✱✱ | | | | | | ✓ |
| | 80-SC-394 | | | | | | ✓ |
| | 80-SC-238-134 | | | | | | ✓ |
| | Washington FO | | | | | | |
| ✱ | 161-WF-14852 | | Destroyed | | | | 12-28-76 |
| ✱ | AX 161B-7785 | | | | | | ✓ |
| | ~~WF-77-00~~ | | | | | | ✓ |

# Exhibit S

Seth Rosenfeld
P.O. Box 421,892
S.F., CA 94142-1892


July 8, 2004


FOIAPA Officer
FBI
450 Golden Gate Ave.
S.F., CA 94102
Dear FOIA Officer,


Dear FOIA Officer,

Pursuant to the FOIAPA, 5 U.S.C., as amended, I hereby request any and all records in
any way concerning Alexander C. Sherriffs, who died on April 29, 2002. A copy of an
official letter from the Social Security Administration affirming his death is enclosed for
your reference.

As you know, an individual's death mitigates their privacy rights and requires that
additional personal information be released.

I am requesting any and all records, in each and every record system maintained by the
FBI, on or off site, including but not limited to main files, see references, ELSUR,
Official and Confidential files, Official and Personal Files, JUNE Files and Do Not File
files. This includes any public source information that may be contained in responsive
records, as well as any and all administrative markings and handwritten notations that
may appear on responsive records.

In addition, I am requesting that you process the requested records in accord with the
settlement entered into between the FBI and myself in Ninth Circuit U.S. Court of
Appeals Case No. 91-16538.

I also specifically request that process these records in light of the privacy waivers and
lists of deceased individuals and exposed FBI sources and informants (with supporting
documentation) that were submitted in the above litigation and incorporated into the
above referenced court opinion and settlement agreement.

Please note that it is likely that names of people who have provided the submitted
waivers, or have died, will appear in Mr. Sherriff's records. These people include but are
not limited to Clark Kerr, Mario Savio and others.

As I am a professional journalist seeking the information for news purposes, I hereby request that you waive all applicable fees as the release of the requested information will primarily benefit the general public about important government operations. In this regard, I note that the requested information relates to the material released under the above referenced litigation, in which the courts ordered the FBI to waive all processing fees. Likewise, all fees should be waived here.

However, in the interest of expediting this request and avoiding a delay in processing pending your fee waiver decision, I hereby commit to pay up to $200.00 for the requested information. I reserve my right to pursue a fee waiver at a later date.

Thus, I ask that you promptly commence processing of this request without undue delay and that you release the requested information within the statutory period. If you are unable to do so, please provide a specific reason and basis in fact as to why you cannot do so.

Please feel free to contact me at my work phone (415-777-7909) if I may be of any assistance.

Thank you very much for your help.

Sincerely,

Seth Rosenfeld

# Exhibit T

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


February 19, 2005


Mr. David M. Hardy
Section Chief - Record/Information
    Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

        Re:   HQ FOIAPA No. 1001628-000
              SF FOIAPA No Number Assigned
              (Alexander C. Sherriffs, deceased)

This letter concerns the above referenced requests, which
were sent to your respective offices by certified mail on
July 8, 2004.

Concerning the San Francisco request:

To date I have had no response of any kind from the FBI
concerning this request.

Concerning the HQ request:

By letter dated July 22, 2004, your office acknowledged
receipt of my request to HQ.

By letter dated August 11, 2004, your office stated that
you had searched only "main files in the Central Records
System at FBI Headquarters. No records pertinent to your
FOIPA request were located by a search of the automated and
manual indices."

Please note that I did not limit my request to "main files
in the Central Records System at FBI Headquarters." I
specifically requested "any and all" records concerning Mr.
Sherriffs, including but not limited to main files, see
references, Do Not File records and other materials.

To date, the FBI has released none of the requested records.

In addition, and as you know, I requested that the FBI process the material pursuant to the settlement agreement in the litigation between the FBI and myself.

For your reference, I note the following:

On July 8, 2004, I sent the above referenced requests to Headquarters and the San Francisco FBI office, seeking "any and all records," specifically including but not limited to all main files, see references and other files.

I asked that you process the records in accord with the settlement agreement in the litigation between the FBI and me in Ninth Circuit U.S. Court of Appeals Case No. 91-16538, also known as Rosenfeld v. U.S. Department of Justice, U.S. District Court, Northern District of California, Case No. 90-3576 MHP; Case No. 85-1709 MHP; Case No. 85-2247 MHP .

I also asked that you process the records in light of the lists of deceased individuals and disclosed FBI sources and informants (with supporting documentation) that were submitted in the above litigation and incorporated into the above referenced court opinion and settlement agreement.

The purpose of my requesting that you process the material in the above-referenced manner was to ensure that all non-exempt material was released, to save time and resources of both the government and myself, and to avoid unnecessary future litigation over these issues.

I respectfully reiterate my request that you process my instant requests for records as set forth in my initial request letters and herein, including the terms set forth in the litigation and settlement.

For your further reference, the settlement incorporated Judge Marilyn Hall Patel's order of February 18, 1992, in C-90-3576.

Judge Patel's order specifically required the FBI to produce any and all categories of records responsive to the request subject, including but not limited to: all index

cards; all search slips, including search slips used to
process the instant requests; and all see references.

For see references of less than five pages, Judge Patel's
order required the FBI to process and release all non-
exempt portions of the entire see reference document.

For see references of more than five pages, the order
required the FBI to process and release all non-exempt
portions of the first two pages of the see reference
document, the page(s) bearing any reference to the request
subject, one page on either side of any such reference, and
any other pages necessary to understand the context of the
reference.

I wish to make clear that I am requesting that you process
the above referenced requests according to the terms listed
on page 14 of Judge Patel's order.

For your convenience, I have attached page 14 to this
letter, and again incorporate its terms into this request.

For your further convenience, I have also enclosed Judge
Patel's entire ruling. Please see pages 14 and 17 at lines
2-5.

In addition, I have enclosed the Ninth Circuit's ruling and
the aforementioned settlement agreement.

Please include all search slips, including search slips
used to process these requests.

As these requests are now seven months old, I ask that you
immediately release the requested records, processed as
requested. If you cannot release the requested records now,
then please provide a specific reason why you cannot, and
please specify a date when you reasonably expect to release
them as required by law.

Thank you very much for your timely assistance.

Sincerely,

Seth Rosenfeld

Enc.(three items):

1) Judge Patel's Order in C-90-3576, U.S. District Court, Northern District of California

2) Ninth Circuit U.S. Court of Appeals Order, No. 91-16538

3) Settlement Agreement in Rosenfeld v. U.S. Department of Justice, U.S. District Court, Northern District of California, Case No. 90-3576 MHP; Case No. 85-1709 MHP; Case No. 85-2247 MHP

# Exhibit U



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421892
SAN FRANCISCO, CA 94142 1892

April 1, 2008

Subject: SHERRIFFS, ALEXANDER C

FOIPA No. 1091628- 001

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

22 page(s) were reviewed and 22 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) (OGA). This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

# Exhibit V

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date __2-11-2008__

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention ___
- ☒ Return to ████████ Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main ___ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup   ☐ Variations
- ☐ Restricted to Locality of ___

Subject __Sherriffs, Alexander C.__
AKA (s)

Birthdate & Place __12-14-1917__   DOD __4-29-2002__
SSAN __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__
Localities

R # ___ Date ___ Searcher Initials ___
Prod.

| | File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|---|
| | NR | | | | | | |
| | Sheriffs Alex | | | | | | |
| R | HQ 61-7582 | (5245) | | | | | Forwarded |
| | NR Sherriff Alex | | | | | ✓ | |
| R | HQ 100-446740 | (15) | | | | | advised ✓ |
| | Sheriffs Alex C | | | | | ✓ | |
| R | HQ 105-257945 | (9) | | | | | ordered ✓ |
| R | HQ 61-7582 | (5279) | | | | | ordered ✓ |
| R | HQ 62-103031 | (125) | | | | | ordered ✓ |
| R | HQ 62-109060 | (2265) | | | | | |
| R | HQ 62-103060 | (2793-PL) | | | | | |
| R | HQ 100-151646 | (239) | | | | | J. Dime |
| | SEE U | | | | | | FBI/DOJ |

4-22a (12-3-92)

## Numerous Reference
## Search Slip

Page __2__

Date _____

Subject _Sherriffs, Alex_____

R# _____ Searcher Initials _____

| | File Number    Serial | Ident | SD/IS | ADB-HQGI | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| K | HQ 100-151646    (222) | | | | | ordered ✗ |
| K | HQ 100-151646   (35-pg2) | 4 | 2 | | | T-Drive |
| K | HQ 100-434334    (37) | ✓ | ✓ | | | ordered ✓ |
| | Sherriffs, Alex E. | | | | | |
| ✓ K | HQ 100-3-104-47   (531) | | | | | ordered ✓ |
| | NR | | | | ✗ | |
| | Sherriffs, Alex c | | | | | |
| ● R | 140-13514-18 | | | | ✗ | ordered ✓ |
| | UC Berkeley 9/25/56 | | | | | |
| ● | SF 80-928 | | | | can't find | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |