# Exhibit W

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006


                    Via Certified Mail & Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

            Re: Roy M. Brewer, deceased

Dear Mr. Hardy,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

        For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

        Mr. Brewer was active in several organizations,
including but not limited to:

        1) Motion Picture Industry Council, aka MPIC
        2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
        3) Labor League of Hollywood Voters
        4) Screen Actors Guild, aka SAG
        5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
        6) American Federation of Labor Film Council

7) Council Against Communist Agression

Please be sure to check all records concerning the above organizations for all references to Mr. Brewer, and please release each document that contains any reference to Mr. Brewer.

In addition, please be advised that Mr. Brewer was involved with several other prominent people who are now deceased, including:

1) Ronald Reagan, SAG and MPIC official
2) Willie Bioff, IATSE official
3) George Browne, IATSE official
4) Sidney Buchman, actor
5) Howard Da Silva, actor
6) John Garfield, actor
7) Elia Kazan, writer
8) Alexander Knox, actor
9) John Howard Lawson
10 Arthur Miller, writer
11) Larry Parks, actor
12) Herb Sorrell, union official
13) Dalton Trumbo, writer
14) Jack Warner, studio executive

Thus, if information concerning the above deceased people appears in records concerning Mr. Brewer, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

In addition, please be sure to search in all records concerning Mr. Reagan for any references to Mr. Brewer. Please release each document that contains a reference to Mr. Brewer.

(I have enclosed death notices for each of the above people, except Ronald Reagan, for whom I already have submitted an obituary.)

As a preliminary matter, please advise me as soon as possible as to what previously processed records are available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he

2

was involved. This information may help me narrow the scope
of this request and thus save time and expense in
processing of records.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references,
please do not fail to search for and process those records
promptly.

Please be sure to search using a complete breakdown on
the name of Roy M. Brewer and an "all references" check of
all indices, both automated and manual, active and
inactive, for any and all records concerning him.

Please be sure to release all responsive see
references. For see references of 15 pages or less, I am
requesting the entire see reference document. For see
references of more than 15 pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to this organization, and the last five pages of
the document (excluding appendix pages).

Please process all records identifiable with my
request, even though reports based on those record may have
been sent to other FBI offices, and even though there may
be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents to include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006


Via Certified Mail

Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

Re: Roy M. Brewer, deceased

Dear Mr. Hardy This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

    For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

    Mr. Brewer was active in several organizations,
including but not limited to:

    1) Motion Picture Industry Council, aka MPIC
    2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
    3) Labor League of Hollywood Voters
    4) Screen Actors Guild, aka SAG
    5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
    6) American Federation of Labor Film Council
    7) Council Against Communist Agression

Please be sure to check all records concerning the above organizations for all references to Mr. Brewer, and please release each document that contains any reference to Mr. Brewer.

In addition, please be advised that Mr. Brewer was involved with several other prominent people who are now deceased, including:

1) Ronald Reagan, SAG and MPIC official
2) Willie Bioff, IATSE official
3) George Browne, IATSE official
4) Sidney Buchman, actor
5) Howard Da Silva, actor
6) John Garfield, actor
7) Elia Kazan, writer
8) Alexander Knox, actor
9) John Howard Lawson
10 Arthur Miller, writer
11) Larry Parks, actor
12) Herb Sorrell, union official
13) Dalton Trumbo, writer
14) Jack Warner, studio executive

Thus, if information concerning the above deceased people appears in records concerning Mr. Brewer, that information should be released, as their deceased status and public figure status weighs in favor of greater disclosure.

In addition, please be sure to search in all records concerning Mr. Reagan for any references to Mr. Brewer. Please release each document that contains a reference to Mr. Brewer.

(I have enclosed death notices for each of the above people, except Ronald Reagan, for whom I already have submitted an obituary.)

As a preliminary matter, please advise me as soon as possible as to what previously processed records are available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

3

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


October 13, 2006


                              Via Certified Mail

FBI
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002
Att: FOIA Officer

            Re: Roy M. Brewer, deceased

Dear FOIA Officer,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the late Roy Martin Brewer.
He was born in 1901, in Cairo, Nebraska, and died September
16, 2006. An obituary about him is attached for your
reference.

        For your reference, and to help you conduct a thorough
search, please be advised that Mr. Brewer was a prominent
labor leader in Hollywood in the 1940s and 1950s and was
very active in fighting communism. He was a public figure
who issued many public statements and testified before
Congress.

        Mr. Brewer was active in several organizations,
including but not limited to:

        1) Motion Picture Industry Council, aka MPIC
        2) Motion Picture Alliance for the Preservation of
American Ideals, aka MPA
        3) Labor League of Hollywood Voters
        4) Screen Actors Guild, aka SAG

    5) International Alliance of Theatrical Stage
Employees and Motion Picture Machine Operators, aka IATSE
    6) American Federation of Labor Film Council
    7) Council Against Communist Agression


    Please be sure to check all records concerning the
above organizations for all references to Mr. Brewer, and
please release each document that contains any reference to
Mr. Brewer.

    In addition, please be advised that Mr. Brewer was
involved with several other prominent people who are now
deceased, including:

    1) Ronald Reagan, SAG and MPIC official
    2) Willie Bioff, IATSE official
    3) George Browne, IATSE official
    4) Sidney Buchman, actor
    5) Howard Da Silva, actor
    6) John Garfield, actor
    7) Elia Kazan, writer
    8) Alexander Knox, actor
    9) John Howard Lawson
    10 Arthur Miller, writer
    11) Larry Parks, actor
    12) Herb Sorrell, union official
    13) Dalton Trumbo, writer
    14) Jack Warner, studio executive

    Thus, if information concerning the above deceased
people appears in records concerning Mr. Brewer, that
information should be released, as their deceased status
and public figure status weighs in favor of greater
disclosure.

    In addition, please be sure to search in all records
concerning Mr. Reagan for any references to Mr. Brewer.
Please release each document that contains a reference to
Mr. Brewer.

    (I have enclosed death notices for each of the above
people, except Ronald Reagan, for whom I already have
submitted an obituary.)

    As a preliminary matter, please advise me as soon as
possible as to what previously processed records are

available concerning Mr. Brewer. Please advise me also as to what previously processed records are available concerning each of the above organizations with which he was involved. This information may help me narrow the scope of this request and thus save time and expense in processing of records.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits.

Since I am specifically requesting all see-references, please do not fail to search for and process those records promptly.

Please be sure to search using a complete breakdown on the name of Roy M. Brewer and an "all references" check of all indices, both automated and manual, active and inactive, for any and all records concerning him.

Please be sure to release all responsive see references. For see references of 15 pages or less, I am requesting the entire see reference document. For see references of more than 15 pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference to this organization, and the last five pages of the document (excluding appendix pages).

Please process all records identifiable with my request, even though reports based on those record may have been sent to other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents to include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

3

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately.

However, I believe that the requested records are of significant historical value and their release will primarily benefit the general public by shedding light on important government operations and public policy, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

# Exhibit X



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

April 26, 2007

Subject: BREWER, ROY MARTIN

FOIPA No. 1063060- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a | |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) | |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) | |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) | |
| _____ | ☐(b)(7)(D) | ☐(k)(2) | |
| _____ | ☐(b)(7)(E) | ☐(k)(3) | |
| _____ | ☐(b)(7)(F) | ☐(k)(4) | |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) | |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) | |
| ☒(b)(6) | | ☐(k)(7) | |

281 page(s) were reviewed and 231 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

The enclosed records are responsive to your request to the Washington Field Office.

Due to the age and condition of the original documents, we have found that some of the copies reproduced therefrom have been extremely difficult to read. While we realize the quality of some of the documents is poor, every effort has been made to obtain the best copies possible.

To minimize costs to both you and the FBI, extra file copies of the same document were not processed.

# Exhibit Y



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

April 2, 2008

Subject: BREWER, ROY MARTIN

FOIPA No. 1063060-001

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

293 page(s) were reviewed and 280 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this release of documents is responsive to your request for documentation on Roy Brewer. A search of our central records system at FBI Headquarters revealed a number of references to your subject in files relating to other individuals, or matters. When processing these references, the only material considered for release were the pages which mentioned your subject and any subsequent pages showing the context in which your subject was mentioned. When information pertaining to another subject matter was found, it was bracketed "o/s" (outside the scope) and processed routinely. In addition, all administrative pages were processed and references containing fifteen (15) pages or less were processed in their entirety. The remaining documents are currently being processed and will be released to you once they are completed.

To facilitate your request, the enclosed material is being sent in advance of payment. Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. This release consists of 290 pages. Please remit a check or money order, payable to the Federal Bureau of Investigation in the amount of $ 29.00. The FOIPA number assigned to this request should be placed on your payment to insure proper crediting of your payment. We will continue processing your request with the expectation of prompt payment. If payment is not received within 45 days of the date of this letter, we will close this request for failure to pay.

The enclosed package contains documents or information originating with other Government agencies, that information was not referred to those agencies as part of this release but will be referred to the originating agencies when the final release is made.

# Exhibit Z

4-22 (Rev. 7-28-08)

## FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject _Brewer, Roy Martin_
AKA (s) _____

Birthdate & Place _1909 Nebraska_ DoD: _9-16-2006_
SSAN _____
Localities _____

R # _____ Date _____ Searcher Initials _____
Prod.

| HQ WFO LA | File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|---|
| ✱ | | | | | | | |
| ✱ | LA 161B-6057 | | | | | | |
| | HQ 161-18248 (408) pg. 1 | | | | | | ✓ |
| | Brewer, Roy M. | | | | | | |
| M | 100-0-A Wash. Post | | | | | | ordered ✓ |
| R | 100-372,409 (502) R. 3 | | | | | | ordered ✓ |
| R | HQ 105E-25229-C (120 | | | | | | |
| R | NY 105D-172073 (276) pg 3 | | | | | | |
| | Brewer, Roy | | | | | | |
| ✱ M | 156B-LA-103431 | | | | | | |
| R | HQ 62-105416 (19) | | | | | | |
| | HQ 66-A2058-29 (3284) | | | | | | J. Dion ordered ✓ |

FBI/DOJ

4-22a (12-3-92)

## Numerous Reference
## Search Slip

Page _2_

Date _____

Subject _Brewer, Roy_

R# _____     Searcher Initials _____

| | File Number    Serial | Ident. | SDIS. | ADB-HQGI | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| ○ R | HQ 97-4111  (23) | | | | | ordered |
| ✓ R | HQ 100-401055  (16) | | | | | ordered ✓ |
| ○ R | SU 105A-392  (4) | | | | | |
| ○ R | 245F-LR-37616-302 | | | | | ~~Destroyed~~ 10/24/00 |
| | (4)(51) | | | | | |
| ○ R | 281F-LR-36827 (93) | | | | | |
| ○ R | 281F-WF-216575-FISUR | | | | | No Ident |
| | (58) | | | | | |
| R ○ | HQ 157-13483  (3) | | | | | Nothing Pertinent |
| | Brewer, R. M. | | | | | |
| ○ R | JK 12-C4  (543) | | | | | |
| ○ R | 199E-SA-40270 (70) | | | | | |

FBI/DOJ

4-22a (12-3-92)

**Numerous Reference
Search Slip**

Page _____

Date _____

Subject _Brewer, Koy Martin_

R# _____ Searcher Initials _____

| File Number | Serial | Ident | SDIS | ADB-HQGI | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| 100-138754 | - 1 | No Ident | | | | |
| | - 5 | ✓ | | | | |
| | - 6 | No Ident | | | | |
| | - 7 | ✓ | | | | |
| | - 8 | ✓ | 4 serials | | | |
| | - 11 | ✓ | | | | |
| | - 13 | ✓ | | | | |
| | - 14 | ✓ | | | | |
| | - 15 | No Ident | | | | |
| | - 16 | ✓ | | | | |
| | - 18 | ✓ | No Ident | | | |
| | - 19 | ✓ | | | | |
| | - 27 | ✓ | | | | |
| | - 28 | | | | | |
| | - 29 | | | | | |
| | - 31 | ✓ | | | | |
| | - 32 | ✓ | | | | |
| | - 36 | ✓ | | | | |
| | - 37 | ✓ | | | | |
| | - 38 | | | | | |
| | - 39 | ✓ | 1066 | 1096 | | |

# Exhibit AA

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005                                    By Certified Mail


FBI Washington
Washington Metropolitan Field Office
601 4th Street, N.W.
Washington, D.C. 20535-0002

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR
records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005                              By Certified Mail


FBI Los Angeles
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

Dear FOIA Officer:

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR
records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


March 23, 2005   By Certified Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001


Dear Mr. Hardy,

This is a request pursuant to the Freedom of Information
Act, 5 U.S.C., as amended, for any and all records in any
way concerning Neil Reagan, who died Dec. 11, 1996 and was
the brother of the late President Ronald Reagan.

Please find enclosed copies of a newspaper obituary for
Neil Reagan. As you know, a person's death greatly
mitigates their privacy interest and requires greater
disclosure of information. So does the fact that Neil
Reagan was a public official and a public figure. I ask
that you keep this in mind as you process the records.

As a preliminary matter, please advise me as to whether any
of records on Neil Reagan have been previously processed.
This is important, as the availability of preprocessed
records may save both the FBI and me considerable time and
expense in processing of records.

I ask that you process the requested records in light of
the lists of deceased individuals and exposed FBI sources
and informants that I submitted, along with supporting
documentation, to the FBI in the FOIA litigation captioned
Rosenfeld v. U.S. Department of Justice.

I wish to make clear that I want any and all records,
including but not limited to main files, see references, Do
Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR

records, index cards, records that are or were maintained
in SAC safes, and bulky exhibits.

I want all records, including but not limited to those
listed in the General Index, and any and all other indexes.

I want all records identifiable with my request, even
though reports based on those records may have been sent to
FBI headquarters or other FBI offices, and even though
there may be duplication between sets of files.

I want all records to be produced with their administrative
markings intact, and all reports, memos and documents to
include any and all administrative pages.

I want all pages released regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than white
out or cut out material.

I expect that, as required by the FOIA, if you withhold any
information, that all reasonably segregable portions of the
records that are not exempt shall be released. I expect all
records to be fully legible.

As I am a professional journalist seeking the requested
records for news purposes, I hereby request that you waive
all applicable fees, as releasing the information will
primarily benefit the general public by shedding light on
important government operations.

However, in the interest of expediting this request and
avoiding a delay in processing pending your fee waiver
decision, I hereby commit to pay up to $200 for these
records. I reserve my right to pursue a fee waiver at a
later date.

I ask that you promptly begin processing of this request
and that you release the records within the statutory
period. If you are unable to do so, please provide a
specific reason and basis in fact as to why you cannot do
so.

In any event, as requested above, please advise me right away as to whether any of these records have been previously processed.

Thank you for your help. I look forward to your prompt response.

Sincerely,


Seth Rosenfeld

Copyright 1996 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

December 13, 1996, Friday, FIVE STAR LIFT Edition

**SECTION:** NEWS; Pg. 9C

**LENGTH:** 190 words

**HEADLINE: NEIL REAGAN, 88; BROTHER OF EX-PRESIDENT**

**DATELINE:** LOS ANGELES

**BODY:**
**Neil Reagan**, the older brother of former President Ronald Reagan, **died** Wednesday (Dec. 11, 1996) of heart failure at age 88.

Mr. Reagan, a former radio broadcaster and advertising executive, **died** at Scripps Memorial Hospital in San Diego, according to a statement issued Thursday by the former president's office.

Known to friends and family by the nickname "Moon," Mr. Reagan was said to have been close to his younger brother and served as a delegate to the 1980 Republican National Convention, which propelled Ronald Reagan to the presidency.

"We will miss him terribly," Reagan and his wife, Nancy, said. "We have been in constant contact with his wife, Bess, in the last few days and have expressed our sympathy and love. We hope all Americans will join us in our prayers for Moon and Bess."

They have no children.

When Ronald Reagan became an announcer at WHO Radio in Des Moines, Iowa, his brother followed him, becoming program director at a sister station in Davenport, Iowa.

He later worked for the McCann-Erickson Advertising Agency, where he became senior vice president and head of the Los Angeles office.

**GRAPHIC:** PHOTO; Photo headshot - **(Neil) Reagan** - 1982 photo

**LOAD-DATE:** December 13, 1996

◄ prev Document 39 of 54 next ►

About LexisNexis™ | Terms and Conditions | Privacy Policy | Support Identifier
Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# Exhibit BB



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*May 26, 2005*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.: 1017395- 000
Subject: REAGAN, NEIL

Dear Mr. Rosenfeld:

This is in further response to your Freedom of Information (FOIA) request on the above subject.

A search of the indices to our central records system files, manual and ELSUR indices at FBI Headquarters, Los Angeles Field Office and Washington Field Office revealed no record responsive to your FOIA request.

Although no record responsive to your request was located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit CC



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 28, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: REAGAN, NEIL

FOIPA No. 1017395- 001

Dear Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

3 page(s) were reviewed and 3 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

□ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

□ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

# Exhibit DD



U.S. Department of Justice



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

September 4, 2007

Subject: REAGAN, NEIL

FOIPA No. 1017395- 002

Dear Mr. Rosenfeld:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**88** page(s) were reviewed and **88** page(s) are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒  You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

⊓ The enclosed material. .rom the main investigative file(s) in which the' .,foci(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

⊠ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s)

This is in further response to your Freedom of Information Act (FOIA) request to FBI Headquarters (FBIHQ) for information regarding Neil Reagan.

Please be advised that six (6) cross references responsive to your request have now been located. These cross references are identified as follows:  .

Serials 9 (stamp dated April 10, 1981), 157, 169, 193 and 211 from the Sub D section of Washington Field Office (WFO) file 175-311. WFO file 175-311 is the investigation of the attempted assassination of President Ronald Wilson Reagan by John Hinckley. The Sub D section of this file is the newspaper clipping / public source section. Copies of these cross references are being released to you in their entirety.

Serial 18 of FBI Headquarters (FBIHQ) file 116-460320. FBIHQ file 116-460320 is the 1967 security background investigation of Ronald Wilson Reagan. This serial has been processed for release to you. All releasable information is enclosed with this letter.

No additional cross references were located in FBI files that were found to be responsive to your request.

# Exhibit EE



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

April 3, 2008

Subject: REAGAN, NEIL

FOIPA No. 1017396- 003

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect Information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  Section 552 |  | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) |  | ☐(k)(7) |

9 page(s) were reviewed and 9 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been;

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

Enclosure(s)

This is in further response to your Freedom of Information Act (FOIA) request to FBI Headquarters (FBIHQ) for information regarding Neil Reagan.

Please be advised that one (1) additional cross reference responsive to your request has now been located. This cross reference is identified as follows:

Serial 200 of FBI Headquarters (FBIHQ) file 100-340922. FBIHQ file 100-340922 is the 1940s -1950s internal security investigation entitled "Communist Infiltration of the Radio and Television Industries." This serial has been processed for release to you. All releasable information is enclosed with this letter.

FBIHQ file 100-340922 is a multiple subject file. In processing documents from multiple subject files for a Freedom of Information or Privacy Act release, it is the practice of the FBI to address only those pages which specifically mention the subject of the request. Therefore, only those pages which contained information pertaining to Neil Reagan were processed and any supplementary pages showing the context in which Neil Reagan was mentioned.

Please be advised that manual and automated indices were re-checked in an effort to find any additional record identifiable with Neil Reagan. Other than the enclosed document, no additional cross references were located in FBI files that were found to be responsive to your request.

# Exhibit FF

Oral History Program
Powell Library

University of California
Los Angeles, California

Governmental History Documentation Project

Ronald Reagan Era

Neil Reagan

PRIVATE DIMENSIONS AND PUBLIC IMAGES:    THE
EARLY POLITICAL CAMPAIGNS OF RONALD REAGAN

An Interview Conducted by
Stephen Stern
in 1981

Copyright © 1981
The Regents of the University of California



scientists from BASICO [Behavioral Science Corporation] Stanley Plog and Kenneth Holden. I think they helped him out on the campaign. Did you know them?

REAGAN: I knew of them, sure. That's like saying you had to hire a couple of people to plant in his mind firmly, "After you're introduced, don't walk up and, as soon as the applause stops, start picking your nose and talking." You see, I was in politics long before he was.

STERN: Right.

REAGAN: I traveled with Barry Goldwater sixty-five days right across the table from he and Peggy [Mrs. Goldwater] on the 727 and did all of his TV commercials and all of his radio commercials.

STERN: For Barry Goldwater?

REAGAN: Yes. I was in politics pretty heavy back in Illinois. This was nothing new to me. There isn't anything Spencer-Roberts can teach me, and I don't like to say that. There are some things that I'm sure some political minds could teach me. I'm sure probably Ronald could teach me some things now in the few short months he's been up at Washington. [laughter] And the funny part of it is, you know, he doesn't like to come to me and say, "Look, what do you think?" And I don't like to go to him and say, "Look, what do you think?" Because I don't want him to feel that I need any of his help, and he doesn't want me to feel that he needs any of my help. But we have our own little subtle ways, built up over the years and years and years of association. [laughter] You know, we've played little games. I can remember one time I was out, and he was in an organization back in Hollywood that was as bad as you could get: Hollywood [Independent] Citizens Committee of Arts, Sciences, and Professions [HICCASP]. And I used to beat him over the head, "Get out of that thing. There are people in there who can cause you real trouble. They're more than suspect on the part of the government, as to their connections that are not exactly American, and one thing and another." Now, in those days, I was doing little things for the FBI. You know, "Neil, we'd like to have you go out and lay in the bushes and take down the car numbers off of the cars that are going to be at this little meeting in Bel-Air. Put it in

31

a brown envelope, no return address.  And always
remember, if you get caught in the bushes, you can
just forget about saying, well, you're doing this for
the FBI, because we'll just look him right in the eye
and say, 'We never saw the guy in our lives.'  Forget it."

I talked to him and talked to him about this
organization.  One evening he calls me--evening, hell,
it was about midnight--he had stopped up at the
Nutburger stand (there was a Nutburger stand at the
corner of Sunset and Doheny at the time, across the
street from the drugstore).  He says, "I'm having a
cup of coffee, come on up."  I said, "Do you know
what time it is?"  "Yeah."  "Well, I've been in bed
for three hours.  Have your coffee and go on home and
go to bed."  "No, I want you to come up."  And I
said all right; so I put a pair of trousers on and
a shirt and drove up the hill.  Here he is parked.
I got in, and--he's a member of the board--he says,
"You wouldn't believe it.  It just came to me tonight.
We have a rule that if a board member misses two
meetings without being excused, you're automatically
off the board.  There's a gal out at the such and
such studio," and he says, "I've been a little sus-
picious of her.  All of a sudden, we had one of these
cases come up tonight, that so-and-so had missed two
board meetings, and so they were off, and now we've got
to find somebody else.  It suddenly dawned on me that
over the last several months, every time one of these
cases came up, she had just the individual that would
be excellent as a replacement.  I managed to filch the
minute books before I left.  I can show you the page
where her board members became a majority of the
board, with her replacements."

I just looked at him and said,  "Junior, what do
you suppose I've been talking about all these weeks
and weeks and weeks?"  He looks me right in the eye
and says, "Why, you never mentioned a word about
anything like that."  Those are the kind of games we
play.  I do the same thing to him.  You know, he'll
say, "How come you didn't?"  And I'll say, "Well,
you never said anything to me about it."  "What
about--?"  "You never said anything.  I don't under-
stand what gave you the idea that we talked about this."
So it's just a game we play.

But I love it every time that somebody talks about
the great amount of work that was done to build an

# Exhibit GG

4-22 (Rev. 7-28-00)

### FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date ___2-11-2008___

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☒ Return to ████████████████████
  _____Supervisor, Room, Ext._____

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup   ☐ Variations
- ☐ Restricted to Locality of _____

Subject   _Reagan, Neil_
AKA (s) _____

_____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date _____ Searcher Initials _____
Prod. _____

LA, WF #8

| | File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|---|
| ＊ R. | 116-460320 | (16) | | | | | 960 |
| R. | HO 29A-5335-A | (47) p. 1 | | | | | |
| ＊ R. | 77-81528 | (9 | | | | | ordered |
| ＊ R | WF 175A-311-D | (157) | | | | | ~ |
| | (169)(211)(193)(3AA)(9) | | | | | | |
| | 00-340922 | (200) | | | | x | ordered |
| | | p.23 | | | | | |
| | Reagan, N.L. | | | | | | |
| ＊ R | 100-7801 | | | | | | |
| | WFO - NR | | | | | | |
| | LA - NR | | | | | | |

FBI/DOJ

# Exhibit HH

BEST AVAILABLE COPY




EM

NY 100-80374

## TABLE OF CONTENTS 

|  |  | PAGE |
|---|---|---|
| I. RADIO |  | 2 |
| 1. | Control of Facilities | 2 |
| A. | Introduction | 2 |
| B. | Communist Dominated or Infiltrated Organizations Affecting Radio | 4 |
|  | 1. American Communications Association, CIO | 4 |
|  | 2. Committee for the Negro in the Arts | 5 |
|  | 3. Committee to Save Foreign Language Broadcasts | 6 |
|  | 4. Institute for Democratic Education, Inc. | 7 |
|  | 5. National Council of the Arts, Sciences and Professions-Radio-Television Division | 8 |
|  | 6. People's Radio Foundation, Inc. |  |
|  | 7. People's Songs, Inc. | 10 |
|  | 8. Stage For Action | 11 |
|  | 9. Voice of Freedom Committee | 12 |
| C. | Information Concerning the Cultural Section of the Communist Party | 14 |
| 2. | Control of Radio Unions | 15 |
| A. | Actors' Equity Association | 15 |
| B. | American Federation of Musicians--AFL | 18 |
| C. | American Federation of Radio Artists--AFL | 20 |
| D. | American Guild of Musical Artist--AFL | 21 |
| E. | American Guild of Variety Artists--AFL | 21 |
| F. | American Society of Composers, Authors and Publishers | 22 |
| G. | Authors' League of America |  |
| H. | Radio and Television Directors Guild--AFL |  |

-1a-

SECRET

EM

NY 100-80374



## Table of Contents (Continued)

| | | | PAGE |
|---|---|---|---|
| I. | Radio Guild--United Office and Professional Workers of America--CIO | | 24 |
| J. | Radio Writers Guild | | 26 |
| 3. | The Distribution of Propaganda Through Individuals, Radio Stations, Individual Commentators, and Script Writers | | 27 |
| | A. Radio Stations | | 27 |
| | 1. WBNX | | 27 |
| | 2. WCBS | | 28 |
| | | A. Introduction | 28 |
| | | B. Individuals | 29 |
| | | C. Broadcasts | 46 |
| | 3. WHOM | | 47 |
| | | A. Introduction | 47 |
| | | B. Individuals | 47 |
| | 4. WJZ | | 48 |
| | | A. Introduction | 48 |
| | | B. Individuals | 49 |
| | | C. Broadcasts | 50 |
| | 5. WLIB | | 51 |
| | | A. Introduction | 51 |
| | | B. Individuals | 51 |
| | | C. Broadcasts | 54 |
| | 6. WMCA | | 54 |
| | | A. Introduction | 54 |
| | | B. Individuals | 54 |
| | | C. Broadcasts | 56 |
| | 7. WNBC | | 57 |
| | | A. Introduction | 57 |
| | | B. Individuals | 57 |
| | 8. WNEW | | 60 |
| | | A. Introduction | 60 |
| | | B. Individuals | 60 |
| | 9. WNYC | | 63 |
| | | A. Introduction | 63 |
| | | B. Individuals | 63 |

NY 100-80374

SECRET

Table of Contents (Continued)

|  |  |  | PAGE |
|---|---|---|---|
| 10. | WOR |  | 64 |
|  | A. | Introduction | 64 |
|  | B. | Individuals | 64 |
| 11. | WOV |  | 65 |
|  | A. | Introduction | 65 |
|  | B. | Individuals | 66 |
| 12. | WQXR |  | 66 |
|  | A. | Introduction | 66 |
|  | B. | Individuals | 66 |
|  | C. | Broadcasts | 67 |
| 13. | WMRL |  | 67 |

B.  Free Lance Radio Script Writers and Actors — 67

II.  TELEVISION STATIONS — 68

| A. | WABD |  | 69 |
|---|---|---|---|
| B. | WCBS-TV |  | 69 |
| 1. | Introduction |  | 69 |
| 2. | Individuals |  | 70 |
| C. | WNBT |  | 72 |
| 1. | Introduction |  | 72 |
| 2. | Individuals |  | 73 |

III. TELEVISION UNIONS — 74

| 1. | American Television Guild | 74 |
|---|---|---|
| 2. | Television Writers Guild | 74 |



EH
5

NY 100-80374

<u>Index (Continued)</u>



PAGE

Paley, William S.                                   20
Patterson, William L.                               28,29
People's Arts, Inc.                                 5
People's Radio Foundation                           11
People's Songs', Inc.                               4,9,10
                                                    10,11,30
Pious, Minerva                                      42
                                                    20,58,59,60
                                                    72,73
                                                    48
                                                    40

Radio and Television Directors Guild               23,24
Radio Guild-United Office and Professional Workers  24,25,26
    of America                                      69
Radio Station WABD                                  27,28
Radio Station WBNX                                  28-47
Radio Station WCBS                                  69-72
Radio Station WCBS-TV                               47
Radio Station WHOM                                  48-51
Radio Station WJZ                                   51-54
Radio Station WLIB                                  54-57
Radio Station WMCA                                  57-60
Radio Station WNBC                                  72-73
Radio Station WNBT                                  60-62
Radio Station WNEW                                  11,29,30,63-65
Radio Station WNYC                                  64,65
Radio Station WOR                                   65,66
Radio Station WOV                                   66,67
Radio Station WQXR                                  67
Radio Station WERL                                  26,27
Radio Writers Guild                                 42
Ratner, Victor                                      28
Ream, Joseph                                        5,11,15
Robeson, Paul                                       24
                                                    63,64
                                                    11
                                                    47
Sayet, Bessie                                       47,48
Sayet, Eugene

b6
b7C

NY 100-80374



DETAILS:    The title of this case is being marked "Changed" to re-
flect it as "Communist Infiltration of the Radio-Television
Industry", instead of "Communist Infiltration of the radio
Industry", in accordance with SAC Letter No. 87 dated
September 13, 1949.

## I.  DETAILS

### 1.  Control of Facilities.

#### A.  Introduction

Referenced report dated February 28, 1949 reflected investigation had
failed to disclose any indication of actual ownership by the Communist Party of
any radio station or network in the New York area, in addition to which there
was no evidence of any actual Communist domination or control on the management
and ownership level of said radio stations and networks.  It was reported that
of all the known officers and directors, only one, HOWARD L. HAUSMAN, Vice-
President in Charge of Personnel Relations, at the Columbia Broadcasting System,
was known to be or to have been a member of the Communist Party, although a
number of the officers and directors had been associated with a number of
Communist front organizations.

In addition, it had been ascertained that a number of individuals
holding subordinate positions were known to be or to have been members of the
Communist Party, the names of which individuals were set forth in referenced
report.  It was determined that there was some evidence of Communist infil-
tration in the Columbia Broadcasting System and the National Broadcasting
System as well as Radio Station WNYC which is owned by the City of New York.

The following constitutes investigation conducted subsequent to the
referenced report.

On February 16, 1949, Confidential Informant ⬛ of known reliability,
and who was a former functionary of the Communist Party, advised that the pro-
gram of the Communist Party with respect to radio is two-fold, namely, to first
get the Communist Party on the radio so that it could openly espouse its cause
and, second, to penetrate the industry by influencing radio stations, radio
unions, radio producers, radio commentators and other radio personalities.

b2



NY 100-80374



Leagueof America is the parent body of the Radio Writers Guild. The "Daily
Worker" of September 9, 1949, page 5, column 2, reported that a delegation of
150 members from a number of organizations representing writers, artists, actors
and musicians, called upon Judge HAROLD R. MEDINA and United States Attorney
JOHN F. X. MC GOHEY on September 8, 1949, charging "fascist attacks" in Peekskill,
New York, were the outgrowth of the Communist Party trial. According to the
article, in the delegation were a number of unions including the Authors League
of America.

    H.   Radio and Television Directors Guild--AFL

    Confidential Informant ▭ advised on November 6, 1947 that this
union is reported to be Communist controlled and that the executive board and
officers, with the exception of the president, WILLIAM SWEETS, are all Com-
munists of "left wingers". The informant advised that SWEETS was easily swayed
by the Communists and that one of the officers of the guild ▭ was an
admitted Communist.

*Radio Industry - Leader, Time - Employed by Above*

    Confidential Informant ▭ advised on November 3, 1947 that ▭ con-
sidered ▭ as being pro-Communist and that ▭
▭ was considered the "fair-haired ▭" of
the Columbia Broadcasting System. This informant believed ▭
probably being a Communist sympathizer, although he had denounced Communism
at a recent meeting of the American Federation of Radio Artists. This informant
based his suspicions as to ▭ on the fact that he would not use actress
▭ a member of the anti-Communist group in AFRA, because he considered
her a "fascist reactionary". The informant pointed out that the radio directors
are in a very important position if they are pro-Communist, because they can
easily make sure the actors and actresses appearing in their casts are of the
same type.

    Confidential Informant T-36, *of known reliability* advised that in 1947 the officers of
the Radio and Television Directors Guild were as follows:

| | |
|---|---|
| President | THOMAS F. SMITH |
| Vice-President | ROBERT COWAN |
| Secretary | JOE ALLEBAUGH |
| Treasurer | ANTHONY STANFORD |
| Board of Directors | LEONARD REIG |
| | PHIL COHEN |
| | WILLIAM T. JOHNSTONE |
| | CHARLES WANDA |
| | GEORGE FOGEL |
| | BRUCE KAMAN |
| | CARL KUHL |
| | NEIL REAGAN |

b2
b6
b7C

- 23 -

NY 100-80374



This informant advised that [          ] is considered by the rank and file guild members as spokesman for the "liberal" section within the guild and is supported by the following:

b6
b7C

Confidential Informant T-36 further advised that the above directors in the majority of instances, select persons for their radio productions who hold similar political beliefs.

The "Daily Worker" of October 1, 1948, reported that WILLIAM SWEETS, National President of the Radio and Television Directors Guild, had resigned his office rather than sign non-Communist affidavits. The article stated that SWEETS is not a Communist and declared he felt the signing of the affidavits would be an infringement on his personal and democratic rights. The article reported that the action taken by SWEETS occurred after the National Executive Council of Radio and Television Directors Guild had voted to have all the officers sign the affidavits.

BARNARD RUBIN in the "Daily Worker" dated December 30, 1948, page 13, reported that the Radio and Television Directors Guild had a membership of 290.

I.  Radio Guild—United Office and Professional Workers of America—CIO

Confidential Informant [        ] advised on September 17, 1948 that WILLIAM L. SHIRER and [                              ] had been instrumental in assisting the UOPWA in gaining a firm foothold at the Columbia Broadcasting System. The informant advised that HOWARD L. HAUSMAN at that time was director of personnel and that he had been known to have secret meetings with NORMA ARONSON, a known "left winger" in the amusement field. The informant advised further that the UOPWA in its relations with CBS had been assisted and represented by HARRY SACHER, a well-known Communist lawyer.

b2
b6
b7C

- 24 -

~~SECRET~~

NY 100-80374

b2
b6
b7C
b7D

## CONFIDENTIAL INFORMANTS
### (Cont'd.)

[____] - [_____] contacted
by SA JOSEPH M. FITZGERALD.

[____] - [_____] contacted
by SA ALBERT J. KLEIN

b2
b7D

[____] - [_____] contacted by SA KIRBY A. VOSBURGH.

[____] - [_____] con-
tacted by SA HAROLD P. MOSS.

b2
b6
b7C
b7D

[____] - [_____] contacted
by SA JOSEPH T. GENCO.

[____] - [_____] contacted by SA JOHN T. HILSBOS.

b2

[____] - Army Military Intelligence, New York City.

T-36 - NEIL REAGAN, Room 906, Guaranty Building, Los Angeles,
California, as reported in the report of SA E. BRUCE RYDER,
dated December 16, 1947, in instant case.

b2
b6
b7C
b7D

[____] - [_____] contacted by SA ROBERT CLARK STONE.

b2

[____] - [_____]

b2
b6
b7C
b7D

[____] - [_____]
contacted by SA ALBERT J. KLEIN.

[____] - Buffalo Confidential Informant [_____]

b2
b7D

[____] - Pretext telephone calls made October 11, 1948, and October 26,
1949, to the Columbia Broadcasting System, 485 Madison Avenue,
New York City, contacted by SA ALBERT J. KLEIN.

- 82 -

~~SECRET~~

b2

# Exhibit II

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

June 14, 2006      Via Certified Mail & Fax to 202-324-3752

Mr. David M. Hardy
Section Chief – Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

                    Re: FOIA Request

Dear Mr. Hardy,

     This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following organizations:

     1) Motion Picture Industry Council, also known as
MPIC.

     2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA

     3) Labor League of Hollywood Voters

     For your reference, these organizations were prominent
in the film industry in the 1940s and 1950s. Among the
people prominently involved with these groups was Ronald
Reagan, who later became president.

     Please bear in mind that Mr. Reagan was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
information concerning him that may appear in responsive
records.

     If other public figures are referenced in the
responsive pages, please release that information as well,
as required under the FOIA. For your reference, some of the
other deceased people whose names may appear in the records

are Walt Disney, John Wayne, Gary Cooper, King Vidor, Sam
Wood, Walter Wanger and Leo McCarey.

As a preliminary matter, please advise me as to
whether any of the requested records have been previously
processed. Please advise me as to this as soon as possible,
as the availability of preprocessed records may help me
narrow the scope of this request and thus save both the FBI
and this requester time and expense in processing of
records.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on
the name of each organization and an "all references" check
of all indices, both automated and manual, active and
inactive, for any and all records concerning these
organizations in any way.

Please be sure to release all responsive see
references. For see references of five pages or less, I am
requesting the entire see reference document. For see
references of more than five pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to this organization.

Please process all records identifiable with my
request, even though reports based on those records may
have been sent to other FBI offices, and even though there
may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, handwritten notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

June 14, 2006                                    Via Certified Mail

FBI – FOIA OFFICE
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

                    Re: FOIA Request

Dear FOIA Officer,

    This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following organizations:

    1) Motion Picture Industry Council, also known as
MPIC.

    2) Motion Picture Alliance for the Preservation of
American Ideals, also known as MPA

    3) Labor League of Hollywood Voters

    For your reference, these organizations were prominent
in the film industry in the 1940s and 1950s. Among the
people prominently involved with them was Ronald Reagan,
who later became president.

    Please bear in mind that Mr. Reagan was a public
figure, serving in the California state government and
later in the federal government. This, along with the fact
that he is deceased, weighs in favor of releasing all
information concerning him that may appear in the
responsive records.

    If other public figures are referenced in the
responsive pages, please release that information as well,
as required under the FOIA. For your reference, some of the
other deceased people whose names may appear in the records

are Walt Disney, John Wayne, Gary Cooper, King Vidor, Sam
Wood, Walter Wanger and Leo McCarey.

As a preliminary matter, please advise me as to
whether any of the requested records have been previously
processed. Please advise me as to this as soon as possible,
as the availability of preprocessed records may help me
narrow this request and thus save both the FBI and this
requester time and expense in processing of records.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits.

Please be sure to search using a six-way breakdown on
the name of each organization and an "all references" check
of all indices, both automated and manual, active and
inactive, for any and all records concerning this
organization in any way.

Please be sure to release all responsive see
references. For see references of five pages or less, I am
requesting the entire see reference document. For see
references of more than five pages, please release all
administrative pages, the first five pages of the body of
the document, and three pages on either side of each
reference to this organization.

Please process all records identifiable with my
request, even though reports based on those records may
have been sent to other FBI offices, and even though there
may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

This letter constitutes my commitment to pay fees of up to $200 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

# Exhibit JJ

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 25, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: LABOR LEAGUE OF HOLLYWOOD VOTERS

FOIPA No. 1050649-001

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

53 page(s) were reviewed and 49 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

Request No.:  1050646- 002
Subject:  MOTION PICTURE INDUSTRY
COUNCIL

Dear Requester:

This is in response to your limited Freedom of Information Act request concerning the above subject.

The enclosed material is being released in its entirety.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure

# Exhibit KK



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 28, 2007

MR SETH ROSENFELD
POST OFFICE BOX 421 892
SAN FRANCISCO, CA 94142 1892

Subject: MOTION PICTURE ALLIANCE FOR THE
PRESERVATION OF AMERICAN IDEALS

FOIPA No. 1050848- 001

Dear Mr. Rosenfeld:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| □(b)(1) | □(b)(7)(A) | □(d)(5) |
| ☒(b)(2) | □(b)(7)(B) | □(j)(2) |
| ☒(b)(3) Federal Rules of Criminal | ☒(b)(7)(C) | □(k)(1) |
| Procedure Rule 6(e) | ☒(b)(7)(D) | □(k)(2) |
| | □(b)(7)(E) | □(k)(3) |
| | □(b)(7)(F) | □(k)(4) |
| □(b)(4) | □(b)(8) | □(k)(5) |
| □(b)(5) | □(b)(9) | □(k)(6) |
| ☒(b)(6) | | □(k)(7) |

1006 page(s) were reviewed and 991 page(s) are being released.

□ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    □ referred to the OGA for review and direct response to you.

    □ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

□ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the refe        es, you must submit a separate request for th    in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

Pursuant Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of $89.10 payable to the Federal Bureau of Investigation. To ensure proper identification of your request, please return this letter or include FOIA 1050648 on your check or money order.

# Exhibit LL



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 28, 2008

MR. SETH ROSENFELD
POST OFFICE BOX 421, 892
SAN FRANCISCO, CA 94142 1892

Subject: MOTION PICTURE INDUSTRY COUNCIL

FOIPA No. 1076765- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the exclsion. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a | |
|---|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | | ☐(j)(2) |
| ☒(b)(3) _National Security Act of_ | ☒(b)(7)(C) | | ☐(k)(1) |
| _1947 & CIA Act of 1949_ | ☒(b)(7)(D) | | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | | ☐(k)(6) |
| ☒(b)(6) | | | ☐(k)(7) |

1024 **page(s)** were reviewed and 1018 **page(s)** are being released.

☒ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☒ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for the... in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and/or 16.49, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. You have already received your 100 free pages with the release of FOIPA # 1050646. Upon receipt of these documents please make a check or money order payable to the Federal Bureau of Investigation in the amount of $101.80 for 1,018 released pages. To insure proper identification of your request, please return this letter or include the FOIPA request number(s) with your payment. Failure to pay for this release will close your current request as well as any pending FBI FOIA requests from you. Nonpayment will also cause an automatic denial of any future FOIA requests.

This is the final release concerning the Motion Picture Industry Council.

# Exhibit MM

4-22 (Rev. 7-23-18)

FDIA 1050646-001

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

                    Supervisor, Room, Ext.

**Scope of Search:** (Check One)
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.                    LA
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)          (Appeal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup          ☐ Variations
- ☐ Restricted to Locality of

Subject   Motion Picture Industry Council
AKA (s) _____
            MPIC

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 2/8/07 _____ Searcher Initials MMM
Prod. _____

| LA | File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|----|-------------|--------|-------|------|-----|----------|-----------------|
|    | NR          |        |       |      |     | ✓        |                 |
|    |             |        |       |      |     |          |                 |
| AKA | MPIC       |        |       |      |     | ✓        |                 |
|    | NR          |        |       |      |     |          |                 |
|    |             |        |       |      |     |          |                 |
|    |             |        |       |      |     |          |                 |
|    |             |        |       |      |     |          |                 |
|    |             |        |       |      |     |          |                 |
|    |             |        |       |      |     |          |                 |
|    |             |        |       |      |     |          |                 |

FBI/DOJ

4-22 (Rev. 7-28-00)

*FOIA 1050646-001*

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

Supervisor, Room, Ext.

**Scope of Search:** (Check One)
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)     *(Appeal)*
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)          *HQ*
- ☐ Buildup   ☐ Variations
- ☐ Restricted to Locality of

Subject  *Motion Picture Industry Council*
AKA (s)  *MPIC*

Birthdate & Place _____
SSAN _____
Localities _____

R #  _____ Date  *2/8/07*  Searcher Initials  _____
Prod.

| | File Number          Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| *HQ* | *HQ 100-138754* | | | ✓ | | |
| | *serial 1134* | | | | | |
| | *P. 2, 18, 19, 25* | | | | | |
| | | | | | | |
| *AKA* | *MPIC* | | | | ✓ | |
| | *NR* | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Note: HQ 100-138754 = RR COMPIC FILE*

FBI/DOJ

# Exhibit NN

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date 8/11/06

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☒ Attention ▉▉▉▉▉▉▉▉▉▉▉▉
- ☐ Return to ▉▉▉▉▉▉▉▉▉
  Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup       ☐ Variations
- ☐ Restricted to Locality of _____

Subject Labor League of Hollywood Voters
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 8/11/06 ____ Searcher Initials UA
Prod. _____

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|-------------|--------|-------|------|-----|----------|-----------------|
| NR          |        |       |      | X   |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |
|             |        |       |      |     |          |                 |

Winchester                    105050649    FBI/DOJ

4-22 (Rev. 7-28-00)

## FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date 8|11|06

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☒ Attention ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☒ Return to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮ Supervisor, Room 6xxx

**Scope of Search:** (Check One)
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject Labor League of Hollywood Voters
AKA (s) _____

Birthdate & Place
SSAN
Localities

R #        Date 8|11|06      Searcher Initials ▮▮
Prod.

| File Number | Serial | 8/24/0▮ | SDIS | ADB | Inactive | Date of Ref M/Y |
|-------------|--------|---------|------|-----|----------|-----------------|
| NIB | NK | | | | X | |
| | | | | | ✓ | |
| S3  NL | | | | | ✓ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Winchester | 1050269 | | | | FBI/DOJ | |

O-63 (Rev. 3-18-94)

# ROUTE IN ENVELOPE

To:    Information Resources Division, ELSUR Index Subunit

Date 8/11/06

From:    ☐ CID    ☐ LCD    ☐ NSD    ☐ IRD    ☐ Other _____
(specify)

Subject: Labor League of

Hollywood Voters

File #: _____

Priority:    ☐ Expedite, will pick up: _____
☒ Routine
☐ Date needed: _____

## REQUEST FOR ELSUR SEARCH FOR THE PURPOSE OF:

☐ Title III Application
☐ FISA Application
☐ Legal Motion (DOJ)
☒ FOIPA

☐ FBI    ☐ DEA

☐ GBI/BAIU
☐ SPU
☐ Investigative Lead
☐ Other _____
(specify)

(One of the above must be checked before search will be conducted.)

Requestor

_____
Name

Complete and Return to:

_____
Name

_____
Ext.

Winchester
0386

Roy

List names; Addresses; facilities; telephone #
or other pertinent # to be searched:

N/a

Labor League of Hollywood Voters

Known Aliases

Search
Results

N/a

Searched by _____

8/14/06

Date

# ROUTE IN ENVELOPE

FEDERAL BUREAU OF INVESTIGATION
FOIPA
SEARCH SLIP SHEET

Foipa:1050649-001    Type of Request:FOIA Date Completed:
Subject:LABOR LEAGUE OF HOLLYWOOD VOTERS    Requester Name: R
OSENFELD, SETHtype of Requester: Private Citizen    File Number:

&lt;File&gt;    100-138754 I    Inactive
BU    serial 503 p6

# Exhibit OO

4-22 (Rev. 7-22-00)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date 8|11|06

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☒ Attention ██████████████████
- ☐ Return to _____
  Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject Motion Picture Alliance for the
AKA (s)   Preservation of American Ideals
    MPA

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 8|11|06 ____ Searcher Initials ___

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| Ref. NIL | | | | X | | |
| | | | | | | |
| MPA | | | | | | |
| HQ 100-271086 | | | | X | | |
| 9LOC-HQ-C1188944-718 | | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Winchester                    1050648        FBI/DOJ

4-22 (Rev. 7-28-00)

**FEDERAL BUREAU OF INVESTIGATION**
**INFORMATION MANAGEMENT SECTION**

Date 8/11/06

☐ Name Searching Unit, Newington Annex
☐ Special File Room, Room 7361
☐ Forward to File Review, Pickett Street
☒ Attention ███████████████████
☒ Return to ███████████████████
██████████████████ Supervisor, Room, Ext.

**Scope of Search: (Check One)**
☒ Automated Data Base (ADB)
☐ Inactive Index-Pickett St.
☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
☐ All References (Security & Criminal)
☐ Security Search
☐ Criminal Search
☒ Main _____ References Only

**Special Instructions:**
☐ Exact Name Only (On the Nose)
☐ Buildup   ☐ Variations
☐ Restricted to Locality of _____

Subject Motion Picture Alliance for the
AKA (s) Preservation of American Ideals
MPA

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 8/11/06 Searcher Initials _____
Prod. _____
                    9/16/06

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| Ref: NIL | | | | X | | |
| MB | | | | | ✓ | |
| | | | | | | |
| MPA | | | | | | |
| HQ 100-271086 | | | | X | | |
| 26DC-HQ-C1188044-718 | | | | X | | |
| M | | | | | ✓ | |
| | | | | | | |
| S'S NL | | | | | | |
| | | | | | | |
| Winchester | 1050648 | | | | FBI/DOJ | |

O-63 (Rev. 3-10-94)

# ROUTE IN ENVELOPE

To:      Information Resources Division, ELSUR Index Subunit

From:    ☐ CID    ☐ LCD    ☐ NSD    ☐ IRD    ☐ Other          Date  8/11/06

Subject: Motion Picture Alliance
for the Preservation of                              File #: _____  (specify)
American Ideals

                                    Priority:   ☐ Expedite, will pick up:
                                                ☒ Routine
                                                ☐ Date needed:

## REQUEST FOR ELSUR SEARCH FOR THE PURPOSE OF:

☐ Title III Application                ☐ FBI    ☐ DEA        ☐ GBI/BAIU
☐ FISA Application                                           ☐ SPU
☐ Legal Motion (DOJ)                                         ☐ Investigative Lead
☒ FOIPA                                                      ☐ Other _____

[One of the above must be checked before search will be conducted.]

Requestor                              Complete and Return to:                 (specify)

███████████████       ████████████████        Winch
        Name                      Name                    Ext.    63E

List names; Addresses; facilities; telephone #           Known Aliases      Search
or other pertinent # to be searched:                                        Results

Motion Picture Alliance for
the Preservation of American
Ideals
AKA: MPA

                                                             ████████  8/4/06
                                        Sea

ROUTE IN ENVELOPE

4-22 (Rev. 7-28-00)

### FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date 8|11|06

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☒ Attention ███████████████████████
- ☐ Return to ███████████████████████
  Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup       ☐ Variations
- ☐ Restricted to Locality of

Subject Motion Picture Industry Council (MPIC)
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 8|11|06 _____ Searcher Initials LCA
Prof. _____

| File Number | Serial | Ident. | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| Ref. NR | | | | X | | |
| MPIC | | | | | | |
| ███ NR | | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Winchester                          1050646   FBI/DOJ

4-22 (Rev. 7-28-06)

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date **8/11/06**

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☒ Attention
- ☒ Return to

**Scope of Search:** (Check One)
- ☒ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☒ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject **Motion Picture Industry Council (MPIC)**
AKA (s) _____

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date **8/11/06** Searcher Initials **UA**
Prod. _____ **8/11/06**

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| Ref. NIL | | | | X | | |
| MPIC | | | | | | |
| NR | | | | X | | |
| | | | | | ✓ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Winchester | | | | | | |

10506416  PB/DOJ

O-63 {Rev. 3-10-94}

# ROUTE IN ENVELOPE

To:    Information Resources Division, ELSUR Index Subunit

From:  ☐ CID.   ☐ LCD   ☐ NSD   ☐ IRD   ☐ Other    Date 08/11/06

Subject: Motion Picture

Industry Council

File #: _____ (specify)

Priority:   ☐ Expedite, will pick up:
            ☒ Routine
            ☐ Date needed:

## REQUEST FOR ELSUR SEARCH FOR THE PURPOSE OF:

☐ Title III Application
☐ FISA Application          ☐ FBI    ☐ DEA
☐ Legal Motion (DOJ)
☒ FOIPA

☐ GBI/BAIU
☐ SPU
☐ Investigative Lead
☐ Other _____ (specify)

(One of the above must be checked before search will be conducted.)

Requestor                                          Complete and Return to:    Winches

[redacted] Name                [redacted] Name              [redacted]

List names; Addresses; Facilities; telephone #
or other pertinent # to be searched:                Known Aliases        Search
                                                                          Results
Motion Picture Industry Council
AKA: MPIC

ROUTE IN ENVELOPE

# Exhibit PP



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA 94142 1892

November 16, 2004

Request No.: 1002424- 000
Subject: POLICY ON WHY FBI
CONCENTRATES ON IDENTIFYING MAIN
FILES

Dear Requestor:

The policy of the FBI is to search for and identify "main Files" responsive to FOIA requests. Cross-references are not part of the initial search because they usually contain repetitive information found in the main file or non-substantive administrative data.

In cases where the requester appeals the FBI's "no main files" determination to Office of Information and Privacy, the FBI will then conduct a search for cross-references.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 0 8 2005

Mr. Seth Rosenfeld                    Re:  Appeal No. 05-1846
Post Office Box 421,892                    Request No. 1002424
San Francisco, CA  94142-1892              RLH:ADW:MJS

Dear Mr. Rosenfeld:

You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning the FBI's policy on conducting searches in response to
FOIA requests.

After carefully considering your appeal, I am affirming the
action of the FBI.  The information the FBI provided to you in its
letter of November 16, 2004, is the statement of the FBI policy on
conducting searches.  As such, it was responsive to your request.
There is no written guidance on this in the FBI's manuals.

If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director