1  JAMES WHEATON (SBN 115230)
2  DAVID GREENE (SBN 160107)
   FIRST AMENDMENT PROJECT
3  1736 Franklin St., 9th Floor
   Oakland, CA 94612
4  Tel: (510) 208-7744
   Fax: (510) 208-4562
5
6  Attorneys for Plaintiff
7
8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12  Seth Rosenfeld                    )   Case No. 3:07-cv-03240-MHP
                                      )
13           Plaintiff,              )   **SUPPLEMENTAL EXHIBITS IN**
                                      )   **SUPPORT OF PLAINTIFF'S MOTION**
14        vs.                         )   **FOR SUMMERY JUDGEMENT AND**
                                      )   **IN OPPOSITION TO DEFENDANTS'**
15  Federal Bureau of Investigation, and United )  **MOTION FOR PARTIAL SUMMARY**
16  States Department of Justice      )   **JUDGMENT**
                                      )
17           Defendant.              )   Date:   June 30, 2008
                                      )   Time:   2:00 p.m.
18                                    )   Judge Marilyn Hall Patel
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22  ─────────────────────────────
23
24
25
26
27
28

1  PLAINTIFF SUBMITS the following supplemental exhibits as evidence in Support of Motion
2  for Summery Judgement and in Opposition to Defendants' Motion for Partial Summary
3  Judgment:

| Exhibit | Date | Description |
|---|---|---|
| QQ | January 31, 2007 | Letter to DOJ from Seth Rosenfeld, Re: FOIA APPEAL re: R. Brewer(deceased), FBI Headquarter- No.1063060-000, Los Angeles Field Office No. 190-C2-2838, Washington Field Office (No. number assigned) |
| RR | March 1, 2007 | Letter to DOJ from James Wheaton, Re: FOIA APPEAL re: R. Brewer(deceased), FBI Headquarter- No.1063060-000, Los Angeles Field Office No. 190-C2-2838, Washington Field Office (No. number assigned) |
| SS | February 8, 2007 | Letter from DOJ to Seth Rosenfeld, Re: Request No. 1063060 |
| TT | August 28, 2006 | Letter from FBI to Seth Rosenfeld, Re: Labor League of Hollywood Voters |
| UU | October 16, 2006 | Letter to FBI from Seth Rosenfeld, Re: FBI Request 1050649-000, Labor League of Hollywood Voters |
| VV | December 19,2006 | Letter from DOJ to Seth Rosenfeld, Re. Appeal No. 07-0125, Request No.:1050649 |
| WW | March 1, 2007 | Letter to DOJ from James Wheaton, Re: FOIA APPEALS: Appeal No. 07-0126; Request 1050646, Motion Picture Industry Council, Appeal No. 07-0125; Request 1050649-001, Labor League of Hollywood Voters, Appeal No. Not Assigned; Request 1050648-00, Motion Picture Alliance for the Preservation of American Ideals |
| XX | June 29, 2007 | Letter from DOJ to James Wheaton, Re: Appeal No. 07-1015, 07-1194, and 07-1195, Request Nos. 1050646-002, 10560648 and 1050649-01 |
| YY | January 29, 2007 | Letter to DOJ from James Wheaton Re: Seth Rosenfeld request for Ronald Reagan FBI Records |

Supplemental Exhibits in Support of Plaintiff's Motion for Summery Judgement and in Opposition to Defendants' Motion for Partial Summary Judgment

| ZZ | February 8, 2007 | Letter from DOJ to James Wheaton Re: Seth Rosenfeld request for Ronald Reagan FBI Records |
| AAA | April 28, 2006 | Letter from Seth Rosenfeld to FBI, Re: FOIA Request for "80" Classification Files |
| BBB | Undated | "80"'s FBI Search Slips |
| CCC | Undated | Excerpts from "Dark Victory" by Dan E. Moldea |
| DDD | November 20, 1962 | Various Produced Sherriffs Documents |

Respectfully submitted,

DATED: June 16, 2008        BY:

_____/s/_____

James Wheaton
David Greene
FIRST AMENDMENT PROJECT
Attorneys for Plaintiff

Supplemental Exhibits in Support of Plaintiff's Motion for Summery Judgement and in Opposition to Defendants' Motion for Partial Summary Judgment

# Exhibit QQ

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892

January 31, 2007  By Certified Mail and Fax to 202-514-1009

Mr. Daniel Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

                    Re:   FOIA APPEAL re: Roy M. Brewer (deceased)
                          FBI Headquarters - No. 1063060-000
                          Los Angeles Field Office No. 190-C2-2838
                          Washington Field Office (No number assigned)

Dear Mr. Metcalfe,

This is an appeal pursuant to the Freedom of Information
Act in the above referenced requests.

By three separate and identical letters dated Oct. 31,
2006, sent by certified mail and fax to the FBI Washington
Field Office, the Los Angeles Field Office, and FBI
Headquarters, I requested any and all records concerning
the above individual.

By letter dated Oct. 25, 2006, the Washington Field Office
acknowledged receipt of my request. By letter dated Oct.
17, 2006, the Los Angeles Field Office acknowledged receipt
of my request. Both field offices stated they were
referring my request to headquarters. Headquarters
acknowledged receipt of my request by letter Nov. 17, 2006.

The FBI has released no records and has provided no date
when it reasonably expects to do so.

I respectfully request that you direct the FBI to
immediately release any and all records as requested above
and as required by law.

Thank you very much.

Very truly yours,

Seth Rosenfeld

# Exhibit RR

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ■ tel:510.208.7744 ■ fax: 510.208.4562 ■ www.thefirstamendment.org
James Wheaton, Senior Counsel        Pondra Perkins, Fellow & Staff Attorney        David Greene, Executive Director
wheaton@thefirstamendment.org            pondra@thefirstamendment.org            . dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      By mail and fax to 202-514-1009

    Re:    APPEAL No. 07-573 - Roy M. Brewer (deceased)
          FBI Headquarters – No. 1063060-000
          Los Angeles Field Office No. 190-C2-2838
          Washington Field Office (No number assigned)

Dear Mr. Metcalfe,

      I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant to the Freedom of Information Act in the above referenced requests.

      By three separate and identical letters dated Oct. 31, 2006, Mr. Rosenfeld submitted these requests to the FBI Washington Field Office, the Los Angeles Field Office, and FBI Headquarters.

      By letter dated Oct. 25, 2006, the Washington Field Office acknowledged receipt of the request. By letter dated Oct. 17, 2006, the Los Angeles Field Office acknowledged receipt of the request. Both field offices stated they were referring the requests to headquarters. Headquarters acknowledged receipt of the request by letter Nov. 17, 2006.

      Please note that these requests sought any and all records concerning Mr. Brewer, and specified many kinds of records. These requests also provided the names of organizations that Mr. Brewer was involved in, to aid the FBI's search for all responsive records. In addition, the requests provided the names of deceased people who be referenced in the responsive records.

      However, the FBI released no records.

      By letter dated January 31, 2007, Mr. Rosenfeld appealed the FBI's failure to release the requested records. Your office acknowledged receipt of this appeal by letter dated February 8, 2007. However, your response said that your office has a "substantial backlog" of appeals and provided no date when you reasonably expected to address this matter.

      The record shows that the FBI has not complied with Mr. Rosenfeld's specific requests under the FOIA. As you also know, the FOIA does not permit open-ended

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

delays that constructively deny access to public records.

I hereby renew this appeal. I request that you promptly instruct the FBI to release the records immediately. If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit SS



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

FEB 0 8 2007

Mr. Seth Rosenfeld
P.O. Box 421, 892
San Francisco, CA 94142-1892

Re: Request No. 1063060

Dear Mr. Rosenfeld:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on February 1, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-0573**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

# Exhibit TT



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 28, 2006

MR SETH ROSENFELD
POST OFFICE BOX 421,892
SAN FRANCISCO, CA  94142-1892

Request No.: 1050649- 000
Subject: LABOR LEAGUE OF HOLLYWOOD
VOTERS

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters and Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of  **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

# Exhibit UU

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


Oct. 16, 2006          By mail and fax to 202-514-1009


Co-Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

        Re:  FBI REQUEST 1050649-000, labor League of
Hollywood Voters

        This is an appeal of the above referenced FOIA matter.

        On June 13, 2006, I sent copies of this request to the
Los Angeles and HQ offices of the FBI. I stated that I
wanted "any and all" records concerning this subject.

        My request properly specified the records I am
seeking, including but not limited to main files, see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, records that are or were
maintained in SAC safes, and bulky exhibits."

        I stated that I want all records, including but not
limited to those listed in the General Index, and any and
all other indexes.

        However, the FBI chose to disregard the specifics of
my request. Instead of searching for the properly specified
records, as above, the FBI instead conducted a much
narrower search and stated by letter to me dated August 28,
2006 that it had found no responsive records.

        I am hereby appealing the FBI's action. As you know,
the FOIA requires agencies to search for reasonably
specified records and to release them in a timely way. The
FOIA does not permit agencies to disregard a specific
request that has been properly submitted as was mine.

1

Furthermore, the FBI's action has created an unnecessary and avoidable burden on me and on your office. Rather than conduct a reasonable search for properly specified records and release them, the FBI has instead required me to file this appeal and your office to act on it.

In effect, the FBI has constructively denied my request in an improper manner that appears calculated to discourage, delay or deny my request.

Accordingly, I ask that your office take the following steps:

1) Make a finding that FBI's denial of my specific request was improper.

2) Instruct the FBI to process my request pursuant to the FOIA and release the records immediately.

Thank you very much for your prompt attention to this matter.


Sincerely,


Seth Rosenfeld

2

# Exhibit VV



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_    _Washington, D.C. 20530_

DEC 19 2006

Mr. Seth Rosenfeld                Re:    Appeal No. 07-0125
Post Office Box 421, 892                 Request No. 1050649
San Francisco, CA  94142-1892            ADW:MJS

Dear Mr. Rosenfeld:

    You appealed from the actions of the Headquarters Office and Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Labor League of Hollywood Voters.

    After carefully considering your appeal, I am remanding your request to the FBI for further searches for records responsive to your request, including for cross-references.  If the FBI locates responsive records through these searches, it will send any and all releasable portions of them to you directly, subject to any applicable fees.  You may appeal any future adverse determination made by the FBI.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                        Sincerely,

                        Daniel J. Metcalfe
                        Director

# Exhibit WW

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr., Oakland, California 94612 ▪ tel:510.208.7744 ▪ fax: 510.208.4562 ▪ www.thefirstamendment.org
James Wheaton, Senior Counsel        Pondra Perkins, Fellow & Staff Attorney        David Greene, Executive Director
wheaton@thefirstamendment.org        pondra@thefirstamendment.org        dgreeene@thefirstamendment.org

1 March 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

By mail and fax to 202-514-1009

Re:    FOIA APPEALS
Appeal No. 07-0126; Request 1050646-000, Motion Picture Industry Council
Appeal No. 07-0125; Request 1050649-001, Labor League of Hollywood
Voters
Appeal No. Not Assigned; Request 1050648-000, Motion Picture Alliance for
the Preservation of American Ideals

Dear Mr. Metcalfe,

I am counsel for Seth Rosenfeld and hereby submit this further appeal pursuant
to the Freedom of Information Act in the above referenced requests.

On June 13, 2006, Mr. Rosenfeld sent copies of this request to the Los Angeles
and HQ offices of the FBI. He stated that he wanted "any and all" records concerning
these subjects.

His request properly specified the records he is seeking, including but not limited
to main files, see references, Do Not File Files, channelized records, search slips,
including search slips used to process this request, ELSUR records, index cards,
records that are or were maintained in SAC safes, and bulky exhibits.

The request specified all records, including but not limited to those listed in the
General Index, and any and all other indexes.

However, the FBI chose to disregard the specifics of this request. Instead of
searching for the properly specified records, as above, the FBI instead conducted a
much narrower search and stated by letter dated August 28, 2006 that it had found no
responsive records on the Labor League of Hollywood Voters and the Motion Picture
Industry Council.

Mr. Rosenfeld then appealed these matters to your office. By letters dated
December 19, 2006, your office remanded the Motion Picture Industry Council and the
Labor League of Hollywood Voters request to the FBI.

Subsequently, a member of the FBI's FOIA staff has informed Mr. Rosenfeld that
these requests are being processed, and we very much appreciate the efforts of the
FOIA staff.

Mr. Daniel J. Metcalfe, Director
1 March 2007
Page 2

Thank you very much for taking action on the above two requests.

However, to date no records have been released in response to the above requests and the FBI has not provided a date when it reasonably expects to release the records. As you know, the FOIA does not permit open-ended delays.

We are therefore appealing all three of the above referenced requests in the hope that your office will ensure the records are released in a timely way as required by law and the specifics of his requests.

If the FBI cannot release the records now, I ask that you provide me with a specific date as to when the FBI reasonably expects to.

Thank you very much for your help.

Cordially,

James Wheaton,
Senior Counsel

# Exhibit XX

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**JUN 2 9 2007**

James Wheaton, Esq.
First Amendment Project                    Re:  Appeal Nos. 07-1015, 07-1194 and 07-1195
9th Floor                                        Request Nos. 1050646-002, 1050648 and
1736 Franklin Street                             1050649-001
Oakland, CA  94612                               JTR:CIH

Dear Mr. Wheaton:

        You attempted to appeal on behalf of your client, Seth Rosenfeld, from the failure of the
Federal Bureau of Investigation to respond to your client's requests for access to records
pertaining to the Motion Picture Industry Council (Appeal No. 07-1194), the Labor League of
Hollywood Voters (Appeal No. 07-1195), and the Motion Picture Alliance for the Preservation of
American Ideals (Appeal No. 07-1015).

        The FBI responded to your client's requests with regard to the Motion Picture Industry
Council and the Labor League of Hollywood Voters (Nos. 1050646-002 and 1050649-001) by
letters dated March 28, 2007 and April 25, 2007 (copies enclosed).  Because the FBI responded to
these requests, your appeals from the FBI's failure to respond to them are moot.  Accordingly, I
am closing the corresponding appeal files in this Office (Appeal Nos. 07-1194 and 07-1195).

        With regard to Appeal No. 07-1015 which concerns your client's request with regard to the
Motion Picture Alliance for the Preservation of American Ideal (No. 1050648),  Department of
Justice regulations provide for an administrative appeal only after there has been an adverse
determination by a component.  See 28 C.F.R. § 16.9 (2006).  As no adverse determination has yet
been made, there is no action for this Office to consider on appeal.  In particular, the Freedom of
Information Act itself contemplates judicial review rather than an administrative appeal when an
agency has failed to respond to a request within the statutory time limits.  See 5 U.S.C.
§ 552(a)(6)(C)(i).

        I have forwarded your letter to the FBI.  You may also wish to contact it directly and
inquire about the status of your request.  You may appeal any future adverse determination made
by the FBI.

                                        Sincerely,

                                        Janice Galli McLeod
                                        Associate Director

Enclosures

# Exhibit YY

# FIRST AMENDMENT PROJECT

1736 Franklin Street, 9th Flr, Oakland, California 94612#tel:510.208.7744#fax: 510.208.4562 # www.thefirstamendment.org
James Wheaton, Senior Counsel     Pondra Perkins, Staff Attorney & Fellow     David Greene, Executive Director
wheaton@thefirstamendment.org     scope@thefirstamendment.org     dgreene@thefirstamendment.org

January 29, 2007

Mr. Daniel J. Metcalfe, Director
Office of Information and Privacy
U.S. Department of Justice
Flag Building, Suite 570
Washington, DC 20530

      By mail and facsimile to 202-514-1009

      Re: Seth Rosenfeld request for Ronald Reagan FBI records

Dear Mr. Metcalfe,

      This office represents Seth Rosenfeld and hereby submits this final appeal of the FBI's failure to release any and all records in response to the above referenced FOIA request for records concerning the late Ronald Reagan.

      The FBI was required to produce certain records concerning Mr. Reagan pursuant to the 1996 settlement agreement in Rosenfeld v. U.S. Department of Justice, Case Nos. 90-3576 MHP, 85-1709 MHP and 85-2247 MHP.

      The settlement agreement specified these records as:

      "Any and all records at FBI HQ, San Francisco, Los Angeles, Sacramento, San Diego, Washington Field Office, and all offices of origin on Ronald W. Reagan (date of birth 2/06/11; UC Regent ex officio c. 1966-1978), from the earliest records through January 1, 1979."

      However, our review of the record indicates that the FBI has not conducted complete and thorough searches; that the FBI has not released all responsive records it found in those searches; and, moreover, that the FBI did not search in places it identified as likely to contain responsive records.

      We detailed these issues in a letter dated May 4, 2006, to Assistant U.S. Attorney Mark Quinlivan, as he was the attorney of record in the above referenced cases. We asked Mr. Quinlivan to respond or, alternatively, to forward the letter to the appropriate person at the U.S. Department of Justice.

      In addition, we note that many of the records that may be responsive to this request may already have been processed for other requesters. To the extent this is the case, it may significantly reduce the burden on the Bureau to search for and release responsive records as required under the Settlement Agreement.

      We had hoped to resolve these issues without further litigation that would create an avoidable burden on the parties as well as on the federal courts. However, we received no substantive response from Mr. Quinlivan or anyone else for the defendants, and consequently filed a motion to compel compliance with these and other outstanding settlement agreement issues.

Mr. Daniel J. Metcalfe, Director
9 February 2007
Page 2

_____

In response to our motion, defendants took the position that the Settlement Agreement provided that any issues concerning the FBI's processing of the Reagan records would be handled as a separate FOIA case. At a hearing on our motion before U.S. Magistrate Judge Elizabeth LaPorte on December 5, 2006, Peter Wechsler, a trial attorney with DOJ's Civil Division, affirmed this position.

We therefore submit this final administrative appeal in a further effort to resolve it without unnecessary litigation. I request that you review the attached, and hereby incorporated, copy of our May 4, 2006 letter and that you direct the FBI to conduct the requested searches for the specified Reagan records in a thorough and complete manner as required under the Settlement Agreement. Further, given the history of this matter, we request that you direct the FBI to complete these searches and release any and all responsive records within 90 days from the date of this letter.

We hope we can dispatch with this matter in a mutually acceptable manner, but if we cannot reach an agreement with a firm deadline my client will have no alternative but to enforce his rights under the FOIA in court.

Thank you very much for your timely consideration of this matter. Please phone me if I may be of assistance.

Cordially,

James Wheaton,
Senior Counsel

Encl: May 4, 2006 letter

# Exhibit ZZ



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642

*Washington, D.C. 20530*

FEB 0 8 2007

James Wheaton, Esq.
First Amendment Project
1736 Franklin Street, 9th Floor
Oakland, CA 94612

     Re:  Seth Rosenfeld request for Ronald Reagan FBI records

Dear Mr. Wheaton:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on January 30, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-0563**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                Sincerely,

                Priscilla Jones
                Supervisory Administrative Specialist

# Exhibit AAA

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


April 28, 2006     Via Mail and Fax to 202-324-3752


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division
FBI HQ
935 Pennsylvania Ave. NW
Washington, DC 20535-0001


        Re: FOIA Request for "80" Classification Files

Dear Mr. Hardy,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all main
files (and other records) at FBI Headquarters that are the
corresponding main files (and other records) to the
following Sacramento Field Office main files:

    1) Sacramento Main File 80-130

    2) Sacramento Main File 80-131

    3) Sacramento Main File 80-132

    4) Sacramento Main File 80-133

    5) Sacramento Main File 80-134

    6) Sacramento Main File 80-135

    7) Sacramento Main File 80-136

    8) Sacramento Main File 80-137

    9) Sacramento Main File 80-138

    10) Sacramento Main File 80-139

    11) Sacramento Main File 80-140

I am requesting each of the above files in its
entirety, along with all of their sub-files, attachments,
enclosures, exhibits and bulky exhibits.

Please also include all abstracts and index cards for
each of these files.

Please understand that I want any and all records,
including but not limited to all main files, all see
references, Do Not File Files, channelized records, search
slips, including search slips used to process this request,
ELSUR records, index cards, and records that are or were
maintained in SAC safes.

Please process all records identifiable with my
request, even though reports based on those record may have
been sent to FBI headquarters or other FBI offices, and
even though there may be duplication between sets of files.

Please produce all records with their administrative
markings intact, and make sure that all reports, memos and
documents include any and all administrative pages.

Please release all pages, regardless of the extent of
excising, even if all that remains are stationery headings
and administrative markings.

In excising material, please black out rather than
white out or cut out material.

If you withhold any information, please release all
reasonably segregable portions of the records that are not
exempt.

Please be sure that all records are fully legible,
including all administrative markings, file numbers, hand-
written notations and marginalia.

Please take note that these records may contain
references to various public officials and public figures.
As you know, the public status of such figures weighs in
favor of greater disclosure of information that may appear
in reference to them, as it bears on important government
operations of public interest.

In addition, some of the people who may appear in the
files are deceased. As you also know, the fact that a

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


May 8, 2006                                        Via Certified Mail


FBI Sacramento - FOIA Office
4500 Orange Grove Avenue
Sacramento, California 95841-4205


                    Re: FOIA Request


Dear FOIA Officer,

        This is a request pursuant to the Freedom of
Information Act, 5 U.S.C., as amended, for any and all
records in any way concerning the following records:

        1) Sacramento Main File 80-130

        2) Sacramento Main File 80-131

        3) Sacramento Main File 80-132

        4) Sacramento Main File 80-133

        5) Sacramento Main File 80-134

        6) Sacramento Main File 80-135

        7) Sacramento Main File 80-136

        8) Sacramento Main File 80-137

        9) Sacramento Main File 80-138

        10) Sacramento Main File 80-139

        11) Sacramento Main File 80-140

I am requesting each of the above files in its entirety, along with all of their sub-files, attachments, enclosures, exhibits and bulky exhibits.

Please also include all abstracts and index cards for each of these files.

Please understand that I want any and all records, including but not limited to all main files, all see references, Do Not File Files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, and records that are or were maintained in SAC safes.

Please process all records identifiable with my request, even though reports based on those record may have been sent to FBI headquarters or other FBI offices, and even though there may be duplication between sets of files.

Please produce all records with their administrative markings intact, and make sure that all reports, memos and documents include any and all administrative pages.

Please release all pages, regardless of the extent of excising, even if all that remains are stationery headings and administrative markings.

In excising material, please black out rather than white out or cut out material.

If you withhold any information, please release all reasonably segregable portions of the records that are not exempt.

Please be sure that all records are fully legible, including all administrative markings, file numbers, hand-written notations and marginalia.

Please take note that these records may contain references to various public officials and public figures. As you know, the public status of such figures weighs in favor of greater disclosure of information that may appear in reference to them, as it bears on important government operations of public interest.

In addition, some of the people who may appear in the files are deceased. As you also know, the fact that a

person is deceased also requires a greater release of information.

For your reference, deceased person who may appear in the requested records include:

Herbert E. Ellingwood, aka Herb Ellingwood
Clark Kerr
Lyn Nofziger, aka Franklyn Curran Nofziger
Ronald Reagan
Alex C. Sherriffs, aka Alexander C. Sherriffs

I have enclosed documentation of their deaths for your reference.

Please be sure to release all responsive see references. For see references of five pages or less, I am requesting the entire see reference document. For see references of more than five pages, please release all administrative pages, the first five pages of the body of the document, and three pages on either side of each reference.

This letter constitutes my commitment to pay fees of up to $100.00 for these records, and I therefore ask that you proceed with my request immediately. However, I believe that releasing the records will primarily benefit the general public by shedding light on important government operations, and I reserve my right to pursue a fee waiver at a later date.

I look forward to your prompt response.

Thank you for your help.

Sincerely,


Seth Rosenfeld

Enc.

# Exhibit BBB

FEDERAL BUREAU OF INVESTIGATION
FOIPA
SEARCH SLIP SHEET

Foipa:1049330-000    Type of Request:FOIA Date Completed:
Subject:SACRAMENTO/FBIHQ CORRESPONDING 80 FILES    Requester
Name: ROSENFELD,SETHype:SFH Requester: Private Citizen    File Number:

| | | | |
|---|---|---|---|
| <File> | 80-HQ-130 | I | ADB-HQGI |
| <File> | 80-HQ-140 | I | ADB-HQGI |
| <File> | 80-HQ-131 | I | ADB-HQGI |
| <File> | 80-HQ-132 | I | ADB-HQGI |
| <File> | 80-HQ-133 | I | ADB-HQGI |
| <File> | 80-HQ-134 | I | ADB-HQGI |
| <File> | 80-HQ-135 | I | ADB-HQGI |
| <File> | 80-HQ-136 | I | ADB-HQGI |
| <File> | 80-HQ-137 | I | ADB-HQGI |
| <File> | 80-HQ-138 | I | ADB-HQGI |
| <File> | 80-HQ-139 | I | ADB-HQGI |

FEDERAL BUREAU OF INVESTIGATION
FOIPA
SEARCH SLIP SHEET

Foipa:1049330-001     Type of Request:FOIA Date Completed:
Subject:SACRAMENTO/FBIHQ CORRESPONDING 80 FILES     Requester
Name: ROSENFELD/SETH Requester: Private Citizen     File Number:

| | | |
|---|---|---|
| <File> | 80-SC-130 I | ADB-HQGI |
| <File> | 80-SC-131 I | ADB-HQGI |
| <File> | 80-SC-132 I | ADB-HQGI |
| <File> | 80-SC-133 I | ADB-HQGI |
| <File> | 80-SC-134 I | ADB-HQGI |
| <File> | 80-SC-135 I | ADB-HQGI |
| <File> | 80-SC-136 I | ADB-HQGI |
| <File> | 80-SC-137 I | ADB-HQGI |
| <File> | 80-SC-138 I | ADB-HQGI |
| <File> | 80-SC-139 I | ADB-HQGI |
| <File> | 80-SC-140 I | ADB-HQGI |

# MOTION PICTURE ALLIANCE FOR THE PRESERVATION OF AMERICAN IDEALS

## (FOIPA #1050648)

# Exhibit CCC

# DARK VICTORY

### Ronald Reagan, MCA, and the Mob

## DAN E. MOLDEA



PENGUIN BOOKS

## 2 PROLOGUE

particularly Beverly Hills attorney Sidney Korshak, who has been described by federal investigators as the principal link between the legitimate business world and organized crime.

In 1962, the Antitrust Division of the U.S. Department of Justice tried to resolve some of these questions, but their secret investigation was settled out of court before the evidence could be presented. The results of the probe were never made public, and no one close to MCA was ever indicted. However, through the Freedom of Information Act, many of these documents have been recovered and are excerpted in this book.

These records show that Reagan, the president of SAG and an FBI informant against Hollywood communists, was the subject of a federal grand jury investigation whose focus was Reagan's possible role in a suspected conspiracy between MCA and the actors' union. According to Justice Department documents, government prosecutors had concluded that decisions made by SAG while under Reagan's leadership became "the central fact of MCA's whole rise to power."

Over the past two decades, Ronald Reagan has refused to answer any in-depth questions about how he amassed his personal wealth—currently estimated at more than $4 million. In 1976, when he first ran for president, and again in 1980 and 1984, Reagan managed to avoid any intense scrutiny of his finances. His financial ties to MCA have been virtually ignored, relegated to the category of ancient history.

Nor has Reagan ever been asked about his personal, financial, professional, or political relationship with Sidney Korshak—who has repeatedly appeared to be involved with Reagan and several of his top advisers throughout their careers.

MCA first began to receive national attention in 1946, when a federal court in Los Angeles ruled against the company for antitrust violations. At the time, MCA was simply a talent agency, booking bands in nightclubs and actors in motion pictures. In rendering his decision, the presiding judge declared that MCA held a virtual monopoly over the entertainment business. This antitrust suit, one of many legal actions filed against MCA over the past fifty years, involved a San Diego ballroom operator who had accused MCA of demanding exorbitant prices from him to book bands for his dances—charging him much more than competing ballrooms were paying for their musical acts. The jury found that MCA's practices had restrained trade in the band-booking business, and it awarded the ballroom owner a $35,500 judgment.

## PROLOGUE 3

In deciding against MCA, the judge called the talent agency "the Octopus ... with tentacles reaching out to all phases and grasping everything in show business." The image of "the Octopus" remained and became MCA's nickname in both the Hollywood trade and the press.

Years ago, a motion picture executive commented, "A studio can't exist for any time without some contact with MCA. I would say it's impossible to operate without them. Jack Warner [the head of Warner Brothers] tried it. He couldn't hold out for long."

Today, MCA is still "the Octopus," even though it is out of the talent agency business and now the owner of the largest motion picture and television production companies in the United States, Universal Pictures and Universal Television. Headquartered in the stark, imposing black-steel and glass tower at Universal City on the edge of California's San Fernando Valley, the giant, two-billion-dollar conglomerate has offices in major cities all over the world and owns businesses in book and music publishing, a major record company, transportation systems, home video marketing, recreation services, a savings and loan company, real estate, data processing, mail-order purchasing, retail store merchandising, and cable television.

But, far and away, MCA's major business is show business. "They own it," comedian Jerry Lewis once quipped.

During the 1950s, MCA's then-television subsidiary, Revue Productions, became the world's most successful producer and distributor of television film series. Each week Revue supplied the television network with some forty hours of programming, including such top-rated shows as *Wagon Train*, *Alfred Hitchcock Presents*, *The Jack Benny Show*, *Ozzie and Harriet*, *Dragnet*, *This Is Your Life*, and *Leave It to Beaver*.

After MCA bought Universal Studios and made plans to produce motion pictures as well as television programs, Revue became Universal Television in 1962, creating such shows as *Marcus Welby, M.D.*, *Columbo*, *McMillan and Wife*, *Kojak*, *The Six-Million-Dollar Man*, *The Rockford Files*, *The Incredible Hulk*, *Magnum, P.I.*, and *Miami Vice*. Under MCA, Universal Pictures has won three Academy Awards for Best Picture for *The Sting*, *The Deer Hunter*, and *Out of Africa*. And the studio has also produced such financial blockbusters as *Airport*, *American Graffiti*, *Jaws*, *E.T. the Extraterrestrial*, *On Golden Pond*, and *Back to the Future*.

For years, MCA has been reviewed by its clients, rivals, and the business press as the General Motors of Hollywood. Despite the company

## THE FALL II

Alex had been Korshak's long-time friend. Humphreys, nicknamed "the Camel," was identified as one of the top leaders of the Chicago mob. Glimco, a corrupt trustee of Chicago Cabdrivers Local 777 and a close friend of Hoffa, had been arrested thirty-six times—twice for murder. Arvey was a member of the National Democratic Committee and had allegedly been introduced by Korshak to associates of New York Mafia don Frank Costello in New Orleans.

Korshak had also moved into the band-booking business. The listed owner of the Associated Booking Corporation was Joseph G. Glaser, who represented, among others, Louis Armstrong. In its 1946 request for an FBI investigation, the Justice Department's Antitrust Division in Los Angeles wrote, a 'memorandum to Washington, suggesting' according to a subsequent FBI report unrelated to the MCA investigation, "A rundown of the corporation does not reveal [Korshak's] name, however, he is reported to be a 'principal in the Associated Booking Corp.,' who are booking agents for many of the top entertainers and orchestras. This corporation has offices at 445 Park Avenue, New York City; with branches in Chicago, Beverly Hills, Miami, Dallas, and Las Vegas.' This puts him close to many of the top Hollywood set."

Korshak and his associates in Paul and Allen Dorfman's Union Casualty Insurance Company experienced another windfall in 1955, during union-management negotiations for the 1955 National Master Freight Agreement. Jimmy Hoffa, the chairman of the Central Conference of Teamsters, introduced an innovation in workmen's benefits: the pension fund. According to Hoffa's plan, employers under Teamster contracts would contribute two dollars per week per employee to the Central States, Southeast, and Southwest Areas Pension Fund. The fund intended to provide a ninety-dollar-a-month pension to supplement Social Security benefits for eligible union members; Hoffa's Central States Pension Fund was placed in the care of Korshak's friend, Allen Dorfman, who had already been stealing money from the Central States Health and Welfare Fund.

According to FBI documents, Korshak "had been doing work for Hoffa and the Teamsters" at the time of the creation of the Central States Pension Fund. The nature of the work was unknown. However,

On August 4, 1954, long-time Korshak associate Charles "Cherry Nose" Gioe was machine-gunned to death, and his body was stuffed into the trunk of a car. The police had no clues. Jake Arvey's mysterious wealth, according to the FBI, Gioe had allegedly asked Korshak to make arrangements for the assassination of Paul Ricca, another member of the Chicago mob convicted in the tax evasion case. Ricca was another close associate of Hoffa's.

# CHAPTER FIFTEEN



DURING THE EARLY 1950s, Sidney Korshak purchased $25,000 worth of stock in the Union Casualty Company of New York, owned and operated by Chicago labor racketeer Paul "Red" Dorfman, who had been the head of the Chicago Wastehandlers Union, and his stepson, Allen M. Dorfman. A few years earlier, Union Casualty had become the insurance company for the Teamsters Central States Health and Welfare Fund by decree of their Teamsters international vice-president James R. Hoffa, of Detroit. Allen Dorfman, who had had no experience in the insurance business, was appointed its manager.

During the first eight years of fiduciary management by Union Casualty, the Dorfmans made more than $3 million in commissions and service fees. In one instance, Allen Dorfman took $51,462 in premiums and simply deposited it in a special account he had opened with his mother. There were no complaints from Hoffa and the Teamsters.

An FBI intelligence report stated that "the labor racket's web had as its center Sidney Korshak, and around him were Murray Humphreys, Gus Alex, Joey Glimco, and Jake Arvey" as well as three local attorneys.



# DARK VICTORY

Ronald Reagan,
MCA,
and the Mob

# DAN E. MOLDEA

PENGUIN BOOKS

## 64  DARK VICTORY

our community who served during the war in work for which their valuable motion picture training fitted them, work which had to be done at home."[*1]

In the midst of this fracas, the Screen Actors Guild held nominations for its executive board. Robert Montgomery, who had been SAG president from 1935 to 1938, was elected to replace outgoing president George Murphy, who had served since 1944. Ronald Reagan was nominated to serve as SAG's third vice-president.

Reagan had become increasingly involved in union politics through his first wife, actress Jane Wyman, who was a member of the SAG board and convinced its members to appoint him to a vacant alternate seat in 1941.[†]

Prior to his election as third vice-president of the SAG board, Reagan had been appointed as an alternate board member on two other occasions. In February 1946, he was named alternate to actor Rex Ingram, and the following month he became Boris Karloff's alternate.

Reagan has always maintained that he volunteered his services to SAG for totally unselfish motives. However, some of his critics, including some SAG board members, have charged that, under the surface, he viewed the Guild as a source of power and status. "Undoubtedly, Reagan's film career shows," one observer said, "that he went into politics only when he was washed up as an actor."[99]

---

*William later apologized to Reagan.

†Reagan and the twenty-four-year-old Wyman had met in 1938 after being cast as sweethearts in the film *Brother Rat*. They were married two years later on January 26, 1940. It was Reagan's first marriage and Wyman's second; she had earlier been married less than a year to a Los Angeles businessman. Hollywood gossip columnists—particularly Louella Parsons, who was from Reagan's hometown, and who had announced their engagement and held their wedding reception at her home—called their relationship "one of the great romances of the century." Hollywood hype aside, Reagan and Wyman starred together in three undistinguished movies in 1940: *Brother Rat and a Baby*, *An Angel from Texas*, and *Tugboat Annie Sails Again*, as Warner Brothers and Bryan Foy let to cash in on their all-American people.

---

THE HIGHLIGHT of Reagan's early years on the SAG board was his role in the power struggle between the 16,000-member International Alliance of State and Theatrical Employees (IATSE) and the Conference of Studio Unions (CSU).

Despite IATSE's claims that it had reformed itself from the days the union was controlled by the Mafia, the same seven members who had sat on its executive board during the Bioff-Browne reign remained in place—including its new New York-based international president, a forty-five-year-old Irish-American, Richard Walsh, who had been a vice-president under Browne. Consequently, there were numerous charges that the gangsterism within IATSE had not been removed, only replaced. The new IATSE response to such attacks was identical to Bioff and Browne's: that their critics were obviously communists. Asked about the situation in his union, Walsh replied, "That's a problem I don't talk about at all. . . . A good president never takes responsibility for anything."[1]

A big, tough Nebraskan, Roy Brewer was appointed as the union's international representative in March 1945 and sent to Hollywood. Born in 1909 in Nebraska's Cairo Hall County, Brewer had attended Baptist College in Grand Island for one semester and studied law

through LaSalle Extension University. In 1926, he started working as a projectionist in a local theatre, and, the following year, was elected secretary of the Grand Island Central Labor Union, as well as vice-president of the Nebraska State Federation of Labor. In 1933, at twenty-three, he was elected president of the Federation, a post he held until 1944. Briefly, in 1935, he worked with Tom C. Clark as a compliance officer under the National Recovery Administration—which worked in cooperation with the Justice Department when NRA codes were violated. While working in the Office of Labor Production of the War Production Board, he received his Hollywood assignment from IATSE.

Instead of trying to rid the union of its gangster image and all remnants of mob control, Brewer was obsessed with eliminating "the communist influence" within the union and the movie industry in general. "When Browne [and Bioff] went to jail," Brewer insisted, "that ended any connection with the mob in the IATSE." When pressed on his claim that the Mafia no longer existed in Hollywood, Brewer replied, "When Walsh was beginning to deal with these problems—he had an awful fight to save Hollywood and to convince the government, too, that he was not tainted with this, really—he went along with them [the Mafia], he did some things." Without elaborating, Brewer said, "Walsh had done a good job of cleaning up the mob...."

Shifting his attention away from the problem of the Mafia's infiltration of this union, Brewer continued, "The truth is, [the communists] had this town in the palm of their hands; they were calling the shots. . . . They had 360-some people who have been clearly and positively identified as dues-paying members of the Communist Party. We had other [information] that top stars; top directors, top producers [were involved], and they were kicking in five percent of their salaries to the Communist Party's coffers. And they were making salaries of up to $5,000 a week."

Along with several members of Hollywood's ultraconservative community—such as producer Walt Disney, actors Robert Taylor, Gary Cooper, and John Wayne; columnist Hedda Hopper; and Hollywood Teamsters leader Joe Tuohy—Roy Brewer was an officer of the Motion Picture Alliance for the Preservation of American Ideals, which was allied with the studios and heavily supported by newspaper mogul William Randolph Hearst. According to the group's "Statement of Principles," the Alliance was created because "in our special field of motion pictures, we resent the growing impression that this industry is

made up of, and dominated by, communists, radicals and crackpots. . . . We pledge to fight, with every means at our organized command, any effort of any group or individual to divert the loyalty of the screen from the free America that gave it birth."

Jeff Kibre, the leader of the IATSE progressives, had proven to be instrumental in the final downfall of Bioff, Browne, and Joe Schenck. However, after the Schenck confession and the Bioff-Browne convictions, Kibre, who had performed so heroically against the mob but was an admitted communist, was immediately blackballed by, among others, the studios, the Alliance, and IATSE. Unwelcome in the Hollywood community, Kibre eventually became an organizer for the United Auto Workers and later helped organize the fishermen's union.

Jeff Kibre's legacy of pro-union, anti-corruption militancy fell upon Herb Sorrell, a stocky former boxer with a flat nose. A former business agent with the Hollywood painters' union, Motion Picture Painters Local 644, Sorrell, in 1942, created the Conference of Studio Unions, "a coalition of five dissatisfied AFL locals (the Screen Cartoonists Guild, the Screen Office Employees Guild, Film Technicians Local 683, Machinists Local 1185, and Motion Picture Painters Local 644)." By 1945, CSU had added the carpenters' union and three other locals to the fold.

Sorrell continued to denounce the ongoing corruption and Mafia influence within IATSE. As CSU became bigger and more popular, Brewer and the Alliance began to view him as a serious threat. Brewer attacked the CSU as "communist-dominated" and claimed Sorrell "followed the Communist Party line."

"We were fighting for our lives," said Brewer. "It's either the communists or us."

Using the red-baiting line, Brewer, IATSE, and the Motion Picture Alliance began waging a public relations war against CSU.

Although Sorrell had supported a variety of left-wing causes and received support from Harry Bridges, the militant president of the International Longshoremens and Warehousemens Union, he always denied throughout his career that he was or ever had been a communist. Unsophisticated in many ways, Sorrell was still viewed by most of the Hollywood community as being a dedicated and honest union man who operated a clean, honest, and democratic labor organization.

In March 1945, Sorrell called a CSU strike in Hollywood as a result of a jurisdictional dispute between CSU and IATSE over the representation of Hollywood's skilled, behind-the-camera workers. A three-

through LaSalle Extension University. In 1926, he started working as a projectionist in a local theatre, and, the following year, was elected secretary of the Grand Island Central Labor Union, as well as vice-president of the Nebraska State Federation of Labor. In 1933, at twenty-three, he was elected president of the Federation, a post he held until 1944. Briefly, in 1935, he worked with Tom C. Clark as a compliance officer under the National Recovery Administration—which worked in cooperation with the Justice Department when NRA codes were violated. While working in the Office of Labor Production of the War Production Board, he received his Hollywood assignment from IATSE.

Instead of trying to rid the union of its gangster image and all remnants of mob control, Brewer was obsessed with eliminating "the communist influence" within the union and the movie industry in general. "When Browne [and Bioff] went to jail," Brewer insisted, "that ended any connection with the mob in the IATSE." When pressed on his claim that the Mafia no longer existed in Hollywood, Brewer replied, "When Walsh was beginning to deal with these problems—he had an awful fight to save Hollywood and to convince the government too, that he was not tainted with this, really—he went along with them [the Mafia], he did some things." Without elaborating, Brewer said, "Walsh had done a good job of cleaning up the mob. . ."

Shifting his attention away from the problem of the Mafia's infiltration of his union, Brewer continued, "The truth is; [the communists] had this town in the palm of their hands; they were calling the shots. . . . They had 360-some people who have been clearly and positively identified as dues-paying members of the Communist Party. We had other [information] that top stars, top directors, and top producers [were involved], and they were kicking in five percent of their salaries to the Communist Party's coffers. And they were making salaries of up to $5,000 a week."

Along with several members of Hollywood's ultraconservative community—such as producer Walt Disney, actors Robert Taylor, Gary Cooper, and John Wayne; columnist Hedda Hopper; and Hollywood Teamsters leader Joe Tuohy—Roy Brewer was an officer of the Motion Picture Alliance for the Preservation of American Ideals, which was allied with the studios and heavily supported by newspaper mogul William Randolph Hearst. According to the group's "Statement of Principles," the Alliance was created because "in our special field of motion pictures, we resent the growing impression that this industry is

made up of, and dominated by, communists, radicals and crackpots. . . We pledge to fight, with every means at our organized command, any effort of any group or individual to divert the loyalty of the screen from the free America that gave it birth."

Jeff Kibre, the leader of the IATSE progressives, had proven to be instrumental in the final downfall of Bioff, Browne, and Joe Schenck. However, after the Schenck confession and the Bioff-Browne convictions, Kibre, who had performed so heroically against the mob but was an admitted communist, was immediately blackballed by, among others, the studios, the Alliance, and IATSE. Unwelcome in the Hollywood community, Kibre eventually became an organizer for the United Auto Workers and later helped organize the fishermen's union.

Jeff Kibre's legacy of pro-union, anti-corruption militancy fell upon Herb Sorrell, a stocky former boxer with a flat nose. A former business agent with the Hollywood painters' union, Motion Picture Painters Local 644, Sorrell, in 1942, created the Conference of Studio Unions, "a coalition of five dissatisfied AFL locals (the Screen Cartoonists Guild, the Screen Office Employees Guild, Film Technicians Local 683, Machinists Local 1185, and Motion Picture Painters Local 644)." By 1945, CSU had added the carpenters' union and three other locals to the fold.[2]

Sorrell continued to denounce the ongoing corruption and Mafia influence within IATSE. As CSU became bigger and more popular, Brewer and the Alliance began to view him as a serious threat. Brewer attacked the CSU as "communist-dominated" and claimed Sorrell "followed the Communist Party line."

"We were fighting for our lives," said Brewer. "It's either the communists or us."

Using the red-baiting line, Brewer, IATSE, and the Motion Picture Alliance began waging a public relations war against CSU.

Although Sorrell had supported a variety of left-wing causes and received support from Harry Bridges, the militant president of the International Longshoremen and Warehousemen's Union, he always denied throughout his career that he was or ever had been a communist. Unsophisticated in many ways, Sorrell was still viewed by most of the Hollywood community as being a dedicated and honest union man who operated a clean, honest, and democratic labor organization.

In March 1945, Sorrell called a CSU strike in Hollywood as a result of a jurisdictional dispute between CSU and IATSE over the representation of Hollywood's skilled, behind-the-camera workers. A three-

## 68 DARK VICTORY

member arbitration committee from the AFL had supported the United Brotherhood of Carpenters, a member of the CSU coalition of trade unions, over IATSE's newly formed "set-erectors union." However, both IATSE and the motion picture studios had ignored this and other pro-CSU judgments by the AFL, even when its president, William Green, personally intervened.

"The relationship with the employers and [IATSE] has always been a close one," Brewer said. "We fought each other, but the point is that we lived in an industry, and we had the industry and its welfare in common. Our leaders have always understood that if they [the studios] didn't make money, we wouldn't get it. So you had to help them make money to get it."[4]

On October 5, 1945, hundreds of CSU members picketing outside the gates of Warner Brothers were pelted by tear gas thrown by pro-IATSE goons and strikebreakers—who then used chains, rubber hoses, and blackjacks to attack the CSU partisans. While the fire department turned their hoses on them, knocking them off their feet, police officers mowed in and beat the protesters with their clubs.[5]

In other incidents, Brewer and Hollywood Teamsters leader Joe Tuohy packed buses with union goons and sent them crashing through the CSU picket lines. Those strikers who interfered were pummeled by the legbreakers or arrested by the police, who clearly supported IATSE, the Teamsters, and the studios. Later, Tuohy—who had defied a membership vote not to cross the CSU picket lines—was hired by Joe Schenck as an "industrial relations director" for Schenck's National Theaters. In his new position, Tuohy made a four-hundred-dollar-a-week salary, a raise of $275 a week over what he made as a union official.

Brewer admitted soliciting the Teamsters to break the CSU picket line. "Well, there was some Teamsters thing that was questionable," Brewer said, "but they were on our side and, as far as I was concerned, I was with fellows who were trade unionists. They were our allies."[6]

Brewer continued: "We took the people through. I was there. We got the buses, we made the arrangements. The studios were reluctant, but they cooperated. We ordered our men to go in and make the sets. . . . We had a riotous condition." But, Brewer insisted, "We never engaged in any violence . . . the police were cooperating with us."

Reagan agreed with Brewer—that CSU was behind the violence. "[A] thousand strikers had massed at Warners," Reagan said. "Three

## THE RISE 69

autos had been overturned, clubs, chains, bottles, bricks, and two-by-fours were used freely. Now various homes of the IATSE members were bombed by night; other workers were ambushed and slugged."[8]

Father George H. Dunne, a Roman Catholic priest, had been commissioned by *Commonweal*, a liberal Catholic weekly, to make an investigation of the labor dispute in Hollywood. Dunne's report suggested a different story.

"The producers and the IATSE leadership have always reacted very sensitively when the Browne-Bioff era has been introduced into the discussion of Hollywood's labor disputes. They pretend it has nothing to do with the present. They would like the public to think that there has been a complete change since those days. . . . Actually little has changed.

"The men who made the deals with Browne and Bioff, and through them with the notorious Chicago gang, still run the industry. The same men who sat in council with Browne and Bioff as heads of the IATSE still run the union. . . .

"Browne and Bioff, thanks to the government, have gone. The other people are the same. Their methods are the same.

"The record is clear. It is a shameful record of collaboration between the producers and the leadership of IATSE, first to betray the interests of the IATSE members themselves and, in the later period, to destroy the opposition of democratic trade unionism represented by the Conference of Studio Organizations."[9]

Reagan brushed Dunne and his report off, saying, "George Murphy [SAG president from 1944 to 1946] and I decided he must be the victim of a snow job."[10]

Referring to his close ties to IATSE and the Teamsters during the strike, Dunne had also been critical in his report of Ronald Reagan, "whose Rover Boy activities helped mightily to confuse the issues."[11]

In 1946, the National Labor Relations Board—which Brewer claimed "was completely under the control of the communists"—again ruled in favor of CSU over IATSE in another jurisdictional dispute over Hollywood decorators. IATSE and the studios ignored that decision as well. Again, CSU struck in July 1946 for three days in protest. The strike was effective—as SAG helped to negotiate a short-lived peace agreement called "The Treaty of Beverly Hills," which provided for a twenty-five-percent wage increase. But CSU's success was to be short-lived.

By September 1946, during the third and final CSU strike—which

lawyer. And he was always able to solve them. He was very good. He was able to solve . . . most of the problems in this town." And, from my point of view, he earned his fee."[3]

When asked whether Korshak was involved in the studios' and IATSE's war with CSU, Brewer was less than direct: "He didn't have much to do with it. . . . I don't know what he did, if he did anything. He may have appeared, but he wasn't a major factor. Maybe I did know him, but I can't remember everybody. I don't want to take anything from him or give him anything. He may be very well informed . . . but I don't know him."[4]

On March 10, 1947, the Screen Actors Guild selected Ronald Reagan to complete the unfinished term of Robert Montgomery, who, among other board members, had to resign as president because he was also a film producer and, thus, according to SAG's by-laws, not permitted to hold office in the Guild.

According to the SAG board minutes of that March 10 meeting: "Four resignations from members of the board of directors were presented: Robert Montgomery, president; Franchot Tone, 1st vice-president; Dick Powell, 2nd vice-president; and James Cagney. These letters of resignation explained that each of the actors now has a financial interest in the production of the pictures in which they appear, and that while their primary interest will always be that of actors, they do not feel that they should hold office in the Guild while their present status in the industry continues, particularly in view of the fact that the Guild will soon be going into negotiations for its new contract.

"At this point, John Garfield, Harpo Marx, and Dennis O'Keefe stated that they were in approximately the same position as the above-named officers, and, therefore, each of them offered his resignation as of this date and left the meeting."

That same month, a U.S. House Special Subcommittee on Labor

*At the time, the Los Angeles-based Korshak was heavily involved with labor unions, either defending them or buying them off, depending on who was paying his fee. In 1946, he was retained by Joel Goldblatt, president of a chain of department stores in Chicago, who had become the target of extortion demands in return for labor peace. "Mr. Korshak acted so as to remediate between Mr. Goldblatt and the union officials," The New York Times reportedly explained the company's labor difficulties and relieving Mr. Goldblatt of a second and other large Chicago companies and numerous fronts. By 1947, Korshak had started representing a growing number of small-order houses. However, most of Korshak's fees was fanteses, including Spiegel, Inc., the well-known mail-order house. However, most of Korshak's fees was spent helping these companies avoid legitimate union organizing.

Korshak's client was the vice-president of the First National Bank of Chicago. Walter Heymann—who was also Goldblatt's banker. Korshak helped First National and other banks with their labor problems. Heymann later became a member of MCA's board of directors.

---

began after Walt Disney red-baited his cartoonists, who were also CSU members—the studios turned the work stoppage into a lock-out of nearly all of the CSU membership, especially the carpenters and the painters, most of whom would later be blacklisted. After initially remaining neutral in the CSU strike, the SAG membership, persuaded by Montgomery, Murphy, and Reagan, voted to cross the CSU picket lines.

In his condemnation of CSU, Reagan said, "What the communists wanted to do in terms of the CSU strike was to shut down the industry, and when everybody was angry and dissatisfied with their unions for their failures, the communists would propose one big union for Hollywood. . . ."[1]

Reagan said that in the midst of the final CSU strike, the SAG leadership was, on occasion, protected by IATSE members. Reagan even hired his own armed bodyguard and carried a .32-caliber Smith & Wesson pistol as he crossed the CSU picket line on his way to work at Warner Brothers. He claimed that he had received an anonymous telephone call threatening that "a squad was ready to take care of me and fix my face so that I'd never work in pictures again."[2]

He has since said and resaid that "a handful of Teamsters" protected him from bodily harm when SAG and IATSE were engaged in pitched combat with the "communists." He never has given any further details about the incident.

Recalling the violence in the IATSE-CSU dispute, Reagan said, "None of us yet believed that what a few anonymous people wanted was exactly what was happening in Hollywood—a state of chaos. . . . Pat Casey, [the producers' labor] negotiator, said the situation was 'explosive.'"

Casey, who had been working to settle labor disputes with the Motion Picture Producers and Distributors Association, had been directly involved in the IATSE-CSU dispute, protecting the interests of the studios. Supporting the IATSE-SAG faction because of its long-term ties with MPPDA, Casey remained in the background of the dispute. Among Casey's employees had been Johnny Roselli, who previously served as an "undercover agent" with the firm.

Was the Mafia in any way involved in the Hollywood violence? Academy Award-winning producer Irving Allen, who had no sympathy for the communists, said, "When there was a labor problem in the studios—and they were always coming up then—the studios would go to Sidney Korshak [a long-time Roselli associate] and hire him as their

## 72  DARK VICTORY

began to investigate the IATSE-CSU situation. However, Pennsylvania Republican Carroll D. Kearns,* who chaired the subcommittee, made a deal with IATSE and the studios before the hearings began in which no testimony would be heard about charges of the Mafia's influence on IATSE. According to Father Dunne's report in *Commonweal*, "He [Kearns] was visibly pained by any remark, however indirect, that called into question their [IATSE's and the studios'] sincerity, integrity, and good faith. He seemed to regard these men who for years connived with the filthiest elements of the underworld as paragons of virtue."[17]

Just before Kearns arrived in Hollywood, Sorrell was kidnapped and beaten by three men—one of whom was wearing a police officer's uniform. The battered Sorrell was then dropped in the desert.

At the same time, Brewer and an array of politicians and studio executives prompted the House Un-American Activities Committee hearings investigating the film industry. The first round of HUAC hearings began that October, and the Brewer partisans hoped to destroy the CSU and the left-wing artists who supported it once and for all. Chaired by J. Parnell Thomas, a New Jersey Republican—and with Representative Richard M. Nixon of California on the panel—HUAC subpoenaed forty-one witnesses, nineteen of whom were considered "unfriendly" and unwilling to testify. Thirteen of "The Nineteen" were Jewish, prompting charges that the investigation had anti-Semitic overtones.

Among the friendly witnesses who testified were SAG president Reagan, former SAG presidents Montgomery and Murphy, SAG board member Robert Taylor, and Roy Brewer. Reagan told the committee, "There has been a small clique within the Screen Actors Guild which has consistently opposed the policies of the Guild Board and officers of the Guild, as evidenced by votes on various issues. That small clique referred to has been suspected of more or less following the tactics we associate with the Communist Party." At the end of his testimony, however, Reagan upheld the rights of others to free speech and their participation in the electoral process. "I detest, I abhor their [the Communist Party's] philosophy, but . . ." Reagan said, "I never as a citizen want to see our country become urged, by either fear or resentment of this group, that we ever compromise with any of our democratic principles through that fear or resentment [sic]."

On November 24 and 25, 1947, motion picture executives met at the Waldorf-Astoria Hotel in New York to decide how the studios were

_____
*Representative Kearns, a musician and a music teacher, had been an active member of the Pacific-led American Federation of Musicians.

## THE RISE  73

going to deal with communists in the film industry and, in particular, those who defied HUAC. The executives decided to sacrifice ten Hollywood artists—eight writers and two directors who had been charged with contempt of Congress by the committee. The Hollywood blacklist had been born.

"The producers, meeting en masse in New York, put out what was called the 'Waldorf Declaration,'" Reagan said in his defense of the action. "They agreed none of them would knowingly employ communists or those who refused to answer questions about their affiliations. The communists were among those who reacted in Hollywood by distorting any facts they got, claiming they were victims of a 'blacklist'—when they were actually working members of a conspiracy directed by Soviet Russia against the United States. In war, that is treason and to call oneself a 'political party' and hide other motives behind it; the name for such is a traitor, in peace, it is apparently martyr. It is easy the time when the communists may call themselves a legitimate political party is that time when, in the USSR, an effective anti-communist political party wins an election. At that time, I shall withdraw my objections to labeling communists 'political.'"[19]

Consequently, before the Kearns subcommittee—which had surprisingly criticized IATSE's close association with the studios—and HUAC had adjourned their hearings, Herb Sorrell and the CSU were fired from their jobs. The CSU simply dematerialized. The Hollywood Ten were convicted of contempt of Congress and imprisoned, leaving Brewer, IATSE, and their allies with a closed shop, in firm control of Hollywood.*

The battle to rid Hollywood of all suspected communists was the bond that continued to cement the alliance between the Reagan-led SAG and the Brewer-controlled IATSE, even after the CSU had been purged. During these postwar years, Reagan became a close-friend and associate of Brewer—who became the keeper of the Hollywood blacklist and continued to turn his back on the Mafia's involvement in the film industry.

HUAC returned to Hollywood in March 1951. Forty-five "unfriendly witnesses" were immediately subpoenaed, as the committee sought to force those testifying to name names of those they knew or thought to be communists.

_____
*Ironically, HUAC chairman J. Parnell Thomas was later indicted and convicted for taking kickbacks, and sent to Danbury Penitentiary—while two members of the Hollywood Ten, Lester Cole and Ring Lardner, Jr., were imprisoned there.

During these hearings, thirty members of the Hollywood community —in desperate, and often unsuccessful, attempts to save their jobs— named nearly three hundred of their colleagues as members or former members of the Communist Party. With communism appearing to be rampant in the film industry, the studios panicked and began cranking out anti-communist movies—which mostly contained old gangster movie plots, except that the gangsters were now replaced by communists who machine-gunned patriotic Americans and then sped off in fast cars. Two movies, Richard Widmark's *Pickup on South Street* and George Raft's *A Bullet for Joey*, actually portrayed the Mafia teaming up with the police to fight zombie-like communists.

Arthur Miller had earlier been approached by director Elia Kazan to write a movie about the Mafia on the waterfront and had already drafted a screenplay, entitled *The Hook*, that was to be produced by Columbia—which then withdrew from the project. "The reason, according to Miller, [was] that Harry Cohn, Roy Brewer, and the FBI all suggested that Miller should substitute reds for racketeers as the force terrorizing the waterfront workers. When Miller said no, Cohn fired off a telegram to him which said, 'Strange how the minute we want to make a script pro-American, Miller pulls out.'"[19]

Cheering on HUAC once again was the Motion Picture Alliance for the Preservation of American Ideals—with John Wayne as president and IATSE's Roy Brewer and the Teamsters' Joe Tuohy on its executive committee. Credited with "cleansing" the communists from Hollywood's labor unions, Brewer had remained the Alliance's chief enforcer and the keeper of the growing Hollywood blacklist.

In the end, HUAC blacklisted or "graylisted" nearly two thousand artists in the motion picture, radio, and television industries. Roy Brewer insisted, "The communists created the blacklist; themselves— or they brought it on themselves by making a record. And, first of all, they blacklisted the anti-communists to whatever extent that they could. . . . There never would've been a blacklist if the communists hadn't come in here and seduced these people and got them to pay money to further the cause of the Soviet Union and to discriminate against the people who didn't like it."[20]

Soon after the HUAC hearings, Brewer, who had been Hollywood's most powerful union force, went to work for the studios of Allied Artists, employed as the "manager of branch operations." Brewer's

*Kazan later directed Budd Schulberg's anti-Mafia, pro-informer screenplay On the Waterfront, and Miller later wrote the anti-Mafia but anti-informer A View from the Bridge.

responsibilities included the handling of labor relations, except that this time he sat on management's side of the table.

With his departure from the union, Brewer was honored by a story appearing in *The Hollywood Reporter*, stating: "It was Brewer who was responsible for the restoration of labor peace in Hollywood; it was he who was responsible for the routing of communists in the motion picture industry. . . . It was he who was mainly responsible for the creation of a public relations program which did so much to make of Hollywood what Rep. Donald L. Jackson recently said was "without doubt the cleanest industry in the United States and in the world. . . .'"[21]

Meantime, the Reagan-led Screen Actors Guild joined the "Crusade for Freedom," a counterattack against "communist lies and treachery." Reagan, saying that SAG would not defend those actors who defied HUAC, told his SAG colleagues, "It is every member's duty to cooperate fully." SAG, following the James Petrillo–controlled American Federation of Musicians, passed a resolution in March 1951 that it would not take any action against those studios which would deny jobs to any actor whose "actions outside of union activities have so offended American public opinion that he has made himself unsalable at the box office." Two years later, SAG would force its membership—and those applying for membership—to sign loyalty oaths, saying, "I am not now and will not become a member of the Communist Party nor of any other organization that seeks to overthrow the government of the United States by force or violence."

MCA had remained passive while clients like Arthur Miller were red-baited and blacklisted in the entertainment industry. Talent agents, like just about everyone else in Hollywood, were busy finding cover. Instead of threatening to withhold all of their clients' services if one of them was blacklisted, they sat back and played HUAC and the Alliance's dangerous game. MCA was known to have asked for contract releases from their blacklisted clients, such as screenwriter Nedrick Young. Another screenwriter, Milton Gelman, who was also a former agent, said, "If MCA had gotten together with William Morris and said, 'We're going to pull all our shows off the air,' they could have broken the whole goddamn operation to begin with. The sponsors would have had nothing to show. But everyone ran scared."[22]

Reagan's experiences with HUAC, blacklists, and red-baiting, and his battles against the CSU, transformed his political outlook from that of a self-proclaimed liberal to a conservative anti-communist. From

that the entire program be scrapped, Coast Guard Captain L. N. Schowengerdt, the head of Bush's program, simply said that the south Florida unit was experiencing "growing pains."

Testifying before the Senate Budget Committee on May 25, Attorney General Smith, when asked about Reagan's anticrime war, replied that "the coordination and cooperation is outstanding" among those federal agencies involved. Senator Dennis DeConcini, a member of the panel, retorted, "General, you're not in touch with what's going on."

As criticism of the president's war on crime and drugs continued to mount, Reagan simply blamed the national crime rate on "years of liberal leniency," adding that the "liberal leadership" of the Congress had bottled up his anticrime legislation.

That same month, Reagan appointed his old Hollywood ally, seventy-four-year-old IATSE executive Roy Brewer, as the chairman of the Federal Service Impasse Panel, which arbitrated disputes between federal agencies and the unions representing federal workers. A strong anti-communist and a friend of Ray Donovan, Roy Brewer had been the keeper of the Hollywood blacklist during the late 1940s and early 1950s. He blamed America's drug problem not on organized crime but on the Russians. "The danger is that we cannot permanently exist with the Soviet Union. They will either destroy us, or they will have to be destroyed. See, the dope traffic—and our inability to control it—has been brought about by a subtle program. They are undermining the facilities by which we can resist things that are happening."

As the 1984 presidential election approached, none of these issues—the failed or even sabotaged war on crime and drugs or the president's organized crime-connected appointments and associations—ever emerged as major campaign issues. Despite the warnings of White House counsel Fred Fielding, the Reagan-Bush team happily accepted the endorsement of Jackie Presser and the 1.9 million-member Teamsters Union. Vice-President Bush attended the annual meeting of the Ohio Conference of Teamsters in Columbus. Bush and Presser walked into the convention hall literally arm in arm, sporting broad smiles.

"We couldn't be more pleased," Bush told the cheering Teamsters. "We're very, very grateful, I'll tell you, and we will work, work hard to earn the confidence of your members. We're proud to be here." When asked about the federal investigations revolving around Presser, Bush replied sharply, "We have a system of justice in this country that people are innocent until proven guilty. There have been a lot of allegations; the endorsement has nothing to do with that."

The closest the Democratic Party came to making an issue out of

Reagan's appointments was to compile a paper entitled "Unethical Conduct by Reagan Administration Officials," prepared by Congresswoman Patricia Schroeder, chairwoman of the House Subcommittee on Civil Service. The list—which contained 101 names of public officials serving in the administration who had been "involved in instances of criminal wrongdoing, abuse of power and privilege, and improper behavior"—became part of what the Democrats called "the Sleaze Factor."

The whole issue suddenly disappeared after press accounts began to detail the New York underworld ties of Democratic presidential nominee Walter Mondale's running mate, Geraldine A. Ferraro. Among other charges, Ferraro was said to have used a known underworld associate to help her raise money for her campaign for Congress in 1979. Her husband, a real estate executive, was accused of fronting for members of the Gambino crime family in New York. Reporter Sid Blumenthal later wrote in *The New Republic*: "Despite her personal attractiveness, her support of worthy causes, and her admirable compassion, [Ferraro's] story can be understood only by taking the Mob million into account. Ferraro may be a paragon of legality, but this reality has been crucial to her life." Among those mobsters linked to Ferraro was alleged Ray Donovan associate William Masselli, who had been "one of the largest contributors to the Ferraro campaign debt retirement fund."[21]

Although Ferraro characterized such reports as "lies," the evidence against her mounted and severely crippled any chance Mondale had of unseating the popular incumbent.*

The Republican Party, headed by Senator Paul Laxalt and his Nevada protégé Frank J. Fahrenkopf, never made an issue out of Ferraro's links to the Mafia. That decision might have been more self-serving than politically tasteful, because the refusal to make Fer-

*In May 1986, after a twenty-one-month investigation and Ferraro's announced decision not to challenge New York Republican incumbent Alfonse M. D'Amato for his seat in the U.S. Senate, the Justice Department closed its probe into the finances and disclosure statements of Ferraro and her husband.

Laxalt was the target of two competing stories by *ABC World News Tonight* and CBS's *60 Minutes*, which were scheduled to have been aired on September 21 and 23, 1984, respectively. The stories detailed allegations of Laxalt's connection to organized crime. However, both stories were killed after *60 Minutes* reporter Mike Wallace, who was also a personal friend of Laxalt's, persuaded his top CBS executives to kill both the ABC and CBS stories had lied to him about whether he had really been interviewed by ABC (which he had, when he claimed to Wallace he had not). After being told by Wallace about the lie, Laxalt had his attorney send both networks letters, threatening libel actions if the stories were broadcast. After being briefed on the matter by Wallace, Don Hewitt, the executive producer of *60 Minutes*, telephoned Roone Arledge, the president of ABC News. On the basis of their amicable joint decision to kill the broadcasts, the five executives from the competing networks jointly decided to kill both of their stories.

# Exhibit DDD

SAC, SAN FRANCISCO (100-42909)          11/20/62

SA DONALD E. JONES

DOUGLAS WACHTER
SM - C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 6/8/89 BY SP/AGham

On 11/6/62, Dr. ALEX C. SHERRIFFS, Vice Counselor
in Charge of Student Affairs, University of California,
Berkeley, advised that DOUGLAS WACHTER has been dismissed
from his employment in one of the laboratories at the
University of California.

WACHTER made a verbal complaint to the Chancellor's
office regarding his dismissal, stated that he felt he was
"being discriminated against".

SHERRIFFS stated that Chancellor E. W. STRONG
and SHERRIFFS had an audience with WACHTER at which time he
stated he would take his complaint to the Committee on
Academic Freedom and Tenure, University of California,
Berkeley.

WACHTER inferred he was dismissed from his employment
because of his publicized appearance before the HCUA.

SHERRIFFS stated that subsequent to WACHTER's audience
with the Chancellor, WACHTER had conferred with Professor
THOMAS F. PARKINSON and Professor JOHN REYNOLDS. PARKINSON
is the Campus Representative of the American Association of
University Professors and REYNOLDS is the President of the
Academic Senate.

SHERRIFFS stated that it appears that these two
professors are planning to champion the cause of WACHTER
and attempt to challenge the University's right to dismiss
WACHTER.

SHERRIFFS stated that he is aware of public testi
mony regarding WACHTER as given in the recent ARCHIE BROWN
trial.

1 - 100-42909
    100-34204 (UC General)
DEJ:brb
(2)

SEARCHED _____ INDEXED _____
SERIALIZED ___ FILED ____
NOV 20 1962
FBI — SAN FRANCISCO

100-34204 -559

SF 100-42909
DEJ:brb

It is noted BROWN was tried under provisions
of the Taft Hartley  Act and found guilty in the District
Court of San Francisco.

SHERRIFFS stated that if it becomes necessary,
the University will check to obtain transcripts of the
ARCHIE BROWN trial in order to refute any action brought
by the Academic Senate and Freedom.

ACTION RECOMMENDED:

Route copy for WACHTER to Agent handling case.

Index names of SHERRIFFS, PARKINSON, and REYNOLDS.

FD-36 (Rev. 5-22-64)

Mr. Tolson _____
Mr. Belmont _____
Mr. Mohr _____
Mr. DeLoach _____
Mr. Casper _____
Mr. Callahan _____
Mr. Conrad _____
Mr. Evans _____
Mr. Gale _____
Mr. Rosen _____
Mr. Sullivan ✓
Mr. Tavel _____
Mr. Trotter _____
Tele. Room _____
Miss Holmes _____
Miss Gandy _____

F B I

Date: 10/13/64

Transmit the following in _____
                              (Type in plaintext or code)

Via    AIRTEL            AIR MAIL — REGISTERED
                              (Priority)

TO:        DIRECTOR, FBI

FROM:      SAC, SAN FRANCISCO (100-34204)

SUBJECT:   UNIVERSITY OF CALIFORNIA
           INFORMATION CONCERNING

Re San Francisco teletype 10/1/64.

On October 13, 1964, Dr. ALEX C. SHERRIFFS, Vice
Chancellor in Charge of Student Affairs, University of California
(UC), Berkeley, California, advised that on October 12, 1964,
the following persons, who headed the "Freedom Speech Movement"
(FSM), appeared at Chancellor EDWARD STRONG's office and requested
a hearing on the current problem at the UC in connection with the
FSM. The persons stated that they had been chosen by the Executive
Committee of FSM to represent that organization in all matters
dealing with the current crisis at the UC in negotiations with the
Administration and its representatives. These persons were:

        ARTHUR GOLDBERG              8/8/96  SSA9803RDD/SAC
        JACKIE GOLDBERG          ALL INFORMATION CONTAINED
        BRIAN TURNER             HEREIN IS UNCLASSIFIED
        MARIO SAVIO              DATE 12/6/08  DECLASS TO
        SID STAPLETON
        BETTINA APTHEKER               5-26-79  291-70  Spc w&s q
        JACK WEINBERG                            291701

SHERRIFFS stated that this group met in Chancellor
STRONG's office with the following persons present, representing
the UC Administration:

        Chancellor EDWARD STRONG             REC-21
        Vice Chancellor ALEX SHERRIFFS      62-10303.1-166
        The UC Regents' Attorney (name not furnished)
        ARTHUR ROSS
        Dean SANFORD ELBERG, Graduate School

3 - Bureau (AM-RM)
1 - San Francisco
DEJ:mhb
(4)

Approved: _____    Sent _____ M    Per _____
          Special Agent in Charge

SF 100-34204

The representatives of the FSM stated that they were unhappy with the University Administration and accused the Administration of "not acting in good faith" in their discussions with the student demonstrators and the subsequent committee members chosen to represent the students and the administration.

The group again demanded that the University lift the suspension of the eight students and to guarantee full and complete freedom of speech and political activity on campus any time, any place.

SHERRIFFS stated that the University does not intend at this point to lift the suspensions without proper procedure, nor do they intend to take any action until a thorough study is made of the so-called free speech problem.

Dr. SHERRIFFS also stated that the FSM group sponsored a rally at noon, 10/12/64, on the steps of Sproul Hall, UC. He stated that Dean KATHERINE TOWLE granted permission for this rally to be held with the explicit stipulation that a public address system not be used. SHERRIFFS stated that the rally went on for approximately twenty minutes without a public address system, at which time a public address system was pressed into service and MARIO SAVIO and others used the public address system. At this point UC Police Officers, Lt. CHANDLER and Officer WALTERS approached the microphone and advised the students that they were in violation of their permission. SHERRIFFS stated that the students manning the microphone simply laughed in the face of the officers and continued to use the microphone. SHERRIFFS stated that the Administration is now awaiting the police report of this incident. He said it is his understanding that BETTINA APTHEKER was one of the persons who used the microphone in violation of the UC permit. He said that he does not know what action will be taken regarding this violation.

On October 13, 1964, Sergeant JOE O'HALLORAN, UC Police Department, advised that MARIO SAVIO, ARTHUR GOLDBERG, and BETTINA APTHEKER were the three persons who violated the University permit in using the public address system on the

- 2 -

SF 100-34204

steps of Sproul Hall 10/12/64, at noon, during the FSM rally.
O'HALLORAN stated that after Lieutenant CHANDLER and Officer
WALTERS had told SAVIO that he was in violation of the
permit, SAVIO advised the police officers that his organiza-
tion had obtained permission from the Dean's Office to use
a public address system if the speakers were turned away from
Sproul Hall.  The public address system was continued to be
used by SAVIO, GOLDBERG, and APTHEKER.   O'HALLORAN stated
that he had checked with the Dean of Men, ARLEIGH WILLIAMS,
UC, on the morning of 10/13/64, and learned that the FSM
group had, in fact, been told by Dean TOWLE that they could
not use a public address system on the steps of Sproul Hall.

        Sergeant O'HALLORAN advised that an announcement
was made at the FSM rally on October 12, 1964, that a bus and
several cars would be used to transport students to the
University of California at Davis, California, on Thursday,
10/15/64, where these students would conduct a protest de-
monstration during the Board of Regents' meeting at Davis
on 10/15/64.   The demonstration would be an attempt by the
students to carry their protest directly to the Board of
Regents.

        Bureau will be kept advised of developments.

11/20/64

AIRTEL                AIR MAIL - REGISTERED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 4/30/95 BY SP-7mark
11-12-95 SSA 9803RDD/OAC

TO:        SAC, DETROIT

FROM:      SAC, SAN FRANCISCO (100-New)

SUBJECT:   STEPHAN MARK WEISSMAN
           SM - C

        The captioned individual has been a leading
spokesman in organizing the graduate students at the
University of California (UC), Berkeley, California, for
the Free Speech Movement (FSM).

        Dr. ALEX C. SHERRIFFS, Vice Chancellor in Charge
of Student Affairs, UC, on 11/19/64, advised that WEISSMAN
has organized almost all departments at the UC on a graduate
student level and plans to form a union for the purpose of
presenting a position of solidarity in the current FSM
controversy.

        FSM is an organization which has evolved at the
UC, Berkeley, out of a disagreement between students and UC
Administration over UC policy regarding off-campus organiza-
tions. Many of the demonstrators for the FSM are Security
Index Subjects of this office. ROBERT PAUL KAUFMAN, CP Youth
Leader and graduate student currently, has worked very closely
with WEISSMAN in organizing the proposed union.

        UC records indicate STEPHAN MARK WEISSMAN began
as a Fall 1964 graduate student in History at the UC, Berkeley.
He listed a Bachelor of Arts Degree from the University of
Tampa, February 1962, and a M.A. Degree from the University
of Michigan, May 1964.

        His current address in Berkeley is 2245-A Dwight
Way, Berkeley. Other records for Subject were "out of the
file" at UC, and his home address and other background could
not be obtained.

2 - Detroit (AM-RM)
2 - Tampa (AM-RM)
5 - San Francisco
    2 - 100-New
    1 - 100-34204
    1 - 100-34088 (FSM, UC)
    1 - 100-46566 (ROBERT PAUL KAUFMAN)

DEJ:mhb

Searched_____
Serialized_____
Indexed_____
Filed_____

100-54086-71

SF 100-New

<u>LEAD:</u>

<u>DETROIT AND TAMPA OFFICES:</u>  Will contact established sources
at the University of Tampa and
the University of Michigan and furnish San Francisco results
of records review and indices check on Subject and family.

Please set out leads to other
offices if Subject's home address is other than Michigan
or Florida.

Please expedite!

-2-

FBI

Date: 12/14/64

Transmit the following in _____
(Type in plaintext or code)

Via AIRTEL          AIR MAIL - REGISTERED
                         (Priority)

TO:      DIRECTOR, FBI (100-151646)

FROM:    SAC, SAN FRANCISCO (100-34204)

         UNIVERSITY OF CALIFORNIA,
         BERKELEY, CALIFORNIA
         INFORMATION CONCERNING
         STUDENT DEMONSTRATIONS

         ReSan Francisco teletype to Bureau dated 12/12/64 and
         Bureau teletype to San Francisco dated 12/12/64.

         Enclosed are ten (10) copies of letterhead memoranda
concerning captioned matter.

              The information concerning LEON WOFSY's part in promoting
unrest in connection with student demonstrations was furnished by
DR. ALEX C. SHERRIFFS, Vice-Chancellor in Charge of Student Affairs,
University of California, Berkeley.

5 - Bureau (100-151646) (ENCLS. 10)(AM REG.)
     1 - 100-213436 (LEON WOFSY)
     1 - 105-12619 (ROGER YATE STANIER)
1 - Los Angeles (INFO) (ENCL. 1) (AM REG.)
2 - New York (INFO) (ENCL. 2) (AM REG.)
     1 - Leon Wofsy
2 - San Diego (INFO) (ENCL. 2) (AM REG.)
     1 - 100-12615 (LEON WOFSY)
3 - San Francisco (100-34204)
     1 - 100-33694 (LEON WOFSY)
     1 - 105-747  (ROGER YATE STANIER)

RGA/afp
(13)

Approved: _____   Sent _____ M   Per _____
              Special Agent in Charge

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED

21 DEC 22 1964

59



Date 6/17/65

MR. ALEX C. SHERRIFFS, Vice Chancellor in Charge of Student Affairs, University of California (UC), Berkeley (Protect Per Request), advised this date as follows:

"Behind the scenes political turmoil" continues on a high level at UC, Berkeley. The controversy presently centers around the leadership and motives of President CLARK KERR and his appointees.

The regents of UC are meeting in San Francisco at the UC Medical Center 6/17,18,19/65 at which time they plan to discuss the leadership of Dr. KERR.

SHERRIFFS has developed a close personal confidence with Regent Mrs. RANDOLPH A. HEARST, 233 West Santa Inez Avenue, Hillsborough, California, and stated he talked with her at length on the evening of 6/16/65. HEARST confirmed information which SHERRIFFS had previously developed that she would introduce a motion at the regents meeting to force the resignation of Dr. KERR. HEARST plans to offer a motion that the administration of the University be more responsive to the regents.

[illegible stamp markings]

SF 100-34204
DLJ/sea

| For the Motion to Force | Against the Motion to |
| --- | --- |
| Kerr's Resignation | Force Kerr's Resignation |

JESSE W. TAPP
B.S., M.S., L.L.D.
President of the State
Board of Agriculture
Bank of America
650 South Spring Street
Los Angeles, California

THEODORE R. MEYER
A.B. and J.D.
President of Mechanics
Institute
Brobeck, Phleger and
Harrison
111 Sutter Street
San Francisco, California

W. THOMAS DAVIS
A.B. and L.L.B.
President of the Alumni
Association of UC
9441 Santa Monica Boulevard
Beverly Hills, California

EDWIN W. PAULEY
B.S. and L.L.D.
10000 Santa Monica Boulevard
Los Angeles, California

CLARK KERR
PhD and L.L.D.
President of the University
714 University Hall
Berkeley, California

CORNELIUS J. HAGGERTY
AFL-CIO Building
815 16th Street NW
Washington, D. C.

DONALD H. MC LAUGHLIN
B.S., M.S., PhD, D.Eng.
100 Bush Street
San Francisco, California
(currently traveling in Africa)

WILLIAM M. ROTH, A.B.
Deputy Special Representative
for Trade Negotiations
Executive Office Building
Room 178
Washington, D. C.

Mrs. EDWARD H. HELLER
A.B., L.L.D.
99 Faxon Road
Atherton, California

2

SF 100-34204
DEJ/sea

**For the Motion to Force
KERR'S Resignation**

EDWARD W. CARTER
A.B., M.B.A., L.L.D.
14th Floor, United
California Bank Building
1600 South Spring Street
Los Angeles, California

Mrs. DOROTHY B. CHANDLER
L.L.D.
202 West First Street
Los Angeles, California

Mrs. RANDOLPH A. HEARST
233 West Santa Inez Avenue
Hillsborough, California

SAMUEL B. MOSHER, B.S.
1010 Wilshire Boulevard
Los Angeles, California

JOHN E. CANADAY, A.B.
Lockheed Aircraft Corporation
Burbank, California

PHILIP L. BOYD, A.B.
3900 Market Street
Riverside, California

NORTON SIMON
1645 West Valencia Drive
Fullerton, California

WILLIAM E. FORBES, A.B.
637 South Hill Street
Los Angeles, California

LAURENCE J. KENNEDY, L.L.B.
P. O. Box 1819
Redding, California

**Against the Motion to
Force KERR'S Resignation**

FREDERICK G. DUTTON
A.B. and L.L.B.
U. S. State Department
Washington, D. C.
(SHERRIFFS stated it is
his understanding that
DUTTON is a question mark
and may possibly vote for
the motion)

WILLIAM K. COBLENTZ
A.B. and L.L.B.
333 Montgomery Street
San Francisco, California

3

SF 100-34204
DEJ/sea

SHERRIFFS stated that he is aware that in the "political area" that the above votes may change but it is his understanding that the votes listed are very well confirmed.

SHERRIFFS further advised that President KERR plans to use every parliamentary procedure possible to keep the motion from coming to a vote.

The above is furnished to the Bureau for information and record purposes in view of the Bureau's interest in the recent demonstrations and the aftermath of these demonstrations at UC, Berkeley.

4



ADVISED BY ROUTING
SLIP (S) OF
DATE

AIRTEL

AIR MAIL - REGISTERED

TO: DIRECTOR, FBI (100-151646)

FROM: SAC, SAN FRANCISCO (100-34204)

RE: UNIVERSITY OF CALIFORNIA,
BERKELEY, CALIFORNIA
INFORMATION CONCERNING
STUDENT DEMONSTRATIONS

Reference is made to Bureau telephone call 12/18/64;
San Francisco teletype to the Bureau 12/18/64 and San Fran-
cisco airtel 1/8/65.

Enclosed for the Bureau are 8 copies of an LHM concern-
ing captioned matter. One copy is furnished to each of the
offices below for their information.

Referenced communications had to do with the possibility
of the San Francisco Office submitting a summary showing to
what extent the Communist Party (CP) or others took part in
these demonstrations. It was suggested that it might be along
the same lines of the summary that San Francisco submitted
in 1960, which resulted in the preparation of the pamphlet
"Communist Target - Youth."

3 - Bureau (ENCLS. 8) (AM REG.)
1 - Los Angeles (ENCL. 1) (INFO) (AM REG.)
1 - New York (ENCL. 1) (INFO) (AM REG.)
1 - Detroit (ENCL. 1) (INFO) (AM REG.)
1 - Philadelphia (ENCL. 1) (INFO) (AM REG.)
1 - Boston (ENCL. 1) (INFO) (AM REG.)
1 - Chicago (ENCL. 1) (INFO) (AM REG.)
1 - Seattle (ENCL. 1) (INFO) (AM REG.)
1 - San Diego (ENCL. 1) (INFO) (AM REG.)
1 - San Francisco

GAH/afp
(15)

ST-108

Approved: _____
Special Agent in Charge

CONFIDENTIAL

9 FEB 18 1965

SF 100-34204
GAH/afp

 CONFIDENTIAL

The situation at the University of California (UC)
was quite different than the demonstration that took place
at San Francisco City Hall on May 12-14, 1960.

As noted in referenced communications, this office
did not conduct an investigation into the UC student demon-
strations as such and was very careful to avoid any criticism
being leveled at the Bureau; liaison was maintained with all
of the police and agencies involved.

The information contained in the enclosed LHM and the
previous LHM submitted resulted from the investigation of the
CP and other subversive groups, as well as their individual
members.

The current UC demonstration is unlike the 1960 San
Francisco City Hall demonstration in that the demonstrators
at that time were directing their attention to the HCUA which
had issued subpoenas ordering witnesses before the HCUA
because of their communist affiliation.  In the current UC
demonstration, communist affiliation or participation is not
of primary concern to any of the demonstrators.   In the
UC demonstrations there were over 22 different organizations
involved, raging in views from the far left to the far right,
who were of the opinion that their constitutional rights of
free speech were being regulated and opposed by the UC
Administration.

The UC situation is also quite different from the 1960
HCUA three-day demonstration in that it has continued for over
four months; it involves apparently 22 different organizations,
plus a large number of demonstrators who are not affiliated
with any organization.

No information has been reported from any confidential
informants indicating that the CP played a direct role in the
UC demonstrations.

CONFIDENTIAL

- 2 -

SF 100-34204
GAH/afp

CONFIDENTIAL

This letterhead memorandum will not be disseminated
to G-2, OSI and DIO until 1/26/65. This will allow the Bureau
time for review in the event the Bureau has suggestions con-
cerning the letterhead memorandum. UACB, it will be
disseminated as noted above on 1/26/65.

It is the opinion of this office that CP influence
was certainly present, particularly through the activities of
BETTINA APTHEKER and BOB KAUFMAN, but, here again, sufficient
information is not available to indicate the degree of influence
by these persons on the whole Free Speech Movement.

Dr. ALEX SHERRIFFS, Vice-Chancellor in Charge of
Student Affairs, University of California, Berkeley, advised
this date that since MEYERSON's appointment to the Office of
Acting Chancellor, UC, he has spent only a few minutes with
MEYERSON. He stated that although he is Vice-Chancellor in
Charge of Student Affairs, he has not been consulted nor have
his opinions been sought in the area of solving the free
speech controversy and the possible changes in University
regulations as it concerns the issue.

SHERRIFFS stated that he could not provide any current
information at this time regarding the possible solution by the
University of the FSM controversy. SHERRIFFS stated that
MEYERSON's time appears to be completely taken up with dis-
cussions with the FSM leaders and various faculty groups.
SHERRIFFS is of the opinion that MEYERSON would not remain in
the position of Acting Chancellor for an extended period. He
based this opinion on the fact that the Regents had selected
MEYERSON to establish new rules and enforce them and existing
regulations. However, to date there has been no enforcement
of any of the rules by the Acting Chancellor.

This office will remain alert for further infor-
mation which might tend to show the degree of influence in the
demonstrations played by the Communist Party, DuBois Youth
Clubs, Young Socialist Alliance, and Socialist Workers Party,
and the Bureau will be advised of any pertinent developments.



CONFIDENTIAL

- 3 -

OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27

## UNITED STATES GOVERNMENT

# *Memorandum*

TO : DIRECTOR, FBI          DATE: 6/24/65

FROM : SAC, SAN FRANCISCO (100-55059)

SUBJECT: FREE STUDENT UNION
IS - C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-1-79 BY

Re San Francisco airtel 4/29/65 and LHM 4/29/65
both captioned "University of California, Berkeley, California,
Student Demonstrations, IS"; and Bureau letter 5/28/65
captioned as above. Referenced LHM sets out information
that the Free Student Union (FSU) is the successor to the
Free Speech Movement.

BETTINA APTHEKER, a CP member and one of the
spokesman for the FSU, stated at the initial rally on
4/28/65 that the FSU could be used in the future to strike
and disrupt university activities.

On 6/15/65, Dr. ALEX C. SHERRIFFS, University of
California (UC), Vice Chancellor in Charge of Student
Affairs, advised as follows:

The FSU has quietly organized since 4/28/65 by
collecting 25¢ dues and issuing "union cards" to "several
hundred" students and others. The FSU has made no formal
protests or demands on the UC administration, however two
or three public meetings have been held by FSU at Sproul
Hall steps, UC, Berkeley, when statements were made by
speakers demanding a change in the Regents' attitude toward
students and faculty and a re-appraisal of the methods used
to select Regents.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
EXCEPT WHERE SHOWN
OTHERWISE

4 - Bureau (RM)
2 - 100-151646 (UC, Berkeley, Student Demonstrations)
8 - San Francisco
   1 - 100-55059
   1 - 100-34204 (UC, Berkeley)
   1 - 100-54086 (Free Speech Movement)
   1 - 100-50685 (Bettina Aptheker)
   1 - 100-Index (Bernard L. Stein)
   1 - 100-        (Susan C. Stein)
   1 - 100-Index (Robert L. Carlton)
   1 - 100-        (Morris W. Hirsch)

100 - 151646

NOT RECORDED
172 JUN 29 1965

*Buy U.S. Savings Bonds Regularly on the Payroll Savings Plan*

SF 100-55059
DEJ/sea

    One of the requests made frequently by FSU spokesmen
is a demand that delegates from FSU be permitted to present
their charges and demands in person at Regent meetings. To
date the Regents have denied a hearing to the FSU and have
instructed that FSU requests be made through normal channels
of communication at UC.

    SHERRIFFS concluded by stating that the FSU does
not appear to have the support of the "main stream" of
students at UC, Berkeley, and seems to be ineffectual in
implementing its aims.

    On 6/17/65, LEONE WEAVER, Administrative Assistant,
Dean of Students Office, UC, Berkeley, advised that the FSU
had filed a required form with the Dean of Students Office
requesting that the FSU be granted status as an "on-campus"
organization. Mrs. WEAVER stated that the FSU had complied
with university rules and had been granted status as an "on-
campus" organization. FSU filed the following executive
committee membership list with Mrs. WEAVER:

BERNARD L. "BUDDY" STEIN - chairman
SUSAN C. STEIN, wife of BUDDY STEIN
BETTINA APTHEKER
ROBERT L. CARLTON

    The FSU listed MORRIS W. HIRSCH as the faculty
sponsor and advisor for the FSU. The organization listed
its purpose as "to act as the voice of the student body in
all areas affecting student life". Mrs. WEAVER remarked
that based on the organization's purpose they certainly had
an "inflated opinion of their potential". Mrs. WEAVER
further advised that she was told that the membership of the
FSU is now over 4000.

    The following information was obtained from the San
Francisco Office indices:

    SUSAN STEIN - no derogatory information.

    BERNARD "BUDDY" STEIN - arrested UC, Berkeley,
on 12/3/64 in connection with UC sit-in demonstration.

    ROBERT L. CARLTON - arrested 4/11/64, civil
rights demonstration at Cadillac agency, San Francisco.

SF 100-55059
DEJ/sea

MORRIS W. HIRSCH - signed a petition received by
the Justice Department 7/12/62 which petition was circulated
by the Citizens Committee for Constitutional Liberties,
Room 401, 942 Market Street, San Francisco.

J. WALTER YEAGLEY
Assistant Attorney
General, Washington,
D. C., on 8/1/62

HIRSCH signed an advertisement in the "Daily
Californian" newspaper 5/13/65 protesting "U. S. Intervention
of Santo Domingo".

HIRSCH was one of the organizers and spokesmen for
the 5/21/65 Viet Nam Day Teach-In, UC, and protest of U. S.
foreign policy.

HIRSCH, according to local newspaper accounts, is
also active in the planning for a Viet Nam Day protest at
UC, Berkeley, to be held 10/15 and 16/65.

Investigation of the FSU in accordance with
Section 87E of the Manual  of Instructions is not believed
warranted at this time, however the San Francisco Office
will remain alert for information regarding this organization
and will submit any pertinent developments to the Bureau.

3

F B I

Date: 7/16/65

Transmit the following in _____
                                    (Type in plaintext or code)

Via ____AIRTEL____        AIR MAIL – REGISTERED
                                    (Priority)

TO      :    DIRECTOR, FBI

FROM    :    SAC, SAN FRANCISCO (62-0)

RE      :    DR. ROGER HEYNES
             INFORMATION CONCERNING

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-1-79 BY

        On 7/15/65, Dr. ALEX C. SHERRIFFS, Vice-Chancellor
in Charge of Student Affairs, University of California,
Berkeley, California, advised SA DONALD E. JONES that
DR. ROGER HEYNES (it is noted the name has also been spelled
HEYNS), Vice-President in Charge of Academic Affairs,
University of Michigan, Ann Arbor, Michigan, is the leading
candidate for the chancellorship, UC, Berkeley.

        SHERRIFFS advised that he believes HEYNES will
be appointed Chancellor by the Board of Regents.

LEAD:

THE DETROIT OFFICE:

        AT ANN ARBOR, MICHIGAN

1-      Will furnish the result of contact with established
confidential sources regarding reputation and background of
DR. ROGER HEYNES.

2-      Will also furnish San Francisco result of indices
check.

        It is requested that the Bureau furnish San Francisco
the result of a check of Bureau indices regarding Dr. HEYNES.

4 - Bureau (AM REG.)
    1 - 100-151646
2 - Detroit (AM REG.)
2 - San Francisco
    1 - 100-34204

DEJ/afp
(8)

100-151646-164

JUL 23 1965

Approved: _____        Sent _____ M
          Special Agent in Charge

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
EXCEPT WHERE SHOWN
OTHERWISE