James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seth Rosenfeld         ) | Case No. 3:07-cv-03240-MHP |
|         ) | |
|       Plaintiff,    ) | [PROPOSED] ORDER ON PARTIES' |
|         ) | CROSS-MOTIONS FOR PARTIAL |
|   vs.       ) | SUMMARY JUDGMENT |
|         ) | |
| Federal Bureau of Investigation, and United  ) | Date:  June 30, 2008 |
| States Department of Justice     ) | Time:  2:00 p.m. |
|         ) | |
|       Defendant.   ) | Judge Marilyn Hall Patel |
|         ) | |

**[PROPOSED] ORDER**

This action arises from the several Freedom of Information Act requests filed by Plaintiff Seth Rosenfeld. The FOIA requests each are directed at the FBI's activities in regard to the University of California, including but not limited to the loyalty oath of the 1950s, the civil rights movement of the early 1960s, the Free Speech Movement of 1964, the anti-war movement of the latter 1960s, the development of ethnic studies, other social and political movements, and individuals involved in those events, including the subjects of this request.

The parties have brought cross-motions for partial summary judgment on the issue of whether the FBI has complied with its duties under FOIA by adequately searching for the records Rosenfeld requested. By Order of this Court the parties have reserved the issue of the applicability of any claimed FOIA exemptions for later proceedings.

1    The cross-motions having come before this Court for hearing on June 30, 2008, ORDERS

2    as follows:

3    DEFENDANTS' motion for partial summary judgment is DENIED. The Court finds that

4    each of the FOIA requests is properly before this Court. The Court further finds that Defendants

5    haves failed to carry their burden of proving that the FBI searched for and produced all records

6    responsive to Rosenfeld's FOIA requests. Defendants were required to submit reasonably detailed

7    and non-conclusory evidence to demonstrate that the FBI fulfilled its duties to Rosenfeld under

8    FOIA. However, Defendants' sole declarant, David Hardy, has not demonstrated his competence as

9    a witness, and many of his statements are inadmissible hearsay.. PLAINTIFF'S objections to

10   DEFENDANTS' evidence are hereby SUSTAINED. Nor does Hardy provide sufficient detail to

11   demonstrate that the FBI made an adequate effort to search for and produce the requested records.

12   Moreover, the FBI failed to perform many of the searches Rosenfeld specifically requested. The

13   totality of evidence calls into serious question the FBI's good faith in responding to Rosenfeld's

14   FOIA requests.

15   As this Court can find that as a matter of law, the FBI has failed to adequately search for the

16   records Rosenfeld requested and otherwise fulfilled its duties under FOIA, PLAINTIFF'S motion

17   for partial summary judgment is hereby GRANTED. This Court finds that the FBI has improperly

18   ignored the specifics of Rosenfeld's requests, as set forth below.

19   Defendants are hereby ORDERED

20   A.    To conduct complete and thorough searches of all manual and automated indices for

21         all requested records, and produce all requested records so located, including, but not

22         limited to, the following:

23         1.    As to the Ronald Reagan records, process them in accord with Rosenfeld's

24               letters to Defendants dated March 31, 2006, May 4, 2006, January 29, 2007,

25               March 1, 2007, and April 13, 2007, and Rosenfeld's new FOIA requests of

26               August 6, 2007, including, but not limited to, as follows:

27               a.    advise Rosenfeld of the status of all outstanding referrals;

28               b.    for all records the FBI asserts have been destroyed, including HQ 66-

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT

6575, SF 80-0-2602-A, SF 9-2094, and any others subsequently identified, produce all records that substantiate the fact if destruction;

c. for all records the FBI identifies as responsive but is unable to locate, including HQ 105-196603-5, HQ 62-112228-A, 62-112228-47-A, and any others subsequently identified, the FBI must demonstrate that reasonable efforts were made to find them;

d. for all records the FBI claims were accessioned to the National Archives, including HQ 91-01-1374, SC 194-4-1, and any others subsequently identified, the FBI must retrieve and produce copies to Rosenfeld;

e. conduct complete and thorough searches, including but not limited to "all reference" searches, for any and all references to Mr. Reagan in all indices at FBI headquarters and at each specified field office, including but not limited active, inactive, General, Confidential, ELSUR, FOIMS, Global, ISIS, OCIS, IIS, Micro, Regional, SDIS and ADB indices;

f. search all major case indices, including but not limited to COMPIC, HEARNAP, RYMUR and WEAFUG, at headquarters and at each specified field office;

g. release any and all responsive records, including any and all main files, main file equivalents and cross references, at each specified FBI office;

h. conduct searches using a six-way-breakdown on all reasonable variations of the names Ronald Wilson Reagan, Ronnie Reagan, Ronald Wilson Regan and Ron Regan.

i. conduct searches under Mr. Reagan's official title, "Governor, State of California," and "California, Governor's Office" and reasonable variations thereof;

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT

1    j.    search for records concerning Ronald Reagan in the FBIHQ and field
2          office files and indices on COMPIC; Screen Actors Guild (SAG); the
3          Labor League of Hollywood Voters; the Motion Picture Industry
4          Council (MPIC); the late Herb Sorrell; the Hollywood Independent
5          Citizens Committee of the Arts, Sciences and Professions
6          (HICCASP); the Music Corporation of America (MCA);

7    k.    search for records concerning Ronald. Reagan in the FBI's records on
8          the late actors Larry Parks, Howard Da Silva, Alexander Knox and
9          others on whom Ronald Reagan informed;

10   l.    search for information concerning Mr. Reagan's 1965 Book, "Where's
11         the Rest of Me? The Ronald Reagan Story";  search by reasonable
12         variations of the title, and under the names of Mr. Reagan and his
13         co-author, Richard G. Hubler;

14   m.    search for records concerning Ronald. Reagan in the FBI's records on
15         his former wife, the late Jane Wyman;

16   n.    search for and release any and all records at each specified FBI office
17         concerning Mr. Reagan's meeting with the FBI around 1948 and his
18         role in providing information to the FBI, including but not limited to
19         informant reports, FD-302s, and informant files such as 134
20         classification files;

21   o.    provide a copy of the pages of the General Indices Statistical Data
22         (GISD) book at headquarters and each specified field office showing
23         any and all records concerning Mr. Reagan;

24   p.    search for and produce Office of Origin records; and

25   q.    provide copies of search slips used for each of the above requested
26         searches.

27   2.    As to the records pertaining to Herbert Ellingwood, process them in accord
28         with Rosenfeld's May 8, 2006 letter, including, but not limited to, as follows:

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT

1                a.       search for any and all records, including but not limited to the main

2                         files, see references, Do Not File files, channelized references, search

3                         slips, including search slips used to process this request, ELSUR

4                         records, index cards, records that are or were maintained in SAC

5                         safes, and bulky exhibits;

6                b.       conduct an "all references" search of all automated and manual,

7                         active and inactive, indices;

8                c.       conduct all searches using a six-way breakdown of Mr. Ellingwood's

9                         name;

10               d.       conduct searches of all active and inactive indices at FBI HQ and the

11                        Los Angeles, San Francisco, Sacramento, San Diego and Washington

12                        field office;

13                e.       conduct searches in all logical locations and of all logical indexes to

14                        identify records from the 1940s, 1950s and 1960s;

15                f.        conduct all reasonable searches of all manual and automated indexes

16                        to locate main files and cross references at each field office;

17                g.       conduct searches of  its COMPIC or other major case indexes for

18                        records at each office; and,

19                h.       conduct searches of all SAC contact records at Sacramento and other

20                        FBI offices

21       3.      As to the records pertaining to Alexander C. Sherriffs, process them in accord

22             with Rosenfeld's July 8, 2004 and February 19, 2005 letters, including, but

23             not limited to, as follows:

24               a.       conduct searches at FBIHQ and the San Francisco field office for any

25                        and all records, in each and every record system maintained by the

26                        FBI, on or offsite, including but not limited to main files, ELSUR,

27                        Official and Confidential files, Official and Personal Files, JUNE

28                        Files and Do Not File files;

b.   conduct searches in all logical locations and of all logical indexes to identify records from the 1960s and 1970s;

c.   conduct all reasonable searches of all manual and automated indexes, active and inactive, to locate main files and cross references at each field office;

d.   conduct searches using a six-way break down of Mr. Sherriffs' name at each field office;

e.   conduct "all reference" checks at each FBI office; and,

f.   conduct searches of all SAC contact records at the San Francisco field office.

4.   As to the records pertaining to Roy M. Brewer, process them in accord with Rosenfeld's October 13, 2006 letter, including, but not limited to, as follows:

a.   conduct searches at the Washington Field Office, the Los Angeles Field Office, and FBIHQ for "any and all records in any way concerning the late Roy Martin Brewer," and produce all records, including but not limited to all main files, all see references, Do Not File files, channelized records, search slips, including search slips used to process this request, ELSUR records, index cards, records that are or were maintained in SAC safes, and bulky exhibits;

b.   conduct an 'all references" check of all indices, both automated and manual, active and inactive, at each office;

c.   search the entire COMPIC and other major case files and indices at each office;

d.   conduct searches in all logical locations and of all logical indexes to identify records from the 1940s, 1950s and 1960s;

e.   conduct searches using a six-way break down of Mr. Brewer's name at each field office;

f.   conduct searches of all SAC contact records at Sacramento and other

1    FBI offices;

2    g.    conduct searches for information concerning Mr. Brewer in the
3    records of the following organizations and individuals:

4    i.    Motion Picture Industry Council, aka MPIC

5    ii.    Motion Picture Alliance for the Preservation of American
6    Ideals, aka MPA

7    iii.    Labor League of Hollywood Voters

8    iv.    Screen Actors Guild, aka SAG

9    v.    International Alliance of Theatrical Stage Employees and
10    Motion Picture Machine Operators, aka IATSE

11    vi.    American Federation of Labor Film Council

12    vii.    Council Against Communist Aggression

13    viii.    Ronald Reagan

14    ix.    Willie Bioff

15    x.    George Browne

16    xi.    Sidney Buchman

17    xii.    Howard Da Silva

18    xiii.    John Garfield

19    xiv.    Elia Kazan

20    xv.    Alexander Knox

21    xvi.    John Howard Lawson

22    xvii.    Arthur Miller

23    xviii    Larry Parks

24    xix.    Herb Sorrell

25    xx.    Dalton Trumbo

26    xxi.    Jack Warner

27    5.    As to the records pertaining to Neil Reagan, process them in accord with
28    Rosenfeld's March 23, 2005 letter, including, but not limited to, as follows:

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT

a.    conduct searches at he FBI Washington Field Office, the Los Angeles Field Office, and FBI HQ for any and all records in any way concerning Neil Reagan, also identified in FBI records as Confidential Informant T-36;

b.    conduct searches of main files, see references, Do Not File files, channelized records, search slips, including search slips used to process this request, index cards, records that are or were maintained in SAC safes, and bulky exhibits;

c.    conduct searches in all logical locations and of all logical indexes to identify records from the 1940s, 1950s and 1960s;

d.    conduct all reasonable searches of all manual and automated indexes to locate main files and cross references at each field office;

e.    conduct searches of its COMPIC or other major case indexes for records at each office;

f.    conduct all searches using a six-way break down of Mr. Reagan's name;

g.    conduct searches of all active and inactive indexes at each field office;

h.    conduct "all reference" checks at each specified FBI office;

i.    conduct searches of all SAC contact records at Sacramento and other FBI offices.

6.    As to the records pertaining to the Motion Picture Industry Council, also known as MPIC, process them in accord with Rosenfeld's June 14, 2006 letter, including, but not limited to, as follows:

a.    conduct an 'all references" check of all indices, both automated and manual, active and inactive, at the Los Angeles field office and FBIHQ;

b.    conduct searches in all logical locations and of all logical indexes to

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT

1    identify records from the 1940s, 1950s and 1960s;

2    c.    conduct searches of its COMPIC or other major case indexes for

3    records at each office;

4    d.    conduct searches of all SAC contact records at Sacramento and other

5    FBI offices; and,

6    e.    conduct searches applying the list of deceased people supplied by

7    Rosenfeld to the requested records.

8    7.    As to the records pertaining to the Motion Picture Alliance for the

9    Preservation of American Ideals, also known as MPA, process them in accord

10    with Rosenfeld's June 14, 2006 letter, including, but not limited to, as

11    follows:

12    a.    conduct an 'all references" check of all indices, both automated and

13    manual, active and inactive, at the Los Angeles field office and

14    FBIHQ;

15    b.    conduct searches in all logical locations and of all logical indexes to

16    identify records from the 1940s, 1950s and 1960s;

17    c.    conduct searches of its COMPIC or other major case indexes for

18    records at each office;

19    d.    conduct searches of all SAC contact records at Sacramento and other

20    FBI offices; and,

21    e.    conduct searches applying the list of deceased people supplied by

22    Rosenfeld to the requested records.

23    8.    As to the records pertaining to the Labor League of Hollywood Voters,

24    process them in accord with Rosenfeld's June 14, 2006 letter, including, but

25    not limited to, as follows:

26    a.    conduct an 'all references" check of all indices, both automated and

27    manual, active and inactive, at the Los Angeles field office and

28    FBIHQ;

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

  b. conduct searches in all logical locations and of all logical indexes to identify records from the 1940s, 1950s and 1960s;

  c. conduct searches of its COMPIC or other major case indexes for records at each office;

  d. conduct searches of all SAC contact records at Sacramento and other FBI offices; and,

  e. conduct searches applying the list of deceased people supplied by Rosenfeld to the requested records.

B. Search all records systems that the FBI reasonably suspects will contain responsive records including, but not limited to, abstracts and index cards, and produce all such records;

C. Re-process all previously-processed records, whether previously processed or released to Rosenfeld or another FOIA requester, in light of the deaths since the initial processing of those whose names appear in such records, including, but not limited to, those included on the list supplied to the FBI by Rosenfeld, and others whose deaths are either well-known or easily verifiable;

D. Create complete and accurate records of searches done, and provide copies of such records to Rosenfeld;

E. Process all cross references pursuant to Rosenfeld's instructions for each request; and,

F. Produce all responsive records no later than the dates listed below:

  1. Ronald Reagan records: _____, 2008

  2. Hebert Ellingwood records: _____, 2008

  3. Alexander Sherriffs records: _____, 2008

  4. Roy M. Brewer records: _____, 2008

  5. Neil Reagan records: _____, 2008

  6. MPIC records: _____, 2008

  7. MPA records: _____, 2008

1        8.    Labor League records:    _____, 2008.

2    IT IS SO ORDERED.

3

4    Date: _____

5               _____

6               Marilyn Hall Patel

7               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON PARTIES'
CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT