JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7314
Facsimile: (415) 436-6748
Email: ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendants. | No. C 07-3240 MHP<br><br>Related Cases: No. C 85-1709 MHP;<br>No. C 85-2247 MHP; No. C 90-3576 MHP<br><br>**DEFENDANTS' MOTION TO RESCHEDULE HEARING DATE; [PROPOSED] ORDER**<br><br>Civil Local Rule 6-3(a) |

　　　　Defendants, by and through their undersigned counsel, hereby move for an order rescheduling the hearing date for the parties' cross-motions for summary judgment from July 21, 2008 to July 28, 2008.

　　　　This is an action arising under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq., to compel disclosure of agency records. On or about June 2, 2008, the parties served cross-motions for summary judgment. The motions are now fully briefed and submitted. The hearing of the parties' motion was originally scheduled for June 30, 2008. By notice dated June 23, 2008, the Court rescheduled the hearing to July 21, 2008, at 2:00 p.m. The new hearing date is necessary because counsel for defendants will be in San Diego for previously-scheduled depositions from July 20 to July 23, 2008. As an alternative, counsel for defendants is available on August 4 or August 11, 2008.

1  Counsel for defendants contacted plaintiff's counsel, David Greene, by telephone on June
2  27, 2008 to obtain a stipulation to the hearing date change. FitzGerald Decl. ¶ 2. Plaintiff's
3  counsel agreed to re-schedule the hearing and indicated that he, too, was available on July 28,
4  August 4 or August 11, 2008. Id. Mr. Greene stated that he would be out of the office and
5  directed counsel for defendants to send a proposed stipulation to his colleague, James Wheaton.
6  Id. Counsel for defendants provided a draft stipulation via e-mail to Mr. Wheaton on June 30,
7  2008 but he did not respond. Id. ¶ 3. Counsel also called Mr. Wheaton and left a message but he
8  did not return the call. Id. ¶ 4.
9  There have been no previous requests for changes to the hearing date.
10  For the foregoing reasons, defendants respectfully request that the Court grant
11  defendants' motion to reschedule the hearing date from July 21, 2008 to July 28, 2008.

Dated: July 2, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By:     /s/
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorneys for Defendants

**[PROPOSED] ORDER**

The hearing of the parties cross-motions for summary judgment currently on calendar for July 21, 2008 at 2:00 p.m. is hereby RESCHEDULED to _____ at _____.

DATED: _____, 2008

HON. MARILYN HALL PATEL
United States District Judge