JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:    (415) 436-7314
Facsimile:    (415) 436-6748
Email:    ellen.fitzgerald@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | No. C 07-3240 MHP<br><br>(Related: Nos. C 90-3576 MHP, C 85-1709 MHP, and C 85-2247 MHP)<br><br>**DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF DEFENDANTS' MOTION TO RESCHEDULE HEARING DATE** |

ELLEN M. FITZGERALD declares as follows pursuant to 28 U.S.C. § 1746:

1.    I am an Assistant United States Attorney for the Northern District of California and counsel for defendants, the United States Department of Justice and the Federal Bureau of Investigation, in this action arising under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq. I am fully familiar with the facts set forth in this declaration, which I submit, pursuant to Rule 6-3 of the Civil Local Rules, in support of defendants' motion to change the hearing date for the parties' cross-motions for summary judgment.

2.    On or about June 27, 2008, I called plaintiff's counsel, David Greene, to obtain a

DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF MOTION TO CHANGE HEARING DATE
C 07-03240 MHP

1  stipulation to the proposed rescheduling of the hearing date.  Mr. Greene agreed to a joint motion
2  to change the hearing date and indicated that he was available on July 28, August 4 or August 11,
3  2008.  He asked me to send him a proposed stipulation via e-mail but stated that he would be out
4  of the office and, in his absence, I should send the e-mail to his colleague, James Wheaton.
5      3. On or about June 30, 2008, I e-mailed a draft stipulation to Mr. Wheaton.  Mr.
6  Wheaton did not respond.
7      4.  On or about July 1, 2008, I called Mr. Wheaton and left a message regarding the
8  proposed stipulation.  He did not return my call.
9      I declare under penalty of perjury that the foregoing is true and correct to the best of my
10 knowledge.  Executed on July 2, 2008.

             /s/
             ELLEN M. FITZGERALD
             Assistant U.S. Attorney

DECLARATION OF ELLEN M. FITZGERALD IN SUPPORT OF MOTION TO CHANGE HEARING DATE
C 07-03240 MHP                    2