1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone:  (415) 436-7314
   Facsimile:  (415) 436-6748
6  Email:  ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  SETH ROSENFELD,                    )    No. C 07-3240 MHP
                                       )
12                      Plaintiff,     )    Related Cases: No. C 85-1709 MHP;
                                       )    No. C 85-2247 MHP; No. C 90-3576 MHP
13            v.                       )
                                       )
14  UNITED STATES DEPARTMENT OF        )    **DEFENDANTS' MOTION TO**
    JUSTICE, and UNITED STATES         )    **RESCHEDULE HEARING DATE;**
15  FEDERAL BUREAU OF                  )    ~~[PROPOSED]~~ **ORDER**
    INVESTIGATION,                     )
16                                     )    Civil Local Rule 6-3(a)
                        Defendants.    )
17  _____   )

18       Defendants, by and through their undersigned counsel, hereby move for an order

19  rescheduling the hearing date for the parties' cross-motions for summary judgment from July 21,

20  2008 to July 28, 2008.

21       This is an action arising under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq.,

22  to compel disclosure of agency records.  On or about June 2, 2008, the parties served cross-

23  motions for summary judgment.  The motions are now fully briefed and submitted.  The hearing

24  of the parties' motion was originally scheduled for June 30, 2008.  By notice dated June 23,

25  2008, the Court rescheduled the hearing to July 21, 2008, at 2:00 p.m. The new hearing date is

26  necessary because counsel for defendants will be in San Diego for previously-scheduled

27  depositions from July 20 to July 23, 2008.  As an alternative, counsel for defendants is available

28  on August 4 or August 11, 2008.

DEFENDANT'S MOTION TO RESCHEDULE HEARING DATE; [PROPOSED] ORDER
C 07-03240 MHP

1    Counsel for defendants contacted plaintiff's counsel, David Greene, by telephone on June

2    27, 2008 to obtain a stipulation to the hearing date change. FitzGerald Decl. ¶ 2.  Plaintiff's

3    counsel agreed to re-schedule the hearing and indicated that he, too, was available on July 28,

4    August 4 or August 11, 2008.  Id.  Mr. Greene stated that he would be out of the office and

5    directed counsel for defendants to send a proposed stipulation to his colleague, James Wheaton.

6    Id.  Counsel for defendants provided a draft stipulation via e-mail to Mr. Wheaton on June 30,

7    2008 but he did not respond.  Id. ¶ 3.  Counsel also called Mr. Wheaton and left a message but he

8    did not return the call.  Id. ¶ 4.

9    There have been no previous requests for changes to the hearing date.

10    For the foregoing reasons, defendants respectfully request that the Court grant

11    defendants' motion to reschedule the hearing date from July 21, 2008 to July 28, 2008.

12

13    Dated: July 2, 2008                JOSEPH P. RUSSONIELLO
                                        United States Attorney
14

15                               By:        /s/
                                        ELLEN M. FITZGERALD
16                                      Assistant United States Attorney
                                        Attorneys for Defendants
17

18

19

20

21

22

23

24

25

26

27

28

1

2
<b>[PROPOSED] ORDER</b>

3
     The hearing of the parties cross-motions for summary judgment currently on calendar for

4
July 21, 2008 at 2:00 p.m. is hereby RESCHEDULED to ___8/11/2008___ at _2:00 p.m._

5

6

7
DATED: __July 3____, 2008

8
_____



9
IT IS SO ORDERED

Judge Marilyn H. Patel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S MOTION TO RESCHEDULE HEARING DATE; [PROPOSED] ORDER
C 07-03240 MHP               3