1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7314
   Facsimile: (415) 436-6748
6  Email: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 SETH ROSENFELD,                    )   No. C 07-3240 MHP
                                      )
12                 Plaintiff,         )   Related Cases: No. C 85-1709 MHP;
                                      )   No. C 85-2247 MHP; No. C 90-3576 MHP
13         v.                         )
                                      )   **DEFENDANTS' RESPONSES TO
14 UNITED STATES DEPARTMENT OF        )   PLAINTIFF'S OBJECTIONS TO
   JUSTICE, and UNITED STATES         )   DEFENDANTS' EVIDENCE AND
15 FEDERAL BUREAU OF                  )   OPPOSITION TO PLAINTIFF'S
   INVESTIGATION,                     )   MOTION TO STRIKE**
16                                    )
                   Defendants.        )
17 _____    )

18     Defendants, by and through their undersigned counsel, hereby respond to plaintiff's

19 objections to defendants' evidence and oppose plaintiff's motion to strike the evidence:

| EVIDENCE | RESPONSE TO PLAINTIFF'S OBJECTION |
|---|---|
| Declaration of David Hardy in Support of Defendants' Motion for Partial Summary Judgment ("Hardy Decl.") ¶¶ 144-153. | Discovery is generally unavailable in FOIA actions. Wheeler v. CIA, 271 F.Supp.2d 132, 139 (D.D.C. 2003); Judicial Watch v. Export-Import Bank, 108 F.Supp. 2d 19, 25 (D.D.C. 2000)("[D]iscovery in a FOIA action is generally inappropriate."). <br><br> The Court has not ordered discovery in this action. Defendants were directed to produce search slips to plaintiff and, in accordance with the Court's order, they did so. |
| Hardy Decl. ¶ 13: "By letter dated February 26, 1999, **DOJ OIP released approximately 25% of the search slips requested by plaintiff.** By letter date[ ] March 12, 1999, DOJ OIP released a copy of the FBI HQ index cards for the Ronald Reagan search." | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests and the role of the Department's Office of Information Privacy ("OIP") in this process. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). |

| | |
|---|---|
| Hardy Decl. ¶ 39: **"The FBI has confirmed that DOJ OIP has no record of receiving an administrative appeal of the FBI's April 4, 2008 release of records responsive to plaintiff's request."** | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests and the role of OIP in this process. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). <br><br> Plaintiff has submitted no competent evidence to rebut defendants' testimony. |
| Hardy Decl. ¶ 60: **"Our administrative records show that RIDS personnel closed plaintiff's October 13, 2006 request on April 26, 2007."** | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). |

DEFENDANTS' RESPONSES TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE AND OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
C 07-03240 MHP                                3

| | |
|---|---|
| Hardy Decl. ¶ 60: **"On July 20, 2007, DOJ OIP confirmed that no appeal had been filed by plaintiff since the FBI's April 26, 2007 release."** | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests and the role of OIP in this process. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). <br><br> Plaintiff has submitted no competent evidence to rebut defendants' testimony. |
| Hardy Decl. ¶ 64: **"The FBI has confirmed that DOJ OIP has no record of receiving an administrative appeal of the FBI's April 10, 2008 release of records responsive to plaintiff's requests."** | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests and the role of OIP in this process. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). <br><br> Plaintiff has submitted no competent evidence to rebut defendants' testimony. |

| | |
|---|---|
| Hardy Decl. ¶ 128: **"The FBI has confirmed that DOJ OIP has no record of receiving an administrative appeal from plaintiff in connection with the FBI's April 25, 2007 release."** | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests and the role of OIP in this process. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). <br><br> Plaintiff has submitted no competent evidence to rebut defendants' testimony. |
| Hardy Decl. ¶ 144: "In this case, **the FBI has employed two mechanisms as part of its search efforts to identify records responsive to plaintiff's requests.** These methods are the same methods that the FBI uses to search for records potentially responsive to any other FOIA/Privacy Act request it receives. **In order to locate records responsive to plaintiff's request, the FBI conducted a search for records by 1) conducting a search for records in the FBI's Central Records System ("CRS"), and 2) performing manual searches for potentially responsive records."** | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). |

| | |
|---|---|
| Hardy Decl. ¶ 151 | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). |
| Hardy Decl. ¶ 152 | Mr. Hardy supervises the division responsible for processing plaintiff's FOIA requests. Hardy Decl. ¶ 1. In his official capacity as Director of the RIDS Unit, he is personally familiar with the manner in which his office responds to FOIA requests. Id. ¶¶ 2-4. A declaration from an agency employee responsible for supervising a FOIA search satisfies Rule 56(e); the agency is not required to supply declarations from each individual who participated in the actual search. Carney v. United States Dep't of Justice, 19 F.3d 807, 814 (2d Cir. 1994); Safecard Servs., Inc. v. S.E.C., 926 F.2d 1197, 1201 (D.C.Cir. 1991). Mr. Hardy's declaration may properly include facts gathered from others. Gerstein v. United States Dep't of Justice, 2005 U.S. Dist. LEXIS 41276 (N.D. Ca. September 30, 2005)(citing Maynard v. CIA, 986 F.2d 547, 560 ("affidavits, although partly second-hand, are sufficient"). |

//

//

//

DEFENDANTS' RESPONSES TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE AND
OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
C 07-03240 MHP                                    6

For the foregoing reasons identified in response to each individual objection, plaintiff's motion to strike the above-referenced evidence should be denied in its entirety.

Dated: July 24, 2008

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

By:      /s/
      ELLEN M. FITZGERALD
      Assistant United States Attorney
      Attorneys for Defendants