**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   C 07-3240  MHP            Judge: MARILYN H. PATEL

Title: SETH ROSENFELD -v- FBI et al

Attorneys:  Plf: David Green, James Wheaton
            Dft: Ellen Fitzgerald

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Cross-Motions for Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Counsel submits after further discussion; Motions deemed submitted; Court to issue order.