1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7314
   Facsimile: (415) 436-6748
6  Email: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  SETH ROSENFELD,                    )  No. C 90-3576 MHP; No. C 85-1709 MHP
                                       )  No. C 85-2247 MHP; No. C 07-3240 MHP
12                 Plaintiff,          )
                                       )
13          v.                         )  **DECLARATION OF**
                                       )  **WILLIAM L. HOOTEN**
14  UNITED STATES DEPARTMENT OF        )
    JUSTICE, and UNITED STATES         )
15  FEDERAL BUREAU OF                  )
    INVESTIGATION,                     )
16                                     )
                   Defendants.         )
17  _____   )

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT;
MEMORANDUM OF LAW IN SUPPORT THEREOF
C 07-03240 MHP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SETH ROSENFELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-CV-03240 |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION and | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF WILLIAM L. HOOTON

I, William L. Hooton, declare as follows:

(1)     I am the Records Officer and an Assistant Director managing the Records

Management Division ("RMD"), at the Federal Bureau of Investigation Headquarters ("FBIHQ")

in Washington, D.C. As the Records Officer, I have under my care, custody and control all file

contained in the Central Records System at FBIHQ. I have held this position since January 2002.

In my official capacity as Assistant Director, I am responsible for the management of FBI

records, including records policy and the creation, management and storage, and final disposition

of records. During the course of my career in records management, I have acquired knowledge

regarding the creation, use, and maintenance of the FBI's Central Records System ("CRS") and

Electronic Surveillance ("ELSUR") Indices.

(2)     The statements contained in this declaration are based upon my personal

knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     In the course of my official duties, I have become familiar with certain aspects of RMD's Record/Information Dissemination Section's ("RIDS") handling of plaintiff's numerous requests for information through the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  It is my understanding that plaintiff has submitted FOIA requests seeking access to records pertaining to nine subjects: (1) Ronald Reagan, (2) Herbert Ellingwood, (3) Alexander C. Sherriffs, (4) Roy M. Brewer, (5) Neil Reagan, (6) "80" Files, (7) The Motion Picture Industry Council, (8) The Labor League of Hollywood Voters, and (9) The Motion Picture Alliance for the Preservation of American Ideals.  More recently, I am aware that the Court issued a Memorandum & Order on August 22, 2008 ("Order"), in which the Court ordered "defendants to provide supplemental declaration in accordance with this memorandum . . . within thirty (30) days of the date of this order."  In particular, this declaration addresses the portion of the Order in which the Court orders the defendants "to explain, for FBIHQ and each field office . . . the nature and scope of all databases and indices maintained by defendants, including a description of the data contained in the same."

(4)     The declaration provides information regarding the CRS, which is in addition to the information provided in the Declaration of David M. Hardy dated June 2, 2008 ("Hardy Declaration").  This declaration also provides information on the FBI's ELSUR Indices.  The CRS and ELSUR were searched for records responsive to plaintiff's requests.[1]  These are the two

---

[1] For the Privacy Act System of Records Notices for CRS and ELSUR, See 63 Fed. Reg. 8,659, 8,671 (1998), and 70 Fed. Reg. 7,513, 7514, respectively.

systems where responsive records were likely to be found.

## CRS

(5)     As stated in the Hardy Declaration, records maintained in the CRS consist of

administrative, applicant, criminal, personnel, and other files compiled for law enforcement

purposes. The CRS encompasses information concerning all centralized records of FBIHQ and

FBI field offices. The CRS contains the following indices, which are described in detail below:

> 1)     Administrative Index (ADEX). Consists of cards with descriptive data on
> individuals who were subject to investigation in a national emergency because
> they were believed to constitute a potential or active threat to the internal security
> of the United States. When ADEX was started in 1971, it was made up of people
> who were formerly on the Security Index, Reserve Index, and Agitator Index.
> This index is maintained in two separate locations in FBIHQ.  ADEX
> was discontinued in January 1978. This list is inactive at FBIHQ and
> 29 Field Offices.
>
> 2)     Anonymous Letter File. Consists of photographs of anonymous
> communications and extortionate credit transactions, kidnapping, extortion and
> threatening letters. It is active at FBIHQ.
>
> 3)     Associates of DEA Class I Narcotics Violators Listing. Consists of a
> computer listing of individuals whom DEA has identified as associates of Class I
> Narcotics Violators. It is active at FBIHQ and 56 Field Offices.
>
> 4)     Background Investigation Index--Department of Justice. Consists of cards
> on persons who have been the subject of a full field investigation in connection
> with their consideration of employment in sensitive positions with Department of
> Justice, such as U.S. Attorney, Federal judges, or a high level Department
> position. It is active at FBIHQ.
>
> 5)     Background Investigation Index--White House, Other Executive Agencies,
> and Congress. Consists of cards on persons who have been the subject of a full
> field investigation in connection with their consideration for employment in
> sensitive positions with the White House, Executive agencies (other than the
> Department of Justice) and the Congress. Active at FBIHQ.
>
> 6)     Bank Fraud and Embezzlement Index. Consists of individuals who have
> been the subject of "Bank Fraud and Embezzlement" investigation. This file is

-3-

used as an investigative aid. It is active in one Field Office.

7)     Bank Robbery Album. Consists of photos of bank robbers, burglars, and larceny subjects. In some field offices it will also contain pictures obtained from local police departments of known armed robbers and thus potential bank robbers. The index is used to develop investigative leads in bank robbery cases and may also be used to show to witnesses of bank robberies. It is usually filed by race, height, and age. This index is also maintained in one resident agency (a suboffice of a field office). Active in 47 Field Offices.

8)     Bank Robbery Nickname Index. Consists of nicknames used by known bank robbers. The index cards on each would contain the real name and method of operation and are filed in alphabetical order. Active in one Field Office.

9)     Bank Robbery Note File. Consists of photographs of notes used in bank robberies in which the suspect has been identified. This index is used to help solve robberies in which the subject has not been identified but a note was left. The role is compared with the index to try to match the sentence structure and handwriting for the purpose of identifying possible suspects. Active at FBI Headquarters.

10)     Bank Robbery Suspect Index. Consists of a control file or index cards with photos, if available, of bank robbers or burglars. In some field offices these people may be part of a bank robbery album. This index is generally maintained and used in the same manner as the bank robbery album. Active in 33 Field Offices.

11)     Car Ring Case Photo Album. Consists of photos of subjects and suspects involved in a large car theft ring investigation. It is used as an investigative aid. Active in one Field Office.

12)     Car Ring Case Photo Album and Index. Consists of photos of subjects and suspects involved in a large car theft ring investigation. The card index maintained in addition to the photo album contains the names and addresses appearing on fraudulent title histories for stolen vehicles. Most of these names appearing on these titles are fictitious. But the photo album and card indexes are used as an investigative aid. Active in one Field Office.

13)     Car Ring Case Toll Call Index. Consists of cards with information on persons who subscribe to telephone numbers to which toll calls have been placed by the major subjects of a large car theft ring investigation. It is maintained numerically by telephone number. It is used to facilitate the development of probable cause for a court-approved wiretap. Active in two Field Offices.

14)     Car Ring Theft Working Index. Contains cards on individuals involved in
car ring theft cases on which the FBI Laboratory is doing examination work.
Active at FBIHQ.

15)     Cartage Album. Consists of photos with descriptive data of individuals
who have been convicted of theft from interstate shipment or interstate
transportation of stolen property where there is a reason to believe they may
request the offense. It is used in investigating the above violations. Active in
three Field Offices.

16)     Channelizing Index. Consists of cards with the names and case file
numbers of people who are frequently mentioned in information reports. The
index is used to facilitate the distributing or channeling of information reports to
appropriate files. Active in nine Field Offices.

17)     Check Circular File. Consists of fliers numerically in a control file on
fugitives who are notorious fraudulent check passers and who are engaged in a
continuing operation of passing checks. The fliers, which include the subject's
name, photo, a summary of the subject's method of operation and other identifying
data, are used to alert other FBI field offices and business establishments which
may be the victims of bad checks.

18)     Computerized Telephone Number File (CTNF) Intelligence. Consists of a
computer listing of telephone numbers (and) subscribers' names and addresses)
utilized by subjects and/or certain individuals which come to the FBI's attention
during major investigations. During subsequent investigations, telephone
numbers, obtained through subpoena, are matched with the telephone numbers on
file to determine connections or associations. Active at FBIHQ.

19)     Con Man Index. Consists of computerized names of individuals, along
with company affiliation, who travel nationally and internationally while
participating in large-dollar-value financial swindles. Active in four Field
Offices.

20)     Confidence Game (Flim Flam) Album. Consists of photos with
descriptive information on individuals who have been arrested for confidence
games and related activities. It is used as an investigative aid. Active in one Field
Office.

21)     Copyright Matters Index. Consists of cards of individuals who are film
collectors and film titles. It is used as a reference in the investigation of copyright
matters. Active in one Field Office.

22)   Criminal Intelligence Index. Consists of cards with name and file number of individuals who have become the subject of an antiracketeering investigation. The index is used as a quick way to ascertain file numbers and the correct spelling of names. This index is active in two Field Offices and one Resident Agency.

23)   Criminal Informant Index. Consists of cards containing identity and brief background information on all active and inactive informants furnishing information in the criminal area. Active at FBIHQ.

24)   DEA Class 1 Narcotics Violators Listing. Consists of a computer listing of narcotic violators--persons known to manufacture, supply, or distribute large quantities of illicit drugs--with background data. It is used by the FBI in their role of assisting DEA in disseminating intelligence data concerning illicit drug trafficking. This index is also maintained in two resident agencies.

25)   Deserter Index. Contains cards with the names of individuals who are known military deserters. It is used as an investigative aid. Active in four Field Offices.

26)   False Identities Index. Contains cards with the names of deceased individuals whose birth certificates have been obtained by other persons for possible false identification uses and in connection with which the FBI laboratory has been requested to perform examinations. Inactive at FBIHQ.

27)   False Identities List. Consists of a listing of names of deceased individuals whose birth certificates have been obtained after the person's death, and thus whose names are possibly being used for false identification purposes. The listing is maintained as part of the FBI's program to find persons using false identities for illegal purposes. Inactive at 31 Field Offices.

28)   False Identity Photo Album. Consists of names and photos of people who have been positively identified as using a false identification. This is used as an investigative aid in the FBI's investigation of false identities. Inactive in two Field Offices.

29)   FBI/Inspector General (IG) Case Pointer System (FICPS). Consists of a computerized listing of individual names of organizations which are the subject of active and inactive fraud investigations, along with the name of the agency conducting the investigation. Data is available to IG offices throughout the federal government to prevent duplication of investigative activity. Active at FBI Headquarters.

30)   FBI Wanted Persons Index. Consists of cards on persons being sought on

-6-

the basis of Federal warrants covering violations which fall under the jurisdiction of the FBI. It is used as a ready reference to identify those fugitives. Active at FBIHQ.

31)     Foreign Counterintelligence (FCI). Consists of cards with identity background data on all active and inactive operational and informational assets in the foreign counterintelligence field. It is used as a reference aid on the FCI Asset program. Active at FBIHQ.

32)     Fraud Against the Government Index. Consists of individuals who have been the subject of a "fraud against the Government"investigation. It is used as an investigative aid. Active in one Field Office.

33)     Fugitive Bank Robbers File. Consists of fliers on bank robbery fugitives filed sequentially in a control file. FBIHQ distributes to the field          offices fliers on bank robbers in a fugitive status for 15 or more days to facilitate their location. Active at FBIHQ and in 43 Field Offices.

34)     General Security Index. Contains cards on all persons that have been the subject of a security classification investigation by the FBI field office. These cards are used for general reference purposes. Active in one Field Office.

35)     Hoodlum License Plate Index. Consists of cards with the license plate numbers and descriptive data on known hoodlums and cars observed in the vicinity of hoodlum homes. It is used for quick identification of such person in the course of investigation. The one index which is not fully retrievable is maintained by a resident agency. Active in three Field Offices.

36)     Identification Order Fugitive Flier File. Consists of fliers numerically in a control file. When immediate leads have been exhausted in fugitive investigations and a crime of considerable public interest has been committed, the fliers are given wide circulation among law enforcement agencies throughout the United States and are posted in post offices. The fliers contain the fugitive's photograph, fingerprints, and description. Active at FBIHQ and in 49 Field Offices.

37)     Informant Index. Consists of cards with the name, symbol numbers, and brief background information on the following categories of active and inactive informants, top echelon criminal informants, security informants, criminal information, operational and informational assets, extremist informants (discontinued), plant informant--informants on and about certain military basis (discontinued), and potential criminal informants. Active in 56 Field Offices.

-7-

38)     Informants in Other Field Offices, Index of. Consist of cards with names and/or symbol numbers of informants in other FBI field offices that are in a position to furnish information that would also be included on the index card. Active in 15 Field Offices.

39)     Interstate Transportation of Stolen Aircraft Photo Album. Consists of photos and descriptive data on individuals who are suspects known to have been involved in interstate transportation of stolen aircraft. It is used as an investigative aid. Active in one Field Office.

40)     IRS Wanted List. Consists of one-page fliers from IRS on individuals with background information who are wanted by IRS for tax purposes. It is used in the identification of persons wanted by IRS. Active in 11 Field Offices.

41)     Kidnapping Book. Consists of data, filed chronologically, on kidnappings that have occurred since the early fifties. The victims' names and the suspects, if known, would be listed with a brief description of the circumstances surrounding the kidnapping. The file is used as a reference aid in matching up prior methods of operation in unsolved kidnapping cases. Active at FBIHQ and inactive in four Field Offices.

42)     Known Check Passers Album. Consists of photos with descriptive data of persons known to pass stolen, forged, or counterfeit checks. It is used as an investigative aid. Active in four Field Offices.

43)     Known Gambler Index. Consists of cards with names, descriptive data, and sometimes photos of individuals who are known bookmakers and gamblers. The index is used in organized crime and gambling investigations. Subsequent to GAO's review, and at the recommendation of the inspection team at one of the two field offices where the index was destroyed and thus is not included in the total. Active in five Field Offices.

44)     La Cosa Nostra (LCN) Membership Index. Contains cards on individuals having been identified as members of the LCN index. The cards contain personal data and pictures. The index is used solely by FBI agents for assistance in investigating organized crime matters. Active at FBIHQ and 55 Field Offices.

45)     Leased Line Letter Request Index. Contains cards on individuals and organizations who are or have been the subject of a national security electronic surveillance where a leased line letter was necessary. It is used as an administrative and statistical aid. Active at FBIHQ.

46)    Mail Cover Index. Consists of cards containing a record of all mail covers conducted on individuals and group since about January 1973. It is used for reference in preparing mail cover requests. Active at FBIHQ.

47)    Military Deserter Index. Consists of cards containing the names of all military deserters where the various military branches have requested FBI assistance in locating. It is used as an administrative aid. Active at FBI Headquarters.

48)    National Bank Robbery Album. Consists of fliers on bank robbery suspects held sequentially in a control file. When an identifiable bank camera photograph is available and the case has been under investigation for 30 days without identifying the subject, FBIHQ sends a flier to the field offices to help identify the subject. Active at FBIHQ and in 42 Field Offices.

49)    National Fraudulent Check File. Contains photographs of the signature on stolen and counterfeit checks. It is filed alphabetically but there is no way of knowing the names are real or fictitious. The index is used to help solve stolen check cases by matching checks obtained in such cases against the index to identify a possible suspect. Active at FBIHQ.

50)    National Security Electronic Surveillance Card File. Contains cards recording electronic surveillances previously authorized by the Attorney General and previously and currently authorized by the FISC; current and previous assets in the foreign counterintelligence field; and a historical, inactive section which contains cards believed to record nonconsented physical entries in national security cases, previously toll billings, mail covers and leased lines. The inactive section also contains cards Attorney General approvals and denials for warrantless electronic surveillance in the national security cases. Inactive at FBI Headquarters.

51)    Night Depository Trap Index. Contains cards with the names of persons who have been involved in the theft of deposits made in bank night depository boxes. Since these thefts have involved various methods, the FBI uses the index to solve such cases by matching up similar methods to identify possible suspects. Active at FBIHQ.

52)    Organized Crime Photo Album. Consists of photos and background information on individuals involved in organized crime activities. The index is used as a ready reference in identifying organized crime figures within the field offices' jurisdiction. Active in 13 Field Offices.

53)    Photospread Identification Elimination File. Consists of photos of

-9-

individuals who have been subjects and suspects in FBI investigations. It also includes photos received from other law enforcement agencies. These pictures can be used to show witnesses of certain crimes. Active in 14 Field Offices.

54) Prostitute Photo Album. Consists of photos with background data on prostitutes who have prior local or Federal arrests for prostitution. It is used to identify prostitutes in connection with investigations under the White Slave Traffic Act. Active in four Field Offices.

55) Royal Canadian Mounted Policy (RCMP) Wanted Circular File. Consists of a control file of individuals with background information of persons wanted by the RCMP. It is used to notify the RCMP if an individual is located. Active in 17 Field Offices.

56) Security Informant Index. Consists of cards containing identity and brief background information on all active and inactive informants furnishing information in the criminal area. Active at FBIHQ.

57) Security Subjects Control Index. Consists of cards containing the names and case file numbers of individuals who have been subject to security investigations check. It is used as a reference source. Active in one Field Office.

58) Security Telephone Number Index. Contains cards with telephone subscriber information subpoenaed from the telephone company in any security investigation. It is maintained numerically by the last three digits in the telephone number. It is used for general reference purposes in security investigations. Active in one Field Office.

59) Selective Service Violators Index. Contains cards on individuals being sought on the basis of Federal warrants for violation of the Selective Service Act. Active at FBIHQ.

60) Sources of Information Index. Consists of cards on individuals and organizations such as banks, motels, local government that are willing to furnish information to the FBI with sufficient frequency to justify listing for the benefit of all agents. It is maintained to facilitate the use of such sources. Active in 10 Field Offices.

61) Special Services Index. Contains cards of prominent individuals who are in a position to furnish assistance in connection with FBI investigative responsibility. Active in 28 Field Offices.

62) Stolen Checks and Fraud by Wire Index. Consists of cards on individuals

involved in check and fraud by wire violations. It is used as an investigative aid. Active in one Field Office.

63) Stop Notices Index. Consists of cards on names of subjects or property where the field office has placed a stop at another law enforcement agency or private business such as pawn shops in the event information comes to the attention of that agency concerning the subject or property. This is filed numerically by investigative classification. It is used to insure that the agency where the stop is placed is notified when the subject is apprehended or the property is located or recovered. Active in 43 Field Offices.

64) Surveillance Locator Index. Consists of cards with basic data on individuals and businesses which have come under physical surveillance in the city in which the field office is located. It is used for general reference purposes in antiracketeering investigations. Active in two Field Offices.

65) Telephone Number Index--Gamblers. Contains information on persons identified usually as a result of a subpoena for the names of subscribers to particular telephone numbers or toll records for a particular phone number of area gamblers and bookmakers. The index cards are filed by the last three digits of the telephone number. The index is used in gambling investigations. Active in two Field Offices.

66) Telephone Subscriber and Toll Records Check Index. Contains cards with information on persons identified as the result of a formal request or subpoena to the phone company for the identity of subscribers to particular telephone numbers. The index cards are filed by telephone number and would also include identity of the subscriber, billing party's identity, subscriber's address, date of request from the telephone company, and file number. Active in one Field Office.

67) Thieves, Couriers and Fences Photo Index. Consists of photos and background information on individuals who are or are suspected of being thieves, couriers, or fences based on their past activity in the area of interstate transportation of stolen property. It is used as an investigative aid. Active in four Field Offices.

68) Toll Record Request Index. Contains cards on individuals and organizations on whom toll records have been obtained in national security related cases and with respect to which FBIHQ had to prepare a request letter. It is used primarily to facilitate the handling of repeat requests on individuals listed. Active at FBIHQ.

69) Top Burglar Album. Consists of photos and background data of known

-11-

and suspect top burglars involved in the area of interstate transportation of stolen property. It is used as an investigative aid. Active in four Field Offices.

70)     Top Echelon Criminal Informer Program (TECIP) Index. Consists of cards containing identity and brief background information on individuals who are either furnishing high level information in the organized crime area or are under development to furnish such information. The index is used primarily to evaluate, corroborate, and coordinate informant information and to develop prosecutive data against racket figures under Federal, State, and local statutes. Active at FBI Headquarters.

71)     Top Ten Program File. Consists of fliers, filed numerically in a control file, on fugitives considered by the FBI to be 1 of the 10 most wanted. Including a fugitive of the top 10 usually assures a greater national news coverage as well as nation-wide circulation of the flier. Active at FBIHQ and in 44 Field Offices.

72)     Top Thief Program Index. Consists of cards of individuals who are professional burglars, robbers, or fences dealing in items likely to be passed in interstate commerce or who travel interstate to commit the crime. Usually photographs and background information would also be obtained on the index card. The index is used as an investigative aid. Active in 27 Field Offices.

73)     Truck Hijack Photo Album. Contains photos and descriptive data of individuals who are suspected truck hijackers. It is used as an investigative aid and for displaying photos to witnesses and/or victims to identify unknown subjects in hijacking cases. Active in four Field Offices.

74)     Truck Thief Suspect Photo Album. Consists of photos and background data on individuals previously arrested or are currently suspects regarding vehicle theft. The index is used as an investigative aid. Active in one Field Office.

75)     Traveling Criminal Photo Album. Consists of photos with identifying data of individuals convicted of various criminal offenses and may be suspects in other offenses. It is used as an investigative aid. Active in one Field Office.

76)     Veterans Administrative (VA)/Federal Housing Administration (FHA) Matters Index. Consists of cards of individuals who have been subject of an investigation relative to VA and FHA matters. It is used as an investigative aid. Active in one Field Office.

77)     Wanted Fliers File. Consists of fliers, filed numerically in a control file, on badly wanted fugitives whose apprehension may be facilitated by a flier. The

flier contains the names, photographs, aliases, previous convictions, and a caution notice. Active at FBIHQ and in 46 Field Offices.

78) Wheeldex. Contains the nicknames and the case file numbers of organized crime members. It is used in organized crime investigations. Active in one Field Office.

79) White House Special Index. Contains cards on all potential White House appointees, staff members, guests, and visitors that have been referred to the FBI by the White House security office for a records check to identify any adverse or derogatory information. This index is used to expedite such check in view of the tight timeframe usually required. Active at FBIHQ.

80) Witness Protection Program Index. Contains cards on individuals who have been furnished a new identity by the U.S. Justice Department because of their testimony in organized crime trials. It is used primarily to notify the U.S. Marshals Service when information related to the safety of a protected witness comes to the FBI's attention. Active at FBIHQ.

(6) In addition to the indices listed above, the CRS contains a number of separate indices which are classified in accordance with existing regulations. These indices are not listed above, because release of these indices would cause harm to the national security interests of the United States.

(7) Files at FBIHQ and field offices can be accessed through the CRS search. Each field office is responsible for maintaining its own files which are identified by a search in the CRS. Field offices may, for operational and administrative purposes, take information that is maintained in the CRS and recombine it using available computer programs into smaller databses that are more user-friendly. These smaller databases, though, contain duplicates of information that is in the CRS and so a search of the case files in the CRS should uncover the same information.

## ELSUR

(8)     The ELSUR indices are used to maintain information on a subject whose electronic and/or voice communications have been intercepted as the result of a consensual electronic surveillance or a court-ordered (and/or sought) electronic surveillance conducted by the FBI. The ELSUR indices date back to January 1, 1960. On or about October 9, 1991, the ELSUR indices were automated. Since that time, FBIHQ and all FBI field offices have electronically generated, maintained, modified and accessed all ELSUR records.

(9)     The ELSUR indices are a separate system of records from the CRS. Prior to automation, the ELSUR indices consisted of index cards on individuals who had been the subject of a microphone or telephone surveillance by the FBI from 1960. As stated above, the previous manual index card system was converted to an automated system on or about October 9, 1991. These indices include individuals who were the (a) targets of direct surveillance, (b) participants in monitored conversations, and (c) owners, leasers, or licensors of the premises where the FBI conducted electronic surveillance. In addition to the names of individuals in the above categories, the cards in the ELSUR index contain the date the voice was monitored, a source number to identify the individual on whom the surveillance was installed, and the location of the FBI field office that conducted the monitoring.

(10)    The ELSUR indices are published as a separate records system in the Federal Register because not all names contained in the ELSUR index can be retrieved through the General Index and CRS. See 52 Fed. Reg. 8482 (1992). The ELSUR Indices are comprised of four types of records:

(A)     Principal records identify, by true name or best known name, all persons,

-14-

entities, and facilities who have been the targets of electronic surveillance

coverage sought, conducted, or administered by the FBI pursuant to a court order or

other authority. These records include, but are not limited to, persons, entities, and

facilities named in an application filed in support of an affidavit seeking a court order to

conduct or administer an electronic surveillance. Principal records may also include

descriptive data associated with the name appearing on the record.

(B) Proprietary-interest records identify entities and/or individuals who own,

lease, license, hold a possessor interest in, or commonly use the property or location

subjected to an electronic surveillance. Proprietary interest records may identify

individuals involved in the administration of the electronic surveillance; for example, the

judge issuing or denying an order for an electronic surveillance application, the

prosecuting attorney, the officials who authorized the filing of the application.

Proprietary-interest records may also include descriptive data associated with the name

appearing on the record.

(C) Intercept records identify, by true name or best known name, individuals

who have been reasonably identified by a first name or initial and last name as being a

party to a communication monitored/recorded electronically pursuant to an electronic

surveillance. Intercept records also identify entities that have been a party to a

communication or present in a locale monitored/recorded electronically pursuant to an

electronic surveillance. Intercept records may include descriptive data associated with the

name appearing on the record.

(D) Reference records identify, by partial name, such as a first name only, last

-15-

name only, code name, nickname, or alias those individuals who have been a party to a communication or present in a locale monitored/recorded electronically pursuant to an electronic surveillance, and may include descriptive data associated with the individual. If the individual is later identified by a more complete name, e.g., through further monitoring or normal investigative procedures, the reference record is re-entered as an intercept record.

(11)     The FBI field offices that have conducted electronic surveillance at any time from 1960 to the present also maintain ELSUR indices. Since January 1, 1960, the field offices have been including in their ELSUR indices – and reporting to FBIHQ for inclusion in its index – the names of all persons whose voices have been monitored through a FBI microphone installation or a telephone surveillance. The names of monitored subjects are retrievable through the FBIHQ or local field office ELSUR indices.

(12)     Until 1969, FBI field offices were also required to forward the names of all persons mentioned during monitored conversations to FBIHQ for inclusion in the FBIHQ ELSUR index. Although FBIHQ discontinued this requirement in 1969, some field offices still include the names of individuals mentioned in monitored conversations in the field office's ELSUR index. All information in field office ELSUR indices can be retrieved through the FBI HQ ELSUR index.

Pursuant to 28 U.S.C. § 1746, 1 declare under penalty of perjury that the foregoing

is true and correct.

Executed this _22_ day of September, 2008.

WILLIAM L. HOOTON
Assistant Director
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

-17-