1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone:  (415) 436-7314
   Facsimile:  (415) 436-6748
6  Email:  ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 SETH ROSENFELD,                    )   No. C 07-3240 MHP
                                      )
12              Plaintiff,            )   Related Cases: No. C 85-1709 MHP;
                                      )   No. C 85-2247 MHP; No. C 90-3576 MHP
13         v.                         )
                                      )
14 UNITED STATES DEPARTMENT OF        )   **STIPULATION AND JOINT**
   JUSTICE, and UNITED STATES         )   **MOTION TO RESCHEDULE CASE**
15 FEDERAL BUREAU OF                  )   **MANAGEMENT CONFERENCE;**
   INVESTIGATION,                     )   **[PROPOSED] ORDER**
16                                    )
                Defendants.            )
17 _____     )

18         Subject to this Court's approval, plaintiff, Seth Rosenfeld, and defendants, the United

19 States Department of Justice and the Federal Bureau of Investigation, by and through their

20 undersigned counsel, hereby stipulate and agree to continue the date for the next case

21 management conference from January 12, 2009 to January 26, 2009.

22         This is an action arising under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq.,

23 to compel disclosure of agency records.  On or about December 5, 2008, plaintiff requested that

24 the Court schedule a case management conference.  By order dated December 9, 2008, the Court

25 scheduled a conference for January 12, 2009 at 3:00 p.m.

26         The change in the date of the case management conference is necessary because counsel

27 for defendants will be in Washington D.C. to interview witnesses in another case on January 12,

28

STIPULATION AND JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER
C 07-03240 MHP

2009.  Counsel for both parties are available on January 26, 2009.

**IT IS SO STIPULATED.**

                                        Respectfully submitted,

Dated: December 12, 2008                JOSEPH P. RUSSONIELLO
United States Attorney

                              By:        /s/
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorneys for Defendants

Dated: December 12, 2008                FIRST AMENDMENT PROJECT

                              By:        /s/
DAVID A. GREENE
Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

The hearing of the parties cross-motions for summary judgment currently on calendar for January 12, 2009 at 3:00 p.m. is hereby RESCHEDULED to  2/9/2009  at  3:00 p.m.  Parties are to file Case Management Conference statements by  2/2/2009 .

DATED:  12/16 , 2008

IT IS SO ORDERED

Judge Marilyn H. Patel

STIPULATION AND JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER
C 07-03240 MHP                    2