1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
4 | 450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
5 | Telephone: (415) 436-7314
Facsimile: (415) 436-6748
6 | Email: ellen.fitzgerald@usdoj.gov

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD, ) | No. C 07-3240 MHP |
| ) | |
| Plaintiff, ) | Related Cases: No. C 85-1709 MHP; |
| ) | No. C 85-2247 MHP; No. C 90-3576 MHP |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | **STIPULATION AND JOINT MOTION** |
| JUSTICE, and UNITED STATES ) | **TO EXTEND DEADLINE FOR FILING** |
| FEDERAL BUREAU OF ) | **OF JOINT CASE MANAGEMENT** |
| INVESTIGATION, ) | **CONFERENCE STATEMENT**; |
| ) | **[PROPOSED] ORDER** |
| Defendants. ) | |
| ) | |

Subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate that the deadline for submission of their joint case management conference statement will be extended from February 2, 2009 to February 5, 2009.

The parties are scheduled to appear for a case management conference on Monday, February 9, 2009. Plaintiff intends to include in the joint case management conference statement a detailed analysis containing (1) his suggested course of action; (2) his objections to defendants' evidence submitted in response to the Court's order, dated August 22, 2008; (3) his statement regarding defendants' alleged failure to adequately search for responsive records; and (4) his report regarding defendants' compliance with agreed-upon productions. Plaintiff has not yet provided defendants with his portion of the joint statement, and, as a result, defendants have not

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT CASE
MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER
C 07-03240 MHP

1 yet had an opportunity to review plaintiff's analysis.  The brief extension will give defendant
2 time to prepare a response to plaintiff's proposals and will thus ensure that the joint case
3 management conference statement provides the Court with a complete picture of the parties'
4 respective positions.

5 **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 2, 2009                    FIRST AMENDMENT PROJECT

By:       /s/
          DAVID GREENE
          Attorneys for Plaintiff

Dated: February 2, 2009                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

By:       /s/
          ELLEN M. FITZGERALD
          Assistant United States Attorney
          Attorneys for Defendants

**APPROVED AND SO ORDERED.**

The deadline for submission of the parties' joint case management conference statement is hereby extended from February 2, 2009 to February 5, 2009.

DATED: 2/4/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER
C 07-03240 MHP                              2