JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7124
    Facsimile:   (415) 436-6748
    Email:      ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>                Defendants. | No. C 07-3240 MHP<br>(Related: Nos. C 09-3576 MHP, C 85-1709 MHP, and C 85-2247 MHP)<br><br>**STIPULATION TO EXTEND FURTHER CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |

      The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to further extend the case management conference in this case, currently scheduled for September 28, 2009, to November 2, 2009, based on the following:

      1.     At the June 15, 2009 Case Management Conference, the parties set September 28, 2009, as the next conference date with the caveat that that date could be a Jewish holiday and another date would need to be selected.

      2.     September 28, 2009 is indeed a Jewish holiday.

      3.     Moreover, on September 16, 2009, the parties engaged in productive discussion that will continue.

      4.     The parties intend to confer again in the near future and are actively trying to

1 | resolve this matter without further litigation.

2 |     5.    The parties propose **November 2, 2009** for the next Case Management Conference, with a joint statement due seven days prior.

Dated: September 18, 2009            Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorneys for Defendants

Dated: September 18, 2009           _____/s/_____
                                          DAVID A. GREENE
                                          Attorney for Plaintiff

## ORDER

Based on the foregoing, the case management conference is reset to **November 2, 2009** at 3:00 p.m., with a joint statement due seven days prior.

Dated:  9/23/09

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel