UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

No. C 07-03240 MHP

**ORDER RE DISCLOSURE**

    The court has reviewed the documents submitted *in camera* via letter from AUSA Deiss dated February 7, 2011, and has determined that the documents attached to this order are relevant and responsive to the Freedom of Information Act ("FOIA") request in this action and which were discussed at the January 24, 2011 hearing. The court has made copies of the documents to be attached to this order; it has not made copies of the other documents and is returning all of them to the United States Attorney. The reason for making copies is so that the court's order regarding disclosure is clear since the numbering system seems to be somewhat opaque.

    The documents to be provided are: 1) in the LA 100-59001-21 series, the first two pages of a three-page memo dated June 1, 1960, the third page of which is non-responsive and not relevant to the request and which adds no context to the first two pages; 2) a one page document bearing three entries with the ##100-30788-583, 100-59001-22 and 134-49-980, each of which pertains to Ronald Reagan.

    The court concludes after review of all of the documents that the remaining documents

submitted with the February 7 letter are non-responsive and not relevant. They contain no mention of Ronald Reagan or anything that suggests a reference to him or to the inquiries sought in the FOIA request in this action.

Accordingly, defendants shall disclose within ten (10) days the documents set forth in paragraph two of this order.

IT IS SO ORDERED.

Dated: February 10, 2011

MARILYN HALL PATEL
United States District Judge