MELINDA HAAG
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7124
    Facsimile:  (415) 436-7169
    Email:  ila.deiss@usdoj.gov

JAMES TIMBRELL
Certified Student Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendants. | No. C 07-3240 EMC<br><br>**STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO ENTRY OF JUDGMENT AND TO EXTEND TIME TO REQUEST FEES; AND [PR~~OP~~OSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, through their undersigned counsel, hereby stipulate that

1. WHEREAS on June 6, 2007, plaintiff Seth Rosenfeld brought this action against the Federal Bureau of Investigation ("FBI") and the United States Department of Justice, seeking the release of certain records under the FBI's control through the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552;

2. WHEREAS on March 5, 2012, the Court rendered a decision on the parties' final motion for summary judgment and the FBI has complied with the Court's order;

3. WHEREAS nothing is left in the dispute and the only remaining issue in the case is

Stipulation to Enter Judgment; Extension of Time
C 07-3240 EMC

plaintiff's demand for attorney fees and costs under 5 U.S.C. § 552(a)(4)(E);

4. The parties hereby jointly request that the Court enter final Judgment in this matter pursuant to Fed. R. Civ. P. 58(d) and allow the parties 60 days from the date of this Order for plaintiff to serve defendants with a fee demand, for the parties to meet and confer about fees as available under 5 U.S.C. § 552(a)(4)(E), and/or to file an appropriate motion with the Court, if necessary.

5. Nothing in this Stipulation and Order shall constitute an admission by the FBI or the United States Department of Justice that plaintiff is eligible for or entitled to an award of attorney fees in this case.

6. This Stipulation and Order shall not constitute precedent in connection with a motion for attorney fees in any other case.

7. This Stipulation and Order constitutes the entire agreement between plaintiff and defendants.

Dated: March 20, 2012      Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney

Attorneys for Defendants

Dated: March 20, 2012      _____/s/_____
JAMES WHEATON
Attorney for Plaintiff

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. This action IS DISMISSED WITH PREJUDICE, with the exception of the plaintiff's demand for attorney fees as provided for under 5 U.S.C. § 552(a)(4)(E).

2. Judgment shall be entered pursuant to Fed. R. Civ. P. 58(a).

3. Plaintiff shall have 60 days from the date of this Order, in which to serve defendants with a fee demand under 5 U.S.C. § 552(a)(4)(E), if any, meet and confer with defendants, and if no agreement is met, to move the Court for appropriate relief.

Dated: 3/28/12

EDWARD M. CHEN
United S[tates]

