1    JAMES R. WHEATON (Cal. Bar No. 115230)
     LOWELL CHOW (Cal. Bar No. 273856)
2    FIRST AMENDMENT PROJECT
     1736 Franklin Street, 9th Floor
3    Oakland, CA 94612
     Tel:    (510) 208-7744
4    Fax:    (510) 208-4562

5    Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10   SETH ROSENFELD                    )   Case No. 3:07-cv-03240-MHP
                                       )
11            Plaintiff,               )   **DECLARATION OF JAMES WHEATON**
          v.                           )   **IN SUPPORT OF PLAINTIFF'S MOTION**
12                                     )   **FOR A AWARD OF FEES AND COSTS**
     FEDERAL BUREAU OF INVESTIGATION, AND )
13   UNITED STATES DEPARTMENT OF JUSTICE )   Date:   July 13, 2012
                                       )   Time: 1:30 p.m.
14            Defendants.              )   The Honorable Edward Chen
                                       )
15                                     )

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*ROSENFELD v. FBI:* DECL. OF WHEATON ISO PLAINTIFF'S MOTION FOR FEES AND COSTS          Page 1

1    I, JAMES WHEATON, hereby declare as follows:

2    1.    I am an attorney licensed to practice law in the state of California. I am currently Secretary and

3          Senior Counsel of First Amendment Project ("FAP"). In that capacity, I am one of the attorneys

4          of record in this matter for defendant Seth Rosenfeld.

5    2.    This declaration is submitted in support of Mr. Rosenfeld's Motion for Attorneys' Fees. I make

6          this declaration from my own personal knowledge and if called as a witness would competently

7          testify to the facts stated herein.

8                            **Time and Costs Incurred In This Case**

9    3.    As Senior Counsel of First Amendment Project, I am responsible for reviewing all attorney and

10         staff time records in this matter for this motion. I have performed that task for the records

11         pertaining to this matter. Attached hereto are the time and expense records incurred by FAP in

12         this matter, divided into the three phases of the litigation. Phase I consists of all work from the

13         commencement of this matter through all of the substantive motion work on the merits before

14         Judge Patel, including the motions and cross motions for summary judgment. That work began

15         before the complaint was filed and ends on January 31, 2011, after which the parties began

16         settlement talks. Phase II consists of the work to bring the case to closure, consisting principally

17         of the time spent in the Mandatory Settlement Conferences before Magistrate Judge Spero and

18         the final motion for summary judgment before Judge Chen. That work began on February 1,

19         2011, and ends on March 5, 2012, the day the order on that final motion was received. Phase III

20         consists of the work on this fee motion. That work begins on March 5, 2012 and continues until

21         this case is finally closed on all matters.

22   4.    For each phase, the fee data is presented in four parts:

23         a.    The first exhibit is a summary of the tasks within that phase (for example, preparation of

24               the complaint, a specific motion, the settlement talks), and how much each professional

25               spent on each task. Because Phase III had only one task – preparation of the fee motion –

26               this is unnecessary for Phase III.

27         b.    The second exhibit is a summary of all the time spent by each professional on the entire

28               Phase.

---

c.      The third is a printout by the computer compiling all time spent by each professional in the date ranges for that phase, to establish the foundation and accuracy of the second exhibit.

d.      The fourth is a detailed printout of all work performed by each professional in that Phase.

5.      Attached hereto as the referenced Exhibits are the true and correct summaries and time records for FAP personnel who worked on this matter.  These records are based on contemporaneously-kept records for activities and expenses.   Our former Executive Director and now co-counsel David Greene further reviewed the records for accuracy and exercised billing judgment to remove charges for duplicative or otherwise nonchargeable work for all entries in Phase I.  I have done the same for Phase II and Phase III.  Those exhibits are:

Exhibit A:      Summary of time by each professional for tasks involved in Phase I.

Exhibit B:      Summary of all time by professional for all tasks in Phase I.

Exhibit C:      Printout of all time by professional for all tasks in Phase I.

Exhibit D:      Detailed printout of all activity by professional in Phase I.

Exhibit E:      Summary of time by each professional for tasks involved in Phase II.

Exhibit F:      Summary of all time by professional for all tasks in Phase II.

Exhibit G:      Printout of all time by professional for all tasks in Phase II.

Exhibit H:      Detailed printout of all activity by professional in Phase II.

Exhibit I:      Summary of all time by professional for all tasks in Phase III.

Exhibit J:      Printout of all time by professional for all tasks in Phase III.

Exhibit K:      Detailed printout of all activity by professional in Phase III.

6.      The chart on the following pages summarizes those exhibits and reveals the following time incurred for each task and Phase.  For Mr. Greene, the hourly rate is set at the time the specific task was performed, using the hourly rates set forth in his declaration.  Where tasks comprise effort over more than one year, the lowest yearly rate is used.  The rates for law clerks and for Law Fellows and Staff Attorneys did not change over the course of the litigation.  My rate and that of Mr. Chow are current rates, as all the work by them has occurred in the last year.

| PHASE I (start - 1/31/2011) | | | |
|---|---|---|---|
| **Task**/Professional | **Hours** | **Rates** | **Total** |
| **Preparation of Complaint and Related Pleadings** | | | |
| David Greene | .60 | $460.00 | $276.00 |
| Student Legal Interns | 30.7 | $100.00 | $3,070.00 |
| **Subtotal** | | | **$3,346.00** |
| **Motion to Dismiss Response, Amended Complaint** | | | |
| David Greene | 6.81 | $460.00 | $3,132.60 |
| Student Legal Interns | 4.7 | $100.00 | $470.00 |
| **Subtotal** | | | **$3,602.60** |
| **Misc. Communications, including Meet and Confer, Interim Negotiations** | | | |
| David Greene | 40.15 | $460.00 | $18,469.00 |
| **Subtotal** | | | **$18,469.00** |
| **Misc. Legal Research, Case Status and Strategy Mtgs, Doc Management** | | | |
| David Greene | 14.82 | $460.00 | $6,817.20 |
| James Leonard | 2.29 | $200.00 | $458.00 |
| Geoffrey King | 11.13 | $200.00 | $2,226.00 |
| Ben Stein | 10.0 | $200.00 | $2,000.00 |
| Student Legal Interns | 38.70 | 100.00 | $3,870.00 |
| **Subtotal** | | | **$15,371.20** |
| **CMC's (attendance and preparation)** | | | |
| David Greene | 45.64 | $475.00 | $21,679.00 |
| **Subtotal** | | | **$21,679.00** |
| **1st Round Summary Judgment** | | | |
| David Greene | 120.08 | $475.00 | $57,038.00 |
| James Leonard | 4.08 | $200.00 | $816.00 |
| Student Legal Interns | 141.65 | $100.00 | $14,165.00 |
| **Subtotal** | | | **$72,019.00** |
| **2nd Round Summary Judgement** | | | |
| David Greene | 161.52 | $500.00 | $80,760.00 |

| | | | |
|---|---|---|---|
| Geoffrey King | 22.14 | $200.00 | $4,428.00 |
| Ben Stein | 109.8 | $200.00 | $21,960.00 |
| Maria Williams | 52.75 | $250.00 | $13,187.50 |
| Michael Gorman | 43.50 | $200.00 | $8,700.00 |
| Student Legal Interns | 167.92 | 100.00 | $16,792.00 |
| **Subtotal** | | | **$145,827.50** |
| **3nd Round Summary Judgement** | | | |
| David Greene | 20.58 | $500.00 | $10,290.00 |
| **Subtotal** | 1049.56 | | **$10,290.00** |
| **Total Phase I** | | | **$290,604.30** |
| | | | |
| **Phase II: January 31, 2011 - March 5, 2012** | | | |
| **Preparation for and Attendance at Settlement Conferences 3/1/11-6/30/11** | | | |
| David Greene | 21.93 | $550.00 | $12,061.50 |
| James Wheaton | 10.70 | $700.00 | $7,490.00 |
| Student Legal Interns | 15.16 | $100.00 | $1,516.00 |
| **Subtotal** | 47.79 | | **$21,067.50** |
| **4th Round Summary Judgment (7/1/11-3/5/12)** | | | |
| James Wheaton | 41.65 | $700.00 | $29,155.00 |
| Lowell Chow | 64.25 | $200.00 | $12,850.00 |
| **Subtotal** | 105.9 | | **$42,005.00** |
| **Total Phase II** | | | **$63,072.50** |
| | | | |
| **Phase III: Fee Motion (3/6/12-present)** | | | |
| James Wheaton | 36.35 | $700.00 | $25,445.00 |
| Lowell Chow | 12.3 | $200.00 | $2,460.00 |
| **Total Phase III** | 48.65 | | **$27,905.00** |
| | | | |
| **Entire Case** | | | |
| **Grand Total Fees, All Phases** | | | **$381,581.80** |

7.      In addition to time incurred, I anticipate an additional ten hours at minimum for both me and Mr. Chow to bring this matter to completion, including reviewing the opposition, reviewing and responding to a promised offer yet to come, conferring with our client and co-counsel, preparing the reply papers, and preparing and appearing at the hearing.

**Estimated Fee Motion Reply, Hearing and Proposed Order**

| Professional | Hours | Rates | Total |
|---|---|---|---|
| James Wheaton | 10.0 | $ 700 | $ 7,000 |
| Lowell Chow | 10.0 | $ 200 | **$ 2,000** |
| | **Total** | | **$ 9,000** |

8.      In addition to attorneys fees, FAP has incurred costs and expenses in litigating Phases I and II of this matter in the total amount of $3,668.82, as set forth below.  FAP waives the *de minimis* costs and expenses incurred in Phase III.

| Phase I Costs | |
|---|---|
| Westlaw Legal Research | $      233.28 |
| Postage & Shipping | $      228.85 |
| Printing , Fax, & Publications | $      591.09 |
| Telephone | $        0.80 |
| Filing Fees | $      350.00 |
| Administrative Time (104.01 hours @ varying rates per hour) | $    1,615.35 |
| **Subtotal Phase I:** | **$    3,019.37** |
| | |
| **Phase II Costs** | |
| Westlaw Legal Research | $      131.94 |
| Postage & Shipping | $        15.80 |
| Printing , Fax, & Publications | $        11.36 |
| Administrative Time (28.73 hours @ varying rates per hour) | $      490.35 |
| **Subtotal Phase II:** | **$      649.45** |
| **TOTAL FAP COSTS:** | **$3,668.82** |

9.  Therefore the total amount of all fees incurred and anticipated in this matter by FAP is $390,581.30 ($381,581.80 + $9,000). With costs, the entire amount sought in this motion for FAP is **$** 394,250.12  ($390,581.30 + $3,668.82).

**First Amendment Project and This Representation**

10. First Amendment Project is a nonprofit organization dedicated to protecting and promoting the fundamental rights to freedom of expression, the press and petition for our core constituency of activists, journalists and artists.  FAP is recognized as a nonprofit organization under section 501(c)(3) of the Internal Revenue Code and has been granted public charity status pursuant to IRC 509.  FAP practices law as a human and civil rights organization pursuant to applicable Internal Revenue Service regulations and guidelines.  As such FAP is limited to accepting legal representation of clients in only certain limited matters: principally, the matters raised in the litigation must affect human or civil rights guaranteed by constitution or statute, and the case must be one that a private law firm would not readily accept, due either to the client's inability to pay private attorneys or because of the nature of the issues raised.   As a result, before agreeing to represent any client in any matter, FAP makes the determination that the matter implicates core First Amendment rights and that the client does not have the ability to pay for adequate legal representation.

11. First Amendment Project is recognized around the state and the country for its expertise in representing clients in First Amendment and freedom of information matters. FAP is recognized as the leader in providing pro bono anti-SLAPP representation.  FAP attorneys  brought and won the first special motion to strike ever brought under the California Anti-SLAPP Statute, Code of Civ. Proc. §425.16 in Alameda Superior Court, <u>Locus Publications v. Charles Brown</u>.  FAP has played a prominent role in other leading First Amendment cases. FAP was lead First Amendment counsel in the landmark case of <u>Marina Point Development Associates v. United States</u>, 364 F. Supp. 2d 1144 (C.D. Cal. 2005). In that case, FAP and co-counsel successfully defended a community activist sued under federal racketeering laws after she urged several governmental agencies to scrutinize a proposed development. FAP  has served as lead appellate counsel in <u>DVD Copy Control Association v. Bunner</u>, 31 Cal. 4th 864 (2003).  FAP was also lead First

1   Amendment counsel in <u>Brown v. California Department of Transportation</u>, 321 F.2d 1217 (9th

2   Cir. 2003), in which the Ninth Circuit overturned Caltrans's post-9/11/01 policy of allowing

3   private persons to fly American flags but no other banners off freeway overpasses.  Last, FAP

4   was appellate counsel for Josh Wolf, the longest incarcerated journalist in United States history

5   for refusing to reveal unpublished materials or appear before a grand jury to testify regarding his

6   sources in this District.  FAP secured Mr. Wolf's release under a settlement fashioned by

7   Magistrate Judge Spero.  FAP is also recognized for its expertise in open government matters

8   including public records and open meetings issues and obtained the first court judgment

9   upholding the San Francisco Sunshine Ordinance.  FAP has twice been recognized with a James

10  Madison Freedom of Information Award from the Society of Professional Journalists-Northern

11  California.

12  12.   Although FAP has litigated a number of open records and FOIA cases over the years, there has

13        never been a case like the two in which we represent Mr. Rosenfeld.  Each FOIA case involves

14        its own unique issues. Perhaps more importantly, the pace and workload on the case is largely

15        defense driven.  As described with more particularity in Mr. Rosenfeld's declaration, Mr.

16        Rosenfeld twice sought to resolve his "Reagan requests" without further litigation.  First by

17        setting forth obligations to complete the processing of the requests and release of records

18        promptly as part of the 1996 Settlement Agreement in the related cases.  When that failed, he

19        tried to bring these matters before Judge LaPorte in the related cases, in the vain hope they could

20        be resolved as part of challenges to the processing there.  Defendant objected, as was its right,

21        and insisted that a new action be filed.  Therefore the very fact of this litigation is in large part

22        Defendant's choice.

23  13.   Once filed, the FBI's hostility to Mr. Rosenfeld and his requests and persistence continued

24        unabated from the related cases.  He had to first get a court order to do a complete and adequate

25        search for records.  Then he had to secure a court order to properly process the records.  Then he

26        had to secure a court order to challenge withholdings on a representative basis.  And finally after

27        two failed efforts to meet and confer on specific redactions to specific records he had to bring

28        those before the Court, where the FBI promptly relented on all but one of its withholdings and

the final redaction was also ordered released.

14. As set forth in Mr. Rosenfeld's declaration, the FBI's attitude toward Mr. Rosenfeld and his requests is, by its own admission, animated less by adherence to the law or protection of third parties' privacy than by protection of its image and preventing embarrassing disclosures.

**Particulars Regarding the Professionals In This Case**

15. I have 28 years of experience practicing public interest, civil rights, constitutional and related areas of law.  I am a 1984 law graduate of the University of California, Berkeley, and am admitted to the State Bar of California, all federal courts in California and Arizona, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

16. I practiced law as a Fellow and Of Counsel at Public Advocates, Inc., from 1984 through 1989, and as the Supervising Attorney with the Center for Public Interest Law from 1986 through early 1990, when I left the practice of law to become Executive Director of California Common Cause and run two statewide initiative campaigns.

17. In January 1991, I returned to the practice of law.  I am a founder and Senior Counsel of the First Amendment Project, a nonprofit law firm.  I am also a founder and President of the Environmental Law Foundation, a nonprofit corporation devoted to environmental justice, public health and environmental protection, and have a private practice specializing in nonprofit corporate law, constitutional law and political and public interest law.

18. With FAP I assisted in authoring California's pioneering anti-SLAPP law, found at California Code of Civil Procedure section 425.16, and all of the amendments thereto, including the exceptions found in Code of Civil Procedure section 425.17.  I was lead counsel on the first anti-SLAPP motion, the Locus Publications case mentioned above.  I was also the lead counsel and successfully argued the 9th Circuit appeal in Brown, referenced above.  I was lead counsel in two other difficult FOIA cases, involving the personal papers of one Hedayat Eslaminia, who was killed in a botched plan involving his son Reza and accomplices, including Joe Hunt, who later became known as the "Billionaire Boys Club."  Irrespective of his death – by accident or by felony murder (no one was convicted) – the elder Eslaminia's personal papers came to be seized and classified by the FBI, purportedly because Mr. Eslaminia was involved in plots to kill the

1    Ayatollah Khomeini, with at least the knowledge if not the support of the United States.  I

2    represented first Mr. Hunt and later the Eslaminia son in FOIA actions in this Court that resulted

3    in very modest releases of withheld records.

4    19.    I also teach First Amendment and Media Law.  I am a visiting lecturer teaching Journalism Law

5    at the Graduate School of Communications at Stanford University since 1999 and Journalism

6    Law and Ethics at the Graduate School of Journalism at University of California, Berkeley since

7    2003.  I also taught the Law course in the Journalism Department at San Francisco State

8    University for four years before moving to the graduate schools.

9    20.    I am an Advisor to the Executive Committee of the State Bar of California's Environment

10    Section, having served a three year term as an Executive Committee member.  While a member I

11    co-chaired the Section's Environmental Law Institute at Yosemite, the largest annual gathering of

12    environmental attorneys in the country.  I frequently lecture on environmental law at State Bar

13    events and other MCLE events.

14    21.    I was named as one of California Lawyer's Attorneys of the Year for my work during 2008 in

15    environmental law, and was presented the award from Chief Justice Ronald George in March

16    2009.  In 2005 I received the Environmental Leadership Award from the Ecology Law Quarterly

17    for my career work in environmental law.  I have also received state and national awards for my

18    work on First Amendment cases.  For instance both the First Amendment Project and I received

19    the Society of Professional Journalists' (Northern California Chapter) James Madison Freedom of

20    Information Award in 1993 and 2001.  I received the Playboy Foundation's national First

21    Amendment award in Law in May 2001.

22    22.    In addition to environmental and First Amendment law, both with public interest groups and in

23    private practice for almost thirty years, I have focused on public interest, constitutional,

24    nonprofit, and attorneys' fee law.  In those areas, I have developed expertise in writing,

25    interpreting, teaching, and litigating environmental cases involving toxics exposures, state and

26    federal environmental laws intended to protect air, water, land, and riparian and coastal

27    resources, public records and other governmental access statutes, free speech cases, SLAPP

28    defense, and attorneys' fees and intervener compensation in litigation and regulatory

proceedings. Examples of my published work in the field include: "Attorneys Fees after Buckhannon: the 'Catalyst Theory' since the Supreme Court Decision," prepared for publication in the Hastings Law School Law Review for Environmental Law, West:Northwest; "Does Buckhannon Apply? An Analysis of Judicial Application and Extension of the Supreme Court Decision Eighteen Months After and Beyond," with J. Douglas Klein; "California's Unfair Competition Law: The Biggest Hammer in the Tool Box?" for the Spring 2000 issue of the California State Bar's Environment Section Environmental Law News; a lengthier, more scholarly version on the same topic in the Spring 2002 issue of the Journal of Environmental Law and Litigation; and "Funding Consumer Representation: Failed Models and Fresh Approaches," 10 Cal. Regulatory Law Reporter, No. 1 (Winter 1990).

23. Regarding attorneys' fee matters, I have personally litigated dozens of fee-shifting petitions and appeals. I have provided expert testimony regarding attorney's fees on at least a dozen occasions since 2000. I served as post-verdict Fee Counsel for plaintiffs in *Bari v. United States of America,* No. C91-1057 CW(JL) from 2002 through 2007 in this Court and as Fee Counsel in *Lundberg v. County of Humboldt, et al,* No. C-97-3989-SI, in 2005 and 2006, also in this Court. In both cases I worked with expert witnesses to develop comprehensive data on fee rates, successfully negotiated resolution of the fee disputes with both local and federal defendants, and also brought to successful conclusion protracted mediations to address disputes regarding hourly rates, fees, and cost distribution, as well as handling the distributions to multiple parties over years.

24. My current hourly rate is $700 per hour, and it has been for at least three years. This is the rate that appears in all of my representation agreements, and I have been awarded that rate in both state and federal court awards and in settlements with adverse parties. In every case I prosecute and settle under California's Safe Drinking Water and Toxic Enforcement Act of 1986 (popularly known as "Proposition 65 "), a court reviews and must specifically approve the attorneys fees agreed upon and determine that the fee rates and amount is reasonable under California law on attorneys fees. California Health and Safety Code section 25249.7(f)(4)(B). Courts reviewing settlements under that law have approved a rate of $700 for me for at least the last five years.

25. Mr. Greene's background and expertise are set forth in his declaration served and filed herewith. His hourly rates for each year of this litigation are also set forth.

26. FAP Legal Fellows are all recently admitted members of the Bar, as are other staff attorneys. James Leonard and Geoffrey King, Law Fellows, and Ben Stein, Michael Gorman and Lowell Chow were all first or second year attorneys during their time at FAP (Mr. Chow has also previously been a legal intern) and the fee rate for each during their time at FAP was $200 per hour. Maria Williams was also briefly a Staff Attorney; while she had been admitted for ten years, she did not have extensive previous First Amendment experience and her rate was $250 an hour.

27. FAP's summer associates and interns are law student who have completed at least one year of law school, and usually two. Their billing rates have been unchanged for many years at $100 per hour. Understanding the concerns for inefficiency in law student work, summer associate time is heavily scrutinized before it is included in a fee request to make sure that the work was efficient, non-duplicative and contributed to the successful outcome of the matter.

28. First Amendment Project sets its attorney fee rates based on fee rates awarded to similarly experienced attorneys. Our research and consultation with fee experts and other nonprofit legal organizations, as well as my own experience in performing attorneys fee work for others and in providing expert declarations, revealed that FAP's fee rates are in or below the range of attorney billing rates in the Bay Area. Reviewing the data from both court-ordered fee awards and surveys of billing rates for San Francisco firms shows that partners and attorneys with 30 years experience generally have rates of $700 per hour, plus or minus $50. For example, in a case I was involved in in state court, Environmental Law Foundation v. Laidlaw Transit, San Francisco Superior Court case no. CGC-06-451832, completed at the end of 2008, Judge Ernest Goldsmith twice approved a rate for me of $700, $650 per hour for attorneys with 18 years experience, $600 per hour for attorneys with 14 years experience, $560 per hour for an attorney with 10 years of experience, and $450 per hour for attorneys with 7 years experience.

29. The Laidlaw Transit case is in no way an anomaly. In a 2007 case, Marin v. Costco Wholesale Corp., Alameda County Superior Court No. RG 04-150447, Order Granting Motion of Plaintiff

1    for Attorneys' Fees and Costs, filed April 17, 2007, the court awarded a rate of $525 to attorneys

2    with 15 years experience and $450-455 to attorneys with 14 years experience.  In Comite de

3    Jornaleros de Redondo Beach v. City of Redondo Beach, 2007 U.S.Dist.LEXIS 95610, (C.D.

4    Cal. 2007), a  civil rights action challenging a local day-laborer ordinance, Judge Consuelo

5    Marshall found an hourly rate of $600 for an attorney with 14 years of experience to be

6    reasonable.

7  30.    I have reviewed the cost records of FAP.  All of the claimed costs were incurred in this case,

8    were in fact paid and with no markup.  Administrative time is the actual cost paid out of pocket

9    by FAP to Public Interest Law Office for assistance in this case.

10  31.    I made a good faith effort to meet and confer regarding this matter before filing this motion.  Our

11    office originally sent a fee demand for this and the related cases fifteen months ago on March 10,

12    2011 in advance of the Mandatory Settlement Conference before Judge Spero.  A revised

13    demand was sent on April 15, 2011.  The FBI requested for documentation of the fees –

14    including fully detailed time records – which was provided in June 2011.  On March 23, 2012 I

15    sent a renewed fee demand, based on the same documentation already provided.

16  32.    The parties have exchanged letters and conducted two telephonic discussions with counsel in

17    both this and the related cases.  The parties were not able to resolve this matter.

18  33.    Based on the responses and discussions to date I do not believe any further meet and confer can

19    resolve this matter in lieu of a motion.

20

21  I declare under the penalty of perjury according to the laws of the State of California that the foregoing is

22  true and correct.

23

24  Dated: May 25, 2012 in Oakland, California.

25

26

27

28

# Exhibit A

ROSENFELD V. FBI (Ronald Reagan and Related Requests)
C07-3240

# PHASE I

### Fees Summary by Task as of January 31, 2011

FEES:

| Professional | Hours | Hourly Rates | Total |
|---|---|---|---|
| **Preparation of Complaint and Related Pleadings (2007 rates)** | | | |
| David Greene | .60 | $460.00 | $276.00 |
| Student Legal Interns | 30.7 | $100.00 | $3,070.00 |
| **Subtotal** | | | $3,346.00 |
| **Motion to Dismiss Response, Amended Complaint (2007 rates)** | | | |
| David Greene | 6.81 | $460.00 | $3,132.60 |
| Student Legal Interns | 4.7 | $100.00 | $470.00 |
| **Subtotal** | | | $3,602.60 |
| **Misc. Communications, including Meet and Confer, Interim Negotiations (2007 rates throughout)** | | | |
| David Greene | 40.15 | $460.00 | $18,469.00 |
| **Subtotal** | | | $18,469.00 |
| **Misc. Legal Research, Case Status and Strategy Mtgs, Doc Management (2007 rates throughout)** | | | |
| David Greene | 14.82 | $460.00 | $6,817.20 |
| James Leonard | 2.29 | $200.00 | $458.00 |
| Geoffrey King | 11.13 | $200.00 | $2,226.00 |
| Ben Stein | 10.0 | $200.00 | $2,000.00 |
| Student Legal Interns | 38.70 | $100.00 | $3,870.00 |
| **Subtotal** | | | $15,371.20 |
| **CMC's (attendance and preparation) (2008 rates throughout case)** | | | |
| David Greene | 45.64 | $475.00 | $21,679.00 |
| **Subtotal** | | | $21,679.00 |

| 1st Summary Judgment Motion (2008 rates) | | | |
|---|---|---|---|
| David Greene | 120.08 | $475.00 | $57,038.00 |
| James Leonard | 4.08 | $200.00 | $816.00 |
| Student Legal Interns | 141.65 | $100.00 | $14,165.00 |
| **Subtotal** | | | $72,019.00 |
| **2nd Summary Judgement Motion (2009 rates)** | | | |
| David Greene | 161.52 | $500.00 | $80,760.00 |
| Geoffrey King | 22.14 | $200.00 | $4,428.00 |
| Ben Stein | 109.8 | $200.00 | $21,960.00 |
| Maria Williams | 52.75 | $250.00 | $13,187.50 |
| Michael Gorman | 43.50 | $200.00 | $8,700.00 |
| Student Legal Interns | 167.92 | $100.00 | $16,792.00 |
| **Subtotal** | | | $145,827.50 |
| **3nd Summary Judgement Motion (2010 rates)** | | | |
| First Amendment Project | | | |
| David Greene | 20.58 | $500.00 | $10,290.00 |
| **Subtotal** | 1049.56 | | $10,290.00 |
| **Grand Total** | | | $290,604.30 |

# Exhibit B

FAP191: FEES AND COST TABLE
PHASE I: Fees Summary as of January 31, 2011
PHASE I: Cost Summary as of March 1, 2011

FEES: FIRST AMENDMENT PROJECT

| Professional | Hours | Hourly Rates | Total |
|---|---|---|---|
| First Amendment Project | | | |
| David Greene | 410.20 | Various | $198,461.80 |
| Geoffrey King | 33.27 | $200.00 | $6,654.00 |
| James Leonard | 6.37 | $200.00 | $1,274.00 |
| Maria Williams | 52.75 | $250.00 | $13,187.50 |
| Michael Gorman | 43.5 | $200.00 | $8,700.00 |
| Benjamin Stein | 119.8 | $200.00 | $23,960.00 |
| Student Legal Interns | 383.67 | $100.00 | $38,367.00 |
| **Subtotal** | 1049.56 | | $290,604.30 |

Other Litigation Costs:

| FIRST AMENDMENT PROJECT COSTS | AMOUNT |
|---|---|
| Westlaw Legal Research | $233.28 |
| Postage & Shipping | $228.85 |
| Printing , Fax, & Publications | $591.09 |
| Telephone | $0.80 |
| Filing Fees | $350.00 |
| Administrative Time (104.01 hours @ varying rates per hour) | $1,615.35 |
| SUBTOTAL: | $3,019.37 |
| **TOTAL FAP FEES AND COSTS:** | **$293,623.67** |

# Exhibit C

5/24/2012                           First Amendment Project
4:03 PM                          Professional Summary Totals                          Page        1

---

### Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: FAP191 |
| Slip.Transaction Dat | Earliest - 1/31/2011 |

Totals for

| | Time Spent (optional rounding) |
|---|---|

**Client: ROSENFELD REAGAN RECORDS**

| | |
|---|---|
| Aaron Mackey | 14.50 |
| Andrea Lindsay | 3.90 |
| Ben Stein | 119.80 |
| Cameron Bruce | 33.30 |
| Christopher Cotter | 43.10 |
| David Greene | 410.20 |
| David Owens | 19.50 |
| Geoff King | 33.27 |
| Heather Shallenberger | 65.50 |
| Hilary Mattis | 7.20 |
| James  Leonard | 2.29 |
| Jamey Leonard | 4.08 |
| Karman Ratliff | 0.75 |
| Larureli Mallek | 34.00 |
| Lowell Chow | 25.50 |
| Maria Williams | 52.75 |
| Michael Gorman | 43.50 |
| Peter Roman Micek | 51.25 |
| Sara Edwards | 2.10 |
| Tara Klamrowski | 76.67 |
| Travis Rimando | 1.00 |
| Varty Defterdarian | 5.40 |

First Amendment Project
Professional Summary Totals

Totals for

| | Time Spent (optional rounding) |
|---|---|
| ROSENFELD REAGAN RECORDS | 1049.56 |
| Grand Total | 1049.56 |

# Exhibit D

First Amendment Project
User Defined Slip Listing

---

Selection Criteria

---

| Clie.Selection | Include: FAP191 |
| Slip.Transaction Dat | Earliest - 1/31/2011 |

---

## Client: ROSENFELD REAGAN RECORDS

| | | |
|---|---|---|
| 6/15/2010 | Aaron Mackey | |
| | Reviewing records and documents related to case | 1.00 |
| 6/18/2010 | Aaron Mackey | |
| | Research SMJ motions and opposition filings | 1.80 |
| 6/22/2010 | Aaron Mackey | |
| | Document review re: discretionary release of redacted FOIA documents | 1.80 |
| 6/21/2010 | Aaron Mackey | |
| | Researching SMJ motions and opposition filings | 1.80 |
| 6/24/2010 | Aaron Mackey | |
| | Researching discretionary release information contained in FBI declarations as part of filing SMJ Reply brief | 0.60 |
| 6/25/2010 | Aaron Mackey | |
| | Researching discretionary release and reading reply draft | 2.50 |
| 6/28/2010 | Aaron Mackey | |
| | Editing 2d SMJ reply brief prior to filing with court | 1.30 |
| 6/23/2010 | Aaron Mackey | |
| | Document review re: Discretionary release of redacted info in FOIA requests | 3.70 |

Total: Aaron Mackey

14.50

| | | |
|---|---|---|
| 8/10/2008 | Andrea Lindsay | |
| | created timelines for records correspondence | 0.50 |
| 8/8/2008 | Andrea Lindsay | |
| | create timelines for records correspondence between client, fbi and doj | 1.00 |
| 8/8/2008 | Andrea Lindsay | |
| | memorandum and research on page by page searches under FOIA | 1.00 |
| 8/8/2008 | Andrea Lindsay | |
| | review case file | 0.90 |
| 7/30/2008 | Andrea Lindsay | |
| | reviewed case file | 0.50 |

Total: Andrea Lindsay

3.90

| | | |
|---|---|---|
| 2/19/2010 | Ben Stein | |
| | Legal Research on exemption b(6) privacy and b(7)(c) | 5.00 |
| 2/25/2010 | Ben Stein | |
| | Legal Research on exemption b(6) privacy and b(7)(c) | 4.00 |
| 2/26/2010 | Ben Stein | |
| | Legal Research on exemption b(7)(c) | 2.00 |

| 4/1/2010 | Ben Stein | |
| | Analyze FBI declaration and outline responses for each document in chart | 2.00 |
| 3/10/2010 | Ben Stein | |
| | Organize and process records from Seth into chart | 6.00 |
| 2/26/2010 | Ben Stein | |
| | Client phone call - Seth re: stipulation for extension of time and clarifying objectives | 0.30 |
| 2/26/2010 | Ben Stein | |
| | Research and analysis of settlement agreement | 2.00 |
| 2/5/2010 | Ben Stein | |
| | Research on Background Files- overview of relevant law | 5.00 |
| 3/25/2010 | Ben Stein | |
| | Outline b7 research law enforcement purpose research | 4.50 |
| 4/1/2010 | Ben Stein | |
| | Meeting with GK to transition on project tasks | 2.00 |
| 3/31/2010 | Ben Stein | |
| | Analyze FBI declaration and outline responses for each document in chart | 8.50 |
| 3/24/2010 | Ben Stein | |
| | Organize b7 research for drafting | 6.00 |
| 2/4/2010 | Ben Stein | |
| | Research on Background Files- overview of relevant law | 5.00 |
| 1/29/2010 | Ben Stein | |
| | Research on Background Files | 5.00 |
| 1/28/2010 | Ben Stein | |
| | Research on Background Files | 5.00 |
| 3/19/2010 | Ben Stein | |
| | Meeting with client re: status update | 2.00 |
| 3/26/2010 | Ben Stein | |
| | Analyze FBI declaration and outline responses for each document in chart | 4.00 |
| 2/11/2010 | Ben Stein | |
| | legal research re: (b)(7)(c) exepmption | 6.00 |
| 3/11/2010 | Ben Stein | |
| | Organize and process records from Seth into chart | 4.00 |
| 3/12/2010 | Ben Stein | |
| | Organize and process records from Seth into chart | 4.00 |
| 3/4/2010 | Ben Stein | |
| | Create chart to organize and process all records for the case and start to process records | 5.00 |
| 2/10/2010 | Ben Stein | |
| | Meeting with Client- pick up files and orientation to purpose of the case. | 1.50 |
| 2/12/2010 | Ben Stein | |
| | legal research re: (b)(7)(c) exemption | 5.00 |
| 3/5/2010 | Ben Stein | |
| | Research and analysis comparing settlement agreement to caselaw. | 5.00 |
| 3/19/2010 | Ben Stein | |
| | Research b7 rational nexus | 3.00 |
| 3/17/2010 | Ben Stein | |
| | Research b7 rational nexus | 4.00 |

First Amendment Project
User Defined Slip Listing

| | | |
|---|---|---|
| 3/18/2010 | Ben Stein | |
| | Research b7 rational nexus | 4.00 |
| 2/18/2010 | Ben Stein | |
| | Legal Research on exemption b(6) privacy | 5.00 |
| 3/3/2010 | Ben Stein | |
| | Close read and analysis of settlement agreement | 5.00 |

Total: Ben Stein

119.80

| | | |
|---|---|---|
| 6/11/2007 | Cameron Bruce | |
| | Meeting with J. Wheaton, D. Greene and S. Rosenfeld re complaint, exhibits, case strategy and motion to enforce prior court order; begin organizing and labeling exhibits received from client; edit complaint re same | 4.00 |
| 7/26/2007 | Cameron Bruce | |
| | Complete research and memorandum re statute of limitations and exhaustion of administrative remedies | 1.20 |
| 7/25/2007 | Cameron Bruce | |
| | Continue research and drafting of memorandum re statute of limitations and exhaustion of administrative remedies | 2.50 |
| 6/13/2007 | Cameron Bruce | |
| | Additional edits to complaint; legal research re motion on related cases; draft motion re same; research re case information on prior matters; draft proposed order | 5.50 |
| 6/12/2007 | Cameron Bruce | |
| | Finish organizing and marking exhibits; revise complaint; research re Intradistrict Assignment jurisdiction; telephone conference with client re exhibits and complaint; legal research re proper service of summons and complaint; conference with J. Wheaton re complaint, summons, service, notice of related cases and filing fees | 6.00 |
| 6/15/2007 | Cameron Bruce | |
| | Edit and finalize complaint; prepare exhibits for filing and service; research re proof of service and proper location for filing; work with N. Feliciano to prepare civil cover sheet and proof of service | 3.50 |
| 6/7/2007 | Cameron Bruce | |
| | Finish formatting complaint; research local rules re requirements for complaint and edit complaint to comply with same; review correspondence files and mark possible exhibits | 4.00 |
| 6/6/2007 | Cameron Bruce | |
| | Conference with J. Wheaton re formatting complaint; begin same | 2.50 |
| 6/25/2007 | Cameron Bruce | |
| | Edit motion re related cases; draft declaration of J. Wheaton in support of same | 0.60 |
| 6/19/2007 | Cameron Bruce | |
| | Telephone conference with client re edits to complaint; revise and finalize same; finalize all documents for filing and service; file same | 2.50 |
| 7/30/2007 | Cameron Bruce | |
| | Review documents received from client; draft brief memorandum outlining argument on statute of limitations with respect to Reagan records | 1.00 |

Total: Cameron Bruce

     33.30

| | | |
|---|---|---|
| 6/4/2008 | Christopher Cotter | |
| | Researching exhaustion of administrative remedies re: Brewer and Labor League | 7.00 |
| 5/22/2008 | Christopher Cotter | |
| | Researching "adequate search" | 4.00 |
| 6/20/2008 | Christopher Cotter | |
| | discussing/organizing documents for hearing | 1.00 |
| 6/18/2008 | Christopher Cotter | |
| | Reviewing defendant's memo/ Hardy declaration | 1.00 |
| 6/17/2008 | Christopher Cotter | |
| | reviewing defendant's memo/ Hardy declaration | 2.00 |
| 6/13/2008 | Christopher Cotter | |
| | Reviewing Opposition to Defendant's Motion for SJ | 5.00 |
| 6/5/2008 | Christopher Cotter | |
| | Researching exhaustion of administrative remedies re: Brewer and Labor League | 3.50 |
| 6/2/2008 | Christopher Cotter | |
| | Reviewing summary judgment motion | 2.00 |
| 5/30/2008 | Christopher Cotter | |
| | Cite-checking and reviewing summary judgment motion; various research | 4.00 |
| 5/29/2008 | Christopher Cotter | |
| | Researching federal appeal regulation | 0.10 |
| 5/28/2008 | Christopher Cotter | |
| | Researching sanctions for failures to disclose; researching standing to sue in FOIA cases | 7.00 |
| 5/27/2008 | Christopher Cotter | |
| | Researching "on locate" and proof of evidence destruction | 1.50 |
| 5/23/2008 | Christopher Cotter | |
| | Researching "re-processing" | 3.00 |
| 5/23/2008 | Christopher Cotter | |
| | Researching "adequate search" | 2.00 |

Total: Christopher Cotter

     43.10

| | | |
|---|---|---|
| 11/24/2008 | David Greene | |
| | draft responses to post-summary judgment submissions; | 2.29 |
| 11/21/2008 | David Greene | |
| | draft responses to post-summary judgment submissions; | 1.37 |
| 3/31/2010 | David Greene | |
| | prepare summary judgment motion | 2.18 |
| 11/19/2008 | David Greene | |
| | draft responses to post-summary judgment submissions; | 0.62 |
| 10/13/2008 | David Greene | |
| | prepare submission to court re: summary judgment supplemental evidence; | 1.27 |

First Amendment Project
User Defined Slip Listing

| 9/26/2008 | David Greene | |
| | read and review defendants' opposition; telephone conference with client re: declarations; | 0.75 |
| 12/3/2008 | David Greene | |
| | draft responses to post-summary judgment submissions; | 1.49 |
| 12/5/2008 | David Greene | |
| | draft responses to post-summary judgment submissions; | 2.03 |
| 1/14/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 1.16 |
| 1/16/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 0.44 |
| 1/20/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 3.15 |
| 1/23/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 1.66 |
| 8/11/2008 | David Greene | |
| | prepare for summary judgment hearing; summary judgment hearing; | 5.42 |
| 8/10/2008 | David Greene | |
| | prepare for summary judgment hearing; | 2.55 |
| 4/4/2010 | David Greene | |
| | draft summary judgment motion; | 1.18 |
| 4/2/2010 | David Greene | |
| | prepare summary  judgment motion and supporting pleadings; | 4.70 |
| 11/25/2008 | David Greene | |
| | draft responses to post-summary judgment submissions; | 3.26 |
| 1/29/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 2.99 |
| 6/2/2008 | David Greene | |
| | prepare summary judgment motion and related pleadings; | 12.23 |
| 6/1/2008 | David Greene | |
| | prepare summary judgment motion and related pleadings; | 6.52 |
| 5/30/2008 | David Greene | |
| | prepare summary judgment motion and related pleadings; | 7.89 |
| 5/29/2008 | David Greene | |
| | prepare summary judgment motion and related pleadings; | 5.45 |
| 5/28/2008 | David Greene | |
| | prepare summary judgment motion and related pleadings; | 9.35 |
| 5/27/2008 | David Greene | |
| | prepare summary judgment motion and related pleadings; | 6.93 |
| 3/1/2010 | David Greene | |
| | read and review draft stipulation re: calendar;  conference with client re: summary judgment motion; prepare summary judgment motion; | 0.59 |
| 3/10/2010 | David Greene | |
| | read and review vaughn index; conference with BWS re: exemptions; | 3.73 |
| 3/15/2010 | David Greene | |
| | read and review exhibits to Hardy declaration; prepare summary judgment motion; | 1.65 |

| 3/17/2010 | David Greene | |
| | prepare summary judgment motion; | 1.85 |
| 3/9/2010 | David Greene | |
| | read and review fifth hardy declaration and exhibits; | 2.84 |
| 8/8/2008 | David Greene | |
| | prepare for summary judgment hearing; | 2.29 |
| 3/19/2010 | David Greene | |
| | read and review exhibits to Ahrdy declaration; prepare summary judgment motion; | 4.92 |
| 3/22/2010 | David Greene | |
| | prepare summary judgment motion; | 5.52 |
| 8/7/2008 | David Greene | |
| | prepare for summary judgment hearing; | 4.18 |
| 3/26/2010 | David Greene | |
| | prepare summary judgment motion; | 2.35 |
| 3/3/2010 | David Greene | |
| | read and review draft stipulation re: calendar;  conference with client re: summary judgment motion; prepare summary judgment motion; | 0.39 |
| 1/26/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 1.27 |
| 2/26/2010 | David Greene | |
| | read and review draft stipulation re: calendar;  conference with client re: summary judgment motion; prepare summary judgment motion; | 0.52 |
| 2/22/2010 | David Greene | |
| | conference with client; prepare summary judgment; correspondence to opposing counsel re: scheduling; | 0.92 |
| 2/19/2010 | David Greene | |
| | conference with client; prepare summary judgment; | 0.52 |
| 2/17/2010 | David Greene | |
| | conference with client; prepare Case Management Conference request; | 0.82 |
| 2/16/2010 | David Greene | |
| | conference with client; prepare Case Management Conference request; | 2.66 |
| 12/14/2010 | David Greene | |
| | draft letter proposing settlement; telephone conference with client re: same; | 0.49 |
| 3/5/2010 | David Greene | |
| | prepare second Vaughn list; telephone conference with client re: same; | 0.39 |
| 12/2/2010 | David Greene | |
| | telephone conference with client re telephone conference with opposing counsel re resolution;  telephone conference with opposing counsel re: resolution; | 1.40 |
| 1/28/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; telephone conference with opposing counsel re: Case Management Conference and abstracts; | 4.66 |
| 1/27/2009 | David Greene | |
| | prepare Case Management Conference statement and objections to declarations; | 2.92 |

| 1/25/2011 | David Greene |  |
| | correspondence with client re: proposed order and appendix; read and review order from Magistrate Spero; | 0.65 |
| 7/20/2010 | David Greene |  |
| | telephone conference with client re: not repsonsive records; correspondence with opposing counsel re: same; | 0.48 |
| 6/15/2009 | David Greene |  |
| | conference with client re: Case Management Conference and case status and strategy; attend Case Management Conference; | 3.83 |
| 4/8/2010 | David Greene |  |
| | draft summary judgment motion; | 2.76 |
| 4/9/2010 | David Greene |  |
| | draft summary judgment motion; | 6.25 |
| 4/11/2010 | David Greene |  |
| | draft summary judgment motion; | 1.00 |
| 4/12/2010 | David Greene |  |
| | draft summary judgment motion; draft notice of noncompliance; read and review fbi's response; correspondence with client re: same; | 5.24 |
| 4/14/2010 | David Greene |  |
| | prepare summary judgment motion; read and review Vaughn submissions from FBI; correspondence with opposing counsel re: calendar; | 2.50 |
| 4/15/2010 | David Greene |  |
| | prepare summary judgment motion; telephone conference and correspondence with opposing counsel re: calendar; conference with client re: same; | 2.35 |
| 4/16/2010 | David Greene |  |
| | prepare summary judgment motion; telephone conference and correspondence with opposing counsel re: calendar; conference with client re: same; | 4.41 |
| 12/15/2010 | David Greene |  |
| | draft letter proposing settlement; telephone conference with client re: same; | 1.69 |
| 6/9/2009 | David Greene |  |
| | read and review draft Case Management Conference statement; correspondence with client re: Case Management Conference statement; correspondence with opposing counsel re: same; | 0.59 |
| 1/30/2009 | David Greene |  |
| | prepare Case Management Conference statement and objections to declarations; | 3.49 |
| 10/15/2010 | David Greene |  |
| | prepare opposition to 3d summary judgment; telephone conference with client re: same; | 4.81 |
| 7/13/2010 | David Greene |  |
| | conw client following up on hearing; correspondence to opposing counsel re: same; | 0.74 |
| 4/6/2010 | David Greene |  |
| | draft summary judgment motion; | 1.95 |
| 10/19/2007 | David Greene |  |
| | finalize amended complaint and exhibits; | 0.93 |
| 12/19/2007 | David Greene |  |
| | conference with client re: call with USA; call with USA; | 1.47 |

| | | |
|---|---|---|
| 5/24/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 10.91 |
| 9/17/2010 | David Greene | |
| | read and review court's order on summary judgment; correspondence with client re: same; review documents produced; telephone conference with client re: same; draft correspondence to opposing counsel re: tasks to be done; | 2.19 |
| 9/20/2010 | David Greene | |
| | read and review transcript; draft correspondence to opposing counsel re: tasks to be done; | 2.31 |
| 9/20/2010 | David Greene | |
| | prepare opposition to 3d summary judgment; telephone conference with client re: same; | 0.97 |
| 7/12/2010 | David Greene | |
| | prepare for summary judgment hearing; hearing; | 5.42 |
| 5/3/2010 | David Greene | |
| | read and review defefndants' summary judgment motion and supporting papers; | 0.78 |
| 5/5/2010 | David Greene | |
| | read and review defefndants' summary judgment motion and supporting papers; prepare opposition; correspondence with client re: vaughn index responses; finalize vaughn index responses; | 0.82 |
| 5/10/2010 | David Greene | |
| | prepare settlement offer; | 2.00 |
| 5/17/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 3.65 |
| 5/18/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 6.36 |
| 5/20/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 9.63 |
| 5/21/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 7.96 |
| 12/7/2009 | David Greene | |
| | telephone conference with FBI re: tasks; telephone conference with client re: remaining tasks, outstanding records processing issues, and vaughn index; | 0.61 |
| 8/24/2009 | David Greene | |
| | telephone conference with client re: produced records; | 0.54 |
| 9/4/2009 | David Greene | |
| | draft correspondence to opposing counsel re: produced records; | 0.18 |
| 9/8/2009 | David Greene | |
| | draft letter to FBI and opposing counsel; telephone conference with client; | 2.02 |
| 9/2/2009 | David Greene | |
| | preparation for telephone conference; telephone conference with FBI regarding remaining issues; | 3.20 |
| 10/2/2009 | David Greene | |
| | drft letter to FBI re: privacy, exemptions, and search methodology declaration; | 2.44 |
| 10/8/2009 | David Greene | |
| | drft letter to FBI re: privacy, exemptions, and search methodology declaration; | 2.60 |

| | | |
|---|---|---|
| 10/9/2009 | David Greene | |
| | drft letter to FBI re: privacy, exemptions, and search methodology declaration; | 1.53 |
| 11/2/2009 | David Greene | |
| | conference with client re: Case Management Conference; meeting with opposing counsel and FBI re: status of searches and documents; | 3.45 |
| 11/6/2009 | David Greene | |
| | telephone conference with client re: case status and strategy; | 0.37 |
| 1/24/2011 | David Greene | |
| | conference with client; preparation for summary judgment hearing; attend summary judgment hearing; draft proposed order; | 5.25 |
| 11/11/2009 | David Greene | |
| | correspondence with client' telephone conference with client; read and review declarations re: descriptions of record systems; | 1.11 |
| 11/20/2009 | David Greene | |
| | | 0.79 |
| 12/2/2009 | David Greene | |
| | telephone conference with client re telephone conference with FBI; telephone conference with FBI; | 0.81 |
| 4/5/2010 | David Greene | |
| | draft summary judgment motion; | 3.85 |
| 12/11/2009 | David Greene | |
| | telephone conference with FBI re: tasks; telephone conference with client re: remaining tasks, outstanding records processing issues, and vaughn index; | 0.39 |
| 1/31/2011 | David Greene | |
| | finalize proposed order and appendix; correspondence with client re: same; correspondence  and telephone conference with opposing counsel re: same; 56:22:22 erroneous | 0.00 |
| 6/14/2007 | David Greene | |
| | read and review draft complaint; | 0.60 |
| 7/23/2007 | David Greene | |
| | read and review motion to dismiss; conf with CB re: same; telephone conference with client; | 0.62 |
| 7/26/2007 | David Greene | |
| | read and review motion to dismiss; conf with CB re: same; telephone conference with client; | 0.27 |
| 10/15/2007 | David Greene | |
| | conference with JL and JW re: amended complaint and opposition to motion to dismiss; | 1.07 |
| 4/7/2010 | David Greene | |
| | draft summary judgment motion; | 6.43 |
| 2/2/2009 | David Greene | |
| | finalize Case Management Conference statement and related submissions; | 8.76 |
| 2/9/2009 | David Greene | |
| | attend Case Management Conference statement and related submissions; conference with client re same; | 3.80 |
| 3/20/2009 | David Greene | |
| | prepare for telephone conference with FBI; telephone conference with client re: same; telephone conference; | 1.12 |
| 3/27/2009 | David Greene | |
| | draft Case Management Conference statement; | 0.19 |

| Date | Name / Description | Hours |
|---|---|---|
| 4/17/2009 | David Greene | |
| | read and review letter re: search issues; | 0.48 |
| 4/20/2009 | David Greene | |
| | read and review letter re: search issues; | 0.67 |
| 5/22/2008 | David Greene | |
| | perpare summary judgment motion and related pleadings; | 6.39 |
| 10/17/2010 | David Greene | |
| | prepare opposition to 3d summary judgment; | 3.39 |
| 6/11/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 4.28 |
| 6/12/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 7.45 |
| 6/13/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 4.43 |
| 6/15/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 5.96 |
| 6/16/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 9.62 |
| 3/21/2008 | David Greene | |
| | telephone conference  with client re: vaughn index issues; draft request for clarification of Case Management Conference order; draft correspondence to opposing counsel; | 0.74 |
| 6/5/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 2.85 |
| 4/2/2008 | David Greene | |
| | read and review proposed request for clarification; edit same; telephone conference with client re: same; telephone conference with opposing counsel; | 1.30 |
| 4/23/2008 | David Greene | |
| | correspondence with client re: summary judgment hearing and issues; telephone call to opposing counsel re: production of records; | 0.93 |
| 4/28/2008 | David Greene | |
| | draft correspondence to opposing counsel re: documents, search slips and vaughns; correspondnce with client re: summary judgment motion; conference with jw re: same; | 1.50 |
| 4/30/2008 | David Greene | |
| | telephone conference with opposing counsel; correspondence with client; | 0.12 |
| 5/6/2008 | David Greene | |
| | telephone conference with opposing counsel; correspondence with client; | 0.05 |
| 5/7/2008 | David Greene | |
| | telephone conference with client; review produced materials; prepare summary judgment motion; | 0.54 |
| 6/10/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 3.84 |

| | | |
|---|---|---|
| 10/18/2010 | David Greene | |
| | finalize and file opposition to 3d summary judgment and related documents; | 2.10 |
| 11/7/2010 | David Greene | |
| | prepare for summary judgment hearing; | 0.72 |
| 11/8/2010 | David Greene | |
| | prepare for summary judgment hearing;  telephone conference and meeting with client re: same; attend summary judgment hearing; correspondence with USA re: hearing; | 0.38 |
| 3/3/2008 | David Greene | |
| | draft letter responding to USA's 2/22/08 letter; | 1.63 |
| 12/21/2007 | David Greene | |
| | draft letter to opposing counsel memorializing telephone conference; telephone conference with client; | 2.32 |
| 5/8/2008 | David Greene | |
| | telephone conference with client; review produced materials; prepare summary judgment motion; | 1.13 |
| 5/12/2008 | David Greene | |
| | telephone conference with client re: summary judgment motion ; prepare summary judgment motion; | 0.51 |
| 3/14/2008 | David Greene | |
| | perpare for telephone conference  with opposing counsel; telephone conference; | 0.23 |
| 5/15/2008 | David Greene | |
| | draft summary judgment motion; | 2.83 |
| 5/16/2008 | David Greene | |
| | draft summary judgment motion; | 0.79 |
| 2/25/2008 | David Greene | |
| | read and review correspondence from DOJ; prepare for Case Management Conference; | 0.85 |
| 2/25/2008 | David Greene | |
| | attend case management conference; telephone conference with client re: case management conference; | 2.40 |
| 2/28/2008 | David Greene | |
| | draft letter responding to USA's 2/22/08 letter; | 0.17 |
| 6/4/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 1.28 |
| 3/4/2008 | David Greene | |
| | draft letter responding to USA's 2/22/08 letter; | 0.32 |
| 6/23/2010 | David Greene | |
| | prepare reply brief; | 2.66 |
| 6/28/2010 | David Greene | |
| | prepare reply brief; | 5.20 |
| 6/25/2010 | David Greene | |
| | prepare reply brief; | 3.77 |
| 10/18/2007 | David Greene | |
| | correspondence with JL re: amended complaint and exhibits; review draft; | 0.82 |
| 6/14/2010 | David Greene | |
| | read and review 6th Hardy declaration; | 0.43 |
| 6/15/2010 | David Greene | |
| | conference with TK re: reply memo; | 0.18 |

| | | |
|---|---|---|
| 12/16/2009 | David Greene | |
| | telephone conference with client re: remaining tasks, outstanding records processing issues, and vaughn index; read and review letter from DOJ; draft response letter; draft Vaughn letter; | 2.10 |
| 6/24/2010 | David Greene | |
| | prepare reply brief; | 0.01 |
| 6/16/2010 | David Greene | |
| | read and review opposition papers; prepare reply memo; telephone conference with client and TK re same; | 1.45 |
| 6/21/2010 | David Greene | |
| | prepare reply brief; | 2.68 |
| 2/1/2010 | David Greene | |
| | read and review re-processed records; correspondence with opposing counsel re: declaration; telephone conference with client; | 0.69 |
| 2/3/2010 | David Greene | |
| | review correspondence re: FBI's agreement to produce declaration; | 0.64 |
| 2/4/2010 | David Greene | |
| | read and review transcript of November hearing; | 0.41 |
| 2/5/2010 | David Greene | |
| | correspondence with ila deiss re: search declaration; telephone conference with client re: declaration and case status and strategy; prepare summary judgment motion; read and review new exception 6 case; | 0.82 |
| 2/12/2010 | David Greene | |
| | perparation of summary judgment motions; research re: adequacy of search for Brewer records; | 1.02 |
| 6/22/2010 | David Greene | |
| | prepare reply brief; | 5.11 |
| 7/9/2010 | David Greene | |
| | prepare for summary judgment hearing; | 1.98 |
| 4/26/2010 | David Greene | |
| | read and review defefndants' summary judgment motion and supporting papers; | 2.27 |
| 12/18/2009 | David Greene | |
| | telephone conference with client and FBI re: search disposition documentation;  telephone conference with client re: same; | 1.49 |
| 7/11/2010 | David Greene | |
| | prepare for summary judgment hearing; | 1.38 |
| 6/9/2008 | David Greene | |
| | prepare opposition to defendants' summary judgment motion and related pleadings; | 4.64 |
| 5/22/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 1.37 |
| 10/17/2007 | David Greene | |
| | conference with JL re: amended complaint; telephone conference with client re: same; read and review draft amended complaint; | 3.10 |
| 3/26/2008 | David Greene | |
| | telephone conference with opposing counsel re: summary judgment and Vaughn index; | 0.14 |
| 5/23/2010 | David Greene | |
| | prepare summary judgment motion and supporting documents; | 9.74 |

_____

Total: David Greene

    410.20

| | | |
|---|---|---|
| 6/19/2009 | David Owens | |
| | familiarized myself with/ FOIA requests | 3.50 |
| 7/1/2009 | David Owens | |
| | email to Greene | 0.20 |
| 7/22/2009 | David Owens | |
| | reviewed Rosenfeld file | 0.30 |
| 6/15/2009 | David Owens | |
| | DOJ hearing | 1.00 |
| 6/15/2009 | David Owens | |
| | prehearing meeting with/ DOJ | 1.00 |
| 6/15/2009 | David Owens | |
| | meeting with client to discuss heaing | 1.50 |
| 6/22/2009 | David Owens | |
| | entered info for client's FOIA request | 8.00 |
| 7/2/2009 | David Owens | |
| | reviewed correspondence with Client | 0.20 |
| 7/2/2009 | David Owens | |
| | reviewed FOIA request | 0.20 |
| 7/14/2009 | David Owens | |
| | reviewed file | 0.30 |
| 6/23/2009 | David Owens | |
| | entered info for client's FOIA request | 2.00 |
| 7/1/2009 | David Owens | |
| | researched client's FOIA requests | 1.30 |

_____

Total: David Owens

    19.50

| | | |
|---|---|---|
| 5/20/2010 | Geoff King | |
| | Research and draft section of brief regarding reduced privacy interests for public figures under FOIA. | 0.68 |
| 2/4/2010 | Geoff King | |
| | Research what continuing obligations exist with regard to new document generation during FOIA litigation; research sanctions regarding same; draft memorandum regarding same. | 2.72 |
| 5/20/2010 | Geoff King | |
| | Research and review caselaw regarding reduced privacy interests for public figures under FOIA. | 0.89 |
| 12/9/2009 | Geoff King | |
| | Review email from S. Rosenfeld regarding additional 552(b)(6) memorandum. | 0.10 |
| 5/23/2010 | Geoff King | |
| | Review memorandum of points and authorities, compile list of statements that must reference supporting declarations and exhibits; review and revise declaration of S. Rosenfeld. | 3.57 |
| 12/14/2009 | Geoff King | |
| | Review document cover letters released by FBI, reconcile with list from S. Rosenfeld. | 0.36 |

| | | |
|---|---|---|
| 4/6/2010 | Geoff King | |
| | Review chart created by B. Stein, legal memoranda regarding FOIA exemptions, caselaw, settlement agreement. | 1.13 |
| 12/10/2009 | Geoff King | |
| | Draft email to S. Rosenfeld regarding (b)(6) exemptions. | 0.24 |
| 12/9/2009 | Geoff King | |
| | Draft email to S. Rosenfeld regarding 552(b)(6) memorandum. | 0.10 |
| 12/9/2009 | Geoff King | |
| | Confer with D. Greene and S. Edwards regarding 552(b)(6) memorandum. | 0.20 |
| 12/7/2009 | Geoff King | |
| | Draft post-Favish (b)(6) personal privacy FOIA exemption memorandum. | 2.07 |
| 4/9/2010 | Geoff King | |
| | Update Vaughn Index chart for summary judgment motion. | 2.07 |
| 4/2/2010 | Geoff King | |
| | Confer with D. Greene and N. Feliciano regarding second summary judgment motion. | 0.38 |
| 12/9/2009 | Geoff King | |
| | Research previous 552 (b)(6) rulings in S. Rosenfeld's case. | 2.17 |
| 12/9/2009 | Geoff King | |
| | Confer with D. Greene about previous 552 (b)(6) rulings in S. Rosenfeld's case. | 0.03 |
| 12/9/2009 | Geoff King | |
| | Draft email to D. Greene regarding previous 552 (b)(6) rulings in S. Rosenfeld's case. | 0.00 |
| 3/31/2010 | Geoff King | |
| | Confer with B. Stein, D. Greene regarding case status. | 0.10 |
| 4/12/2010 | Geoff King | |
| | Confer with D. Greene regarding non-receipt of FBI Vaughn index, next steps regarding filing motion arguing waiver. | 0.10 |
| 4/12/2010 | Geoff King | |
| | Confer with volunteer attorneys about organizing legal arguments for Vaughn index. | 0.10 |
| 4/5/2010 | Geoff King | |
| | Confer with D. Greene regarding summary judgment motion appendix, materials due from the FBI. | 0.27 |
| 4/5/2010 | Geoff King | |
| | Draft email to B. Stein regarding conferral over summary judgment appendix. | 0.01 |
| 3/31/2010 | Geoff King | |
| | Confer with B. Stein regarding FOIA exemptions, case background. | 0.20 |
| 4/9/2010 | Geoff King | |
| | Confer with volunteer attorney regarding Vaughn index chart, appendix. | 0.30 |
| 12/2/2009 | Geoff King | |
| | Conference call with D. Greene, S. Rosenfeld and I. Deiss of the Office of the United States Attorney for the Northern District of California. | 0.30 |
| 3/31/2010 | Geoff King | |
| | Confer with B. Stein regarding FOIA exemptions, case background. | 0.20 |
| 5/24/2010 | Geoff King | |
| | Prepare declaration of D. Greene. | 0.47 |

| | | |
|---|---|---|
| 4/9/2010 | Geoff King | |
| | Confer with D. Greene regarding Vaughn Index chart for summary judgment motion. | 0.28 |
| 4/8/2010 | Geoff King | |
| | Update Vaughn Index chart for summary judgment motion; confer with D. Greene and volunteer attorneys regarding same. | 1.49 |
| 12/9/2009 | Geoff King | |
| | Review email from S. Rosenfeld regarding additional 552(b)(6) memorandum. | 0.10 |
| 4/7/2010 | Geoff King | |
| | Update Vaughn Index chart for summary judgment motion; confer with D. Greene and volunteer attorneys regarding same. | 3.07 |
| 4/7/2010 | Geoff King | |
| | Confer with D. Greene regarding Vaughn Index. | 0.40 |
| 4/7/2010 | Geoff King | |
| | Review notes from S. Rosenfeld regarding second settlement of documents from FBI Vaughn Index. | 0.12 |
| 4/7/2010 | Geoff King | |
| | Review email from D. Greene regarding Vaughn Index from FBI; respond. | 0.04 |
| 4/6/2010 | Geoff King | |
| | Review Ronald Reagan documents, claimed exemptions; draft responses to same. | 0.57 |
| 3/31/2010 | Geoff King | |
| | Confer with B. Stein, D. Greene and S. Rosenfeld regarding applicability of settlement agreement, case status. | 0.28 |
| 12/7/2009 | Geoff King | |
| | Confer with S. Edwards regarding post-Favish (b)(6) personal privacy FOIA exemption cases and memorandum. | 0.30 |
| 5/24/2010 | Geoff King | |
| | Confer with D. Greene and S. Rosenthal regarding S. Rosenthal declaration. | 0.10 |
| 5/24/2010 | Geoff King | |
| | Review list of claims in memorandum of points and authorities, compare to declaration of D. Greene. | 0.10 |
| 5/24/2010 | Geoff King | |
| | Review and revise declaration of S. Rosenfeld. | 1.76 |
| 6/28/2010 | Geoff King | |
| | Review and revise reply memorandum. | 0.67 |
| 12/7/2009 | Geoff King | |
| | Research post-Favish (b)(6) personal privacy exemption to FOIA; review cases. | 1.08 |
| 5/24/2010 | Geoff King | |
| | Finalize S. Rosenfeld declaration. | 0.64 |
| 5/24/2010 | Geoff King | |
| | Finalize memorandum of points and authorities and declaration of S. Rosenfeld. | 0.83 |
| 5/24/2010 | Geoff King | |
| | Compare Vaughn response with S. Rosenfeld declaration | 0.71 |
| 12/7/2009 | Geoff King | |
| | Review post-Favish (b)(6) personal privacy FOIA exemption cases. | 1.26 |
| 12/14/2009 | Geoff King | |
| | Review email from S. Rosenfeld regarding documents released by FBI, confer with D. Greene regarding same. | 0.10 |

| | | |
|---|---|---|
| 5/24/2010 | Geoff King | |
| | Review and revise memorandum of points and authorities. | 0.61 |

Total: Geoff King

33.27

| | | |
|---|---|---|
| 6/12/2008 | Heather Shallenberger | |
| | researched cases to support plaintiff's assertion that an agency needs to follow a FOIA request, when it specified places to be searched, in order for the search to be deemed "reasonable," double-checked evidenciary objections and proofread plaintiff's response to defendant' motion for summary judgment | 2.25 |
| 5/23/2008 | Heather Shallenberger | |
| | researched (1) private attorney general doctrine as applied to lodestar calculation, (2) most recent Calif Supreme Court cases that require lodestar method and (3) cases that support Davis v. Advanced Star proposition that an unsuccessful motion is compensable as part of a successful claim | 4.50 |
| 5/28/2008 | Heather Shallenberger | |
| | researched whether government agency has a duty to re-process records previously processed to include persons who have died since the initial processing | 5.50 |
| 5/29/2008 | Heather Shallenberger | |
| | created an updated exhibit list | 3.00 |
| 5/22/2008 | Heather Shallenberger | |
| | researched (1) non-Ninth Circuit cases re. "reasonable" requirement of agency's search pursuant to FOIA request and (2) a requester's ability to request a re-processing of previously processed records | 3.00 |
| 6/9/2008 | Heather Shallenberger | |
| | researched potential evidenciary objections to defendant's declaration in support of defendant's motion for summary judgment | 2.42 |
| 5/30/2008 | Heather Shallenberger | |
| | cross-checked complaint's exhibit list w/ defendant's reply to see which exhibit had been accepted as "best evidence" | 2.00 |
| 5/30/2008 | Heather Shallenberger | |
| | located, copied and named exhibits for motion for summary judgment | 5.00 |
| 6/2/2008 | Heather Shallenberger | |
| | organize exhibits for motion for summary judgment | 4.00 |
| 6/2/2008 | Heather Shallenberger | |
| | organize exhibits for motion for summary judgment | 4.00 |
| 6/11/2008 | Heather Shallenberger | |
| | organized plaintiff's exhibits | 3.00 |
| 6/10/2008 | Heather Shallenberger | |
| | followed up research re. defendant's burden to show adequacy of agency's search | 3.50 |
| 6/10/2008 | Heather Shallenberger | |
| | followed up research re. defendant's burden to show adequacy of agency's search | 3.50 |
| 6/10/2008 | Heather Shallenberger | |
| | researched Wickwire and other cases dealing with qualification requirement of declarant | 11.00 |

| 6/9/2008 | Heather Shallenberger | |
| | looked for evidenciary deficiencies in defendant Hardy's declaration | 2.33 |
| 6/4/2008 | Heather Shallenberger | |
| | reviewed cases cited in defendant's motion for summary judgment | 3.25 |
| 6/4/2008 | Heather Shallenberger | |
| | reviewed cases cited in defendant's motion for summary judgment | 3.25 |

Total: Heather Shallenberger

   65.50

| 7/30/2008 | Hilary Mattis | |
| | Reviewed complaint, answer, and motion to dismiss | 1.40 |
| 7/31/2008 | Hilary Mattis | |
| | Reviewed Trial Binder in preparation for 08/11/08 Federal Court hearing | 4.00 |
| 8/12/2008 | Hilary Mattis | |
| | Attended Hearing with DG | 1.80 |

Total: Hilary Mattis

   7.20

| 12/11/2007 | James  Leonard | |
| | Draft memo re: Rosenfelds right to judicial review on 8 causes of action | 2.29 |

Total: James  Leonard

   2.29

| 5/20/2008 | Jamey Leonard | |
| | Compile Requests/Appeal/Denial Timelines for Rosenfeld Files | 4.08 |

Total: Jamey Leonard

   4.08

| 6/19/2007 | Karman Ratliff | |
| | Go to courthouse, file Reagan REcords complaint w/ clerk | 0.75 |

Total: Karman Ratliff

   0.75

| 6/16/2010 | Larureli Mallek | |
| | Client meeting (1hr).  Beginning to compare exemption arguments in the 2nd Motion for Summary Judgment. | 4.50 |
| 6/18/2010 | Larureli Mallek | |
| | Research and writing comparing exemption arguments in 2nd Motion for Summary Judgment | 5.50 |
| 6/28/2010 | Larureli Mallek | |
| | Research on classification of potentially nonresponsive documents; cite checking of brief before filing. | 3.10 |

| | | |
|---|---|---|
| 6/21/2010 | Larureli Mallek | |
| | Research and writing comparing exemption arguments in 2nd Motion for Summary Judgment | 6.10 |
| 6/22/2010 | Larureli Mallek | |
| | Research and writing comparing exemption arguments in 2nd Motion for Summary Judgment | 4.20 |
| 6/22/2010 | Larureli Mallek | |
| | Review of documents in exhibit H for reasonableness of "discretionary redactions." | 1.20 |
| 6/23/2010 | Larureli Mallek | |
| | Review of documents in exhibit H for reasonableness of "discretionary redactions." (3 hrs).  Memo (.8 hrs) | 3.80 |
| 6/24/2010 | Larureli Mallek | |
| | Memo research and editing. | 1.20 |
| 6/25/2010 | Larureli Mallek | |
| | Research on non-responsive documents that were not released b/c lack of information to idenify subject. | 2.50 |
| 6/15/2010 | Larureli Mallek | |
| | Reviewing case file, preparation for client phone call. | 1.90 |

Total: Larureli Mallek

34.00

| | | |
|---|---|---|
| 6/18/2008 | Lowell Chow | |
| | Conference with DG, JW | 0.50 |
| 6/18/2008 | Lowell Chow | |
| | Research re: adequacy of search. | 0.50 |
| 6/19/2008 | Lowell Chow | |
| | Retrieve documents re: prior settlement. | 1.00 |
| 6/3/2008 | Lowell Chow | |
| | Review of opposing summary judgment motion; research statute of limitations for FOIA. | 4.00 |
| 6/9/2008 | Lowell Chow | |
| | Continued review of search slips. | 1.00 |
| 5/30/2008 | Lowell Chow | |
| | Cite check of summary judgment document. | 2.00 |
| 6/2/2008 | Lowell Chow | |
| | Review and check of exhibits. | 3.00 |
| 6/4/2008 | Lowell Chow | |
| | Continued research: statute of limitations; memo; draft of brief. | 3.50 |
| 6/5/2008 | Lowell Chow | |
| | Conference with DG, HS, Co-counsel re: case strategy; review and reconcile search slips with Hardy declaration. | 2.50 |
| 6/11/2008 | Lowell Chow | |
| | Reivew of response to motion for summary judgment | 1.00 |
| 6/13/2008 | Lowell Chow | |
| | Review drafts; cite check opposition to motion for summary judgment. | 3.00 |
| 6/16/2008 | Lowell Chow | |
| | Proof, review, check completed motion. | 2.00 |
| 6/17/2008 | Lowell Chow | |
| | Review defendant opposition to motion. | 1.50 |

_____

Total: Lowell Chow

    25.50

| | | |
|---|---|---|
| 4/28/2010 | Maria Williams | |
| | finalize responses; meet with David re: same; telephone conference with and email to Michael re: same | 1.00 |
| 4/10/2010 | Maria Williams | |
| | further work on preparation for Vaughn response | 6.50 |
| 4/8/2010 | Maria Williams | |
| | Meet with DG, GK and Michael re: project | 1.00 |
| 4/8/2010 | Maria Williams | |
| | Review cases and research for Vaughn response | 3.00 |
| 4/27/2010 | Maria Williams | |
| | further modification of Vaughn response | 2.00 |
| 4/26/2010 | Maria Williams | |
| | Receive and review filed documents; compare final Hardy declaration and exhibits to draft received; draft memorandum re: same; commence drafting changes to Vaughn response to reflect change in declaration | 4.00 |
| 4/21/2010 | Maria Williams | |
| | further work on preparation of Vaughn response | 5.50 |
| 4/19/2010 | Maria Williams | |
| | further work on preparation of Vaughn response | 6.50 |
| 4/15/2010 | Maria Williams | |
| | review new exhibit and checked it against new exhibit WW; review exhibit YY and documents to determine release on exemptions; draft chart re: same | 3.00 |
| 4/14/2010 | Maria Williams | |
| | Receive and review new exhibits and release of documents; several meetings with DG and Michael re: strategy; participate in telephone call to Seth re: documents | 7.25 |
| 4/13/2010 | Maria Williams | |
| | further work on preparation for Vaughn response | 6.50 |
| 4/12/2010 | Maria Williams | |
| | further work on preparation for Vaughn response | 6.50 |

_____

Total: Maria Williams

    52.75

| | | |
|---|---|---|
| 4/15/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 3.80 |
| 4/23/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 3.00 |
| 4/26/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 4.00 |
| 4/16/2010 | Michael Gorman | |
| | research for Motion for Summary Judgment; drafting Motion for Summary Judgment Vaughn Response | 4.70 |
| 4/22/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 2.50 |

First Amendment Project
User Defined Slip Listing

| | | |
|---|---|---|
| 4/19/2010 | Michael Gorman | |
| | research for Motion for Summary Judgment; drafting Motion for Summary Judgment Vaughn Response | 3.50 |
| 4/14/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 3.40 |
| 4/13/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 5.50 |
| 4/12/2010 | Michael Gorman | |
| | drafting Motion for Summary Judgment Vaughn Response | 4.80 |
| 4/9/2010 | Michael Gorman | |
| | General research for Motion for Summary Judgment; drafting Motion for Summary Judgment Vaughn Response | 4.80 |
| 4/8/2010 | Michael Gorman | |
| | General research for MSJ | 3.50 |

Total: Michael Gorman

43.50

| | | |
|---|---|---|
| 5/24/2010 | Peter Roman Micek | |
| | Researching references to exhibits/declarations for filing | 5.50 |
| 5/21/2010 | Peter Roman Micek | |
| | Scan Bonner documents from Vaughn index deletion review | 3.00 |
| 6/18/2010 | Peter Roman Micek | |
| | Cite check adequacy of search section of reply. | 2.00 |
| 6/22/2010 | Peter Roman Micek | |
| | Research discretionary releases in Exhibit H | 2.00 |
| 6/21/2010 | Peter Roman Micek | |
| | REview adequacy cases for anti-discretion rulings | 1.00 |
| 6/21/2010 | Peter Roman Micek | |
| | REview adequacy cases for anti-discretion rulings | 1.00 |
| 6/25/2010 | Peter Roman Micek | |
| | Cite check our draft reply to opposition to 2nd MSJ | 1.50 |
| 6/28/2010 | Peter Roman Micek | |
| | Cite check our draft reply to opposition to 2nd MSJ | 1.50 |
| 7/12/2010 | Peter Roman Micek | |
| | Hearing and meeting with opposition in federal court | 4.00 |
| 5/21/2010 | Peter Roman Micek | |
| | Count deletions per page / calculate error rate on Vaughn index | 2.00 |
| 5/24/2010 | Peter Roman Micek | |
| | Cite checking the answer | 3.00 |
| 5/21/2010 | Peter Roman Micek | |
| | Scan Bonner documents from Vaughn index deletion review | 3.00 |
| 5/20/2010 | Peter Roman Micek | |
| | Reorganize exhibits WW and YY with reasons for exemption | 2.00 |
| 5/20/2010 | Peter Roman Micek | |
| | Reorganize exhibits WW and YY with reasons for exemption | 3.75 |
| 5/19/2010 | Peter Roman Micek | |
| | Finding where exceptions were claimed from FOIA, then documents were released | 1.25 |
| 5/19/2010 | Peter Roman Micek | |
| | Finding where exceptions were claimed from FOIA, then documents were released | 1.00 |

| 5/19/2010 | Peter Roman Micek | |
|---|---|---|
| | Finding where exceptions were claimed from FOIA, then documents were released | 0.58 |
| 6/22/2010 | Peter Roman Micek | |
| | Research discretionary releases in Exhibit H | 2.00 |
| 6/25/2010 | Peter Roman Micek | |
| | Research and compile list of FBI and public officials appearing in discretionary releases. | 1.00 |
| 6/24/2010 | Peter Roman Micek | |
| | Compiled discretionary releases of information by FBI in Exhibit H | 2.67 |
| 6/16/2010 | Peter Roman Micek | |
| | Conference call with client | 1.00 |
| 6/16/2010 | Peter Roman Micek | |
| | Cite check "adequacy of search" section | 3.50 |
| 6/23/2010 | Peter Roman Micek | |
| | Research discretionary releases in Exhibit H | 3.00 |

Total: Peter Roman Micek

51.25

| 6/19/2007 | Sara Edwards | |
|---|---|---|
| | went to court to file for Seth | 0.60 |
| 6/15/2007 | Sara Edwards | |
| | helped cameron and nicole get seth's stuff ready to file | 1.50 |

Total: Sara Edwards

2.10

| 6/18/2010 | Tara Klamrowski | |
|---|---|---|
| | Draft Response: Summary Memos (2 SJM) | 3.33 |
| 5/21/2010 | Tara Klamrowski | |
| | Scanned later released documents exhibit (Bonner exhibit) | 3.00 |
| 5/19/2010 | Tara Klamrowski | |
| | WW + YY Exhibits: List of Exemptions for Previously Redacted Docs | 5.50 |
| 5/19/2010 | Tara Klamrowski | |
| | Research and notes: Validity of Vaughn Index | 0.75 |
| 5/20/2010 | Tara Klamrowski | |
| | WW + YY Exhibits: Compiling originals, narratives, and later released docs | 6.00 |
| 5/18/2010 | Tara Klamrowski | |
| | Research and notes: Validity of the Vaughn Index | 3.00 |
| 5/18/2010 | Tara Klamrowski | |
| | Research and notes: Validity of the Vaughn Index | 3.00 |
| 6/23/2010 | Tara Klamrowski | |
| | Exhibit H: Examples that are not discretionary releases | 3.50 |
| 6/23/2010 | Tara Klamrowski | |
| | Exhibit H: Examples that are not discretionary releases | 3.50 |
| 6/16/2010 | Tara Klamrowski | |
| | Research: Limitations on FBI Law Enforcement Purposes | 7.00 |
| 6/17/2010 | Tara Klamrowski | |
| | Research: Limitations on FBI Law Enforcement Purposes | 6.67 |

| 5/21/2010 | Tara Klamrowski | |
| | Figured out error % rate on Vaughn Index | 2.00 |
| 6/22/2010 | Tara Klamrowski | |
| | Draft Response: Summary Memos (2 SJM) | 2.75 |
| 6/28/2010 | Tara Klamrowski | |
| | Cite checked reply in support of 2nd Motion for Summary Judgment (docket number and date filed) | 2.00 |
| 7/12/2010 | Tara Klamrowski | |
| | Attended Rosenfeld hearing | 3.00 |
| 6/22/2010 | Tara Klamrowski | |
| | Draft Response: Summary Memos (2 SJM) | 2.75 |
| 6/23/2010 | Tara Klamrowski | |
| | Exhibit H: Examples that are not discretionary releases | 0.50 |
| 6/23/2010 | Tara Klamrowski | |
| | Exhibit H: Examples that are not discretionary releases | 2.75 |
| 5/21/2010 | Tara Klamrowski | |
| | Scanned later released documents exhibit (Bonner exhibit) | 3.00 |
| 5/24/2010 | Tara Klamrowski | |
| | Cite checked summary judgment motion | 4.00 |
| 5/24/2010 | Tara Klamrowski | |
| | Cite checked summary judgment motion | 2.75 |
| 6/15/2010 | Tara Klamrowski | |
| | Research: Limitations on FBI Law Enforcement Purposes | 5.92 |

Total: Tara Klamrowski

76.67

| 6/15/2009 | Travis Rimando | |
| | Travel to San Francisco to attend hearing before Judge Patel regarding matter. | 1.00 |

Total: Travis Rimando

1.00

| 6/17/2008 | Varty Defterdarian | |
| | Edit Brief | 0.40 |
| 6/16/2008 | Varty Defterdarian | |
| | Edit brief | 0.40 |
| 6/13/2008 | Varty Defterdarian | |
| | cite check & edit brief | 4.60 |

Total: Varty Defterdarian

5.40

Total: ROSENFELD REAGAN RECORDS

1049.56

First Amendment Project
User Defined Slip Listing

**Grand Total**

1049.56

# Exhibit E

ROSENFELD V. FBI (Ronald Reagan and Related Requests)
C07-3240

# PHASE II

### Fees Summary by Task from January 31, 2011

FEES:

| Professional | Hours | Hourly Rates | Total |
|---|---|---|---|
| **Preparation for Settlement 3/1/11-6/30/11** | | | |
| First Amendment Project | | | |
|   David Greene | 21.93 | $550.00 | $12,061.50 |
|   James Wheaton | 10.70 | $700.00 | $7,490.00 |
|   Student Legal Interns | 15.16 | $100.00 | $1,516.00 |
| **Subtotal** | 47.79 | | $21,067.50 |
| **3rd Motion for Summary Judgment (7/1/11-3/5/12)** | | | |
| First Amendment Project | | | |
|   James Wheaton | 41.65 | $700.00 | $29,155.00 |
|   Lowell Chow | 64.25 | $200.00 | $12,850.00 |
| **Subtotal** | 105.9 | | $42,005.00 |
| **Grand Total** | 153.69 | | $63,072.50 |

# Exhibit F

FAP191: FEES AND COST TABLE
PHASE II: Fees and Cost Summary 3/1/11-3/5/12

FEES: FIRST AMENDMENT PROJECT

| Professional | Hours | Hourly Rates | Total |
|---|---|---|---|
| First Amendment Project | | | |
| James Wheaton | 52.35 | $700.00 | $36,645.00 |
| David Greene | 21.93 | $550.00 | $12,061.50 |
| Lowell Chow | 64.25 | $200.00 | $12,850.00 |
| Student Legal Interns | 15.16 | $100.00 | $1,516.00 |
| **Subtotal** | 153.69 | | $63,072.50 |

Other Litigation Costs:

| FIRST AMENDMENT PROJECT COSTS | AMOUNT |
|---|---|
| Westlaw Legal Research | $131.94 |
| Postage & Shipping | $15.80 |
| Printing , Fax, & Publications | $11.36 |
| Administrative Time (28.73 hours @ varying rates per hour) | $490.35 |
| SUBTOTAL: | $649.45 |
| **TOTAL FAP FEES AND COSTS:** | **$63,721.95** |

# Exhibit G

5/23/2012                          First Amendment Project
3:08 PM                      Professional Summary Totals                              Page      1

---

## Selection Criteria

---

Clie.Selection          Include: FAP191
Slip.Transaction Dat    3/1/2011 - 3/5/2012

---

Totals for

|                                      | Time Spent (optional rounding) |
|--------------------------------------|-------------------------------:|

Client: ROSENFELD REAGAN RECORDS

| David Greene |       |
|--------------|------:|
|              | 21.93 |
| LaTiegra Cahill |    |
|              | 12.16 |
| Lowell Chow  |       |
|              | 64.25 |
| Natalie Nicol |      |
|              |  3.00 |

| ROSENFELD REAGAN RECORDS |        |
|--------------------------|-------:|
|                          | 101.34 |

| Grand Total |        |
|-------------|-------:|
|             | 101.34 |

# Exhibit H

First Amendment Project
User Defined Slip Listing

---

## Selection Criteria

| Clie.Selection | Include: FAP191 |
|---|---|
| Slip.Transaction Dat | 3/1/2011 - 3/5/2012 |

---

### Client: ROSENFELD REAGAN RECORDS

| | | |
|---|---|---|
| 3/4/2011 | David Greene | |
| | read and review defendants' settlement conference statement; draft settlement conference statement; telephone conference with client re: settlement; | 5.36 |
| 3/8/2011 | David Greene | |
| | legal research re Milner; correspondence with client re: milner and settlement issues; correspondence with opposing counsel re: settlement and milner; | 0.86 |
| 3/2/2011 | David Greene | |
| | read and review defendants' settlement conference statement; draft settlement conference statement; telephone conference with client re: settlement; | 4.15 |
| 3/10/2011 | David Greene | |
| | draft fee demand; | 0.43 |
| 4/4/2011 | David Greene | |
| | telephone conference with client re: re-processing; produce detailed attorney billing records; | 1.36 |
| 6/1/2011 | David Greene | |
| | prepare detailed timesheets for production to USA; | 0.59 |
| 6/6/2011 | David Greene | |
| | read and review detailed time records for attorneys; | 0.08 |
| 6/14/2011 | David Greene | |
| | finalize second settlement conference statement; | 0.85 |
| 6/21/2011 | David Greene | |
| | attend settlement conference; | 3.75 |
| 3/3/2011 | David Greene | |
| | read and review defendants' settlement conference statement; draft settlement conference statement; telephone conference with client re: settlement; | 4.50 |

---

Total: David Greene

21.93

| | | |
|---|---|---|
| 3/4/2011 | LaTiegra Cahill | |
| | organize exhibits | 6.13 |
| 4/1/2011 | LaTiegra Cahill | |
| | cite checking | 6.03 |

---

Total: LaTiegra Cahill

12.16

| | | |
|---|---|---|
| 12/13/2011 | Lowell Chow | |
| | Continue drafting summary judgment motion;  research for same re: effect of publicly disclosed information on privacy exemptions. | 2.70 |

First Amendment Project
User Defined Slip Listing

| | | |
|---|---|---|
| 12/29/2011 | Lowell Chow | |
| | Revise draft of summary judgment motion and declaration based on JW queries; further research on privacy interests of public figures. | 3.80 |
| 12/22/2011 | Lowell Chow | |
| | Complete first draft of summary judgment motion. | 4.70 |
| 12/21/2011 | Lowell Chow | |
| | Examine faxed copies of released records; continue drafting summary judgment motion and research for same re: effect of publicly disclosed information on privacy exemptions; research ways to distinguish DOJ v. Reporters Committee. | 4.00 |
| 2/24/2012 | Lowell Chow | |
| | Prepare for summary judgment motion hearing. | 3.20 |
| 12/5/2011 | Lowell Chow | |
| | Begin drafting of summary judgment motion;  begin research for same re: narrative Vaughn index requirement; conference with Jim Wheaton re: same. | 4.00 |
| 9/26/2011 | Lowell Chow | |
| | Review past settlement documentation; revise draft of statement of facts for fee motion. | 2.00 |
| 9/21/2011 | Lowell Chow | |
| | Draft summary of facts for fee motion. | 3.50 |
| 9/20/2011 | Lowell Chow | |
| | Review past litigation documents; familiarize with case history; outline summary of facts. | 5.00 |
| 2/1/2012 | Lowell Chow | |
| | Finalize reply to motion for summary judgment; correspond via e-mail and telephone with with over questions and corrections; prepare for filing. | 4.50 |
| 1/4/2012 | Lowell Chow | |
| | Final edits to final draft of summary judgment papers; review final version of exhibits; correct discrepancies between brief, declaration, and proposed order. | 3.20 |
| 1/24/2012 | Lowell Chow | |
| | Review defendants' cross-motion; begin strategy and research re: opposition to same. | 3.00 |
| 1/25/2012 | Lowell Chow | |
| | Research definition of FOIA public interest; research FOIA public figures. Draft reply motion for summary judgment incorporating same. | 4.45 |
| 1/26/2012 | Lowell Chow | |
| | Research FOIA privacy interests and effect of passage of time on same. | 2.60 |
| 1/26/2012 | Lowell Chow | |
| | Complete first draft of reply motion; send to JW and client for review. | 3.20 |
| 2/22/2012 | Lowell Chow | |
| | Prepare for summary judgment motion hearing: collect cases, draft argument, prepare binder, discuss same with JW. | 5.50 |
| 1/3/2012 | Lowell Chow | |
| | Review and proof final draft of summary judgment papers; draft proposed order. | 2.40 |
| 2/27/2012 | Lowell Chow | |
| | Attend and argue summary judgment motion hearing. | 2.50 |

---

Total: Lowell Chow

    64.25

6/21/2011   Natalie Nicol
           Observed Judge Spero settlement conference           3.00

---

Total: Natalie Nicol

    3.00

---

Total: ROSENFELD REAGAN RECORDS

    101.34

---

Grand Total

    101.34

5/25/2011                                            FIRST AMENDMENTPROJECT                                           Page    1
5:31 PM                                                 Pre-bill Worksheet

FAP 191: ROSENFELD FBI RECORDS

James Wheaton Hours

PHASE II.  3/1/11-3/5/12

| Date | Professional | Task | to/fr | hours | Total |
|------|-----------|------|-------|-------|-------|
| 3/10/11 | J Wheaton | prep for MSC w/client | Seth Rosenfeld | 2.00 | Billable |
| 3/11/11 | J Wheaton | MSC: Spero & followup w/client | | 4.00 | Billable |
| 3/14/11 | J Wheaton | email re: rosenfeld fee details | David Greene | 0.10 | Billable |
| 3/18/11 | J Wheaton | email re: thanks | Seth Rosenfeld | 0.10 | Billable |
| 4/1/11 | J Wheaton | email re: Fwd: doj | David Greene | 0.10 | Billable |
| 4/13/11 | J Wheaton | email re: spero letter | Seth Rosenfeld | 0.10 | Billable |
| 4/13/11 | J Wheaton | email re: Rosenfeld v. FBI | Seth Rosenfeld | 0.10 | Billable |
| 4/26/11 | J Wheaton | email re: spero letter | Seth Rosenfeld | 0.10 | Billable |
| 4/26/11 | J Wheaton | email re: spero letter | Seth Rosenfeld | 0.10 | Billable |
| 5/19/11 | J Wheaton | email re: Fwd: Deiss letter re Spero Settlement Records | David Greene | 0.10 | Billable |
| 6/7/11 | J Wheaton | email re: Fwd: Rosenfeld | David Greene | 0.10 | Billable |
| 6/16/11 | J Wheaton | email re: Fwd: Defendant's Further Settlement Statement Rosenfeld v. FBI | David Greene | 0.10 | Billable |
| 6/17/11 | J Wheaton | email re: Defendant's Further Settlement Statement Rosenfeld v. FBI | David Greene | 0.10 | Billable |
| 6/20/11 | J Wheaton | email re: Spero confernece | Seth Rosenfeld | 0.10 | Billable |
| 6/20/11 | J Wheaton | email re: Spero confernece | David Greene | 0.10 | Billable |
| 6/21/11 | J Wheaton | continued MSC | Spero | 3.00 | Billable |
| 6/22/11 | J Wheaton | email re: further settlement ideas | Seth Rosenfeld | 0.10 | Billable |
| 6/24/11 | J Wheaton | email re: further settlement ideas | David Greene | 0.10 | Billable |
| 6/24/11 | J Wheaton | email re: further settlement ideas | Seth Rosenfeld | 0.10 | Billable |
| 6/24/11 | J Wheaton | email re: further settlement ideas | David Greene | 0.10 | Billable |
| 7/6/11 | J Wheaton | email re: further settlement ideas | Seth Rosenfeld | 0.25 | Billable |
| 7/20/11 | J Wheaton | meeting with client | Seth Rosenfeld | 1.50 | Billable |
| 7/26/11 | J Wheaton | email re: foia cases: draft letter | Seth Rosenfeld | 0.10 | Billable |
| 8/6/11 | J Wheaton | email re: on the other hand .... | Seth Rosenfeld | 0.10 | Billable |
| 8/8/11 | J Wheaton | email re: on the other hand .... | Seth Rosenfeld | 0.10 | Billable |
| 8/9/11 | J Wheaton | email re: foia cases: draft letter | Seth Rosenfeld | 0.10 | Billable |
| 9/7/11 | J Wheaton | email re: greetings and query | Seth Rosenfeld | 0.10 | Billable |
| 9/12/11 | J Wheaton | email re: greetings and query | Seth Rosenfeld | 0.10 | Billable |
| 9/13/11 | J Wheaton | email re: greetings and query | Seth Rosenfeld | 0.10 | Billable |
| 10/6/11 | J Wheaton | email re: greetings and query | Seth Rosenfeld | 0.10 | Billable |
| 10/7/11 | J Wheaton | email re: No duh -- the FBI lies about FOIA | Seth Rosenfeld | 0.10 | Billable |
| 10/13/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | David Greene | 0.25 | Billable |
| 10/17/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | Ila Deiss | 0.25 | Billable |
| 10/19/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 10/25/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.10 | Billable |
| 10/25/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.10 | Billable |
| 10/25/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.10 | Billable |
| 10/25/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.10 | Billable |
| 10/27/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.10 | Billable |
| 10/27/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/27/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/27/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/27/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/27/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/28/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/28/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/28/11 | J Wheaton | email re: upcoming CMC | Seth Rosenfeld | 0.25 | Billable |
| 10/28/11 | J Wheaton | email re: Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 10/30/11 | J Wheaton | email re: Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 10/30/11 | J Wheaton | email re: Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI - further CMS  DUE TODAY! | Ila Deiss | 0.10 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Ila Deiss | 0.10 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Ila Deiss | 0.25 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Ila Deiss | 0.25 | Billable |
| 10/31/11 | J Wheaton | email re: Fwd: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 10/31/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 10/31/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 11/3/11 | J Wheaton | email re: monday | Seth Rosenfeld | 0.10 | Billable |
| 11/3/11 | J Wheaton | email re: monday | Seth Rosenfeld | 0.10 | Billable |
| 11/3/11 | J Wheaton | email re: monday | Seth Rosenfeld | 0.10 | Billable |
| 11/3/11 | J Wheaton | email re: monday | Seth Rosenfeld | 0.10 | Billable |
| 11/5/11 | J Wheaton | email re: monday | Seth Rosenfeld | 0.10 | Billable |
| 11/5/11 | J Wheaton | email re: monday | Seth Rosenfeld | 0.10 | Billable |

| Date | Professional | Task | to/fr | hours | Total |
|------|------|------|------|------|------|
| 11/7/11 | J Wheaton | CMC | | 1.50 | Billable |
| 11/9/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Ila Deiss | 0.25 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 11/14/11 | J Wheaton | email re: Rosenfeld v. FBI: changes to CMC Statement | Seth Rosenfeld | 0.25 | Billable |
| 11/15/11 | J Wheaton | email re: Rosenfeld 2007 action | Ila Deiss | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: Rosenfeld 2007 action | Ila Deiss | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: Rosenfeld 2007 action | Ila Deiss | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: Rosenfeld 2007 action | Ila Deiss | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/15/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Ila Deiss | 0.25 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Betty_P_Lee@cand.uscourts.gov | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Ila Deiss | 0.25 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Ila Deiss | 0.25 | Billable |
| 11/16/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: Fwd: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC Rosenfeld v. FBI | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC Rosenfeld v. FBI | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: deiss letter | Seth Rosenfeld | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC  Rosenfeld v. FBI | Ila Deiss | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: FW: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | Ila Deiss | 0.25 | Billable |
| 11/16/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 11/16/11 | J Wheaton | email re: URGENT - C07-3240 EMC Rosenfeld v. FBI | Seth Rosenfeld | 0.10 | Billable |
| 11/17/11 | J Wheaton | email re: URGENT - C07-3240 EMC Rosenfeld v. FBI | Seth Rosenfeld | 0.10 | Billable |
| 11/17/11 | J Wheaton | email re: Fwd: Rosenfeld v. United States Department of Justice, No. | Seth Rosenfeld | 0.10 | Billable |
| 11/17/11 | J Wheaton | email re: Rosenfeld v. United States Department of Justice, No. C | Seth Rosenfeld | 0.10 | Billable |
| 11/17/11 | J Wheaton | email re: Rosenfeld v. United States Department of Justice, No. C | Seth Rosenfeld | 0.10 | Billable |
| 11/17/11 | J Wheaton | email re: Rosenfeld v. United States Department of Justice, No. C | Seth Rosenfeld | 0.10 | Billable |
| 11/21/11 | J Wheaton | CMC | | 2.00 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: Fwd: transcript inquiry | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: Fwd: transcript inquiry | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/22/11 | J Wheaton | email re: trans | Seth Rosenfeld | 0.10 | Billable |
| 11/23/11 | J Wheaton | email re: stuff | Lowell Chow | 0.10 | Billable |
| 11/23/11 | J Wheaton | email re: Rosenfeld v. United States Department of Justice, No. C | Seth Rosenfeld | 0.10 | Billable |
| 11/23/11 | J Wheaton | email re: CMC request | Seth Rosenfeld | 0.10 | Billable |
| 11/29/11 | J Wheaton | email re: stuff | Lowell Chow | 0.10 | Billable |
| 12/2/11 | J Wheaton | email re: stuff | Lowell Chow | 0.10 | Billable |
| 12/5/11 | J Wheaton | mtg w/ LC re: drafting MSA | Lowell Chow | 0.50 | Billable |
| 12/5/11 | J Wheaton | email re: two things | Seth Rosenfeld | 0.10 | Billable |
| 12/7/11 | J Wheaton | email re: two things | Seth Rosenfeld | 0.10 | Billable |
| 12/7/11 | J Wheaton | email re: two things | Seth Rosenfeld | 0.10 | Billable |
| 12/14/11 | J Wheaton | email re: FW: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | Ila Deiss | 0.25 | Billable |
| 12/15/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 12/15/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |

| Date | Professional | Task | to/r | hours | Total |
|------|-------------|------|------|-------|-------|
| 12/16/11 | J Wheaton | email re: Fwd: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bu | Seth Rosenfeld | 0.10 | Billable |
| 12/16/11 | J Wheaton | email re: Fwd: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bu | Seth Rosenfeld | 0.10 | Billable |
| 12/16/11 | J Wheaton | email re: Fwd: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bu | Seth Rosenfeld | 0.10 | Billable |
| 12/16/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | Seth Rosenfeld | 0.25 | Billable |
| 12/16/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal  Bu | Nicole Feliciano | 0.25 | Billable |
| 12/16/11 | J Wheaton | email re: FW: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | Ila Deiss | 0.25 | Billable |
| 12/19/11 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 12/20/11 | J Wheaton | TC w/client re: decs | Seth Rosenfeld | 0.30 | Billable |
| 12/20/11 | J Wheaton | email re: couple o' things | Lowell Chow | 0.10 | Billable |
| 12/21/11 | J Wheaton | email re: draft declaration | Seth Rosenfeld | 0.10 | Billable |
| 12/21/11 | J Wheaton | email re: draft declaration | Seth Rosenfeld , lowell.chow@gmai | 0.10 | Billable |
| 12/21/11 | J Wheaton | email re: draft declaration | Seth Rosenfeld | 0.10 | Billable |
| 12/22/11 | J Wheaton | email re: draft declaration | Seth Rosenfeld | 0.10 | Billable |
| 12/22/11 | J Wheaton | r/r draft dec; comments to LC | | 1.00 | Billable |
| 12/22/11 | J Wheaton | email re: Rosenfeld drafts | Lowell Chow | 0.10 | Billable |
| 12/27/11 | J Wheaton | r/r, edit draft MSA and dec | | 1.50 | Billable |
| 12/29/11 | J Wheaton | email re: Seth's dec | Lowell Chow | 0.10 | Billable |
| 1/3/12 | J Wheaton | email re: Fwd: Rosenfeld 2007 action | Seth Rosenfeld | 0.10 | Billable |
| 1/3/12 | J Wheaton | email re: Rosenfeld 2007 action | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.25 | Billable |
| 1/4/12 | J Wheaton | email re: Ronal Reagan 2198 | Lowell Chow | 0.25 | Billable |
| 1/4/12 | J Wheaton | email re: Ronal Reagan 2198 | Lowell Chow | 0.25 | Billable |
| 1/4/12 | J Wheaton | email re: FAP191: ORDER SETTING CMC | Ila Deiss | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: couple fixes | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | edit final MSA, dec | | 1.10 | Billable |
| 1/4/12 | J Wheaton | email re: couple fixes | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | Seth Rosenfeld | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | james wheaton | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | james wheaton | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Happy New Year | james wheaton | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's dec | Lowell Chow | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | james wheaton | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | james wheaton | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | Lowell Chow | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | Lowell Chow | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | Nicole Feliciano | 0.10 | Billable |
| 1/4/12 | J Wheaton | email re: Seth's motion papers | Nicole Feliciano | 0.10 | Billable |
| 1/5/12 | J Wheaton | finalize filing | Nicole Feliciano | 0.20 | Billable |
| 1/5/12 | J Wheaton | email re: Seth filing | Nicole Feliciano | 0.25 | Billable |
| 1/5/12 | J Wheaton | email re: Seth filing | Lowell Chow | 0.25 | Billable |
| 1/5/12 | J Wheaton | email re: Seth filing | Nicole Feliciano | 0.25 | Billable |
| 1/5/12 | J Wheaton | email re: FAP191: ORDER SETTING CMC | Ila Deiss | 0.25 | Billable |
| 1/5/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 1/5/12 | J Wheaton | email re: 3rd MSJ Filing | Nicole Feliciano | 0.25 | Billable |
| 1/5/12 | J Wheaton | email re: FW: C07-3240 EMC  Rosenfeld v. US Dept of Justice | David Greene | 0.10 | Billable |
| 1/5/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | Ila Deiss | 0.10 | Billable |
| 1/5/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | Betty_P_Lee@cand.uscourts.gov | 0.10 | Billable |
| 1/5/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | Betty_P_Lee@cand.uscourts.gov | 0.10 | Billable |
| 1/5/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | David Greene | 0.25 | Billable |
| 1/6/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 1/6/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.25 | Billable |
| 1/9/12 | J Wheaton | change of counsel form | | 0.10 | Billable |
| 1/10/12 | J Wheaton | email re: Activity in Case 3:90-cv-03576-MHP Rosenfeld v. DOJ, et al Noti | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 1/12/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | Ila Deiss | 0.25 | Billable |
| 1/13/12 | J Wheaton | email re: Fwd: FW: Rosenfeld v. FBI | Lowell Chow | 0.10 | Billable |
| 1/14/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | Ila Deiss | 0.25 | Billable |
| 1/17/12 | J Wheaton | email re: C07-3240 EMC  Rosenfeld v. US Dept of Justice | Ila Deiss | 0.25 | Billable |
| 1/17/12 | J Wheaton | email re: Rosenfeld v. FBI (final?) | Wechsler, Peter (CIV) | 0.10 | Billable |

FIRST AMENDMENTPROJECT
Pre-bill Worksheet

| Date | Professional | Task | to/fr | hours | Total |
|------|-------------|------|-------|-------|-------|
| 1/19/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 1/20/12 | J Wheaton | email re: FW: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bur | Nicole Feliciano | 0.25 | Billable |
| 1/23/12 | J Wheaton | r/r oppo to MSA/x-motion | | 0.75 | Billable |
| 1/24/12 | J Wheaton | email re: Releases of RR 2201 and 2198 | Lowell Chow | 0.10 | Billable |
| 1/26/12 | J Wheaton | email re: FAP 191 - reply draft | Lowell Chow | 0.10 | Billable |
| 1/27/12 | J Wheaton | r/r draft reply; comments to LC | | 1.50 | Billable |
| 1/27/12 | J Wheaton | email re: FAP 191 - reply draft | Lowell Chow | 0.10 | Billable |
| 1/31/12 | J Wheaton | email re: Reply draft | Lowell Chow | 0.25 | Billable |
| 2/1/12 | J Wheaton | email re: Reply brief | Lowell Chow | 0.10 | Billable |
| 2/2/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 2/2/12 | J Wheaton | email re: Activity in Case 4:10-cv-05594-YGR Morse v. Regents of the Univ | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 2/6/12 | J Wheaton | email re: reagan fbi book excerpts | Seth Rosenfeld | 0.10 | Billable |
| 2/6/12 | J Wheaton | email re: seventh rosenfeld dec | Seth Rosenfeld | 0.10 | Billable |
| 2/15/12 | J Wheaton | email re: Rosenfeld 2007 | Ila Deiss | 0.10 | Billable |
| 2/15/12 | J Wheaton | email re: Fwd: Rosenfeld 2007 | Lowell Chow | 0.10 | Billable |
| 2/15/12 | J Wheaton | email re: Rosenfeld 2007 | Seth Rosenfeld | 0.10 | Billable |
| 2/15/12 | J Wheaton | email re: Rosenfeld 2007 | Seth Rosenfeld | 0.10 | Billable |
| 2/16/12 | J Wheaton | email re: Rosenfeld 2007 | Lowell Chow | 0.25 | Billable |
| 2/18/12 | J Wheaton | email re: Rosenfeld 2007 | Seth Rosenfeld | 0.10 | Billable |
| 2/22/12 | J Wheaton | prep LC for hearing; moot; arg notebook | Lowell Chow | 2.00 | Billable |
| 2/24/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Ila Deiss | 0.10 | Billable |
| 2/24/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Ila Deiss | 0.10 | Billable |
| 2/26/12 | J Wheaton | email re: nada served or filed in FAP 191 (Seth '07); C U tomorr at 9:30 | Lowell Chow | 0.10 | Billable |
| 2/27/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 2/28/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Lowell Chow | 0.10 | Billable |
| 2/28/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Ila Deiss | 0.10 | Billable |
| 2/28/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Ila Deiss | 0.10 | Billable |
| 2/29/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Lowell Chow | 0.10 | Billable |
| 2/29/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Lowell Chow | 0.10 | Billable |
| 2/29/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Lowell Chow | 0.10 | Billable |
| 3/5/12 | J Wheaton | email re: FW: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | David Greene | 0.10 | Billable |
| 3/5/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 3/5/12 | J Wheaton | email re: Activity in Case 3:09-cv-03517-SI All One God Faith, Inc. v. Th | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 3/5/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |

**TOTAL HOURS**          **52.35**

# Exhibit I

ROSENFELD V. FBI (Ronald Reagan and Related Requests)
C07-3240

## PHASE III

### Fee Summary Re: Fee Motion

| Professional | Hours | Hourly Rates | Total |
|---|---|---|---|
| **Fee Motion (3/6/12-present)** | | | |
| First Amendment Project | | | |
|    James Wheaton | 36.35 | $700.00 | $25,445.00 |
|    Lowell Chow | 12.3 | $200.00 | $2,460.00 |
| **TOTAL** | 48.65 | | $27,905.00 |

# Exhibit J

5/24/2012                          First Amendment Project
10:51 AM                     Professional Summary Totals                    Page        1

---

## Selection Criteria

Clie.Selection          Include: FAP191
Slip.Transaction Dat    3/5/2012 - Latest

---

Totals for

Time Spent (optional rounding)

---

Client: ROSENFELD REAGAN RECORDS
  Lowell Chow

                                                                    12.30
                                                        _____

  ROSENFELD REAGAN RECORDS

                                                                    12.30
                                                        _____

Grand Total

                                                                    12.30
                                                        _____

# Exhibit K

First Amendment Project
User Defined Slip Listing

---

Selection Criteria

---

| Slip.Classification | Open |
| Clie.Selection | Include: FAP191 |
| Slip.Transaction Dat | 3/6/2012 - 5/22/2012 |

---

Client: ROSENFELD REAGAN RECORDS

| 3/14/2012 | Lowell Chow | |
| | Research for and begin drafting motion for attorneys fees. | 3.40 |
| 3/21/2012 | Lowell Chow | |
| | Research and draft motion for attorney fees. | 3.80 |
| 4/12/2012 | Lowell Chow | |
| | Continue research of hourly rates. Draft portions of fee motion re: same. Draft declaration. E-mails to client and DG. | 1.60 |
| 5/8/2012 | Lowell Chow | |
| | Correspond with DG re: status of motions. | 0.30 |
| 5/9/2012 | Lowell Chow | |
| | Correspond with DG re: status of motions. | 0.20 |
| 5/14/2012 | Lowell Chow | |
| | Telephone conferences with DG and JW re: fee motions. | 0.90 |
| 5/14/2012 | Lowell Chow | |
| | Prepare case and order summary. | 1.40 |
| 5/21/2012 | Lowell Chow | |
| | Research recent case law re: calculation methods of lodestar. | 0.70 |

Total: Lowell Chow

12.30

Total: ROSENFELD REAGAN RECORDS

12.30

Grand Total

12.30

FIRST AMENDMENTPROJECT
Pre-bill Worksheet

PHASE III (3/6/12-present)

| Date | Professional | Task | to/fr | hours | Total |
|------|--------------|------|-------|-------|-------|
| 3/6/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/7/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/15/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Lowell Chow | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Seth Rosenfeld | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Seth Rosenfeld | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: settlement | Seth Rosenfeld | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Michael Reagan | Seth Rosenfeld | 0.10 | Billable |
| 3/16/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: Fwd: Rosenfeld v. FBI (2007) | Seth Rosenfeld | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Seth Rosenfeld | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: stip | Seth Rosenfeld | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Seth Rosenfeld | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.10 | Billable |
| 3/19/12 | J Wheaton | email re: stip | Seth Rosenfeld | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: FAP 80 and 191 | Nicole Feliciano | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: stip | Seth Rosenfeld | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: Rosenfeld v. FBI (2007) | Ila Deiss | 0.25 | Billable |
| 3/20/12 | J Wheaton | email re: Seth's cases | David Greene | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Lowell Chow | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal Bureau | ECF-CAND@cand.uscourts.gov | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Ila Deiss | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: Rosenfeld v. FBI ('07) | Lowell Chow | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: fee demand | Ila Deiss | 0.10 | Billable |
| 3/20/12 | J Wheaton | email re: Seth's cases | David Greene | 0.10 | Billable |
| 3/22/12 | J Wheaton | r/r, edit, prepare fee demand data; draft demand letter | | 2.00 | Billable |
| 3/22/12 | J Wheaton | email re: fee demand letters | David Greene | 0.20 | Billable |
| 3/28/12 | J Wheaton | | Lowell Chow | 0.20 | Billable |
| 3/29/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal  Bu | David Greene | 0.20 | Billable |
| 3/29/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal  B | David Greene | 0.20 | Billable |
| 3/29/12 | J Wheaton | email re: Activity in Case 3:07-cv-03240-EMC Rosenfeld v. Federal  B | David Greene | 0.20 | Billable |
| 4/12/12 | J Wheaton | email re: Fee motions declarations | Lowell Chow | 0.20 | Billable |
| 4/12/12 | J Wheaton | email re: Drafts of fee motion papers - Seth Rosenfeld | Lowell Chow | 0.20 | Billable |
| 4/12/12 | J Wheaton | email re: Fee motions declarations | Lowell Chow , Seth Rosenfeld | 0.20 | Billable |
| 4/16/12 | J Wheaton | email re: Fee motions declarations | Lowell Chow | 0.20 | Billable |
| 4/19/12 | J Wheaton | email re: Status of fee motion papers - Seth Rosenfeld | Lowell Chow , David Greene | 0.20 | Billable |
| 4/24/12 | J Wheaton | email re: Status of fee motion papers - Seth Rosenfeld | David Greene | 0.20 | Billable |
| 4/24/12 | J Wheaton | email re: Status of fee motion papers - Seth Rosenfeld | Lowell Chow | 0.20 | Billable |
| 5/4/12 | J Wheaton | email re: Status of fee motion papers - Seth Rosenfeld | Lowell Chow | 0.20 | Billable |
| 5/7/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/7/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/8/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/8/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/8/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: Rosenfeld fees | Lowell Chow , David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: Rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: Rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: rosenfeld fees | David Greene | 0.20 | Billable |
| 5/9/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/10/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/10/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/10/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/10/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |

| Date | Professional | Task | to/rr | hours | Total |
|------|------------|------|-------|-------|-------|
| 5/10/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/11/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/11/12 | J Wheaton | email re: oldest? | Seth Rosenfeld | 0.20 | Billable |
| 5/11/12 | J Wheaton | email re: oldest? | Seth Rosenfeld | 0.20 | Billable |
| 5/11/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/11/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/14/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/14/12 | J Wheaton | T/C fee motion and strategy | David Greene, Lowell Chow | 0.30 | Billable |
| 5/14/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/14/12 | J Wheaton | email re: query | Seth Rosenfeld | 0.20 | Billable |
| 5/14/12 | J Wheaton | email re: Rosenfeld fees | David Greene | 0.20 | Billable |
| 5/15/12 | J Wheaton | email re: retroactivity of FOIA amendments | David Greene | 0.20 | Billable |
| 5/15/12 | J Wheaton | email re: retroactivity of FOIA amendments | David Greene, Lowell Chow | 0.20 | Billable |
| 5/17/12 | J Wheaton | email re: FAP 191 motion | David Greene | 0.20 | Billable |
| 5/17/12 | J Wheaton | email re: FAP 191 fee motion | David Greene, | 0.20 | Billable |
| 5/17/12 | J Wheaton | email re: FAP 191 fee motion | David Greene | 0.20 | Billable |
| 5/17/12 | J Wheaton | email re: FAP 191 fee motion | Lowell Chow | 0.20 | Billable |
| 5/18/12 | J Wheaton | email re: FAP 191 fee motion | David Greene | 0.20 | Billable |
| 5/18/12 | J Wheaton | email re: How goes the dec? | Seth Rosenfeld , Lowell Chow | 0.20 | Billable |
| 5/18/12 | J Wheaton | email re: FAP 191 fee motion | David Greene | 0.20 | Billable |
| 5/18/12 | J Wheaton | email re: How goes the dec? | Seth Rosenfeld | 0.20 | Billable |
| 5/18/12 | J Wheaton | email re: How goes the dec? | Lowell Chow | 0.20 | Billable |
| 5/18/12 | J Wheaton | email re: How goes the dec? | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: How goes the dec? | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: FAP 191 fees | David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: How goes the dec? | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: FAP 191 fees | David Greene, Lowell Chow | 0.20 | Billable |
| 5/21/12 | J Wheaton | r/r edit section re: hours and rates | | 0.60 | Billable |
| 5/21/12 | J Wheaton | email re: FAP 191 fees | David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: FAP 191 fees | David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: con't | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: declaration | Richard Pearl | 0.20 | Billable |
| 5/21/12 | J Wheaton | R/R Seth Draft Dec; edit same | | 1.00 | Billable |
| 5/21/12 | J Wheaton | m/c Seth's dec, exhibits | David Greene, Lowell Chow | 0.50 | Billable |
| 5/21/12 | J Wheaton | email re: declaration | Seth Rosenfeld , David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: fbi release letters, book review and catalog copy | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: FAP 191 fees | David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: con't | Seth Rosenfeld , David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: declaration | Richard Pearl | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: fbi release letters, book review and catalog copy | Seth Rosenfeld , David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: garry wills and ann edwards book excerpts for seth dec | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | r/r billing data; cross check phase 1 and 2 data sheets | | 0.50 | Billable |
| 5/21/12 | J Wheaton | m/c w/ Nic F re: data; data sheets, compilations; both phases | Nic F | 0.75 | Billable |
| 5/21/12 | J Wheaton | email re: Seth's dec with my edits | Seth Rosenfeld , David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: Seth's dec with my edits | David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: Seth's dec with my edits | Lowell Chow | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: Seth's dec with my edits | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: Seth's dec with my edits | David Greene | 0.20 | Billable |
| 5/21/12 | J Wheaton | email re: dec question | Seth Rosenfeld | 0.20 | Billable |
| 5/21/12 | J Wheaton | m/c re: exhibits, production, presentation | Nic F | 0.25 | Billable |
| 5/21/12 | J Wheaton | email re: #79519 v1 - Rosenfeld - Mot to Atty Fees | David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | m/c re: Seth's dec, exhibits, rates/hours section of brief; production | Lowell Chow | 0.30 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | Lowell Chow | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | Seth Rosenfeld , Lowell Chow | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | Lowell Chow , David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | Lowell Chow | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec; filing; exhibits | David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | Lowell Chow , Seth Rosenfeld | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: declaration | Richard Pearl | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: declaration | Nicole Feliciano | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: declaration | Nicole Feliciano | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Seth's dec with my edits | David Greene | 0.20 | Billable |
| 5/22/12 | J Wheaton | email re: Fwd: declaration | Nicole Feliciano | 0.20 | Billable |
| 5/22/12 | J Wheaton | edit, finalize brief re: hours, rates | | 0.30 | Billable |
| 5/22/12 | J Wheaton | edit, finalize data sheets, compilations, exhibits to JW dec | | 0.50 | Billable |
| 5/22/12 | J Wheaton | edit, finalize data re: hours | | 1.00 | Billable |
| 5/22/12 | J Wheaton | m/c re: exhibits, production, summary of releases | Lowell Chow | 0.30 | Billable |
| 5/23/12 | J. Wheaton | email re: brief section on hours and rates is attached | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: JW declaration | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: my fee rate | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: declarations | David Greene | 0.20 | Billable |

| Date | Professional | Task | to/fr | hours | Total |
|------|-----------|------|------|------|------|
| 5/23/12 | J. Wheaton | email re: #79519 v1 - Rosenfeld - Mot to Atty Fees | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: my fee rate | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: declarations | Lowell Chow | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: Fee motion | Ila Deiss | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: Fee motion | Ila Deiss | 0.20 | Billable |
| 5/23/12 | J. Wheaton | R/R all data, charts; draft, edit, finalize declaration | | 2.50 | Billable |
| 5/23/12 | J. Wheaton | T/C re: dec, hour, rates, exhibits | David Greene | 0.20 | Billable |
| 5/21/12 | J. Wheaton | email re: How goes the dec? | Lowell Chow | 0.20 | Billable |
| 5/22/12 | J. Wheaton | email re: brief section on hours and rates is attached | David Greene | 0.20 | Billable |
| 5/22/12 | J. Wheaton | email re: Seth | David Greene | 0.20 | Billable |
| 5/22/12 | J. Wheaton | email re: #79519 v1 - Rosenfeld - Mot to Atty Fees | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: brief section on hours and rates is attached | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: my fee rate | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: JW declaration | David Greene | 0.20 | Billable |
| 5/23/12 | J. Wheaton | email re: declarations | David Greene, Lowell Chow | 0.20 | Billable |

**TOTAL HOURS**          **36.35**